AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
District of Delaware

| | | |
|---|---|---|
| PROLITEC INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-984-UNA |
| SCENTAIR TECHNOLOGIES, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ScentAir Technologies, LLC
c/o Cogency Global Inc.
50 New Burton Road
Suite 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

McCarter & English, LLP
Brian R. Lemon, Esq.
Renaissance Centre
405 N. King St., 8th Flr.
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: 04/13/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-00984-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ScentAir Technologies, LLC
was received by me on *(date)* 07/24/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Erika Plez @ 3:40 p.m. _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Cogency Global, Inc, 850 New
Burton Road, Suite 201, Dover, DE 19904     on *(date)* 07/24/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2020

*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

Parcels Inc.
1111B S. Governors Ave.
Dover, DE 19904

*Server's address*

Additional information regarding attempted service, etc: