IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROLITEC INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-984-RGA |
| | ) | |
| SCENTAIR TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant ScentAir Technologies, LLC ("ScentAir") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

ScentAir is a wholly-owned subsidiary of ScentAir Holdings, Inc. No publicly held company owns 10% or more of ScentAir stock.

OF COUNSEL:
Joshua B. Pond
KILPATRICK TOWNSEND
& STOCKTON LLP
607 14th Street, NW Suite 900
Washington, DC 20005
(425) 576-0200

Nicoletta M. Kennedy
Kevin M. Bell
KILPATRICK TOWNSEND
& STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
(303) 571 4000

Dated: August 13, 2020

*/s/ Jeff Castellano*
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jcastellano@shawkeller.com
*Attorneys for Defendant Scentair Technologies, LLC*