# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC <br><br> Defendant. | C.A. No. 20-00984-RGA-MPT |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Shaw Keller LLP hereby withdraws its appearance, and DLA Piper LLP (US) hereby enters its appearance, as Delaware counsel for the Defendant in this action. Defendant shall continue to be represented by Crowell & Moring LLP.

Dated: March 18, 2022

**SHAW KELLER LLP**

*/s/ John W. Shaw*
John W. Shall (No. 3362)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
jshaw@shawkeller.com

**DLA PIPER LLP (US)**

*/s/ Jeff Castellano*
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com