## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>   v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>        Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-RGA |

## NOTICE OF VIDEOTAPED DEPOSITION OF
## DR. MARCUS HULTMARK

**TO:** 
Brian R. Lemon (#4730)  
Alexandra M. Joyce (#6423)  
McCARTER & ENGLISH, LLP  
405 N. King St., 8th Floor  
Wilmington, DE 19801  
(302) 984-6300  
blemon@mccarter.com  
ajoyce@mccarter.com  

Marc C. Levy  
Jeffrey E. Danley  
SEED IP LAW GROUP LLP  
701 Fifth Avenue, Suite 5400  
Seattle, WA 98104  
Telephone: (206) 622-4900  
MarcL@seedip.com  
JeffD@seedip.com  

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, ScentAir Technologies, LLC, by and through its undersigned counsel, will take the videotaped deposition upon oral examination of Dr. Marcus Hultmark under oath, beginning at 9:00 am ET on Friday, October 28, 2022, at Regus, 100 Overlook Center, 2nd Floor, Princeton, NJ 08540.

The deposition will be recorded by stenographic means, video and/or use of Realtime before an officer authorized to administer oaths, and will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial in this action, and for any other purposes permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: October 21, 2022 | */s/Jeff Castellano*<br>Brian A. Biggs (DE Bar No. 5591)<br>Jeff Castellano (DE Bar No. 4837)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone:  (302) 468-5700<br>Facsimile: (302) 394-2341<br>brian.biggs@us.dlapiper.com<br>jeff.castellano@us.dlapiper.com<br><br>OF COUNSEL:<br>Joshua B. Pond<br>Vincent J. Galluzzo<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004-2595<br>(202) 624-2500<br><br>*Attorneys for Defendant ScentAir Technologies, LLC* |