## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>   v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>      Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-RGA |

### NOTICE OF VIDEOTAPED DEPOSITION OF
### DR. CORY PLOCK

**TO:**  Brian R. Lemon (#4730)        Marc C. Levy
Alexandra M. Joyce (#6423)      Jeffrey E. Danley
**McCARTER & ENGLISH, LLP**      **SEED IP LAW GROUP LLP**
405 N. King St., 8th Floor      701 Fifth Avenue, Suite 5400
Wilmington, DE 19801      Seattle, WA 98104
(302) 984-6300      Telephone: (206) 622-4900
blemon@mccarter.com      MarcL@seedip.com
ajoyce@mccarter.com      JeffD@seedip.com

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, ScentAir Technologies, LLC, by and through its undersigned counsel, will take the videotaped deposition upon oral examination of Dr. Cory Plock under oath, beginning at 9:00 am ET on Monday, November 14, 2022, at Crowell & Moring LLP, 590 Madison Ave., 20th Floor, New York, NY 10022.

The deposition will be recorded by stenographic means, video and/or use of Realtime before an officer authorized to administer oaths, and will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial in this action, and for any other purposes permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| Date: November 9, 2022 | **DLA PIPER LLP (US)** |
| **OF COUNSEL:** | */s/ Jeff Castellano* |
| | Brian A. Biggs (DE Bar No. 5591) |
| Joshua B. Pond (admitted *Pro Hac Vice)* | Jeff Castellano (DE Bar No. 4837) |
| Vincent J. Galluzzo (admitted *Pro Hac Vice)* | 1201 North Market Street, Suite 2100 |
| **CROWELL & MORING LLP** | Wilmington, DE 19801 |
| 1001 Pennsylvania Avenue N.W. | Telephone: (302) 468-5700 |
| Washington, DC 20004-2595 | Facsimile: (302) 394-2341 |
| Telephone: (202) 624-2610 | brian.biggs@us.dlapiper.com |
| jpond@crowell.com | jeff.castellano@us.dlapiper.com |
| vgalluzzo@crowell.com | |
| | *Attorneys for Defendant* |
| Ryan Fitzgerald (admitted *Pro Hac Vice)* | |
| **CROWELL & MORING LLP** | |
| 455 N. Cityfront Plaza Drive | |
| Chicago, IL 60611 | |
| Telephone: (312) 321-4200 | |
| rfitzgerald@crowell.com | |