## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>　　　　Plaintiff/Counterclaim-<br>　　　　Defendant,<br><br>　v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>　　　　Defendant/Counterclaim-<br>　　　　Plaintiff. | C.A. No. 20-984-RGA-MPT |

## NOTICE OF VIDEOTAPED DEPOSITION OF
## DR. MARCUS HULTMARK

**TO:**  Brian R. Lemon  　　　　　Marc C. Levy
　　　　Alexandra M. Joyce  　　　Jeffrey E. Danley
　　　　McCARTER & ENGLISH, LLP   SEED IP LAW GROUP LLP
　　　　405 N. King St., 8th Floor   701 Fifth Avenue, Suite 5400
　　　　Wilmington, DE 19801  　　  Seattle, WA 98104
　　　　(302) 984-6300  　　　　　 Telephone: (206) 622-4900
　　　　blemon@mccarter.com  　　  MarcL@seedip.com
　　　　ajoyce@mccarter.com  　　　JeffD@seedip.com

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, ScentAir Technologies, LLC, by and through its undersigned counsel, will take the remote videotaped deposition upon oral examination of Dr. Marcus Hultmark under oath, beginning at 11:30 am ET on Friday, November 18, 2022, via remote videoconferencing means.

The deposition will be recorded by remote stenographic means, video and/or use of Realtime before an officer authorized to administer oaths, and will continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial in this action, and for any other purposes permitted under the Federal Rules of Civil Procedure.

Dated: November 17, 2022

| | |
|---|---|
| **OF COUNSEL:** | **DLA PIPER LLP (US)** |
| Joshua B. Pond (admitted *Pro Hac Vice*) | */s/ Jeff Castellano* |
| Vincent J. Galluzzo (admitted *Pro Hac Vice*) | Brian A. Biggs (DE Bar No. 5591) |
| **CROWELL & MORING LLP** | Jeff Castellano (DE Bar No. 4837) |
| 1001 Pennsylvania Avenue N.W. | 1201 North Market Street, Suite 2100 |
| Washington, DC 20004-2595 | Wilmington, DE 19801 |
| Telephone: (202) 624-2610 | Telephone: (302) 468-5700 |
| jpond@crowell.com | Facsimile: (302) 394-2341 |
| vgalluzzo@crowell.com | brian.biggs@us.dlapiper.com |
| | jeff.castellano@us.dlapiper.com |
| Ryan Fitzgerald (admitted *Pro Hac Vice*) | |
| **CROWELL & MORING LLP** | *Attorneys for Defendant ScentAir* |
| 455 N. Cityfront Plaza Drive | *Technologies, LLC* |
| Chicago, IL 60611 | |
| Telephone: (312) 321-4200 | |
| rfitzgerald@crowell.com | |