# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC., <br><br> Defendant. | C.A. No. 20-984-RGA |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **(1) Notice of Videotaped Deposition of Logan Andres for March 23, 2023 at 9:00 a.m. and (2) Notice of Videotaped Deposition of Matthew Browne for March 24, 2023 at 9:00 a.m.** were caused to be served via email on March 10, 2023 on the following counsel:

Brian A. Biggs
Jeffrey Castellano
DLA PIPER LLP
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
brian.biggs@usdlapiper.com
jeff.castellano@us.dlapiper.com

1

Joshua B. Pond
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
jpond@crowell.com
vgalluzzo@crowell.com

Ryan Fitzgerald
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Chicago, IL 60611
rfitzgerald@crowell.com

Molly A. Jones
CROWELL & MORING
3 Embarcadero Center, 26th Flr
San Francisco, CA 94111
mojones@crowell.com

*Counsel for Defendant ScentAir Technologies, LLC*

| | |
|---|---|
| Dated:  March 13, 2023 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL*:* | */s/* Alexandra M. Joyce |
| | Brian R. Lemon (#4730) |
| Marc C. Levy | Alexandra M. Joyce (#6423) |
| Syed M. Abedi | 405 N. King St., 8th Floor |
| Jessica Gritton | Wilmington, DE 19801 |
| Tayah Woodard | (302) 984-6300 |
| SEED IP LAW GROUP LLP | blemon@mccarter.com |
| 701 Fifth Avenue, Suite 5400 | ajoyce@mccarter.com |
| Seattle, WA 98104 | |
| Tel: (206) 622-4900 | *Counsel for Plaintiff Prolitec Inc.* |
| MarcL@seedip.com | |
| SyedA@seedip.com | |
| Jessica.Gritton@seedip.com | |
| Tayah.Woodard@seedip.com | |