IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-984-RGA |
| | ) |
| SCENTAIR TECHNOLOGIES, LLC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE GOVERNING SCENTAIR'S CLAIMS

WHEREAS, on December 16, 2022, after consideration of the parties' letter briefing (D.I. 112, 115) regarding Prolitec's Motion for Judgment on the Pleadings (D.I. 104) (the "Motion"), the Court entered an Order bifurcating ScentAir's claims from Prolitec's claims and directing the parties to confer on a separate schedule for ScentAir's claims (D.I. 117);

WHEREAS, the Court entered a stipulated Order (D.I. 129) for the parties to meet and confer as to the schedule for ScentAir's Claims within 10 days of a ruling on the Motion or by March 15, 2023, whichever is earlier;

WHEREAS, the parties have conferred and agreed upon a schedule to govern ScentAir's claims in this case;

THEREFORE, IT IS STIPULATED by the parties, subject to the approval of the Court, that the following deadlines shall apply to ScentAir's claims in this case:

| Event | Deadline |
|---|---|
| Final infringement contentions | March 27, 2023 |
| Document production substantially complete | April 25, 2023 |
| Final invalidity contentions | April 17, 2023 |
| Fact discovery cutoff | May 15, 2023 |

| Opening expert reports | June 14, 2023 |
|---|---|
| Responsive expert reports | July 14, 2023 |
| Reply expert reports | August 14, 2023 |
| Expert discovery complete | September 25, 2023 |
| Case dispositive motion and opening briefs | October 25, 2023 |
| Pretrial conference | February 23, 2024, at 9:00 a.m. |
| Trial | March 11, 2024, at 9:30 a.m. |

DATED: March 15, 2023

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)

*/s/ Jeff Castellano*
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com

*Attorneys for Defendant*

SO ORDERED this __16__ day of __March__, 2023.

/s/ Richard G. Andrews
United States District Judge