**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PROLITEC INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-984-RGA |
| | ) |
| SCENTAIR TECHNOLOGIES, LLC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**SCENTAIR'S THIRD AMENDED COUNTERCLAIMS**

WHEREAS, Pursuant to Federal Rule of Civil Procedure 15(a)(2), ScentAir Technologies, LLC ("ScentAir") seeks to amend the counterclaims in this action to drop its claim of infringement regarding U.S. Patent Nos. 9,446,162, 9,460,404, and 9,927,789 from its Second Amended Counterclaims against Prolitec Inc. ("Prolitec") (*see* D.I. 169, Second Amended Counterclaims Counts III, IV, V);

WHEREAS, Prolitec does not oppose ScentAir's proposed amendments to its counterclaims;

WHEREAS, the proposed amendments will narrow the issues for trial, will not impact the case schedule or the trial date in this action, and good cause exists for the amendments;

WHEREAS, ScentAir's Answer & Third Amended Counterclaims to Second Amended Complaint for Patent Infringement ("Third Amended Counterclaims") is attached hereto as Exhibit A, and a form of the Third Amended Counterclaims indicating in what respects it differs from ScentAir's Answer & Second Amended Counterclaims to Second Amended Complaint for Patent Infringement (D.I. 169) is attached as Exhibit B; and

THEREFORE, IT IS STIPULATED by the parties, subject to the approval of the Court, that ScentAir shall docket its Third Amended Counterclaims, which shall be the operative answer and counterclaims in this action. The Third Amended Counterclaims shall be deemed served upon filing.

DATED: June 28, 2023

| MCCARTER & ENGLISH, LLP | DLA PIPER LLP (US) |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Jeff Castellano* |
| Brian R. Lemon (#4730) | Brian A. Biggs (DE Bar No. 5591) |
| Alexandra M. Joyce (#6423) | Jeff Castellano (DE Bar No. 4837) |
| Renaissance Centre | Matthew S. Middleton (DE Bar No. 6877) |
| 405 N. King Street, 8th Floor | 1201 North Market Street, Suite 2100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | Telephone: (302) 468-5700 |
| blemon@mccarter.com | Facsimile: (302) 394-2341 |
| ajoyce@mccarter.com | brian.biggs@us.dlapiper.com |
|  | jeff.castellano@us.dlapiper.com |
| *Attorneys for Plaintiff* | matthew.middleton@us.dlapiper.com |
|  | *Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2023.

_____
United States District Judge