# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>　　v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

## NOTICE OF SERVICE

I, Jeff Castellano, hereby certify that on August 14, 2023, a copy of **ScentAir's Notice of Deposition of Robert L. Vigil, Ph.D.** was served on the following counsel of record via electronic mail.

| | |
|---|---|
| Brian R. Lemon<br>Alexandra M. Joyce<br>**MCCARTER & ENGLISH, LLP**<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>blemon@mccarter.com<br>ajoyce@mccarter.com | Marc C. Levy<br>Syed M. Abedi<br>Tayah Woodard<br>Jessica S. Gritton<br>**SEED IP LAW GROUP LLP**<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br>Telephone: (206) 622-4900<br>marcl@seedip.com<br>syeda@seedip.com<br>tayah.woodard@seedip.com<br>jessica.gritton@seedip.com |

Dated: August 15, 2023

**OF COUNSEL:**

Joshua B. Pond (admitted *Pro Hac Vice)*
Vincent J. Galluzzo (admitted *Pro Hac Vice)*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue N.W.
Washington, DC 20004 - 2595
Telephone: 292-624-2610
jpond@crowell.com
vgalluzzo@crowell.com

Ryan Fitzgerald (admitted *Pro Hac Vice)*
**CROWELL & MORING LLP**
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
rfitzgerald@crowell.com

**DLA PIPER LLP (US)**

*/s/ Jeff Castellano*
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com

*Attorneys for Defendant*