# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

## NOTICE OF SERVICE

I, Jeff Castellano, hereby certify that on August 14, 2023, a copy of **ScentAir's Notice of Deposition of Marcus Hultmark, Ph.D.**, was served on the following counsel of record via electronic mail.

Brian R. Lemon
Alexandra M. Joyce
**MCCARTER & ENGLISH, LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

Marc C. Levy
Syed M. Abedi
Tayah Woodard
Jessica S. Gritton
**SEED IP LAW GROUP LLP**
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
marcl@seedip.com
syeda@seedip.com
tayah.woodard@seedip.com
jessica.gritton@seedip.com

Dated: August 15, 2023

                                                 **DLA PIPER LLP (US)**

**OF COUNSEL:**

| | |
|---|---|
| Joshua B. Pond (admitted *Pro Hac Vice*) | */s/ Jeff Castellano* |
| Vincent J. Galluzzo (admitted *Pro Hac Vice*) | Brian A. Biggs (DE Bar No. 5591) |
| **CROWELL & MORING LLP** | Jeff Castellano (DE Bar No. 4837) |
| 1001 Pennsylvania Avenue N.W. | 1201 North Market Street, Suite 2100 |
| Washington, DC 20004 - 2595 | Wilmington, DE 19801 |
| Telephone: 292-624-2610 | Telephone: (302) 468-5700 |
| jpond@crowell.com | Facsimile: (302) 394-2341 |
| vgalluzzo@crowell.com | brian.biggs@us.dlapiper.com |
| | jeff.castellano@us.dlapiper.com |
| | *Attorneys for Defendant* |
| Ryan Fitzgerald (admitted *Pro Hac Vice*) | |
| **CROWELL & MORING LLP** | |
| 455 N. Cityfront Plaza Drive | |
| Chicago, IL 60611 | |
| Telephone: (312) 321-4200 | |
| rfitzgerald@crowell.com | |

2