# EXHIBIT 24



# Breeze



ScentAir Breeze™ is a Wi-Fi-connected system that releases consistent, no-fade fragrance in a fine, invisible mist. Easy-change cartridges and simple schedule and intensity control from any internet-connected device make system management a breeze.

 **WI-FI CONTROL**
Create schedules and control with your phone using the ScentAir app or cloud based management tool

 **SMART CLOUD MANAGEMENT**
Adjust your schedule anytime and anywhere

 **VERTICAL DIFFUSION**
Patent-pending technology creates a seamless scent experience

 **ADVANCED ATOMIZED TECHNOLOGY**
Patented technology diffuses fragrance in a fine, invisible spray

 **LONG-LASTING CARTRIDGES**
30 days of consistently vibrant fragrance

 **COVERS UP TO 2,000 SQ. FT**
Scalable for any size business



**Atomized Technology**

Consistent fragrance for 30 days



**Wi-Fi Device Control**

Controllable anytime, anywhere from any internet connected device



**Revolutionary Vertical Design**

Vertical diffusion delivers even, seamless scent

Spec Sheet                                           07/2022

SCENTAIR_00014557

## ScentAir Breeze™ features cloud-based technology for simple scent delivery

## Product Features:

| | |
|---|---|
| **Fragrance Technology:** | Advanced Atomization |
| **Fragrance Selection:** | Full ScentAir Library |
| **Color(s):** | Black or White |
| **Cartridge Replacement:** | Monthly |
| **Shipment Frequency:** | Quarterly |
| **ScentAir Install:** | Self-Install |
| **Service Available:** | Self-Service |
| **Mounting Options:** | Wall Mount & Freestanding |
| **Freestanding Placement:** | Yes |
| **Protected Maintenance:** | None |
| **Protected Technology:** | Patented Atomization Technology |

## Technical Specifications:

| | |
|---|---|
| **Coverage:** | Up To 2,000 sq ft (186 sq m) |
| **Fragrance Output Location:** | Top output fragrance delivery |
| **Scent Settings:** | 24/7 programmable weekly events |
| **Max Run Hours:** | Up to 300 hours of scenting per month |
| **Dimensions:** | 8.25" (20.9cm) H x 6.25" (15.8cm) Dia |
| **Weight:** | Machine & Cartridge - 2.9 lbs (1.315kg) |
| **Power Requirements:** | 100-240V AC, 50-60 Hz |
| **Power Consumption:** | < 15 Watts |
| **Patent(s):** | Visit - https://scentair.com/support-center/patents-and-certifications |

## Control Details:


Connected & Manual Control


Wi-Fi Enabled


Bluetooth Enabled


Control with ScentAir App


Control with ScentConnect.com


LoRa Technology


Wi-Fi Details
Wi-Fi 802.11b/g/n
Frequency 2.4 GHz


Smart System Control
Amazon Alexa, Google Assistant or ScentConnect.com

SCENTAIR_00014558