**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PROLITEC INC., | |
| Plaintiff | C.A. No. 20-984-WCB |
| v. | |
| SCENTAIR TECHNOLOGIES, LLC, | |
| Defendant | |

**STIPULATION AND [PROPOSED] SCHEDULE FOR PRETRIAL EXCHANGES**

Plaintiff Prolitec Inc. and Defendant ScentAir Technologies, LLC hereby stipulate, subject

to the approval of the Court, to the following schedule for Pretrial Exchanges:

| Pretrial Item | Date |
|---|---|
| Plaintiff provides draft of Pretrial Order (with sections under L.R. 16.3(c)(1-13)), including any affirmative Deposition Designations for witnesses to be called by deposition and Plaintiff's Exhibit List | December 1, 2023 |
| Plaintiff provides drafts of *Voir Dire*, Verdict Form, Preliminary Jury Instructions, Final Jury Instructions | December 1, 2023 |
| Defendant provides any Objections and Counter-Designations to Plaintiff's affirmative Deposition Designations | December 8, 2023 |
| Parties' Exchange Lists of Potential Motions *In Limine* | December 12, 2023 |

| | |
|---|---|
| Parties' Meet and Confer to Narrow Issues Regarding Motions *In Limine* | December 14, 2023 |
| Defendant provides redlined drafts of Pretrial Order (with sections under L.R. 16.3(c)(1-13)), including any affirmative Deposition Designations for witnesses to be called by deposition by Defendant, any Objections to Plaintiff's Exhibit List, and Defendant's Exhibit List (including identification of Joint Exhibits) | December 15, 2023 |
| Defendant provides redlined drafts of *Voir Dire*, Verdict Form, Preliminary Jury Instructions, Final Jury Instructions | December 15, 2023 |
| Plaintiff provides Objections to Defendant's Counter-Designations and any Counter-Counter Designations | December 15, 2023 |
| Exchange Motions *In Limine* | December 19, 2023 |
| Plaintiff provides Objections and Counter-Designations to Defendant's affirmative Deposition Designations, and any Objections to Defendant's Exhibit List | December 22, 2023 |
| Defendant provides Objections to Plaintiff's Counter-Counter Designations | December 22, 2023 |

| | |
|---|---|
| Defendant's Objections to Plaintiff's Counter-Designations and any Counter-Counter Designations | December 29, 2023 |
| Exchange Motion *In Limine* Responses | December 29, 2023 |
| Meet and Confer Regarding Pretrial Order, Jury Instructions, Proposed *Voir Dire*, and Special Verdict Form | January 3, 2024 |
| Plaintiff's Objections to Defendant's Counter-Counter Designations | January 4, 2024 |
| Exchange Motion *In Limine* Replies | January 5, 2024 |
| File Final Pretrial Order | January 8, 2024 (fourth business day before Pretrial Conference, unchanged) |
| File Preliminary and Proposed Jury Instructions, *Voir Dire*, and Verdict Form | January 8, 2024 (fourth business day before Pretrial Conference, unchanged) |
| Parties exchange final stamped PDF Copies of Exhibits and Native Files identified on Exhibit Lists | January 10, 2024 |
| Pretrial Conference | January 12, 2024 at 8:30 a.m. (unchanged) |
| Trial | January 22, 2024 – January 26, 2024 (unchanged) |

Dated: November 2, 2023

McCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Marc C. Levy
Syed Abedi
Jessica Gritton
Tayah Woodard
Emily M. Ross
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Jessica Gritton@seedip.com
Tayah.Woodard@seedip.com
Emily.Ross@seedip.com

*Counsel for Plaintiff Prolitec Inc.*

DLA PIPER LLP (US)

/s/ Jeff Castellano
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone:  (302) 468-5700
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com

OF COUNSEL:

Joshua B. Pond
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, DC 20004 - 2595
Telephone: 292-624-2610
jpond@crowell.com
vgalluzzo@crowell.com

Molly A. Jones
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
mojones@crowell.com

Ryan Fitzgerald
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
rfitzgerald@crowell.com

*Counsel for Defendant ScentAir*

IT IS SO ORDERED this _____ day of _____, 2023.


_____
Hon. William C. Bryson