**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PROLITEC INC.,

        Plaintiff/Counterclaim-
        Defendant,

    v.

SCENTAIR TECHNOLOGIES, LLC,

        Defendant/Counterclaim-
        Plaintiff.

C.A. No. 20-984-WCB

**NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF
DR. MARCUS HULTMARK**

**TO:**   Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
McCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

Marc C. Levy
Syed M. Abedi
Jessica Gritton
Tayah Woodard
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Jessica.Gritton@seedip.com
Tayah.Woodard@seedip.com

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, ScentAir Technologies, LLC, by and through its undersigned counsel, will take the remote deposition upon oral examination of Dr. Marcus Hultmark, under oath, beginning at 1:00 pm ET on Tuesday, January 2, 2024, via remote videoconferencing means. This deposition is being taken pursuant to the Court's December 22, 2023 Order (D.I. 253).

- 1 -

ACTIVE\1606366947.1

The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure and will be recorded by sound recording, videotape, and/or stenographic means before a notary public or other officer authorized by law to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this action, and for any other purposes permitted under the Federal Rules of Civil Procedure.

Dated: December 28, 2023

**OF COUNSEL**:

| | |
|---|---|
| Joshua B. Pond | */s/ Stephanie E. O'Byrne* |
| Vincent J. Galluzzo | Brian A. Biggs (DE Bar No. 5591) |
| **CROWELL & MORING LLP** | Jeff Castellano (DE Bar No. 4837) |
| 1001 Pennsylvania Avenue NW | Stephanie E. O'Byrne (DE Bar No. 4446) |
| Washington, DC 20004-2595 | **DLA PIPER LLP (US)** |
| (202) 624-2500 | 1201 North Market Street, Suite 2100 |
| | Wilmington, DE 19801 |
| Molly A. Jones | Telephone:  (302) 468-5700 |
| **CROWELL & MORING LLP** | Facsimile: (302) 394-2341 |
| 3 Embarcadero Center, 26th Floor | brian.biggs@us.dlapiper.com |
| San Francisco, CA 94111 | jeff.castellano@us.dlapiper.com |
| (415) 986-2800 | stephanie.obyrne@us.dlapiper.com |
| | |
| Ryan Fitzgerald | *Attorneys for Defendant ScentAir* |
| **CROWELL & MORING LLP** | *Technologies, LLC* |
| 455 N. Cityfront Plaza Drive | |
| Chicago, IL 60611 | |
| (312) 321-4200 | |