IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROLITEC INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 20-984-WCB |
| SCENTAIR TECHNOLOGIES, LLC., | § § § | |
| *Defendant*. | § § | |

## ORDER

On January 4, 2024, the court held a conference to resolve the parties' objections to exhibits and deposition designations for the trial scheduled to begin on January 22, 2024. This order summarizes the rulings made at the conference. The court did not resolve several of the objections raised, as they are subject to motions in limine and letter briefs. Those unresolved objections are also noted below.

If either party believes that the court made a ruling at the conference that is incorrectly recorded in this order, or if any exhibits are missing from this order, they may alert the court of the error by letter filed no later than 4:00 p.m. Eastern Time on Wednesday, January 17, 2024. The court notes that exhibits deemed inadmissible may still, of course, be relied upon and described by the parties' experts. *See* Fed. R. Evid. 703.

At the conference, the court heard following objections and made the following rulings:

A. Prolitec's Objections to ScentAir's Exhibits

- DX1: Subject to motion in limine. No ruling.
- DX2: Subject to motion in limine. No ruling.
- DX3: Subject to motion in limine. No ruling.

1

- DX14:  Subject to letter briefs.  No ruling.
- DX42:  Subject to motion in limine.  No ruling.
- DX43:  Subject to motion in limine.  No ruling.
- DX79–99:  Objections overruled.
- DX120–26:  Objections overruled.
- DX148:  Subject to letter briefs.  No ruling.
- DX149:  Subject to motion in limine.  No ruling.
- DX150:  Subject to motion in limine.  No ruling.

B. ScentAir's Objections to Prolitec's Exhibits

- PX1:  Subject to motion in limine.  No ruling.
- PX2:  Subject to motion in limine.  No ruling.
- PX3:  Objection overruled.
- PX4:  Objection sustained.  Prolitec may cure if PX4 is redacted appropriately to include only portions relating to the invention story.
- PX8:  Objection sustained.
- PX9:  Subject to motion in limine.  No ruling.
- PX10:  Subject to motion in limine.  No ruling.
- PX11:  Subject to motion in limine.  No ruling.
- PX12:  Subject to motion in limine.  No ruling.
- PX13:  Subject to motion in limine.  No ruling.
- PX40:  Objection sustained.
- PX41:  Objection sustained.
- PX43:  Objection sustained.
- PX44:  Objection sustained, except as to pages PROLITEC00018395 and PROLITEC00018447.
- PX45:  Relevance objections overruled.  No ruling as to hearsay.
- PX46:  Relevance objections overruled.  No ruling as to hearsay.

C. Prolitec's Objections to ScentAir's Deposition Designations

- Sward deposition at 137:16–137:19:  Objection overruled.
- Weening deposition at 101:14–101:15, 101:23–102:23, 103:2–104:25, 105:3–106:16, 106:18–107:2:  Objection sustained.
- Weening deposition at 114:8–115:24:  Objection overruled.
- Andres deposition at 64:3–64:6:  Objection withdrawn.
- Andres deposition at 69:22–69:24:  Objection withdrawn.
- Andres deposition at 70:2–71:13:  Objection withdrawn.
- Andres deposition at 201:10–204:24:  Subject to motion in limine.  No ruling.
- Browne deposition at 59:5–59:7, 59:9–59:11, 60:21–61:2, 61:4–61:4, 61:19–61:22:  Subject to letter briefs.  No ruling.
- Browne deposition at 61:19–61:22, 62:15–62:16, 63:2–63:4, 63:6–63:19, 64:17–65:7:  Objection overruled.

- Browne deposition at 129:20–130:25, 134:8–139:9, 134:15–134:25: Subject to letter briefs.  No ruling.
- Browne deposition at 152:13–154:5:  Objection overruled.
- Browne deposition at 214:4–214:23:  Objection overruled.
- Browne deposition at 215:22–215:24, 216:1–216:2:  Objection overruled.

D. ScentAir's Objections to Prolitec's Deposition Designations

- Andres deposition at 38:23–40:16:  Objection sustained as to objections and attorney comments at 39:07–39:10.
- Andres deposition at 77:14–77:25:  Objection sustained.
- Andres deposition at 160:1–160:5:  Objection overruled.
- Andres deposition at 179:19–181:01:  Objection sustained.
- Andres deposition at 211:20–212:13, 212:16–212:20, 213:12–213:25, 214:06–214:11, 214:14–214:14, 214:20–215:21, 215:24–215:24, 216:05–216:11, 216:14–217:03, 217:06–217:24, 218:01–218:11, 218:13–21902, 21904–219:10, 219:12–220:06, 220:08–220:24, 221:02–221:09, 221:11–221:13, 221:15–221:22, 221:25–222:08, 222:11–222:12, 222:14–222:22, 222:25–223:05, 223:08–223:13, 238:05–239:01: Subject to motion in limine. No ruling.
- Browne deposition at 49:2–49:15, 52:25–5315, 55:21–56:3, 57:6–57:18, 58:20–59:3, 64:5–65:20:  Objection sustained as to objections and attorney comments.
- Browne deposition at 123:20–123:21, 128:20–129:19:  Objection overruled.
- Browne deposition at 154:6–155:1: Objection sustained as to objections and attorney comments.
- Ansley deposition at 21:18–22:3:  Objection sustained.
- Sward deposition at 30:22–31:1:  Objection sustained as to objections and attorney comments.
- Sward deposition at 38:21–38:23:  Objection sustained.
- Sward deposition at 55:19-56:1:  Objection sustained.
- Sward deposition at 126:20–127:2:  Objection sustained as to objections and attorney comments.
- Hultmark deposition at 5:18–6:2:  Objection overruled.
- Andres deposition at 69:15–69:21:  Objection withdrawn.
- Andres deposition at 117:10–117:17:  Objection withdrawn.
- Andres deposition at 123:18–124:2:  Objection withdrawn.
- Browne deposition at 55:21–56:3:  Objection overruled as to Rule 602.
- Browne deposition at 154:6–155:1:  Objection sustained as to objections and attorney comments.

IT IS SO ORDERED.

SIGNED this 10th day of January, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

4