# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROLITEC INC., | § | |
| *Plaintiff*, | § § § § | |
| v. | § | Civil Action No. 20-984-WCB |
| SCENTAIR TECHNOLOGIES, LLC., | § § § § | |
| *Defendant*. | § § | |

## FINAL PRETRIAL ORDER

The parties have submitted a Proposed Final Pretrial Order, Dkt. No. 266, which the court reviewed and discussed with the parties at the Pretrial Conference held on January 12, 2024. The court adopts the parties' Proposed Final Pretrial Order ("PFPTO") as the court's Final Pretrial Order except as modified in the following respects:

1. Paragraph 35 of the PFPTO is modified to provide that exhibits may not be published, displayed, or otherwise shown to the jury until after they have been qualified for admission into evidence. The final sentence of that paragraph of the PFPTO will be omitted.

2. Paragraph 40 of the PFPTO is modified to require that any objection be raised with the court no later than 9:00 p.m. the same night.

3. Paragraph 45 of the PFPTO is modified to require that any objection be brought to the court's attention no later than 6:00 p.m. the same day.

4. Paragraph 46 of the PFPTO is modified to require that any objection be brought to the court's attention no later than 9:00 p.m. the same night.

5. Paragraph 56 of the PFPTO is modified to require that any objection be raised with the court no later than 9:00 p.m. the same night.

6. Paragraph 57 of the PFPTO is modified to require the party calling a witness to testify by deposition at trial to provide the court with one copy of the transcript of the depositions, counter-designations, and counter-counter designations that will be played.

7. Paragraph 61 of the PFPTO is modified to provide that the parties' calculation of the time to be charged to each party for witnesses testifying by deposition will be provided to the court's law clerk in advance of the playing of each witness's testimony. The court's law clerk will keep the official record of the time used by each party throughout the trial. Time will be charged against a party for (1) opening statements and closing arguments by that party; (2) time spent by that party examining that party's witnesses; and (3) time spent on objections raised by that party.

8. Paragraphs 69–75 of the PFPTO raises additional issues on which ScentAir wishes to be heard. At the pretrial conference, the court directed the parties to brief those issues and provided a schedule for that briefing during the week of January 15, 2024.

9. Paragraphs 78–79 of the PFPTO: the court approves of the parties' proposal to provide each juror with a notepad, pen, and copies of the asserted patents (including the *inter partes* review certificates for each patent), as well as the parties' agreement to provide lunches for the jurors.

10. The remaining portions of the PFPTO are adopted and incorporated as parts of the court's final pretrial order.

IT IS SO ORDERED

SIGNED this 16th day of January, 2024

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE