IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant. | C.A. No. 20-984-WCB |

**JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE
DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER
ON PERSONAL DEVICES FOR JURY TRIAL**

Plaintiff Prolitec Inc. ("Prolitec") and Defendant ScentAir Technologies, LLC ("ScentAir") jointly move for an order to exempt certain persons involved in the trial of this matter from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A five-day jury trial is currently scheduled in this case to begin on January 22, 2024, in Courtroom 2B, before The Honorable William C. Bryson. The parties are scheduled to conduct their courtroom setup for the trial on January 19, 2024.

3. Prolitec Inc. has engaged Jim Hoy of Trial Technology Consulting LLC as its trial tech operator for technology-related issues and presentation of evidence for the trial. Mr. Hoy will be in attendance for the duration of the trial. Mr. Hoy plans to bring in the following electronic equipment. A portable table; 2 laptop computers; 1 external monitor; 2 hard drives; necessary cables and power cords; portable battery chargers; iPhone; iWatch; laser pointer. Mr. Hoy does not meet any of the exemptions to the Paragraph 4 of the May 15, 2023 Standing Order.

4. Prolitec Inc. has engaged Chris Dominic of Tsongas Litigation Consulting as a trial consultant. Mr. Dominic will be in attendance for the duration of the trial. Mr. Dominic does not meet any of the exemptions to the Paragraph 4 of the May 15, 2023 Standing Order.

5. ScentAir Technologies, LLC has engaged Darren Cadiz of Crowell & Mooring LLP as its hot-seat operator for trial. Mr. Cadiz will be in attendance at the jury trial to assist ScentAir with technology-related issues and presentation of evidence and demonstratives to the Court and the jurors by electronic means. Mr. Cadiz plans to bring the following electronic equipment to assist in the electronic presentation of evidence and demonstratives during trial: a portable table (approx. 2' x 5'); 2 laptop computers; 2 portable hard drives; 2 HDMI cords; 2 power strips; 2 power extension cords; 2 portable battery chargers; 2 monitors with power cords; a switch box; tape to stabilize cords to floor; a smartphone; and a laser pointer. Mr. Cadiz does not meet any of the exemptions to the Paragraph 4 of the May 15, 2023 Standing Order.

6. ScentAir Technologies, LLC has engaged David Barnard from Magna Legal Services as a jury consultant. Mr. Barnard will be attendance at the voir dire phase of the jury trial to assist ScentAir with jury selection, and plans to bring his laptop and smartphone. Mr. Marnard does not meet any of the exemptions to the Paragraph 4 of the May 15, 2023 Standing Order.

7. Additionally, non-Delaware counsel for the parties who intend to appear at the jury

trial on behalf of their clients do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order. These counsel are in good standing with at least one State bar in the United States, and have been admitted *pro hac vice*, in one or more of the above-captioned actions; however, they do not possess a Delaware Bar ID card; some also do not possess a physical, hard copy bar card from their home jurisdictions.  These persons include:

- Marc C. Levy of Seed IP Law Group LLP, Counsel of record for Prolitec;
- Syed M. Abedi of Seed IP Law Group LLP, Counsel of record for Prolitec;
- Emily M. Ross of Seed IP Law Group LLP, Counsel of record for Prolitec;
- Joshua B. Pond of Crowell & Moring LLP, Counsel of record for ScentAir;
- Vincent J. Galluzzo of Crowell & Moring LLP, Counsel of record for ScentAir;
- Molly A. Jones of Crowell & Moring LLP, Counsel of record for ScentAir; and
- Ryan Fitzgerald of Crowell & Moring LLP, Counsel of record for ScentAir.

8. The parties respectfully submit that its trial paralegals, Emma Duke and April Marconi (ScentAir), and Jennifer Ruppert and Katie Ford (Prolitec), who do not meet any exemptions to the Standing Order, are essential to coordinating the attendance of its witnesses and attorneys at trial, and the parties request that each be allowed to bring their laptop, smartphone and/or smartwatch into the courthouse as well.  ScentAir further requests that Ms. Marconi or Ms. Duke be permitted to bring a small printer into the courthouse to assist with the presentation of evidence.

9. Finally, the client representative for each side, Matthew Ansley (Prolitec) and Logan Andres (ScentAir), will be attending the jury trial proceedings and they do not meet any of the exemptions to the Paragraph 4 of the May 15, 2023 Standing Order.  Because of the length of time these representatives will be in the courthouse and their importance to the businesses, the parties jointly request that they be allowed to bring their smartphones and/or smartwatches into

the courthouse.

10. The parties' litigation vendors, support personnel, and counsel of record, as set forth above, require access to their electronic devices for the January 19, 2024 courtroom setup, and during the jury trial in this case, because it will assist with the presentation of evidence and demonstratives and will allow counsel to communicate with support staff outside of the courthouse to facilitate the orderly and smooth presentation of witnesses and exhibits.

11. The above-listed persons for whom the exception is sought agree they will abide by all requirements of the District Court's May 15, 2023 Standing Order In re Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse.

WHEREFORE, the parties respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: January 16, 2024

| McCARTER & ENGLISH, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Stephanie E. O'Byrne |
| Brian R. Lemon (#4730) | Brian A. Biggs (DE Bar No. 5591) |
| Alexandra M. Joyce (#6423) | Jeff Castellano (DE Bar No. 4837) |
| 405 N. King St., 8th Floor | Stephanie E. O'Byrne (DE Bar No. 4446) |
| Wilmington, DE 19801 | 1201 North Market Street, Suite 2100 |
| (302) 984-6300 | Wilmington, DE 19801 |
| blemon@mccarter.com | Telephone: (302) 468-5700 |
| ajoyce@mccarter.com | Facsimile: (302) 394-2341 |
| | brian.biggs@us.dlapiper.com |
| *Of Counsel:* | jeff.castellano@us.dlapiper.com |
| | stephanie.obyrne@us.dlapiper.com |
| Marc C. Levy | |
| Syed M. Abedi | *Of Counsel:* |
| Jessica Gritton | |
| Emily M. Ross | Joshua B. Pond |
| SEED IP LAW GROUP LLP | Vincent J. Galluzzo |

701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Jessica.Gritton@seedip.com
Emily.Ross@seedip.com

*Attorneys for Plaintiff Prolitec Inc.*

CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
(202) 624-2500
jpond@crowell.com
vgalluzzo@crowell.com

Molly A. Jones
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
(415) 986-2800
mojones@crowell.com

Ryan Fitzgerald
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200
rfitzgerald@crowell.com

*Attorneys for Defendant ScentAir Technologies, LLC*