#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

### DEFENDANT SCENTAIR TECHNOLOGIES, LLC'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL <u>RULE OF CIVIL PROCEDURE 50(a)</u>

Pursuant to Federal Rule of Civil Procedure 50(a), Defendant ScentAir Technologies, LLC, ("ScentAir") respectfully moves for judgment as a matter of law ("JMOL") pursuant to Federal Rule of Civil Procedure 50(a). The grounds for ScentAir's motion were preserved on the trial record (Tr. 584:15-608:12) and are fully set forth in the accompanying Brief in Support.

Dated: January 25, 2024

**OF COUNSEL:**

Joshua B. Pond (admitted *Pro Hac Vice*)
Vincent J. Galluzzo (admitted *Pro Hac Vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2610
jpond@crowell.com
vgalluzzo@crowell.com

Ryan Fitzgerald (admitted *Pro Hac Vice*)
**CROWELL & MORING LLP**
455 N. Cityfront Plaza Drive
Chicago, IL 60611

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Defendant*

Telephone: (312) 321-4200
rfitzgerald@crowell.com

Molly A. Jones
**CROWELL & MORING LLP**
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
Telephone (415) 986-2800
mojones@crowell.com