# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

## [PROPOSED] O R D E R

At Wilmington this _____ day of January, 2024, having considered Defendant's Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a), and oral argument on the motion including responses thereto,

IT IS HEREBY ORDERED that Defendant ScentAir Technologies, LLC's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) is granted.

_____
The Hon. William C. Bryson
UNITED STATES DISTRICT JUDGE, by designation