

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Stephanie E. O'Byrne
Stephanie.OByrne@dlapiper.com
**T** 302.468.5645

February 8, 2024

<u>VIA CM/ECF</u>
The Honorable William C. Bryson
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

   Re: *Prolitec Inc. v. ScentAir Technologies, LLC*, C.A. No. 20-984-WCB (D. Del.);
     <u>Joint Status Report on Ex Parte Reexamination of ScentAir Patent (D.I. 212)</u>

Dear Judge Bryson:

By its Memorandum Opinion and Order dated August 8, 2023, the Court stayed ScentAir's counterclaims for infringement of ScentAir's U.S. Patent No. 10,838,388 ("the '388 patent") pending the issuance of a final office action in the *ex parte* reexamination of the '388 patent (Control No. 90/019,161). In its Order, the Court concurrently directed the parties to provide a joint status report within six months of that decision if a final action was not entered. (D.I. 212 at 18). The undersigned counsel hereby provides a joint statement on behalf of the parties.

By a non-final office action mailed January 23, 2024 (Ex. 1), the United States Patent and Trademark Office ("PTO") issued an *Ex Parte Quayle* action informing the parties that all original claims 1-20 of the '388 patent are confirmed as patentable, prosecution as to the merits is closed, and that the proceeding is in a condition for issuance of an *ex parte* reexamination certificate except for formal matters pertaining to the PTO's non-entry of newly-proposed claims 21-38 provided in Applicant's December 6, 2023 response (*id.* at 2). ScentAir is required to respond to the PTO as to those newly-proposed claims by February 23, 2024. (*Id.* at 7).

ScentAir expects that a Notice of Intent to Issue Ex Parte Reexamination Certificate ("NIRC") will issue after its February 23, 2024 response to the Quayle Action. Given this timeline, the parties respectfully propose that they will file a further update to the Court, including the parties' respective proposals on the path forward to resolving ScentAir's counterclaims, within fourteen (14) days of the issuance of the NIRC.

            Respectfully,

            */s/ Stephanie E. O'Byrne*

            Stephanie E. O'Byrne (No. 4446)

cc: All counsel of record (by CM/ECF)