IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Civil Action No. 20-984-WCB |
| SCENTAIR TECHNOLOGIES, LLC, § | |
| § | |
| *Defendant*. § | |
| § | |

**<u>AMENDED JUDGMENT</u>**

This action came before the court for a jury trial beginning on January 22, 2024. The issues have been tried and the jury has rendered its verdict. Dkt. No. 304. Pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is entered for Defendant ScentAir Technologies, LLC ("ScentAir") that ScentAir does not infringe claims 17 and 23 of United States Patent No. 9,162,004 ("the '004 patent"), as set out in the verdict form, Dkt. No. 304;

2. Judgment is entered for Defendant that ScentAir does not infringe claims 15, 16, 17, and 22 of United States Patent No. 9,745,976 ("the '976 patent"), as set out in the verdict form, Dkt. No. 304;

3. Judgment is entered for Plaintiff Prolitec Inc. ("Prolitec") that claims 17 and 23 of the '004 patent are not invalid for anticipation, as set out in the verdict form, Dkt. No. 304; and

4. Judgment is entered for Prolitec that claims 15, 16, 17, and 22 of the '976 patent are not invalid for anticipation, as set out in the verdict form, Dkt. No. 304.

Any motion for judgment as a matter of law under Rule 50(b) of the Federal Rules of Civil Procedure is due for filing by February 26, 2024.

IT IS SO ORDERED.

SIGNED this 8th day of February, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE