IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>      v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>      Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 54(B)**

WHEREAS this case came before the Court on Plaintiff Prolitec Inc.'s ("Prolitec's") claims of infringement of United States Patent No. 9,162,004 ("the '004 patent") and United States Patent No. 9,745,976 ("the '976 patent"), and ScentAir's counterclaims of infringement of U.S. Patent No. 10,838,388 ("the '388 Patent"); and

WHEREAS, on December 16, 2022, the Court severed the Parties' respective patent infringement cases such that Prolitec's patent infringement claims would proceed to trial first, Dkt. Nos. 117 and 145); and

WHEREAS, Prolitec asserted infringement of claims 17 and 23 of the '004 patent and claims 15, 16, 17, and 22 of the '976 patent (the "Asserted Claims") at trial; and

WHEREAS, Prolitec's infringement claims and ScentAir's invalidity counterclaims with respect to the '004 and '976 patents were submitted to a jury on January 26, 2024, which unanimously rendered a verdict that ScentAir did not infringe the Asserted Claims, and that the Asserted Claims are not invalid; and

WHEREAS, the Court entered Judgment following the verdict on January 29, 2024, Dkt. Nos. 307, 314 (with typographical correction, Dkt. No. 315); and

WHEREAS, by Order dated February 1, 2024, the Court denied any pending Federal Rule of Civil Procedure 50(a) motions as moot, Dkt. No. 309, and no renewable Rule 50(b) motions remained, Dkt. No. 312; and

WHEREAS, ScentAir filed a motion for entry of a final judgment under Federal Rule of Civil Procedure 54(b) on Prolitec's Affirmative Infringement Claims, which the Court has granted over Prolitec's opposition by separate Order, Dkt. No. 322;

It is HEREBY ORDERED AND ADJUDGED that:

Final Judgment is entered for ScentAir and against Prolitec on Prolitec's claims of infringement of claims 17 and 23 of the '004 patent.

Final Judgment is entered for ScentAir and against Prolitec on Prolitec's claims of infringement of claims 15, 16, 17, and 22 of the '976 patent.

Final Judgment is entered for Prolitec and against ScentAir on ScentAir's counterclaims of invalidity of claims 17 and 23 of the '004 patent.

Final Judgment is entered for Prolitec and against ScentAir on ScentAir's counterclaims of invalidity of claims 15, 16, 17, and 22 of the '976 patent.

IT IS SO ORDERED.

SIGNED this 21st day of March, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE