**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PROLITEC INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

**STIPULATION AND ORDER**
**REGARDING EXCEPTIONAL CASE BRIEFING**

WHEREAS, on March 21, 2024, the Court issued a Memorandum Opinion and Order (the "Opinion") granting ScentAir Technologies, LLC's ("ScentAir's") motion for the entry of Rule 54(b) judgment (D.I. 322); and

WHEREAS, by the same Order, the Court denied ScentAir's motion to stay the deadline for party appeals pending the filing of a motion for attorneys' fees pursuant to Rule 58(e) (*id.*); and

WHEREAS, following that Order, the deadline to file any exceptional case motion would be 14 days from the entry of the Rule 54(b) judgment dated March 21, 2024 (D.I. 323) (the "Judgment"), or on April 4, 2024; and

WHEREAS, the Court indicated in its Opinion that it should evaluate a section 285 motion as a "holistic determination[ ] based on the entire history of the case, [and] will postpone addressing the attorney fee issue until after the entire case is resolved" (D.I. 322 at 12 & n.5); and

WHEREAS, while the Opinion makes clear that it will not entertain a section 285 motion at this time, the Opinion does not affirmatively state that a party need not file a section 285 motion in order to preserve its rights to bring its motion at the end of ScentAir's affirmative case; and

WHEREAS, the parties have conferred and agree, subject to the approval of the Court, that:

1. For good cause shown, pursuant to Rule 16(a)(3)(B)(vii) and (B)(4), the deadline to file an exceptional case motion is hereby set concurrently with the post-trial briefing deadline to be determined at the close of ScentAir's affirmative patent infringement case.
2. Neither party waives any rights by virtue of the parties' agreement to this schedule.

**MCCARTER & ENGLISH, LLP**

*/s/ Brian R. Lemon*
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

Of Counsel:

Marc C. Levy
Syed Abedi
Jessica S. Gritton
Emily M. Ross
**SEED IP LAW GROUP LLP**
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
marcl@seedip.com
syeda@seedip.com

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

Of Counsel:

Joshua B. Pond
**ORRICK HERRINGTON & SUTCLIFFE LLP**
1152 15th Street NW
Washington, DC 20005-1706
Tel: (202) 339-8400
jpond@orrick.com

jessica.gritton@seedip.com
emily.ross@seedip.com

*Attorneys for Plaintiff*

Vincent J. Galluzzo (admitted *Pro Hac Vice)*
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
704.331.7526
Vincent.Galluzzo@klgates.com

Ryan Fitzgerald (admitted *Pro Hac Vice)*
**CROWELL & MORING LLP**
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
rfitzgerald@crowell.com

Molly A. Jones
**CROWELL & MORING LLP**
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
Telephone (415) 986-2800
mojones@crowell.com

*Attorneys for Defendant*

IT IS SO ORDERED this 26th day of March, 2024.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE