IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br>     Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

**STIPULATION AND ORDER
TO EXTEND TIME FOR MOTIONS FOR BILL OF COSTS**

WHEREAS, on March 21, 2024, the Court issued a Memorandum Opinion and Order (the "Opinion") granting ScentAir Technologies, LLC's ("ScentAir's") motion for the entry of Rule 54(b) judgment (D.I. 322), and subsequently entered a Rule 54(b) judgment dated March 21, 2024 (D.I. 323) (the "Judgment");

WHEREAS, by the same Order, the Court denied ScentAir's motion to stay the deadline for party appeals pending the filing of a motion for attorneys' fees pursuant to Rule 58(e) (*id.*);

WHEREAS, the deadline to file a notice of appeal was April 22, 2024;

WHEREAS, the deadline to file any motion for a bill of costs (*see* Fed. R. Civ. P. 54(d); D. Del. LR 54.1) is 14 days after the time for appeal has expired or within 14 days after the issuance of the mandate of the appellate court;

WHEREAS, neither party filed a notice of appeal by the April 22 deadline;

WHEREAS, the current deadline to file a motion for bill of costs is on May 6, 2024; and

WHEREAS, the parties have conferred and agree, subject to the approval of the Court, that:

ME1 48319045v.1

1. For good cause shown, pursuant to Rule 16(a)(3)(B)(vii) and (B)(4), the deadline to file a motion for a bill of costs under Federal Rule of Civil Procedure 54(d) and District of Delaware Local Rule 54.1 is hereby set concurrently with the post-trial briefing deadline to be determined at the close of ScentAir's affirmative patent infringement case.

2. Neither party waives any rights by virtue of the parties' agreement to this schedule.

Date: April 29, 2024

| **MCCARTER & ENGLISH, LLP** | **K&L GATES LLP** |
|---|---|
| */s/ Brian R. Lemon* | */s/ Steven L. Caponi* |
| Brian R. Lemon (#4730) | Steven L. Caponi (#3484) |
| Alexandra M. Joyce (#6423) | 600 King Street, Suite 901 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 416-7000 |
| Wilmington, DE 19801 | steven.caponi@klgates.com |
| (302) 984-6300 | |
| blemon@mccarter.com | Of Counsel: |
| ajoyce@mccarter.com | |
| | Vincent J. Galluzzo (admitted *Pro Hac Vice*) |
| Of Counsel: | **K&L GATES LLP** |
| | 300 South Tryon Street, Suite 1000 |
| Marc C. Levy | Charlotte, North Carolina 28202 |
| Syed Abedi | 704.331.7526 |
| Jessica S. Gritton | Vincent.Galluzzo@klgates.com |
| Emily M. Ross | |
| **SEED IP LAW GROUP LLP** | *Attorneys for Defendant* |
| 701 Fifth Avenue, Suite 5400 | |
| Seattle, WA 98104 | |
| Telephone: (206) 622-4900 | |
| marcl@seedip.com | |
| syeda@seedip.com | |
| jessica.gritton@seedip.com | |
| emily.ross@seedip.com | |

*Attorneys for Plaintiff*

IT IS SO ORDERED this 30th day of April, 2024.

_____
The Hon. William C. Bryson
United States District Judge, by designation