# EXHIBIT A

**U.S. Patent No. 10,838,388**
**Comparison of Independent Claims**

| Claim 1 | Claim 8 | Claim 15 |
|---|---|---|
| 1. A computer-implemented method for delivering scents, comprising: | 8. A system for delivering scents, comprising:<br><br>one or more data processors;<br><br>and a non-transitory computer-readable storage medium containing instructions which, when executed on the one or more data processors, cause the one or more data processors to perform operations including: | 15. A computer-program product tangibly embodied in a non-transitory machine- readable storage medium, including instructions configured to cause a data processing apparatus to perform operations including: |
| establishing a communication network including a central controller and one or more networked scent delivery devices, wherein the central controller is configured to control an operation of each of the one or more networked scent delivery devices, wherein controlling the operation is based on one or more master schedules, and wherein the central controller stores an in table in which verification information relating to each networked scent delivery device is  stored and an out table in which instructions for each networked scent delivery device are stored; | establishing a communication network including a central controller and one or more networked scent delivery devices, wherein the central controller is configured to control an operation of each of the one or more networked scent delivery devices, wherein controlling the operation is based on one or more master schedules, and wherein the central controller stores an in table in which verification information relating to each networked scent delivery device is  stored and an out table in which instructions for each networked scent delivery device are stored; | establishing a communication network including a central controller and one or more networked scent delivery devices, wherein the central controller is configured to control an operation of each of the one or more networked scent delivery devices, wherein controlling the operation is based on one or more master schedules, and wherein the central controller stores an in table in which verification information relating to each networked scent delivery device is  stored and an out table in which instructions for each networked scent delivery device are stored; |

| Claim 1 | Claim 8 | Claim 15 |
|---|---|---|
| generating command data that is configured to control the operation of a networked scent delivery device of the one or more networked scent delivery devices, wherein the command data is generated based on the instructions stored in the out table of the central controller; | generating command data that is configured to control the operation of a networked scent delivery device of the one or more networked scent delivery devices, wherein the command data is generated based on the instructions stored in the out table of the central controller; | generating command data that is configured to control the operation of a networked scent delivery device of the one or more networked scent delivery devices, wherein the command data is generated based on the instructions stored in the out table of the central controller; |
| transmitting the command data to the networked scent delivery device using the communication network; | transmitting the command data to the networked scent delivery device using the communication network; | transmitting the command data to the networked scent delivery device using the communication network; |
| receiving a signal from the networked scent delivery device using the communication network, wherein the signal includes status data representing a status of the networked scent delivery device; and | receiving a signal from the networked scent delivery device using the communication network, wherein the signal includes status data representing a status of the networked scent delivery device; and | receiving a signal from the networked scent delivery device using the communication network, wherein the signal includes status data representing a status of the networked scent delivery device; and |
| storing the status associated with the networked scent delivery device in the in table of the central controller, wherein the status stored in the in table of the central controller identifies a functionality of the networked scent delivery device, thereby providing a real-time status update for each networked scent delivery device. | storing the status associated with the networked scent delivery device in the in table of the central controller, wherein the status stored in the in table of the central controller identifies a functionality of the networked scent delivery device, thereby providing a real-time status update for each networked scent delivery device. | storing the status associated with the networked scent delivery device in the in table of the central controller, wherein the status stored in the in table of the central controller identifies a functionality of the networked scent delivery device, thereby providing a real-time status update for each networked scent delivery device. |

**U.S. Patent No. 10,838,388**
**Comparison of Dependent Claims**

| Claims 2-7 | Claims 9-14 | Claims 16-20 |
|---|---|---|
| **2.** The computer- implemented method for delivering scents, as recited in claim 1, wherein the status data corresponding to the networked scent delivery device indicates an operation status of the networked scent delivery device. | **9.** The system for delivering scents, as recited in claim 8, wherein the status data corresponding to the networked scent delivery device indicates an operation status of the networked scent delivery device. | **16.** The computer-program product, as recited in claim 15, wherein the status data corresponding to the networked scent delivery device indicates an operation status of the networked scent delivery device. |
| **3.** The computer- implemented method for delivering scents, as recited in claim 2, wherein the operation status indicates whether or not the networked scent delivery device is operating to deliver the scent. | **10.** The system for delivering scents, as recited in claim 9, wherein the operation status indicates whether or not the networked scent delivery device is operating to deliver the scent. | **17.** The computer-program product, as recited in claim 16, wherein the operation status indicates whether or not the networked scent delivery device is operating to deliver the scent. |
| **4.** The computer- implemented method for delivering scents, as recited in claim 2, wherein the operation status indicates whether the networked scent delivery device is currently connected to the communication network. | **11.** The system for delivering scents, as recited in claim 9, wherein the operation status indicates whether the networked scent delivery device is currently connected to the communication network. | **18.** The computer-program product, as recited in claim 16, wherein the operation status indicates whether the networked scent delivery device is currently connected to the communication network. |

| Claims 2-7 | Claims 9-14 | Claims 16-20 |
|---|---|---|
| **5.** The computer- implemented method for delivering scents, as recited in claim 1, wherein, when the command data is received at the networked scent delivery device over the communication network, the networked scent delivery device is controlled in accordance with the command data. | **12.** The system for delivering scents, as recited in claim 8, wherein, when the command data is received at the networked scent delivery device over the communication network, the networked scent delivery device is controlled in accordance with the command data. | **19.** The computer-program product, as recited in claim 15, wherein, when the command data is received at the networked scent delivery device over the communication network, the networked scent delivery device is controlled in accordance with the command data. |
| **6.** The computer- implemented method for delivering scents, as recited in claim 5, wherein controlling the networked scent delivery device includes activating the networked scent delivery device to deliver a scent in accordance with the command data. | **13.** The system for delivering scents, as recited in claim 12, wherein controlling the networked scent delivery device includes activating the networked scent delivery device to deliver a scent in accordance with the command data. | **20.** The computer-program product, as recited in claim 19, wherein controlling the networked scent delivery device includes activating the networked scent delivery device to deliver a scent in accordance with the command data. |
| **7.** The computer- implemented method for delivering scents, as recited in claim 5, wherein controlling the networked scent delivery device includes deactivating the networked scent delivery device, such that delivery of a scent is deactivated in accordance with the command data. | **14.** The system for delivering scents, as recited in claim 12, wherein controlling the networked scent delivery device includes deactivating the networked scent delivery device, such that delivery of a scent is deactivated in accordance with the command data. | |