## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PROLITEC INC.,

        Plaintiff/Counterclaim-
Defendant,

      v.

SCENTAIR TECHNOLOGIES, LLC,

        Defendant/Counterclaim-
Plaintiff.

C.A. No. 20-984-WCB

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on May 8, 2024, the Court issued a revised scheduling order (D.I. 330), which *inter alia*, set a briefing schedule for revised briefing on Prolitec's Motion for Judgment on the Pleadings;

WHEREAS, the deadline for Prolitec's Reply Brief in support of its Motion for Judgment on the Pleadings is currently set for May 27, 2024, which is a federal holiday; and

WHEREAS, in light of the federal holiday, the parties have conferred and agreed, subject to the Court's approval, to a brief one-day extension of time for Prolitec's deadline to file its Reply Brief;

THEREFORE, IT IS HEREBY STIPULATED, by the parties, and subject to the Court's approval that the deadline for Prolitec's Reply Brief in support of its Motion for Judgment on the Pleadings is extended to and including May 28, 2024 (from May 27, 2024).

ME1 48584549v.1

Date: May 23, 2024

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

Of Counsel:

Marc C. Levy
Syed Abedi
Jessica S. Gritton
Emily M. Ross
**SEED IP LAW GROUP LLP**
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
marcl@seedip.com
syeda@seedip.com
jessica.gritton@seedip.com
emily.ross@seedip.com

*Attorneys for Plaintiff*

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (#3484)
600 King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
steven.caponi@klgates.com

Of Counsel:

Vincent J. Galluzzo (admitted *Pro Hac Vice*)
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
704.331.7526
Vincent.Galluzzo@klgates.com

*Attorneys for Defendant*

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Hon. William C. Bryson
United States District Judge, by designation

ME1 48584549v.1