# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>  v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>  Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, on May 8, 2024, the Court issued a revised scheduling order (D.I. 330), which *inter alia*, set a briefing schedule for revised briefing on Prolitec's Motion for Judgment on the Pleadings;

WHEREAS, the deadline for Prolitec's Reply Brief in support of its Motion for Judgment on the Pleadings is currently set for May 27, 2024, which is a federal holiday; and

WHEREAS, in light of the federal holiday, the parties have conferred and agreed, subject to the Court's approval, to a brief one-day extension of time for Prolitec's deadline to file its Reply Brief;

THEREFORE, IT IS HEREBY STIPULATED, by the parties, and subject to the Court's approval that the deadline for Prolitec's Reply Brief in support of its Motion for Judgment on the Pleadings is extended to and including May 28, 2024 (from May 27, 2024).

ME1 48584549v.1

Date: May 23, 2024

| **MCCARTER & ENGLISH, LLP** | **K&L GATES LLP** |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Steven L. Caponi* |
| Brian R. Lemon (#4730) | Steven L. Caponi (#3484) |
| Alexandra M. Joyce (#6423) | 600 King Street, Suite 901 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 416-7000 |
| Wilmington, DE 19801 | steven.caponi@klgates.com |
| (302) 984-6300 | |
| blemon@mccarter.com | Of Counsel: |
| ajoyce@mccarter.com | |
| | Vincent J. Galluzzo (admitted *Pro Hac Vice*) |
| Of Counsel: | **K&L GATES LLP** |
| | 300 South Tryon Street, Suite 1000 |
| Marc C. Levy | Charlotte, North Carolina 28202 |
| Syed Abedi | 704.331.7526 |
| Jessica S. Gritton | Vincent.Galluzzo@klgates.com |
| Emily M. Ross | |
| **SEED IP LAW GROUP LLP** | *Attorneys for Defendant* |
| 701 Fifth Avenue, Suite 5400 | |
| Seattle, WA 98104 | |
| Telephone: (206) 622-4900 | |
| marcl@seedip.com | |
| syeda@seedip.com | |
| jessica.gritton@seedip.com | |
| emily.ross@seedip.com | |

*Attorneys for Plaintiff*

IT IS SO ORDERED this 23rd day of May, 2024.

_____
The Hon. William C. Bryson
United States Circuit Judge