## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PROLITEC INC.,

          Plaintiff/Counter-Defendant,

v.

SCENTAIR TECHNOLOGIES, LLC,

          Defendant/Counter-Plaintiff.

C.A. No. 20-984-WCB



PUBLIC VERSION FILED: June 10, 2024

### PROLITEC'S EXHIBIT I TO OPENING BRIEF
### IN SUPPORT OF SUPPLEMENTAL CLAIM CONSTRUCTION

Dated: June 3, 2024

OF COUNSEL:

Marc C. Levy
Syed M. Abedi
Brian McQuillen
Jessica S. Gritton
Emily M. Ross
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Brian.McQuillen@seedip.com
Jessica.Gritton@seedip.com
Emily.Ross@seedip.com

MCCARTER & ENGLISH, LLP
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff/Counter-Defendant
Prolitec Inc.*

# EXHIBIT I

**RESTRICTED – ATTORNEYS' EYES ONLY | ATTORNEYS' EYES ONLY – SOURCE CODE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., | ) |
| | ) |
| Plaintiff/Counterclaim- | ) |
| Defendant, | ) |
| | ) C.A. No. 20-984-RGA |
| v. | ) |
| | ) |
| SCENTAIR TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendant/Counterclaim- | |
| Plaintiff. | |

## <u>OPENING EXPERT REPORT OF ROBERT DEZMELYK</u>

June 14, 2023

RESTRICTED – ATTORNEYS' EYES ONLY | ATTORNEYS' EYES ONLY – SOURCE CODE

terms I have used the plain and ordinary meaning of the terms that a practitioner of ordinary skill in the art ("POSITA") would have had as of the priority date of the Asserted Patent, July 10, 2013.

44.     In order to characterize the skills and knowledge of a POSITA for the Asserted Patent I have considered a number of factors, including "(1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field."[2] It is my opinion that a POSITA would have a bachelor's degree in electrical engineering or computer science, or an equivalent subject, or have two to three years of experience designing or implementing systems used to control networked devices. My definition of a POSITA for the Asserted Patent overlaps with the definition set forth by Cory Plock in his declaration dated Nov. 2, 2022, regarding the construction of claim terms for the Asserted Patent. I also agree with Dr. Plock that "more experience would compensate for less formal education, and vice versa."

45.     While I had more expertise and experience than a POSITA as of July 10, 2013, I have supervised, trained, and worked with individuals who closely matched the characteristics of a POSITA for the Asserted Patent, and I had those characteristics at an earlier time in my career.

## V.     ANALYSIS OF INFRINGEMENT

46.     I have been asked to determine if Prolitec's Aera Diffuser line, including the Aera Diffuser and the Aera Mini Diffuser (collectively, the "Aera Devices"), and the accompanying

---

[2] These factors were identified in *Environmental Designs, Ltd. v. Union Oil Co.*, 713 F.2d 693, 696 (Fed. Cir. 1983)

RESTRICTED – ATTORNEYS' EYES ONLY | ATTORNEYS' EYES ONLY – SOURCE CODE

148.    To the extent that deposition testimony or further data, information or documents become available which have an impact on the opinions, conclusions, methodologies and evidence discussed herein, I reserve the right, pursuant to applicable rules, to supplement this report and any schedules, exhibits, documents, summaries or other materials attached hereto or referenced herein. I also specifically reserve the right to formulate and identify trial exhibits at a future date.

149.    At trial, I may rely on visual aids, including demonstrations, or code highlighting. In connection with my testimony I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this report. I have not yet selected the particular exhibits that might be used. In addition, I may create or assist in the creation of demonstratives to assist me in testifying.

I declare under penalty of perjury of the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Dated this 14th day of June, 2023.

_____

Robert Dezmelyk

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on June 3, 2024 on the following counsel in the manner indicated:

Steven L. Caponi
Matthew B. Goeller
K&L Gates LLPP
600 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7080
Steven.caponi@klgates.com
Matthew.goeller@klgates.com

Vincent J. Galluzzo
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
(704) 331-7526
Vincent.galluzzo@klgates.com

Jared R. Lund
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
Jared.lund@klgates.com

*Counsel for Defendant ScentAir Technologies, LLC*

/s/ *Brian R. Lemon*
Brian R. Lemon (#4730)

ME1 47471482v.1