# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., | : |
| | : |
| Plaintiff/Counter-Defendant, | : |
| | : C.A. No. 20-984-WCB |
| v. | : |
| | : |
| SCENTAIR TECHNOLOGIES, LLC, | : |
| | : |
| Defendant/Counter-Plaintiff. | : |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE, that Brian Lemon, counsel to Prolitec Inc., has changed his law firm affiliation to Akerman LLP. Mr. Lemon's new firm information and e-mail address are as follows:

Brian Lemon
Akerman LLP
222 Delaware Avenue, Suite 1710
Wilmington, Delaware 19801
(302) 596-9200
brian.lemon@akerman.com

Dated: June 24, 2024

OF COUNSEL:

Marc C. Levy
Syed M. Abedi
Brian McQuillen
Jessica S. Gritton
Emily M. Ross
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Brian.McQuillen@seedip.com
Jessica.Gritton@seedip.com
Emily.Ross@seedip.com

Akerman LLP

*/s/ Brian R. Lemon*
Brian R. Lemon (#4730)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
brian.lemon@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Prolitec Inc.,*