# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>      Plaintiff/Counter-Defendant<br><br>v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>      Defendant/Counter-Plaintiff | C.A. No. 20-984-WCB |

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

PLEASE WITHDRAWAL THE APPEARANCE of Alexandra M. Joyce, Esq., of McCarter & English, LLP on behalf of Plaintiff/Counter-Defendant Prolitec Inc. ("Prolitec") in the above captioned matter. Prolitec will continue to be represented by counsel of record from Akerman LLP and Seed IP Law Group LLP.

| | |
|---|---|
| Dated: July 30, 2024 | McCARTER & ENGLISH, LLP<br><br>/s/ *Alexandra M. Joyce*<br>Alexandra M. Joyce (#6423)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6300<br>ajoyce@mccarter.com<br><br>*Withdrawing Counsel for Plaintiff/Counter-Defendant Prolitec Inc.* |