IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROLITEC INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 20-984-WCB |
| SCENTAIR TECHNOLOGIES, LLC., | § § § | |
| *Defendant*. | § § § | |

## REVISED SCHEDULING ORDER

On May 8, 2024, the court lifted the stay on the counterclaim proceedings in this case. Dkt. No. 330. That order stated that:

> [T]he parties will have an opportunity to file reply expert reports within 21 days of the date of the latter of the court's orders on the motion for judgment on the pleadings and the motion for supplemental claim construction. Those reports may take account of the court's order on the motion for supplemental claim construction.

The latter of those two orders, the supplemental claim construction order, was filed on July 23, 2024. Expert reports are therefore due by 5:00 p.m. Eastern Time on Tuesday, August 13, 2024. The previous scheduling order also stated that deadlines would be set "for the completion of expert discovery, dispositive motions, the pretrial conference, and the trial, if necessary." *Id.* Those deadlines are as follows:

1. Expert discovery: Depositions of experts and expert discovery shall be completed on or before Tuesday, September 24, 2024.

2. Dispositive Motions: All case dispositive motions shall be served and filed on or before Tuesday, October 22, 2024. No case dispositive motion under Rule 56 may be filed more

1

than ten days before the above date without leave of the court. Absent an order of the court upon a showing of good cause, each side is limited to one twenty-five-page opening brief, one twenty-five-page answering brief, and one ten-page reply brief for all its Daubert and case dispositive motions.

3. Pretrial Conference:  On March 24, 2025, the Court will hold a Rule 16(e) final pretrial conference in via Zoom with counsel beginning at 2:00 p.m.  The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) no later than 5:00 p.m. on the fourth business day before the date of the final pretrial conference.  Unless otherwise ordered by the court, the parties shall comply with the timeframe set forth in Local Rule 16.3(d) for the preparation of the proposed joint final pretrial order.

4. Trial:  This case is scheduled for a 5 day jury trial beginning at 9:00 a.m. on April 21, 2025, with each subsequent trial day beginning at 9:00 a.m.  The trial will be timed, with each party being given no more than 11 hours to present its case (including openings and closings).

IT IS SO ORDERED.

SIGNED this 24th day of July, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE