# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>    Defendant/Counterclaim-Plaintiff | C.A. No. 20-984-WCB |

## NOTICE OF DEPOSITION OF ROBERT L. VIGIL, Ph.D.

To:

| | |
|---|---|
| Brian Lemon<br>Akerman LLP<br>222 Delaware Avenue, Suite 1710<br>Wilmington, DE 19801 | Marc C. Levy<br>Syed M. Abedi<br>Brian McQuillen<br>Jessica S. Gritton<br>Emily M. Ross<br>SEED IP LAW GROUP LLP<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104 |

**PLEASE TAKE NOTICE**, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendant ScentAir Technologies, LLC ("ScentAir"), by and through its undersigned counsel, will take the videotaped deposition upon oral examination of Robert L. Vigil, Ph.D., commencing at 9:00 a.m. EST on September 16, 2024, at Hilton Garden Inn, Mayfaire Town Center, 6745 Rock Spring Road, Wilmington NC 28405.

The deposition will be taken before a notary public or other officer authorized to administer oaths and shall be recorded by stenographic and videographic means. The deposition will continue day to day until completed. All counsel of record are invited to attend and participate.

Dated:  September 11, 2024              **K&L GATES LLP**

*/s/ Megan E. Hunt*
Steven L. Caponi, Esq. (No. 3484)
Megan E. Hunt (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE  19801
Phone: (302) 416-7000
steven.caponi@klgates.com
megan.hunt@klgates.com


Of Counsel:

Vincent J. Galluzzo
K&L GATES LLP
300 South Tryon Street, Suite 1000
Charlotte, NC  28202
Phone: (704) 331-7400
vincent.galluzzo@klgates.com

Jared R. Lund
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602
Phone:  (312) 372-1121
jared.lund@klgates.com