## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SCENTAIR TECHNOLOGIES, LLC.,<br><br>  Defendant. | C.A. No. 20-984-WCB |

## NOTICE OF SERVICE

The undersigned counsel certifies that a true and correct copy of **Notice of Videotaped Deposition of Kevin T. McElroy** was caused to be served via email on September 10, 2024 on the following counsel:

Steven L. Caponi
Megan E. Hunt
K&L Gates LLPP
600 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7080
Steven.caponi@klgates.com
Megan.hunt@klgates.com

Vincent J. Galluzzo
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
(704) 331-7526
Vincent.galluzzo@klgates.com

77986374;1

1

2

Jared R. Lund
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
Jared.lund@klgates.com

*Counsel for Defendant ScentAir Technologies, LLC*

| | |
|---|---|
| Dated:  September 11, 2024 | AKERMAN LLP |
| OF COUNSEL*:* | /s/ *Brian R. Lemon* |
| | Brian R. Lemon (#4730) |
| Marc C. Levy | 222 Delaware Avenue, Suite 1710 |
| Syed M. Abedi | Wilmington, Delaware  19801 |
| Jessica Gritton | Tel.:  (302) 596-9200 |
| Brian P. McQuillen | Brian.lemon@akerman.com |
| Emily M. Ross | |
| SEED IP LAW GROUP LLP | *Counsel for Plaintiff Prolitec Inc.* |
| 701 Fifth Avenue, Suite 5400 | |
| Seattle, WA 98104 | |
| Tel: (206) 622-4900 | |
| MarcL@seedip.com | |
| SyedA@seedip.com | |
| Jessica.Gritton@seedip.com | |
| Brian.McQuillen@seedip.com | |
| Emily.Ross@seedip.com | |