## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PROLITEC INC., | : | |
| | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | C.A. No. 20-984-WCB |
| v. | : | |
| | : | |
| SCENTAIR TECHNOLOGIES, LLC, | : | |
| | : | |
| Defendant/Counter-Plaintiff. | : | |
| | : | |

### PROLITEC'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Prolitec Inc. ("Prolitec") respectfully moves for an extension of page limits for case dispositive and *Daubert* motions.

1.      On October 21, 2020, the Court entered the Joint Scheduling Order (DI 17) which stated:

> Absent an Order of the Court upon a showing of good cause, each side is limited to one forty-page opening brief, one forty-page answering brief, and one twenty-page reply brief for all of its *Daubert* and cause dispositive motions.

(DI 17 at 9).

2.      On October 23, 2020, ScentAir amended its Answer and asserted counterclaims against Prolitec for patent infringement.  (DI 24).

3.      Thereafter the case was split, and Prolitec's patent infringement claims against ScentAir ("Prolitec's Affirmative Case") were separated from ScentAir's patent infringement claims against Prolitec ("ScentAir's Affirmative Case").

1

4.      Beginning on September 7, 2023, the parties briefed dispositive and *Daubert* motions in Prolitec's Affirmative Case, with a 40 page limit for opening and answering briefs and a 20 page limit for reply briefs.  (DIs 219, 220, 223, 224, 225, and 226).

5.      A trial was held on Prolitec's Affirmative Case in January of 2024.

6.      In ScentAir's Affirmative Case, on July 30, 2024, the Court entered a Revised Scheduling Order (DI 351) limiting the parties to a 25 page opening brief, 25 page answering brief, and a 10 page reply brief for case dispositive and *Daubert* motions.  (DI 351 at 1-2).

7.      Case dispositive motions in ScentAir's Affirmative Case must be filed by October 22, 2024.

8.      Prolitec anticipates moving for summary judgment on three independent grounds: (1) invalidity pursuant to 35 U.S.C. § 101; (2) invalidity pursuant to the on-sale bar; and (3) non-infringement.  Further, Prolitec anticipates filing two *Daubert* motions to strike the apportionment opinions of both of ScentAir's experts.  Prolitec therefore requests that the current page limits be extended to 36 pages for opening and answering briefs and 18 pages for reply briefs.  Prolitec's requested page limit extension would apply to both parties.

9.      In light of the multiple issues that will be briefed, and out of fairness for the fact that a 40 page limit applied in Prolitec's Affirmative Case, Prolitec respectfully submits that extending the current page limits for ScentAir's Affirmative Case is both justified and fair.

10.     If granted, Prolitec's request for an extension of page limits will not result in prejudice or undue delay.  Prolitec is not seeking to move any case deadlines.

11.     Pursuant to D. Del. L.R. 7.1.1, the parties have conferred and ScentAir "takes no position" on this motion.

78151930;1

Dated: September 26, 2024

OF COUNSEL:

Marc C. Levy
Syed M. Abedi
Brian McQuillen
Jessica S. Gritton
Emily M. Ross
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Brian.McQuillen@seedip.com
Jessica.Gritton@seedip.com
Emily.Ross@seedip.com

AKERMAN LLP

*/s/ Brian R. Lemon*
Brian R. Lemon (#4730)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone: (302) 596-9200
brian.lemon@akerman.com

*Attorneys for Plaintiff/Counter-
Defendant Prolitec Inc.*

78151930;1