IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., | : |
| Plaintiff/Counter-Defendant, | : |
| v. | : C.A. No. 20-984-WCB |
| SCENTAIR TECHNOLOGIES, LLC, | : |
| Defendant/Counter-Plaintiff. | : |

## [PROPOSED] ORDER

Having considered Prolitec Motion to Exceed Page Limits, IT IS HEREBY ORDERED that the Prolitec's Unopposed Motion is GRANTED.

1. Opening and Answering Briefs for case dispositive and *Daubert* briefing may not exceed 36 pages;

2. Reply briefs for case dispositive and *Daubert* briefing may not exceed 18 pages.

SO ORDERED this ___ day of _____, 2024.

_____
Judge Bryson

78151930;1