# K&L GATES

October 7, 2024

Steven L. Caponi, Esq.
steven.caponi@klgates.com

T 302-416-7080

**<u>Via Electronic Filing</u>**
The Honorable William C. Bryson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Prolitec Inc. v. ScentAir Technologies, LLC*, C.A. No. 20-984-WCB

Dear Judge Bryson:

Pursuant to the Court's Memorandum Order dated October 2, 2024 (D.I. 371), the parties have conferred and do not request that any portions of the Memorandum Order remain under seal.

If Your Honor has any questions, counsel is available at the Court's convenience.

Respectfully submitted,

*/s/ Steven L. Caponi*

Steven L. Caponi (No. 3484)

cc:   All counsel of record (Via Electronic Filing)