# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br>     Defendant/Counterclaim-Plaintiff. | C.A. No. 20-984-WCB |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, on July 30, 2024, the Court issued a revised Scheduling Order (D.I. 351) setting a deadline for case dispositive motions for October 22, 2024;

WHEREAS, on September 24, 2024, the Court entered an Order (D.I. 364) extending the deadline for expert discovery to October 10, 2024;

WHEREAS, on August 13, 2024, Prolitec submitted the Reply Expert Report of Cory Plock, its technical expert;

WHEREAS, on September 9, 2024, ScentAir submitted a Letter Brief moving to strike portions of the Reply Expert Report of Cory Plock (D.I. 354);

WHEREAS, the parties agreed that it would be most efficient to conduct depositions of their respective technical experts after the Court ruled on ScentAir's Letter Brief;

WHEREAS, on October 2, 2024, the Court issued an Order granting in part and denying in part ScentAir's Letter Brief (D.I. 371);

1

78298577;1

WHEREAS, the parties have agreed to conduct the depositions of their respective technical experts on October 10, 2024, and October 30, 2024;

THEREFORE, IT IS HEREBY STIPULATED, by the parties, and subject to the Court's approval, that the deadline for completion of expert discovery is extended to and including October 30, 2024; and

IT IS FURTHER STIPULATED, by the parties, and subject to the Court's approval, that the deadline for case dispositive motions is extended to and including November 5, 2024.

Date: October 10, 2024

| **AKERMAN LLP** | **K&L GATES LLP** |
|---|---|
| */s/ Brian R. Lemon* | */s/ Megan E. Hunt* |
| Brian R. Lemon (#4730) | Steven L. Caponi, Esq. (No. 3484) |
| 222 Delaware Avenue, Suite 1710 | Megan E. Hunt (No. 6569) |
| Wilmington, DE  19801 | 600 N. King Street, Suite 901 |
| (302) 596-9200 | Wilmington, DE  19801 |
| Brian.lemon@akerman.com | Phone:  (302) 416-7000 |
|  | steven.caponi@klgates.com |
| Of Counsel: | megan.hunt@klgates.com |
|  |  |
| Marc C. Levy | Of Counsel: |
| Syed Abedi |  |
| Jessica S. Gritton | Vincent J. Galluzzo |
| Emily M. Ross | K&L GATES LLP |
| **SEED IP LAW GROUP LLP** | 300 South Tryon Street, Suite 1000 |
| 701 Fifth Avenue, Suite 5400 | Charlotte, NC  28202 |
| Seattle, WA 98104 | Phone:  (704) 331-7400 |
| Telephone: (206) 622-4900 | vincent.galluzzo@klgates.com |
| marcl@seedip.com |  |
| syeda@seedip.com | Jared R. Lund |
| jessica.gritton@seedip.com | K&L GATES LLP |
| emily.ross@seedip.com | 70 West Madison Street, Suite 3300 |
|  | Chicago, IL  60602 |
| *Attorneys for Plaintiff* | Phone:  (312) 372-1121 |
|  | jared.lund@klgates.com |
|  |  |
|  | *Attorneys for Defendant* |

78298577;1

IT IS SO ORDERED this 10th day of October, 2024.

                                                                                           The Hon. William C. Bryson
                                                                                         United States District Judge, by designation