IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff, Counter-Defendant <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant, Counter-Plaintiff | C.A. No. 20-984-WCB |

**DECLARATION OF VINCENT J. GALLUZZO IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY**

I, Vincent J. Galluzzo, declare as follows:

1.  I am a partner in the law firm K&L Gates LLP, attorneys for Defendant, Counter-Plaintiff ScentAir Technologies, LLC ("ScentAir") in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.  I respectfully submit this declaration in support of ScentAir's Motion for Summary Judgment and to Exclude Expert Testimony.

3.  Attached hereto as Exhibit 1 is a true copy of U.S. Patent No. 10,838,388.

4.  Attached hereto as Exhibit 2 is a true copy of Excerpts from Patent File History for U.S. Patent No. 10,838,388.

5.  Attached hereto as Exhibit 3 is a true copy of Excerpts from Patent Reexamination File History for U.S. Patent No. 10,838,388.

6.  Attached hereto as Exhibit 4 is a true copy of the Opening Expert Report of Cory Plock, Ph.D.

7.  Attached hereto as Exhibit 5 is a true copy of Exhibit D to the Opening Expert

1

Report of Cory Plock, Ph.D.

8. Attached hereto as Exhibit 6 is a true copy of the Reply Expert Report on Invalidity and Supplement Expert Report on Non-Infringement by Cory Plock Ph.D.

9. Attached hereto as Exhibit 7 is a true copy of the Deposition of Cory Plock, held on October 10, 2024.

10. Attached hereto as Exhibit 8 is a true copy of Japanese Patent Appl. No. JP 2009-217641 A to Hamada.

11. Attached hereto as Exhibit 9 is a true copy of U.S. Patent Appl. Pub. No. US 2013/0131883 to Yamada.

12. Attached hereto as Exhibit 10 is a true copy of U.S. Patent Appl. Pub. No. US 2011/0089260 to Van Roemburg.

13. Attached hereto as Exhibit 11 is a true copy of ScentAir Requirements Specification Document SA-1638 v3.5 (SCENTAIR_00082577).

14. Attached hereto as Exhibit 12 is a true copy of ScentAir Requirements Specification Document SA-2001 v1.0 (SCENTAIR_00082355).

15. Attached hereto as Exhibit 13 is a true copy of Environmental Scent Service Agreement (SCENTAIR_00081879).

16. Attached hereto as Exhibit 14 is a true copy of Environmental Scent Service Agreement (SCENTAIR_00004706).

17. Attached hereto as Exhibit 15 is a true copy of the Deposition of John Thurston Chandler, held on May 15, 2023.

18. A copy of the Patent File History for U.S. Patent No. 10,838,388 (produced at SCENTAIR_00001670) was produced to Prolitec on January 13, 2021.

19. A copy of ScentAir Requirements Specification Document SA-1638 v3.5 (produced at SCENTAIR_00042310) was produced to Prolitec on April 24, 2023.

20. The deposition of inventor Chad Alan Morton occurred on May 12, 2023. The deposition of inventor John Thurston Chandler occurred on May 15, 2023.

21. Prolitec did not request to depose, and did not depose, either patent agent Hyn Jin In or patent attorney Sameer Vadera.

Executed under penalty of perjury this 5th day of November, 2024.

*/s/ Vincent J. Galluzzo*
Vincent J. Galluzzo