## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC., <br><br> Defendant. | C.A. No. 20-984-WCB |

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of **Counterclaim-Defendant Prolitec's Opening Brief in Support of Motion for Summary Judgment and to Exclude Expert Testimony** was caused to be served via email on November 5, 2024 on the following counsel:

Steven L. Caponi
Megan E. Hunt
K&L Gates LLPP
600 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7080
Steven.caponi@klgates.com
Megan.hunt@klgates.com

Vincent J. Galluzzo
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
(704) 331-7526
Vincent.galluzzo@klgates.com

2

Jared R. Lund
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
Jared.lund@klgates.com

*Counsel for Defendant ScentAir Technologies, LLC*


Dated:  November 6, 2024

OF COUNSEL*:*

Marc C. Levy
Syed M. Abedi
Jessica Gritton
Emily M. Ross
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Jessica.Gritton@seedip.com
Emily.Ross@seedip.com

AKERMAN LLP

/s/ *Brian R. Lemon*
Brian R. Lemon (#4730)
222 Delaware Avenue, Suite 1710
Wilmington, Delaware  19801
Tel.:  (302) 596-9200
Brian.lemon@akerman.com

*Counsel for Plaintiff/Counter-Defendant Prolitec Inc.*