# EXHIBIT 2

# REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# REDACTED IN ITS ENTIRETY

EXHIBIT 6

# REDACTED IN ITS ENTIRETY