# EXHIBIT 7

# REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# REDACTED IN ITS ENTIRETY

EXHIBIT 10

# REDACTED IN ITS ENTIRETY