EXHIBIT 11

# REDACTED IN ITS ENTIRETY

# EXHIBIT 12

# REDACTED IN ITS ENTIRETY

# EXHIBIT 13

# REDACTED IN ITS ENTIRETY

EXHIBIT 14

# REDACTED IN ITS ENTIRETY

# EXHIBIT 15

# REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# REDACTED IN ITS ENTIRETY

# Exhibit 17

# REDACTED IN ITS ENTIRETY

EXHIBIT 18

# REDACTED IN ITS ENTIRETY

# EXHIBIT 19

# REDACTED IN ITS ENTIRETY