# Exhibits 6-7

*REDACTED IN THEIR ENTIRETY*