# E<span style="font-variant:small-caps">xhibit</span> F

**Microsoft**

OVER 10,000 ENTRIES

# Microsoft Computer Dictionary
## Fifth Edition

- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
    p. ; cm.
   ISBN 0-7356-1495-4
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

AQ76.5. M52267   2002
004'.03--dc21                                                  200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QWT   7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to mspinput@microsoft.com.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

analyzer can filter and decode traffic, suggest solutions to problems, provide graphical reports, and show traffic by protocol and percent utilization. *See also* communications protocol.

**protocol layer** *n. See* layer.

**protocol stack** *n.* The set of protocols that work together on different levels to enable communication on a network. For example, TCP/IP, the protocol stack on the Internet, incorporates more than 100 standards including FTP, IP, SMTP, TCP, and Telnet. *See also* ISO/OSI reference model. *Compare* protocol suite.

**protocol suite** *n.* A set of protocols designed, usually by one vendor, as complementary parts of a protocol stack. *Compare* protocol stack.

**prototyping** *n.* The creation of a working model of a new computer system or program for testing and refinement. Prototyping is used in the development of both new hardware and software systems and new systems of information management. Tools used in the former include both hardware and support software; tools used in the latter can include databases, screen mockups, and simulations that, in some cases, can be developed into a final product.

**proxy** *n.* A computer (or the software that runs on it) that acts as a barrier between a network and the Internet by presenting only a single network address to external sites. By acting as a go-between representing all internal computers, the proxy protects network identities while still providing access to the Internet. *See also* proxy server.



**proxy server** *n.* A firewall component that manages Internet traffic to and from a local area network (LAN) and can provide other features, such as document caching and access control. A proxy server can improve performance by supplying frequently requested data, such as a popular Web page, and can filter and discard requests that the owner does not consider appropriate, such as requests for unauthorized access to proprietary files. *See also* firewall.

**PrtSc key** *n. See* Print Screen key.

**.ps** *n.* The file extension that identifies PostScript printer files. *See also* PostScript.

**PS/2 bus** *n. See* Micro Channel Architecture.

**PSD** *n.* A graphics file format used to create, modify, and display still images in Photoshop, a software application designed by Adobe Systems. PSD files have a file extension of .psd.

**PSE** *n. See* Packet Switching Exchange.

**psec** *n. See* picosecond.

**pseudocode** *n.* **1.** A machine language for a nonexistent processor (a pseudomachine). Such code is executed by a software interpreter. The major advantage of p-code is that it is portable to all computers for which a p-code interpreter exists. The p-code approach has been tried several times in the microcomputer industry, with mixed success. The best known attempt was the UCSD p-System. *Abbreviation*: p-code. *See also* pseudomachine, UCSD p-System. **2.** Any informal, transparent notation in which a program or algorithm description is written. Many programmers write their programs first in a pseudocode that looks much like a mixture of English and their favorite programming language, such as C or Pascal, and then translate it line by line into the actual language being used.

**pseudo compiler** *n.* A compiler that generates a pseudolanguage. *See also* pseudolanguage.

**pseudocomputer** *n. See* pseudomachine.

**pseudolanguage** *n.* A nonexistent programming language—that is, one for which no implementation exists. The term can refer either to the machine language for a nonexistent processor or to a high-level language for which no compiler exists. *See also* pseudocode.

**pseudomachine** *n.* A processor that doesn't actually exist in hardware but that is emulated in software. A program written for the pseudomachine can run on several platforms without having to be recompiled. *Abbreviation:* p-machine. *See also* pseudocode, UCSD p-System.

**pseudo-op** *n. See* pseudo-operation.

**pseudo-operation** *n.* In programming, a program instruction that conveys information to an assembler or compiler but is not translated into a machine language instruction—for example, an instruction that establishes the value of a constant or the manner in which Boolean (logical) expressions are to be evaluated. *Abbreviation:* pseudo-op.

**pseudo-streaming** *n.* A method used for real-time display of audio and video over the Web. Unlike sound or video files that are downloaded to a computer in their entirety before they can be played back, pseudo-streaming enables playback after only a portion of the file—enough to fill a buffer on the receiving computer—has been downloaded. Pseudo-streaming, unlike "true," or Web, streaming, does not depend on server software to dynamically monitor the transmission. It can, however, play back only