# EXHIBIT L



# C++
## Concurrency
## IN ACTION

### Practical Multithreading

Anthony Williams

MANNING

# C++ Concurrency in Action

## PRACTICAL MULTITHREADING

ANTHONY WILLIAMS



MANNING

SHELTER ISLAND

For online information and ordering of this and other Manning books, please visit www.manning.com. The publisher offers discounts on this book when ordered in quantity. For more information, please contact

> Special Sales Department
> Manning Publications Co.
> 20 Baldwin Road
> PO Box 261
> Shelter Island, NY 11964
> Email: orders@manning.com

©2012 by Manning Publications Co. All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by means electronic, mechanical, photocopying, or otherwise, without prior written permission of the publisher.

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in the book, and Manning Publications was aware of a trademark claim, the designations have been printed in initial caps or all caps.

♾ Recognizing the importance of preserving what has been written, it is Manning's policy to have the books we publish printed on acid-free paper, and we exert our best efforts to that end. Recognizing also our responsibility to conserve the resources of our planet, Manning books are printed on paper that is at least 15 percent recycled and processed without the use of elemental chlorine.

Manning Publications Co.
20 Baldwin Road
PO Box 261
Shelter Island, NY 11964

|  |  |
|---|---|
| Development editor: | Cynthia Kane |
| Technical proofreader: | Jonathan Wakely |
| Copyeditor: | Linda Recktenwald |
| Proofreader: | Katie Tennant |
| Typesetter: | Dennis Dalinnik |
| Cover designer: | Marija Tudor |

ISBN: 9781933988771
Printed in the United States of America
1 2 3 4 5 6 7 8 9 10 – MAL – 18 17 16 15 14 13 12

quite a complex process, because there may be many dependencies between the various parts. The divisions may be either in terms of processing—one thread performs one part of the algorithm while another thread performs a different part—or in terms of data—each thread performs the same operation on different parts of the data. This latter approach is called *data parallelism*.

Algorithms that are readily susceptible to such parallelism are frequently called *embarrassingly parallel*. Despite the implications that you might be embarrassed to have code so easy to parallelize, this is a good thing: other terms I've encountered for such algorithms are *naturally parallel* and *conveniently concurrent*. Embarrassingly parallel algorithms have good scalability properties—as the number of available hardware threads goes up, the parallelism in the algorithm can be increased to match. Such an algorithm is the perfect embodiment of the adage, "Many hands make light work." For those parts of the algorithm that aren't embarrassingly parallel, you might be able to divide the algorithm into a fixed (and therefore not scalable) number of parallel tasks. Techniques for dividing tasks between threads are covered in chapter 8.

The second way to use concurrency for performance is to use the available parallelism to solve bigger problems; rather than processing one file at a time, process 2 or 10 or 20, as appropriate. Although this is really just an application of *data parallelism*, by performing the same operation on multiple sets of data concurrently, there's a different focus. It still takes the same amount of time to process one chunk of data, but now more data can be processed in the same amount of time. Obviously, there are limits to this approach too, and this won't be beneficial in all cases, but the increase in throughput that comes from such an approach can actually make new things possible—increased resolution in video processing, for example, if different areas of the picture can be processed in parallel.

### 1.2.3 When not to use concurrency

It's just as important to know *when not* to use concurrency as it is to know *when* to use it. Fundamentally, the only reason not to use concurrency is when the benefit is not worth the cost. Code using concurrency is harder to understand in many cases, so there's a direct intellectual cost to writing and maintaining multithreaded code, and the additional complexity can also lead to more bugs. Unless the potential performance gain is large enough or separation of concerns clear enough to justify the additional development time required to get it right and the additional costs associated with maintaining multithreaded code, don't use concurrency.

Also, the performance gain might not be as large as expected; there's an inherent overhead associated with launching a thread, because the OS has to allocate the associated kernel resources and stack space and then add the new thread to the scheduler, all of which takes time. If the task being run on the thread is completed quickly, the actual time taken by the task may be dwarfed by the overhead of launching the thread, possibly making the overall performance of the application worse than if the task had been executed directly by the spawning thread.

Furthermore, threads are a limited resource. If you have too many threads running at once, this consumes OS resources and may make the system as a whole run slower. Not only that, but using too many threads can exhaust the available memory or address space for a process, because each thread requires a separate stack space. This is particularly a problem for 32-bit processes with a flat architecture where there's a 4 GB limit in the available address space: if each thread has a 1 MB stack (as is typical on many systems), then the address space would be all used up with 4096 threads, without allowing for any space for code or static data or heap data. Although 64-bit (or larger) systems don't have this direct address-space limit, they still have finite resources: if you run too many threads, this will eventually cause problems. Though thread pools (see chapter 9) can be used to limit the number of threads, these are not a silver bullet, and they do have their own issues.

If the server side of a client/server application launches a separate thread for each connection, this works fine for a small number of connections, but can quickly exhaust system resources by launching too many threads if the same technique is used for a high-demand server that has to handle many connections. In this scenario, careful use of thread pools can provide optimal performance (see chapter 9).

Finally, the more threads you have running, the more context switching the operating system has to do. Each context switch takes time that could be spent doing useful work, so at some point adding an extra thread will actually *reduce* the overall application performance rather than increase it. For this reason, if you're trying to achieve the best possible performance of the system, it's necessary to adjust the number of threads running to take account of the available hardware concurrency (or lack of it).

Use of concurrency for performance is just like any other optimization strategy: it has potential to greatly improve the performance of your application, but it can also complicate the code, making it harder to understand and more prone to bugs. Therefore it's only worth doing for those performance-critical parts of the application where there's the potential for measurable gain. Of course, if the potential for performance gains is only secondary to clarity of design or separation of concerns, it may still be worth using a multithreaded design.

Assuming that you've decided you *do* want to use concurrency in your application, whether for performance, separation of concerns, or because it's "multithreading Monday," what does that mean for C++ programmers?

## 1.3   *Concurrency and multithreading in C++*

Standardized support for concurrency through multithreading is a new thing for C++. It's only with the upcoming C++11 Standard that you'll be able to write multithreaded code without resorting to platform-specific extensions. In order to understand the rationale behind lots of the decisions in the new Standard C++ Thread Library, it's important to understand the history.

## 4.1  Waiting for an event or other condition

Suppose you're traveling on an overnight train. One way to ensure you get off at the right station would be to stay awake all night and pay attention to where the train stops. You wouldn't miss your station, but you'd be tired when you got there. Alternatively, you could look at the timetable to see when the train is supposed to arrive, set your alarm a bit before, and go to sleep. That would be OK; you wouldn't miss your stop, but if the train got delayed, you'd wake up too early. There's also the possibility that your alarm clock's batteries would die, and you'd sleep too long and miss your station. What would be ideal is if you could just go to sleep and have somebody or something wake you up when the train gets to your station, whenever that is.

How does that relate to threads? Well, if one thread is waiting for a second thread to complete a task, it has several options. First, it could just keep checking a flag in shared data (protected by a mutex) and have the second thread set the flag when it completes the task. This is wasteful on two counts: the thread consumes valuable processing time repeatedly checking the flag, and when the mutex is locked by the waiting thread, it can't be locked by any other thread. Both of these work against the thread doing the waiting, because they limit the resources available to the thread being waited for and even prevent it from setting the flag when it's done. This is akin to staying awake all night talking to the train driver: he has to drive the train more slowly because you keep distracting him, so it takes longer to get there. Similarly, the waiting thread is consuming resources that could be used by other threads in the system and may end up waiting longer than necessary.

A second option is to have the waiting thread sleep for small periods between the checks using the `std::this_thread::sleep_for()` function (see section 4.3):

```
bool flag;
std::mutex m;

void wait_for_flag()
{
    std::unique_lock<std::mutex> lk(m);          ❶ Unlock the mutex
    while(!flag)
    {                                            Sleep for 100 ms ❷
        lk.unlock();                         ←┐
        std::this_thread::sleep_for(std::chrono::milliseconds(100));  ←┘
        lk.lock();                       ←┐
    }                            ❸ Relock the mutex
}
```

In the loop, the function unlocks the mutex ❶ before the sleep ❷ and locks it again afterward ❸, so another thread gets a chance to acquire it and set the flag.

This is an improvement, because the thread doesn't waste processing time while it's sleeping, but it's hard to get the sleep period right. Too short a sleep in between checks and the thread still wastes processing time checking; too long a sleep and the thread will keep on sleeping even when the task it's waiting for is complete, introducing a delay. It's rare that this oversleeping will have a direct impact on the operation of

Sixth Edition

# Fundamentals of
# Database
# Systems

Elmasri • Navathe

FUNDAMENTALS OF

# Database Systems

## SIXTH EDITION

**Ramez Elmasri**
*Department of Computer Science and Engineering*
*The University of Texas at Arlington*

**Shamkant B. Navathe**
*College of Computing*
*Georgia Institute of Technology*

**Addison-Wesley**

Boston   Columbus   Indianapolis   New York   San Francisco   Upper Saddle River
Amsterdam   Cape Town   Dubai   London   Madrid   Milan   Munich   Paris   Montreal   Toronto
Delhi   Mexico City   Sao Paulo   Sydney   Hong Kong   Seoul   Singapore   Taipei   Tokyo

| | |
|---:|:---|
| Editor in Chief: | *Michael Hirsch* |
| Acquisitions Editor: | *Matt Goldstein* |
| Editorial Assistant: | *Chelsea Bell* |
| Managing Editor: | *Jeffrey Holcomb* |
| Senior Production Project Manager: | *Marilyn Lloyd* |
| Media Producer: | *Katelyn Boller* |
| Director of Marketing: | *Margaret Waples* |
| Marketing Coordinator: | *Kathryn Ferranti* |
| Senior Manufacturing Buyer: | *Alan Fischer* |
| Senior Media Buyer: | *Ginny Michaud* |
| Text Designer: | *Sandra Rigney and Gillian Hall* |
| Cover Designer: | *Elena Sidorova* |
| Cover Image: | *Lou Gibbs/Getty Images* |
| Full Service Vendor: | *Gillian Hall, The Aardvark Group* |
| Copyeditor: | *Rebecca Greenberg* |
| Proofreader: | *Holly McLean-Aldis* |
| Indexer: | *Jack Lewis* |
| Printer/Binder: | *Courier, Westford* |
| Cover Printer: | *Lehigh-Phoenix Color/Hagerstown* |

Credits and acknowledgments borrowed from other sources and reproduced with permission in this textbook appear on appropriate page within text.

The interior of this book was set in Minion and Akzidenz Grotesk.

Copyright © 2011, 2007, 2004, 2000, 1994, and 1989 Pearson Education, Inc., publishing as Addison-Wesley. All rights reserved. Manufactured in the United States of America. This publication is protected by Copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission(s) to use material from this work, please submit a written request to Pearson Education, Inc., Permissions Department, 501 Boylston Street, Suite 900, Boston, Massachusetts 02116.

Many of the designations by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed in initial caps or all caps.

Library of Congress Cataloging-in-Publication Data

Elmasri, Ramez.
    Fundamentals of database systems / Ramez Elmasri, Shamkant B. Navathe.—6th ed.
        p. cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-136-08620-8
    1. Database management. I. Navathe, Sham. II. Title.

QA76.9.D3E57 2010
005.74—dc22



**Addison-Wesley**
is an imprint of

10 9 8 7 6 5 4 3 2 1—CW—14 13 12 11 10
ISBN 10: 0-136-08620-9
ISBN 13: 978-0-136-08620-8

others are allowed to retrieve and update. Hence, the type of access operation—retrieval or update—must also be controlled. Typically, users or user groups are given account numbers protected by passwords, which they can use to gain access to the database. A DBMS should provide a **security and authorization subsystem,** which the DBA uses to create accounts and to specify account restrictions. Then, the DBMS should enforce these restrictions automatically. Notice that we can apply similar controls to the DBMS software. For example, only the dba's staff may be allowed to use certain **privileged software**, such as the software for creating new accounts. Similarly, parametric users may be allowed to access the database only through the predefined canned transactions developed for their use.

### 1.6.3  Providing Persistent Storage for Program Objects

Databases can be used to provide **persistent storage** for program objects and data structures. This is one of the main reasons for **object-oriented database systems**. Programming languages typically have complex data structures, such as record types in Pascal or class definitions in C++ or Java. The values of program variables or objects are discarded once a program terminates, unless the programmer explicitly stores them in permanent files, which often involves converting these complex structures into a format suitable for file storage. When the need arises to read this data once more, the programmer must convert from the file format to the program variable or object structure. Object-oriented database systems are compatible with programming languages such as C++ and Java, and the DBMS software automatically performs any necessary conversions. Hence, a complex object in C++ can be stored permanently in an object-oriented DBMS. Such an object is said to be **persistent**, since it survives the termination of program execution and can later be directly retrieved by another C++ program.

The persistent storage of program objects and data structures is an important function of database systems. Traditional database systems often suffered from the so-called **impedance mismatch problem**, since the data structures provided by the DBMS were incompatible with the programming language's data structures. Object-oriented database systems typically offer data structure **compatibility** with one or more object-oriented programming languages.

### 1.6.4  Providing Storage Structures and Search Techniques for Efficient Query Processing

Database systems must provide capabilities for *efficiently executing queries and updates*. Because the database is typically stored on disk, the DBMS must provide specialized data structures and search techniques to speed up disk search for the desired records. Auxiliary files called **indexes** are used for this purpose. Indexes are typically based on tree data structures or hash data structures that are suitably modified for disk search. In order to process the database records needed by a particular query, those records must be copied from disk to main memory. Therefore, the DBMS often has a **buffering** or **caching** module that maintains parts of the database in main memory buffers. In general, the operating system is responsible for

chapter **3**

# The Relational Data Model and Relational Database Constraints

This chapter opens Part 2 of the book, which covers relational databases. The relational data model was first introduced by Ted Codd of IBM Research in 1970 in a classic paper (Codd 1970), and it attracted immediate attention due to its simplicity and mathematical foundation. The model uses the concept of a *mathematical relation*—which looks somewhat like a table of values—as its basic building block, and has its theoretical basis in set theory and first-order predicate logic. In this chapter we discuss the basic characteristics of the model and its constraints.

The first commercial implementations of the relational model became available in the early 1980s, such as the SQL/DS system on the MVS operating system by IBM and the Oracle DBMS. Since then, the model has been implemented in a large number of commercial systems. Current popular relational DBMSs (RDBMSs) include DB2 and Informix Dynamic Server (from IBM), Oracle and Rdb (from Oracle), Sybase DBMS (from Sybase) and SQLServer and Access (from Microsoft). In addition, several open source systems, such as MySQL and PostgreSQL, are available.

Because of the importance of the relational model, all of Part 2 is devoted to this model and some of the languages associated with it. In Chapters 4 and 5, we describe the SQL query language, which is the *standard* for commercial relational DBMSs. Chapter 6 covers the operations of the relational algebra and introduces the relational calculus—these are two formal languages associated with the relational model. The relational calculus is considered to be the basis for the SQL language, and the relational algebra is used in the internals of many database implementations for query processing and optimization (see Part 8 of the book).

Other aspects of the relational model are presented in subsequent parts of the book. Chapter 9 relates the relational model data structures to the constructs of the ER and EER models (presented in Chapters 7 and 8), and presents algorithms for designing a relational database schema by mapping a conceptual schema in the ER or EER model into a relational representation. These mappings are incorporated into many database design and CASE[1] tools. Chapters 13 and 14 in Part 5 discuss the programming techniques used to access database systems and the notion of connecting to relational databases via ODBC and JDBC standard protocols. We also introduce the topic of Web database programming in Chapter 14. Chapters 15 and 16 in Part 6 present another aspect of the relational model, namely the formal constraints of functional and multivalued dependencies; these dependencies are used to develop a relational database design theory based on the concept known as *normalization*.

Data models that preceded the relational model include the hierarchical and network models. They were proposed in the 1960s and were implemented in early DBMSs during the late 1960s and early 1970s. Because of their historical importance and the existing user base for these DBMSs, we have included a summary of the highlights of these models in Appendices D and E, which are available on this book's Companion Website at http://www.aw.com/elmasri. These models and systems are now referred to as *legacy database systems*.

In this chapter, we concentrate on describing the basic principles of the relational model of data. We begin by defining the modeling concepts and notation of the relational model in Section 3.1. Section 3.2 is devoted to a discussion of relational constraints that are considered an important part of the relational model and are automatically enforced in most relational DBMSs. Section 3.3 defines the update operations of the relational model, discusses how violations of integrity constraints are handled, and introduces the concept of a transaction. Section 3.4 summarizes the chapter.

## 3.1 Relational Model Concepts

The relational model represents the database as a collection of *relations*. Informally, each relation resembles a table of values or, to some extent, a *flat* file of records. It is called a **flat file** because each record has a simple linear or *flat* structure. For example, the database of files that was shown in Figure 1.2 is similar to the basic relational model representation. However, there are important differences between relations and files, as we shall soon see.

When a relation is thought of as a **table** of values, each row in the table represents a collection of related data values. A row represents a fact that typically corresponds to a real-world entity or relationship. The table name and column names are used to help to interpret the meaning of the values in each row. For example, the first table of Figure 1.2 is called STUDENT because each row represents facts about a particular

---

[1]CASE stands for computer-aided software engineering.

student entity. The column names—Name, Student_number, Class, and Major—specify how to interpret the data values in each row, based on the column each value is in. All values in a column are of the same data type.

In the formal relational model terminology, a row is called a *tuple,* a column header is called an *attribute,* and the table is called a *relation.* The data type describing the types of values that can appear in each column is represented by a *domain* of possible values. We now define these terms—*domain, tuple, attribute,* and *relation*—formally.

## 3.1  Domains, Attributes, Tuples, and Relations

A **domain** $D$ is a set of atomic values. By **atomic** we mean that each value in the domain is indivisible as far as the formal relational model is concerned. A common method of specifying a domain is to specify a data type from which the data values forming the domain are drawn. It is also useful to specify a name for the domain, to help in interpreting its values. Some examples of domains follow:

- Usa_phone_numbers. The set of ten-digit phone numbers valid in the United States.
- Local_phone_numbers. The set of seven-digit phone numbers valid within a particular area code in the United States. The use of local phone numbers is quickly becoming obsolete, being replaced by standard ten-digit numbers.
- Social_security_numbers. The set of valid nine-digit Social Security numbers. (This is a unique identifier assigned to each person in the United States for employment, tax, and benefits purposes.)
- Names: The set of character strings that represent names of persons.
- Grade_point_averages. Possible values of computed grade point averages; each must be a real (floating-point) number between 0 and 4.
- Employee_ages. Possible ages of employees in a company; each must be an integer value between 15 and 80.
- Academic_department_names. The set of academic department names in a university, such as Computer Science, Economics, and Physics.
- Academic_department_codes. The set of academic department codes, such as 'CS', 'ECON', and 'PHYS'.

The preceding are called *logical* definitions of domains. A **data type** or **format** is also specified for each domain. For example, the data type for the domain Usa_phone_numbers can be declared as a character string of the form $(ddd)ddd$-$dddd$, where each $d$ is a numeric (decimal) digit and the first three digits form a valid telephone area code. The data type for Employee_ages is an integer number between 15 and 80. For Academic_department_names, the data type is the set of all character strings that represent valid department names. A domain is thus given a name, data type, and format. Additional information for interpreting the values of a domain can also be given; for example, a numeric domain such as Person_weights should have the units of measurement, such as pounds or kilograms.

A **relation schema**[2] $R$, denoted by $R(A_1, A^2, ..., A_n)$, is made up of a relation name $R$ and a list of attributes, $A_1, A_2, ..., A_n$. Each **attribute** $A_i$ is the name of a role played by some domain $D$ in the relation schema $R$. $D$ is called the **domain** of $A_i$ and is denoted by **dom**($A_i$). A relation schema is used to *describe* a relation; $R$ is called the **name** of this relation. The **degree** (or **arity**) of a relation is the number of attributes $n$ of its relation schema.

A relation of degree seven, which stores information about university students, would contain seven attributes describing each student. as follows:

STUDENT(Name, Ssn, Home_phone, Address, Office_phone, Age, Gpa)

Using the data type of each attribute, the definition is sometimes written as:

STUDENT(Name: string, Ssn: string, Home_phone: string, Address: string, Office_phone: string, Age: integer, Gpa: real)

For this relation schema, STUDENT is the name of the relation, which has seven attributes. In the preceding definition, we showed assignment of generic types such as string or integer to the attributes. More precisely, we can specify the following previously defined domains for some of the attributes of the STUDENT relation: dom(Name) = Names; dom(Ssn) = Social_security_numbers; dom(HomePhone) = USA_phone_numbers[3], dom(Office_phone) = USA_phone_numbers, and dom(Gpa) = Grade_point_averages. It is also possible to refer to attributes of a relation schema by their position within the relation; thus, the second attribute of the STUDENT relation is Ssn, whereas the fourth attribute is Address.

A **relation** (or **relation state**)[4] $r$ of the relation schema $R(A_1, A_2, ..., A_n)$, also denoted by $r(R)$, is a set of $n$-tuples $r = \{t_1, t_2, ..., t_m\}$. Each ***n*-tuple** $t$ is an ordered list of $n$ values $t = <v_1, v_2, ..., v_n>$, where each value $v_i$, $1 \leq i \leq n$, is an element of dom $(A_i)$ or is a special NULL value. (NULL values are discussed further below and in Section 3.1.2.) The $i^{th}$ value in tuple $t$, which corresponds to the attribute $A_i$, is referred to as $t[A_i]$ or $t.A_i$ (or $t[i]$ if we use the positional notation). The terms **relation intension** for the schema $R$ and **relation extension** for a relation state $r(R)$ are also commonly used.

Figure 3.1 shows an example of a STUDENT relation, which corresponds to the STUDENT schema just specified. Each tuple in the relation represents a particular student entity (or object). We display the relation as a table, where each tuple is shown as a *row* and each attribute corresponds to a *column header* indicating a role or interpretation of the values in that column. *NULL values* represent attributes whose values are unknown or do not exist for some individual STUDENT tuple.

---

[2] A relation schema is sometimes called a **relation scheme**.

[3] With the large increase in phone numbers caused by the proliferation of mobile phones, most metropolitan areas in the U.S. now have multiple area codes, so seven-digit local dialing has been discontinued in most areas. We changed this domain to Usa_phone_numbers instead of Local_phone_numbers which would be a more general choice. This illustrates how database requirements can change over time.

[4] This has also been called a **relation instance**. We will not use this term because *instance* is also used to refer to a single tuple or row.



**Figure 3.1**
The attributes and tuples of a relation STUDENT.

The earlier definition of a relation can be *restated* more formally using set theory concepts as follows. A relation (or relation state) $r(R)$ is a **mathematical relation** of degree $n$ on the domains $\mathrm{dom}(A_1)$, $\mathrm{dom}(A_2)$, ..., $\mathrm{dom}(A_n)$, which is a **subset** of the **Cartesian product** (denoted by $\times$) of the domains that define $R$:

$$r(R) \subseteq (\mathrm{dom}(A_1) \times \mathrm{dom}(A_2) \times ... \times \mathrm{dom}(A_n))$$

The Cartesian product specifies all possible combinations of values from the underlying domains. Hence, if we denote the total number of values, or **cardinality,** in a domain $D$ by $|D|$ (assuming that all domains are finite), the total number of tuples in the Cartesian product is

$$|\mathrm{dom}(A_1)| \times |\mathrm{dom}(A_2)| \times ... \times |\mathrm{dom}(A_n)|$$

This product of cardinalities of all domains represents the total number of possible instances or tuples that can ever exist in any relation state $r(R)$. Of all these possible combinations, a relation state at a given time—the **current relation state**—reflects only the valid tuples that represent a particular state of the real world. In general, as the state of the real world changes, so does the relation state, by being transformed into another relation state. However, the schema $R$ is relatively static and changes *very* infrequently—for example, as a result of adding an attribute to represent new information that was not originally stored in the relation.

It is possible for several attributes to *have the same domain.* The attribute names indicate different **roles**, or interpretations, for the domain. For example, in the STUDENT relation, the same domain USA_phone_numbers plays the role of Home_phone, referring to the *home phone of a student*, and the role of Office_phone, referring to the *office phone of the student*. A third possible attribute (not shown) with the same domain could be Mobile_phone.

## 3.1.2  Characteristics of Relations

The earlier definition of relations implies certain characteristics that make a relation different from a file or a table. We now discuss some of these characteristics.

**Ordering of Tuples in a Relation.** A relation is defined as a *set* of tuples. Mathematically, elements of a set have *no order* among them; hence, tuples in a relation do not have any particular order. In other words, a relation is not sensitive to the ordering of tuples. However, in a file, records are physically stored on disk (or in memory), so there always is an order among the records. This ordering indicates first, second, *i*th, and last records in the file. Similarly, when we display a relation as a table, the rows are displayed in a certain order.

Tuple ordering is not part of a relation definition because a relation attempts to represent facts at a logical or abstract level. Many tuple orders can be specified on the same relation. For example, tuples in the STUDENT relation in Figure 3.1 could be ordered by values of Name, Ssn, Age, or some other attribute. The definition of a relation does not specify any order: There is *no preference* for one ordering over another. Hence, the relation displayed in Figure 3.2 is considered *identical* to the one shown in Figure 3.1. When a relation is implemented as a file or displayed as a table, a particular ordering may be specified on the records of the file or the rows of the table.

**Ordering of Values within a Tuple and an Alternative Definition of a Relation.** According to the preceding definition of a relation, an *n*-tuple is an *ordered list* of *n* values, so the ordering of values in a tuple—and hence of attributes in a relation schema—is important. However, at a more abstract level, the order of attributes and their values is *not* that important as long as the correspondence between attributes and values is maintained.

An **alternative definition** of a relation can be given, making the ordering of values in a tuple *unnecessary.* In this definition, a relation schema $R = \{A_1, A_2, ..., A_n\}$ is a *set* of attributes (instead of a list), and a relation state $r(R)$ is a finite set of mappings $r = \{t_1, t_2, ..., t_m\}$, where each tuple $t_i$ is a **mapping** from $R$ to $D$, and $D$ is the **union** (denoted by $\cup$) of the attribute domains; that is, $D = \text{dom}(A_1) \cup \text{dom}(A_2) \cup ... \cup \text{dom}(A_n)$. In this definition, $t[A_i]$ must be in $\text{dom}(A_i)$ for $1 \leq i \leq n$ for each mapping $t$ in $r$. Each mapping $t_i$ is called a tuple.

According to this definition of tuple as a mapping, a **tuple** can be considered as a **set** of (<attribute>, <value>) pairs, where each pair gives the value of the mapping from an attribute $A_i$ to a value $v_i$ from $\text{dom}(A_i)$. The ordering of attributes is *not*

---

**Figure 3.2**
The relation STUDENT from Figure 3.1 with a different order of tuples.

STUDENT

| Name | Ssn | Home_phone | Address | Office_phone | Age | Gpa |
|------|-----|------------|---------|--------------|-----|-----|
| Dick Davidson | 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 | NULL | 3452 Elgin Road | (817)749-1253 | 25 | 3.53 |
| Barbara Benson | 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 | (817)839-8461 | 7384 Fontana Lane | NULL | 19 | 3.25 |
| Rohan Panchal | 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 | (817)376-9821 | 265 Lark Lane | (817)749-6492 | 28 | 3.93 |
| Chung-cha Kim | 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 | (817)375-4409 | 125 Kirby Road | NULL | 18 | 2.89 |
| Benjamin Bayer | 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 | (817)373-1616 | 2918 Bluebonnet Lane | NULL | 19 | 3.21 |

important, because the *attribute name* appears with its *value*. By this definition, the two tuples shown in Figure 3.3 are identical. This makes sense at an abstract level, since there really is no reason to prefer having one attribute value appear before another in a tuple.

When a relation is implemented as a file, the attributes are physically ordered as fields within a record. We will generally use the **first definition** of relation, where the attributes and the values within tuples *are ordered,* because it simplifies much of the notation. However, the alternative definition given here is more general.[5]

**Values and NULLs in the Tuples.** Each value in a tuple is an **atomic** value; that is, it is not divisible into components within the framework of the basic relational model. Hence, composite and multivalued attributes (see Chapter 7) are not allowed. This model is sometimes called the **flat relational model**. Much of the theory behind the relational model was developed with this assumption in mind, which is called the **first normal form** assumption.[6] Hence, multivalued attributes must be represented by separate relations, and composite attributes are represented only by their simple component attributes in the basic relational model.[7]

An important concept is that of NULL values, which are used to represent the values of attributes that may be unknown or may not apply to a tuple. A special value, called NULL, is used in these cases. For example, in Figure 3.1, some STUDENT tuples have NULL for their office phones because they do not have an office (that is, office phone *does not apply* to these students). Another student has a NULL for home phone, presumably because either he does not have a home phone or he has one but we do not know it (value is *unknown*). In general, we can have several meanings for NULL values, such as *value unknown, value* exists but is *not available,* or *attribute does not apply* to this tuple *(*also known as *value undefined).* An example of the last type of NULL will occur if we add an attribute Visa_status to the STUDENT relation

---

**Figure 3.3**
Two identical tuples when the order of attributes and values is not part of relation definition.

$t = <$ (Name, Dick Davidson),(Ssn, 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),(Home_phone, NULL),(Address, 3452 Elgin Road),
(Office_phone, (817)749-1253),(Age, 25),(Gpa, 3.53)$>$

$t = <$ (Address, 3452 Elgin Road),(Name, Dick Davidson),(Ssn, 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),(Age, 25),
(Office_phone, (817)749-1253),(Gpa, 3.53),(Home_phone, NULL)$>$

---

[5]As we shall see, the alternative definition of relation is useful when we discuss query processing and optimization in Chapter 19.

[6]We discuss this assumption in more detail in Chapter 15.

[7]Extensions of the relational model remove these restrictions. For example, object-relational systems (Chapter 11) allow complex-structured attributes, as do the **non-first normal form** or **nested** relational models.

that applies only to tuples representing foreign students. It is possible to devise different codes for different meanings of NULL values. Incorporating different types of NULL values into relational model operations (see Chapter 6) has proven difficult and is outside the scope of our presentation.

The exact meaning of a NULL value governs how it fares during arithmetic aggregations or comparisons with other values. For example, a comparison of two NULL values leads to ambiguities—if both Customer A and B have NULL addresses, it *does not mean* they have the same address. During database design, it is best to avoid NULL values as much as possible. We will discuss this further in Chapters 5 and 6 in the context of operations and queries, and in Chapter 15 in the context of database design and normalization.

**Interpretation (Meaning) of a Relation.** The relation schema can be interpreted as a declaration or a type of **assertion**. For example, the schema of the STUDENT relation of Figure 3.1 asserts that, in general, a student entity has a Name, Ssn, Home_phone, Address, Office_phone, Age, and Gpa. Each tuple in the relation can then be interpreted as a **fact** or a particular instance of the assertion. For example, the first tuple in Figure 3.1 asserts the fact that there is a STUDENT whose Name is Benjamin Bayer, Ssn is 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, Age is 19, and so on.

Notice that some relations may represent facts about *entities,* whereas other relations may represent facts about *relationships.* For example, a relation schema MAJORS (Student_ssn, Department_code) asserts that students major in academic disciplines. A tuple in this relation relates a student to his or her major discipline. Hence, the relational model represents facts about both entities and relationships *uniformly* as relations. This sometimes compromises understandability because one has to guess whether a relation represents an entity type or a relationship type. We introduce the Entity-Relationship (ER) model in detail in Chapter 7 where the entity and relationship concepts will be described in detail. The mapping procedures in Chapter 9 show how different constructs of the ER and EER (Enhanced ER model covered in Chapter 8) conceptual data models (see Part 3) get converted to relations.

An alternative interpretation of a relation schema is as a **predicate**; in this case, the values in each tuple are interpreted as values that *satisfy* the predicate. For example, the predicate STUDENT (Name, Ssn, …) is true for the five tuples in relation STUDENT of Figure 3.1. These tuples represent five different propositions or facts in the real world. This interpretation is quite useful in the context of logical programming languages, such as Prolog, because it allows the relational model to be used within these languages (see Section 26.5). An assumption called **the closed world assumption** states that the only true facts in the universe are those present within the extension (state) of the relation(s). Any other combination of values makes the predicate false.

## 3.1.3 Relational Model Notation

We will use the following notation in our presentation:

- A relation schema $R$ of degree $n$ is denoted by $R(A_1, A_2, …, A_n)$.

chapter **10**

# Practical Database Design Methodology and Use of UML Diagrams

In this chapter we move from the database design principles that were presented in Chapters 7 through 9 to examine some of the more practical aspects of database design. We have already described material that is relevant to the design of actual databases for practical real-world applications. This material includes Chapters 7 and 8 on database conceptual modeling; Chapters 3 through 6 on the relational model, the SQL language, and relational algebra and calculus; and Chapter 9 on mapping a high-level conceptual ER or EER schema into a relational schema. We will present additional relevant materials in later chapters, including an overview of programming techniques for relational systems (RDBMSs) in Chapters 13 and 14, and data dependency theory and relational normalization algorithms in Chapters 15 and 16.

The overall database design activity has to undergo a systematic process called the **design methodology**, whether the target database is managed by an RDBMS, an object database management system (ODBMS, see Chapter 11), an object-relational database management system (ORDBMS, see Chapter 11), or some other type of database management system. Various design methodologies are provided in the database design tools currently supplied by vendors. Popular tools include Oracle Designer and related products in Oracle Developer Suite by Oracle, ERwin and related products by CA, PowerBuilder and PowerDesigner by Sybase, and ER/Studio and related products by Embarcadero Technologies, among many others. Our goal in this chapter is to discuss not one specific methodology but rather database design in a broader context, as it is undertaken in large organizations for the design and implementation of applications catering to hundreds or thousands of users.

303

Generally, the design of small databases with perhaps up to 20 users need not be very complicated. But for medium-sized or large databases that serve several diverse application groups, each with dozens or hundreds of users, a systematic approach to the overall database design activity becomes necessary. The sheer size of a populated database does not reflect the complexity of the design; it is the database schema that is the more important focus of database design. Any database with a schema that includes more than 20 entity types and a similar number of relationship types requires a careful design methodology.

Using the term **large database** for databases with several dozen gigabytes of data and a schema with more than 30 or 40 distinct entity types, we can cover a wide array of databases used in government, industry, and financial and commercial institutions. Service sector industries, including banking, hotels, airlines, insurance, utilities, and communications, use databases for their day-to-day operations 24 hours a day, 7 days a week—known in the industry as *24 by 7* operations. Application systems for these databases are called *transaction processing systems* due to the large transaction volumes and rates that are required. In this chapter we will concentrate on the database design for such medium- and large-scale databases where transaction processing dominates.

This chapter has a variety of objectives. Section 10.1 discusses the information system life cycle within organizations with a particular emphasis on the database system. Section 10.2 highlights the phases of a database design methodology within the organizational context. Section 10.3 introduces some types of UML diagrams and gives details on the notations that are particularly helpful in collecting requirements and performing conceptual and logical design of databases. An illustrative partial example of designing a university database is presented. Section 10.4 introduces the popular software development tool called Rational Rose, which uses UML diagrams as its main specification technique. Features of Rational Rose specific to database requirements modeling and schema design are highlighted. Section 10.5 briefly discusses automated database design tools. Section 10.6 summarizes the chapter.

# 10.1  The Role of Information Systems in Organizations

## 10.1.1  The Organizational Context for Using Database Systems

Database systems have become a part of the information systems of many organizations. Historically, information systems were dominated by file systems in the 1960s, but since the early 1970s organizations have gradually moved to database management systems (DBMSs). To accommodate DBMSs, many organizations have created the position of database administrator (DBA) and database administration departments to oversee and control database life-cycle activities. Similarly, information technology (IT) and information resource management (IRM) departments have

been recognized by large organizations as being key to successful business management for the following reasons:

- Data is regarded as a corporate resource, and its management and control is considered central to the effective working of the organization.
- More functions in organizations are computerized, increasing the need to keep large volumes of data available in an up-to-the-minute current state.
- As the complexity of the data and applications grows, complex relationships among the data need to be modeled and maintained.
- There is a tendency toward consolidation of information resources in many organizations.
- Many organizations are reducing their personnel costs by letting end users perform business transactions. This is evident with travel services, financial services, higher education, government, and many other types of services. This trend was realized early on by online retail goods outlets and customer-to-business electronic commerce, such as Amazon.com and eBay. In these organizations, a publicly accessible and updatable operational database must be designed and made available for the customer transactions.

Many capabilities provided by database systems have made them integral components in computer-based information systems. The following are some of the key features that they offer:

- Integrating data across multiple applications into a single database.
- Support for developing new applications in a short time by using high-level languages like SQL.
- Providing support for casual access for browsing and querying by managers while supporting major production-level transaction processing for customers.

From the early 1970s through the mid-1980s, the move was toward creating large centralized repositories of data managed by a single centralized DBMS. Since then, the trend has been toward utilizing distributed systems because of the following developments:

1. Personal computers and database system-like software products such as Excel, Visual FoxPro, Access (Microsoft), and SQL Anywhere (Sybase), and public domain products such as MySQL and PostgreSQL, are being heavily utilized by users who previously belonged to the category of casual and occasional database users. Many administrators, secretaries, engineers, scientists, architects, and students belong to this category. As a result, the practice of creating **personal databases** is gaining popularity. It is sometimes possible to check out a copy of part of a large database from a mainframe computer or a database server, work on it from a personal workstation, and then restore it on the mainframe. Similarly, users can design and create their own databases and then merge them into a larger one.

At the *primary storage level,* the memory hierarchy includes at the most expensive end, **cache memory**, which is a static RAM (Random Access Memory). Cache memory is typically used by the CPU to speed up execution of program instructions using techniques such as prefetching and pipelining. The next level of primary storage is DRAM (Dynamic RAM), which provides the main work area for the CPU for keeping program instructions and data. It is popularly called **main memory**. The advantage of DRAM is its low cost, which continues to decrease; the drawback is its volatility[1] and lower speed compared with static RAM. At the *secondary and tertiary storage level,* the hierarchy includes magnetic disks, as well as **mass storage** in the form of CD-ROM (Compact Disk–Read-Only Memory) and DVD (Digital Video Disk or Digital Versatile Disk) devices, and finally tapes at the least expensive end of the hierarchy. The **storage capacity** is measured in kilobytes (Kbyte or 1000 bytes), megabytes (MB or 1 million bytes), gigabytes (GB or 1 billion bytes), and even terabytes (1000 GB). The word petabyte (1000 terabytes or $10^{**}15$ bytes) is now becoming relevant in the context of very large repositories of data in physics, astronomy, earth sciences, and other scientific applications.

Programs reside and execute in DRAM. Generally, large permanent databases reside on secondary storage, (magnetic disks), and portions of the database are read into and written from buffers in main memory as needed. Nowadays, personal computers and workstations have large main memories of hundreds of megabytes of RAM and DRAM, so it is becoming possible to load a large part of the database into main memory. Eight to 16 GB of main memory on a single server is becoming commonplace. In some cases, entire databases can be kept in main memory (with a backup copy on magnetic disk), leading to **main memory databases**; these are particularly useful in real-time applications that require extremely fast response times. An example is telephone switching applications, which store databases that contain routing and line information in main memory.

Between DRAM and magnetic disk storage, another form of memory, **flash memory**, is becoming common, particularly because it is nonvolatile. Flash memories are high-density, high-performance memories using EEPROM (Electrically Erasable Programmable Read-Only Memory) technology. The advantage of flash memory is the fast access speed; the disadvantage is that an entire block must be erased and written over simultaneously. Flash memory cards are appearing as the data storage medium in appliances with capacities ranging from a few megabytes to a few gigabytes. These are appearing in cameras, MP3 players, cell phones, PDAs, and so on. USB (Universal Serial Bus) flash drives have become the most portable medium for carrying data between personal computers; they have a flash memory storage device integrated with a USB interface.

CD-ROM (Compact Disk – Read Only Memory) disks store data optically and are read by a laser. CD-ROMs contain prerecorded data that cannot be overwritten. WORM (Write-Once-Read-Many) disks are a form of optical storage used for

---

[1]Volatile memory typically loses its contents in case of a power outage, whereas nonvolatile memory does not.

archiving data; they allow data to be written once and read any number of times without the possibility of erasing. They hold about half a gigabyte of data per disk and last much longer than magnetic disks.[2] **Optical jukebox memories** use an array of CD-ROM platters, which are loaded onto drives on demand. Although optical jukeboxes have capacities in the hundreds of gigabytes, their retrieval times are in the hundreds of milliseconds, quite a bit slower than magnetic disks. This type of storage is continuing to decline because of the rapid decrease in cost and increase in capacities of magnetic disks. The DVD is another standard for optical disks allowing 4.5 to 15 GB of storage per disk. Most personal computer disk drives now read CD-ROM and DVD disks. Typically, drives are CD-R (Compact Disk Recordable) that can create CD-ROMs and audio CDs (Compact Disks), as well as record on DVDs.

Finally, **magnetic tapes** are used for archiving and backup storage of data. **Tape jukeboxes**—which contain a bank of tapes that are catalogued and can be automatically loaded onto tape drives—are becoming popular as **tertiary storage** to hold terabytes of data. For example, NASA's EOS (Earth Observation Satellite) system stores archived databases in this fashion.

Many large organizations are already finding it normal to have terabyte-sized databases. The term **very large database** can no longer be precisely defined because disk storage capacities are on the rise and costs are declining. Very soon the term may be reserved for databases containing tens of terabytes.

## 17.1.2  Storage of Databases

Databases typically store large amounts of data that must persist over long periods of time, and hence is often referred to as **persistent data**. Parts of this data are accessed and processed repeatedly during this period. This contrasts with the notion of **transient data** that persist for only a limited time during program execution. Most databases are stored permanently (or *persistently*) on magnetic disk secondary storage, for the following reasons:

- Generally, databases are too large to fit entirely in main memory.
- The circumstances that cause permanent loss of stored data arise less frequently for disk secondary storage than for primary storage. Hence, we refer to disk—and other secondary storage devices—as **nonvolatile storage**, whereas main memory is often called **volatile storage**.
- The cost of storage per unit of data is an order of magnitude less for disk secondary storage than for primary storage.

Some of the newer technologies—such as optical disks, DVDs, and tape jukeboxes—are likely to provide viable alternatives to the use of magnetic disks. In the future, databases may therefore reside at different levels of the memory hierarchy from those described in Section 17.1.1. However, it is anticipated that magnetic

---

[2]Their rotational speeds are lower (around 400 rpm), giving higher latency delays and low transfer rates (around 100 to 200 KB/second).

disks will continue to be the primary medium of choice for large databases for years to come. Hence, it is important to study and understand the properties and characteristics of magnetic disks and the way data files can be organized on disk in order to design effective databases with acceptable performance.

Magnetic tapes are frequently used as a storage medium for backing up databases because storage on tape costs even less than storage on disk. However, access to data on tape is quite slow. Data stored on tapes is **offline**; that is, some intervention by an operator—or an automatic loading device—to load a tape is needed before the data becomes available. In contrast, disks are **online** devices that can be accessed directly at any time.

The techniques used to store large amounts of structured data on disk are important for database designers, the DBA, and implementers of a DBMS. Database designers and the DBA must know the advantages and disadvantages of each storage technique when they design, implement, and operate a database on a specific DBMS. Usually, the DBMS has several options available for organizing the data. The process of **physical database design** involves choosing the particular data organization techniques that best suit the given application requirements from among the options. DBMS system implementers must study data organization techniques so that they can implement them efficiently and thus provide the DBA and users of the DBMS with sufficient options.

Typical database applications need only a small portion of the database at a time for processing. Whenever a certain portion of the data is needed, it must be located on disk, copied to main memory for processing, and then rewritten to the disk if the data is changed. The data stored on disk is organized as **files** of **records**. Each record is a collection of data values that can be interpreted as facts about entities, their attributes, and their relationships. Records should be stored on disk in a manner that makes it possible to locate them efficiently when they are needed.

There are several **primary file organizations**, which determine how the file records are *physically placed* on the disk, *and hence how the records can be accessed*. A *heap file* (or *unordered file*) places the records on disk in no particular order by appending new records at the end of the file, whereas a *sorted file* (or *sequential file*) keeps the records ordered by the value of a particular field (called the *sort key*). A *hashed file* uses a hash function applied to a particular field (called the *hash key*) to determine a record's placement on disk. Other primary file organizations, such as *B-trees,* use tree structures. We discuss primary file organizations in Sections 17.6 through 17.9. A **secondary organization** or **auxiliary access structure** allows efficient access to file records based on *alternate fields* than those that have been used for the primary file organization. Most of these exist as indexes and will be discussed in Chapter 18.

# 17.2  Secondary Storage Devices

In this section we describe some characteristics of magnetic disk and magnetic tape storage devices. Readers who have already studied these devices may simply browse through this section.

# THOMAS CONNOLLY ▸ CAROLYN BEGG

# DATABASE SYSTEMS

## A Practical Approach to Design, Implementation, and Management



www.booksites.net/connbegg



ADDISON
WESLEY

# FOURTH EDITION



INTERNATIONAL COMPUTER SCIENCE SERIES

*Consulting Editor*  **A D McGettrick**  University of Strathclyde

## SELECTED TITLES IN THE SERIES

Operating Systems  *J Bacon and T Harris*
Programming Language Essentials  *H E Bal and D Grune*
Programming in Ada 95 (2nd edn)  *J G P Barnes*
Java Gently (3rd edn)  *J Bishop*
Software Design (2nd edn)  *D Budgen*
Concurrent Programming  *A Burns and G Davies*
Real-Time Systems and Programming Languages: Ada 95, Real-Time Java and Real-Time POSIX (3rd edn)  *A Burns and A Wellings*
Comparative Programming Languages (3rd edn)  *L B Wilson and R G Clark, updated by R G Clark*
Distributed Systems: Concepts and Design (3rd edn)  *G Coulouris, J Dollimore and T Kindberg*
Principles of Object-Oriented Software Development (2nd edn)  *A Eliëns*
Fortran 90 Programming  *T M R Ellis, I R Philips and T M Lahey*
Program Verification  *N Francez*
Introduction to Programming using SML  *M Hansen and H Rischel*
Functional C  *P Hartel and H Muller*
Algorithms and Data Structures: Design, Correctness, Analysis (2nd edn)  *J Kingston*
Introductory Logic and Sets for Computer Scientists  *N Nissanke*
Human–Computer Interaction  *J Preece et al.*
Algorithms: A Functional Programming Approach  *F Rabhi and G Lapalme*
Ada 95 From the Beginning (3rd edn)  *J Skansholm*
C++ From the Beginning  *J Skansholm*
Java From the Beginning (2nd edn)  *J Skansholm*
Software Engineering (6th edn)  *I Sommerville*
Object-Oriented Programming in Eiffel (2nd edn)  *P Thomas and R Weedon*
Miranda: The Craft of Functional Programming  *S Thompson*
Haskell: The Craft of Functional Programming (2nd edn)  *S Thompson*
Discrete Mathematics for Computer Scientists (2nd edn)  *J K Truss*
Compiler Design  *R Wilhelm and D Maurer*
Discover Delphi: Programming Principles Explained  *S Williams and S Walmsley*
Software Engineering with B  *J B Wordsworth*

THOMAS M. CONNOLLY ᐳ CAROLYN E. BEGG
UNIVERSITY OF PAISLEY

# DATABASE SYSTEMS

A Practical Approach to Design,
Implementation, and Management

Fourth Edition



ADDISON-WESLEY
*An imprint of* **Pearson Education**

Harlow, England · London · New York · Reading, Massachusetts · San Francisco
Toronto · Don Mills, Ontario · Sydney · Tokyo · Singapore · Hong Kong · Seoul
Taipei · Cape Town · Madrid · Mexico City · Amsterdam · Munich · Paris · Milan

Sometimes it may be only the most recent or current value in a repeating group, or just the fact that there is a repeating group, that is needed most frequently. In the above example we may choose to store one telephone number in the Branch relation and leave the remaining numbers for the Telephone relation. This would remove the presence of nulls from the Branch relation, as each branch must have at least one telephone number.

### Step 7.6 Creating extract tables

There may be situations where reports have to be run at peak times during the day. These reports access derived data and perform multi-relation joins on the same set of base relations. However, the data the report is based on may be relatively static or, in some cases, may not have to be current (that is, if the data is a few hours old, the report would be perfectly acceptable). In this case, it may be possible to create a single, highly denormalized extract table based on the relations required by the reports, and allow the users to access the extract table directly instead of the base relations. The most common technique for producing extract tables is to create and populate the tables in an overnight batch run when the system is lightly loaded.

### Step 7.7 Partitioning relations

Rather than combining relations together an alternative approach that addresses the key problem with supporting very large relations (and indexes) is to decompose them into a number of smaller and more manageable pieces called **partitions**. As illustrated in Figure 18.9, there are two main types of partitioning: horizontal partitioning and vertical partitioning.

| **Horizontal partitioning** | Distributing the **tuples** of a relation across a number of (smaller) relations. |
|---|---|

| **Vertical partitioning** | Distributing the **attributes** of a relation across a number of (smaller) relations (the primary key is duplicated to allow the original relation to be reconstructed). |
|---|---|



Horizontal

Vertical

**Figure 18.9**
Horizontal and vertical partitioning.

Case 1:20-cv-00984-WCB    Document 389-2    Filed 11/19/24    Page 30 of 303 PageID #:
18780
**530** | Chapter 18 ■ Methodology – Monitoring and Tuning the Operational System

**Figure 18.10**

Oracle SQL statement to create a hash partition.

```
CREATE TABLE ArchivedPropertyForRentPartition(
    propertyNo VARHAR2(5) NOT NULL,
    street VARCHAR2(25) NOT NULL,
    city VARCHAR2(15) NOT NULL,
    postcode VARCHAR2(8),
    type CHAR NOT NULL,
    rooms SMALLINT NOT NULL,
    rent NUMBER(6, 2) NOT NULL,
    ownerNo VARCHAR2(5) NOT NULL,
    staffNo VARCHAR2(5),
    branchNo CHAR(4) NOT NULL,
    PRIMARY KEY (propertyNo),
    FOREIGN KEY (ownerNo) REFERENCES PrivateOwner(ownerNo),
    FOREIGN KEY (staffNo) REFERENCES Staff(staffNo),
    FOREIGN KEY (branchNo) REFERENCES Branch(branchNo))
PARTITION BY HASH (branchNo)
(PARTITION b1 TABLESPACE TB01,
PARTITION b2 TABLESPACE TB02,
PARTITION b3 TABLESPACE TB03,
PARTITION b4 TABLESPACE TB04);
```

Partitions are particularly useful in applications that store and analyze large amounts of data. For example, *DreamHome* maintains an ArchivedPropertyForRent relation with several hundreds of thousands of tuples that are held indefinitely for analysis purposes. Searching for a particular tuple at a branch could be quite time consuming; however, we could reduce this time by horizontally partitioning the relation, with one partition for each branch. We can create a (*hash*) partition for this scenario in Oracle using the SQL statement shown in Figure 18.10.

As well as hash partitioning, other common types of partitioning are **range** (each partition is defined by a range of values for one or more attributes) and **list** (each partition is defined by a list of values for an attribute). There are also composite partitions such as **range–hash** and **list–hash** (each partition is defined by a range or a list of values and then each partition is further subdivided based on a hash function).

There may also be circumstances where we frequently examine particular attributes of a very large relation and it may be appropriate to vertically partition the relation into those attributes that are frequently accessed together and another vertical partition for the remaining attributes (with the primary key replicated in each partition to allow the original relation to be reconstructed using a join).

Partitioning has a number of advantages:

■ *Improved load balancing*  Partitions can be allocated to different areas of secondary storage thereby permitting parallel access while at the same time minimizing the contention for access to the same storage area if the relation was not partitioned.

■ *Improved performance*  By limiting the amount of data to be examined or processed, and by enabling parallel execution, performance can be enhanced.

- *Increased availability*   If partitions are allocated to different storage areas and one storage area becomes unavailable, the other partitions would still be available.
- *Improved recovery*   Smaller partitions can be recovered more efficiently (equally well, the DBA may find backing up smaller partitions easier than backing up very large relations).
- *Security*   Data in a partition can be restricted to those users who require access to it, with different partitions having different access restrictions.

Partitioning can also have a number of disadvantages:

- *Complexity*   Partitioning is not usually transparent to end-users and queries that utilize more than one partition become more complex to write.
- *Reduced performance*   Queries that combine data from more than one partition may be slower than a non-partitioned approach.
- *Duplication*   Vertical partitioning involves duplication of the primary key. This leads not only to increased storage requirements but also to potential inconsistencies arising.

## Consider implications of denormalization

Consider the implications of denormalization on the previous steps in the methodology. For example, it may be necessary to reconsider the choice of indexes on the relations that have been denormalized to establish whether existing indexes should be removed or additional indexes added. In addition it will be necessary to consider how data integrity will be maintained. Common solutions are:

- *Triggers*   Triggers can be used to automate the updating of derived or duplicated data.
- *Transactions*   Build transactions into each application that make the updates to denormalized data as a single (*atomic*) action.
- *Batch reconciliation*   Run batch programs at appropriate times to make the denormalized data consistent.

In terms of maintaining integrity, triggers provide the best solution, although they can cause performance problems. The advantages and disadvantages of denormalization are summarized in Table 18.1.

**Table 18.1**   Advantages and disadvantages of denormalization

| Advantages | Disadvantages |
|---|---|
| Can improve performance by: | May speed up retrievals but can slow down updates. |
| ■ precomputing derived data;<br>■ minimizing the need for joins; | Always application-specific and needs to be re-evaluated if the application changes. |
| ■ reducing the number of foreign keys in relations; | Can increase the size of relations. |
| ■ reducing the number indexes (thereby saving storage space);<br>■ reducing the number of relations. | May simplify implementation in some cases but may make it more complex in others. |
| | Sacrifices flexibility. |

Another problem with two-phase locking, which applies to all locking-based schemes, is that it can cause **deadlock**, since transactions can wait for locks on data items. If two transactions wait for locks on items held by the other, deadlock will occur and the deadlock detection and recovery scheme described in the Section 20.2.4 is needed. It is also possible for transactions to be in **livelock**, that is left in a wait state indefinitely, unable to acquire any new locks, although the DBMS is not in deadlock. This can happen if the waiting algorithm for transactions is unfair and does not take account of the time that transactions have been waiting. To avoid livelock, a priority system can be used, whereby the longer a transaction has to wait, the higher its priority, for example, a *first-come-first-served* queue can be used for waiting transactions.

## Concurrency control with index structures

Concurrency control for an index structure (see Appendix C) can be managed by treating each page of the index as a data item and applying the two-phase locking protocol described above. However, since indexes are likely to be frequently accessed, particularly the higher levels of trees (as searching occurs from the root downwards), this simple concurrency control strategy may lead to high lock contention. Therefore, a more efficient locking protocol is required for indexes. If we examine how tree-based indexes are traversed, we can make the following two observations:

- The search path starts from the root and moves down to the leaf nodes of the tree but the search never moves back up the tree. Thus, once a lower-level node has been accessed, the higher-level nodes in that path will not be used again.
- When a new index value (a key and a pointer) is being inserted into a leaf node, then if the node is not full, the insertion will not cause changes to the higher-level nodes. This suggests that we only have to exclusively lock the leaf node in such a case, and only exclusively lock higher-level nodes if a node is full and has to be split.

Based on these observations, we can derive the following locking strategy:

- For searches, obtain shared locks on nodes starting at the root and proceeding downwards along the required path. Release the lock on a (parent) node once a lock has been obtained on the child node.
- For insertions, a conservative approach would be to obtain exclusive locks on all nodes as we descend the tree to the leaf node to be modified. This ensures that a split in the leaf node can propagate all the way up the tree to the root. However, if a child node is not full, the lock on the parent node can be released. A more optimistic approach would be to obtain shared locks on all nodes as we descend to the leaf node to be modified, where we obtain an exclusive lock on the leaf node itself. If the leaf node has to split, we upgrade the shared lock on the parent node to an exclusive lock. If this node also has to split, we continue to upgrade the locks at the next higher level. In the majority of cases, a split is not required making this a better approach.

The technique of locking a child node and releasing the lock on the parent node if possible is known as **lock-coupling** or **crabbing**. For further details on the performance of concurrency control algorithms for trees, the interested reader is referred to Srinivasan and Carey (1991).

The Wayback Machine - https://web.archive.org/web/20121116170632/http://www.zeepedia.com/read.php?denormalization_techniques_splitting_tables_horizontal_splitting_vertical_splitting_pre-joining_tables_adding_redundant_columns_derived_attributes_data_warehousing&b=6&c=8



<<< Previous    DeNormalization Techniques: Splitting Tables, Horizontal splitting, Vertical Splitting, Pre-Joining Tables, Adding Redundant Columns, Derived Attributes    Next >>>

*Data Warehousing*

Lecture No. 08

**De-Normalization Techniques**



Figure 8.1: Splitting Tables

**Splitting Tables**

The denormalization techniques discussed earlier all dealt with combining tables to avoid doing run-time joins by decreasing the number of tables. In contrast, denormalization can be used to create more tables by splitting a relation into multiple tables. Both horizontal and vertical splitting and their combination are possible. This form of denormalization -record splitting - is especially common for a distributed DSS environment.

43

**Table of Contents:**

1. Need of Data Warehousing
2. Why a DWH, Warehousing
3. The Basic Concept of Data Warehousing
4. Classical SDLC and DWH SDLC, CLDS, Online Transaction Processing
5. Types of Data Warehouses: Financial, Telecommunication, Insurance, Human Resource
6. Normalization: Anomalies, 1NF, 2NF, INSERT UPDATE, DELETE
7. De-Normalization: Storage, Performance, Maintenance, Ease-of-use
8. DeNormalization Techniques: Splitting Tables, Horizontal splitting, Vertical Splitting, Pre-Joining Tables, Adding Redundant Columns, Derived Attributes
9. Issues of De-Normalization: Storage, Performance, Maintenance, Ease-of-use
10. Online Analytical Processing OLAP: DWH and OLAP OLTP
11. OLAP Implementations: MOLAP, ROLAP, HOLAP DOLAP
12. ROLAP: Relational Database, ROLAP cube, Issues
13. Dimensional Modeling DM: ER modeling, The Paradox, ER vs. DM
14. Process of Dimensional Modeling: Four Step: Choose Business Process, Grain, Facts, Dimensions
15. Issues of Dimensional Modeling: Additive vs Non-Additive facts, Classification of Aggregation Functions
16. Extract Transform Load ETL: ETL Cycle, Processing, Data Extraction, Data Transformation
17. Issues of ETL: Diversity in source systems and platforms
18. Issues of ETL: legacy data, Web scrapping, data quality, ETL vs ELT
19. ETL Detail: Data Cleansing: data scrubbing, Dirty Data, Lexical Errors, Irregularities, Integrity Constraint Violation, Duplication
20. Data Duplication Elimination and BSN Method: Record linkage, Merge, purge, Entity reconciliation, List washing and data cleansing
21. Introduction to Data Quality Management: Intrinsic, Realistic, Orr's Laws of Data Quality, TQM
22. DQM: Quantifying Data Quality: Free-of-error, Completeness, Consistency, Ratios
23. Total DQM: TDQM in a DWH, Data Quality Management Process
24. Need for Speed: Parallelism: Scalability, Terminology, Parallelization OLTP Vs DSS
25. Need for Speed: Hardware Techniques: Data Parallelism Concept
26. Conventional Indexing Techniques: Concept, Goals, Dense Index, Sparse Index
27. Special Indexing Techniques: Inverted, Bit map, Cluster, Join indexes
28. Join Techniques: Nested loop, Sort Merge, Hash based join
29. Data mining (DM): Knowledge Discovery in Databases KDD
30. Data Mining: CLASSIFICATION, ESTIMATION, PREDICTION, CLUSTERING,
31. Data Structures, types of Data Mining, Min-Max Distance, One-way, K-Means Clustering
32. DWH Lifecycle: Data-Driven, Goal-Driven, User-Driven Methodologies
33. DWH Implementation: Goal Driven Approach
34. DWH Implementation: Goal Driven Approach
35. DWH Life Cycle: Pitfalls, Mistakes, Tips
36. Course Project
37. Contents of Project Reports
38. Case Study: Agri-Data Warehouse
39. Web Warehousing: Drawbacks of traditional web scar ches, web search, Web traffic record: Log files
40. Web Warehousing: Issues, Time-contiguous Log Entries, Transient Cookies, SSL, session ID Ping-pong, Persistent Cookies
41. Data Transfer Service (DTS)
42. Lab Data Set: Multi -Campus University
43. Extracting Data Using Wizard
44. Data Profiling

---

**Splitting Tables: Horizontal splitting**

Breaks a table into multiple tables based upon common column values. Example: Campus spec ific queries.

GOAL.

§   Spreading rows for exploiting parallelism.

§   Grouping data to avoid unnecessary query load in WHERE clause.

**Splitting Tables**

Horizontal splitting breaks a relation into multiple record set specifications by placing different rows into different tables based upon common column values. For the multi-campus example being considered, students from Islamabad campus in the Islamabad table, Peshawar students in corresponding table etc. Each file or table created from the splitting has the same record lay out or header.

Goals of Horizontal splitting

There are typically two specific goals for horizontal partitioning: (1) spread rows in a large table across many HW components (disks, controllers, CPUs, etc.) in the environment to facilitate parallel processing, and (2) segregate data into separate partitions so that queries do not need to examine all data in a table when WHERE clause filters specify only a subset of the partitions. Of course, what we would like in an ideal deployment is to get both of these benefits from table partitioning.

Advantages of Splitting tables

Horizontal splitting makes sense when different categories of rows of a table are processed separately; e.g. for the student table if a high percentage of queries are focused towards a certain campus at a time then the table is split accordingly. Horizontal splitting can also to have access since file level of security can be used to prohibit users from seeing certain rows of data. Also each split table can be organized differently, appropriate for how it is individually used. In terms of page access, horizontally portioned files are likely to be retrieved faster as compared to un -split files, because the latter will involve more blocks to be accessed.

**Splitting Tables: Horizontal splitting**

ADVANTAGE

§   Enhance security of data.

§   Organizing tables differently for different queries.

§   Reduced I/O overhead.

§   Graceful degradation of database in case of table damage.

§   Fewer rows result in flatter B-trees and fast data retrieval.

46

Other than performance, there are some other very useful results of horizontal splitting the tables. As we discussed in the OLAP lecture, security is one of the key features required from an OLAP system. Actually DSS is a multi-user environment, and robust security needs to ensure. By splitting the tables and restricting the users to a particular split actually improves the security of the system. Consider time -based queries, if the queries have to cover last years worth of data, then splitting the tables on the basis of year will defiantly improve the performance as the amount of data to be accessed is reduced. Similarly, if for a multi-campus university, most of the queries are campus specific, then splitting the tables based on the campus wise Id result in improved performance. In both of the cases of splitting discussed i.e. time and space, as the number of records to be retrieved is reduced, resulting in more records per block that translates into fewer page faults and high performance. If the table is not partitioned, and for some reason the table is damaged, then in the worst case all data might be lost. However, when the table gets partitioned, and even if a partition is damaged, ALL of the data is not lost. Assuming a worst case scenario that tables crash i.e. all of them, the system will not go down suddenly, but would go down gradually i.e. gracefully.

---

**Splitting Tables: Vertical Splitting**

§   Splitting and distributing into separate files with repeating primary key.

§   Infrequently accessed columns become extra "baggage" thus degrading performance.

§   Very useful for rarely accessed large text columns with large headers.

§   Header size is reduced, allowing more rows per block, thus reducing I/O.

§   For an end user, the split appears as a single table through a view.

---

**Splitting Tables: Vertical Splitting**

Vertical splitting involves splitting a table by columns so that a group of columns is placed into the new table and the remaining columns are placed in another new table. Thus columns are distributed into separate files, such that the primary key is repeated in each of the files. An example of vertical splitting would be breaking apart the student registration table by creating a personal_info table by placing SID along with corresponding data into one record specification, the SID along with demographic-related student data into another record specification, and so on.

Vertical splitting can be used when some columns are rarely accessed rather than other columns or when the table has wide rows or header or both. Thus the infrequently accessed columns become extra "baggage" degrading performance. The net result of splitting a table is that it may reduce the number of pages/blocks that need to be read because of the shorter header length allowing more rows to be packed in a block, thus reducing I/O. A vertically split table should contain one row per primary key in the split tables as this facilitates data retrieval across tables and also helps in dissolving the split i.e. making it reversible. In reality, the users are unaware of the split, as view of a joined table is presented to the users.

47

---

**2. Pre-Joining**



**Figure 8.2: Pre-joining Tables**

The objective behind pre joining is to identify frequent joins and append the corresponding tables together in the physical data model. This technique is generally used when there is a one-to-many relationship between two (or more) tables, such as the master-detail case when there are header and detail tables in the logical data model. Typically, referential integrity is assumed from the foreign key in one table (detail) to the primary key in the other table (header).

Additional space will be required, because information on the master table is stored once for each detail record i.e. multiple times instead of just once as would be the case in a normalized design.

---

**Pre-Joining**

§   Typical of Market basket query

§   Join ALWAYS required

§   Tables could be millions of rows

§   Squeeze Master into Detail

§   Repetition of facts. How much?

§   Detail 3.4 lessons of master

---

48

Figure A.2 shows a typical case of market basket querying, with a master table and a detail table. The sale_ID column is the primary key for the master table and uniquely identifies a market basket. There will be on a "detail" record for each item listed on the "receipt" for the market basket. The m_ID column is the primary key for the detail table.

Observe that in a normalized design the store and sale date for the market basket is on one table (master) and the item (along with quantity, sales Rs, etc.) are on a separate table (detail). Almost all analysis will require product, sales date, and (sometimes) sale person (in the context of HR). Moreover, both tables can easily be millions of rows for a large retail outlet with significant historical data. This means that a join will be forced between two very large tables for almost every query asked of this data warehouse. This could easily choke the system and degrade performance.

Note that this same header/detail structure in the data applies across many industries as we have discussed in the very early lectures, such as healthcare, transportation, logistics, billing etc.

To avoid the run-time join, we use the pre-join technique and "squeeze" the sales master information into the detail table. The obvious drawback is repetition of facts from the master table into the detail table. This avoids the join operation at run- time, but stores the header information redundantly as part of the sales detail. This redund ant storage is a violation of normalization, but will be acceptable if the cost of storage is less than the performance achieved by virtue of eliminating the join.

**4. Adding Redundant Columns**

This technique can be used when a column from one table is frequently accessed in a large scale join in conjunction with a column from another table. To avoid this join, the column is added (redundant) or moved into the detail table(s) to avoid the join. For example, if frequent joins are performed using Table_1 and Table_2 using columns ColA, ColB and ColC, then it is suitable to add ColC to Table_1.

49



| Adding Redundant Columns | | | | | | | |
|---|---|---|---|---|---|---|---|

**Table_1**

| ColA | ColB |
|---|---|
| | |
| | |
| | |
| | |

⟹

**Table_1'**

| ColA | ColB | ColC |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Table_2**

| ColA | ColC | ColD | ... | ColZ |
|---|---|---|---|---|

**Table_2**

| ColA | ColC | ColD | ... | ColZ |
|---|---|---|---|---|

**Figure 8.3: Adding redundant columns**

Note that the columns can also be moved, instead of making them redundant. If closely observed, this technique is no different from a pre- joining. In pre-joining all columns are moved from the master table into the detail table, but in the current case, a sub-set of columns from the master table is made redundant or moved into the detail table. The performance, and storage trade-offs are also very similar to pre- joining.

**Adding Redundant Columns**

Columns can also be moved, instead of making them redundant. Very similar to pre- joining as discussed earlier.

**EXAMPLE**

Frequent referencing of code in one table and corresponding description in another table.

i. A join required is required.

ii. To eliminate the join, a redundant attribute added in the target entity which is functionally independent of the primary key.

A typical scenario for column redundancy/movement is frequent referencing of code in one table and the corresponding description in another table. The description of a code is retrieved via a join. In such a case, redundancy will naturally pay off. This is implemented by duplicating the descriptive attribute in the entity, which would otherwise contain only the code. The result is a redundant attribute in the target entity which is functionally independent of the primary key. Note that this foreign key relationship was created in the first place to normalize the corresponding description reduce update anomalies.

---

**Redundant Columns: Surprise**

**Note that:**

§ Actually increases in storage space, and increase in update overhead.

§ Keeping the actual table intact and unchanged helps enforce RI constraint.

§ Age old debate of RI ON or OFF.

---

**Redundant Columns Surprise**

Creating redundant columns does not necessarily reduce the storage space requirements, as neither the reference table is removed, nor the columns duplicated from the reference table.

The reason being to ensure data input RI constraint, although this reasoning falls right in the middle of the age old debate that Referential Integrity (RI) constraint should be turned ON or OFF in a DWH environment. However, it is obvious that column redundancy does eliminate the join and increase the performance.

---

**Derived Attributes**

§ Objectives
§ Ease of use for decision support applications
§ Fast response to predefined user queries
§ Customized data for particular target audiences
§ Ad-hoc query support

§ Feasible when...
§ Calculated once, used most
§ Remains fairly "constant"
§ Looking for absoluteness of correctness.
§ Pitfall of additional space and query degradation.

---

**5. Derived Attributes**

It is usually feasible to add derived attribute(s) in the data warehouse data model, if the derived data is frequently accessed and calculated once and is fairly stable. The justification of adding derived data is simple; it reduces the amount of query processing time at run-time while access g the data in the warehouse. Furthermore, once the data is properly calculated, there is little or no apprehension about the authenticity of the calculation. Put in other words, once the derived data is properly calculated it kind of becomes absolute i.e. there is hardly any chance that someone might use a wrong formula to calculate it incorrectly. This actually enhances the credibility of the data in the data warehouse.

---

**Derived Attributes**



**Figure 8.4: Business Data Model vs. DWH Data Model**

GP (Grade Point) column in the data model is included in a derived value. The formula for calculating this field is Grade*Credits.

Age is also a derived attribute, calculated as Current_Date-DoB (calculated periodically).

In most cases, it will only make sense to use derived data if the ratio of detail rows to derived rows is at least 10:1. In such cases, the 10% storage cost for keeping the derived data is less than the temporary and sort space storage costs for many concurrent queries aggregating at runtime.

52

Get going with projects
from simple circuits to robots

# *Electronics*

## FOR

## DUMMIES®

**Demystifies**
everything from
amplifiers to
*light sensors!*

# A Reference
for the
# Rest of Us!®

**FREE eTips at dummies.com®**

## Gordon McComb
Robotics Resources columnist for
SERVO *magazine*

## Earl Boysen

**Electronics For Dummies®**

Published by
**Wiley Publishing, Inc.**
111 River Street
Hoboken, NJ 07030-5774

Copyright © 2005 by Wiley Publishing, Inc., Indianapolis, Indiana

Published by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4355, e-mail: brandreview@wiley.com.

**Trademarks:** Wiley, the Wiley Publishing logo, For Dummies, the Dummies Man logo, A Reference for the Rest of Us!, The Dummies Way, Dummies Daily, The Fun and Easy Way, Dummies.com, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Stock photos from Hemera Technologies, Inc. Used under license.

LIMIT OF LIABILITY/DISCLAIMER OF WARRANTY: THE PUBLISHER AND THE AUTHOR MAKE NO REP-RESENTATIONS OR WARRANTIES WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE CONTENTS OF THIS WORK AND SPECIFICALLY DISCLAIM ALL WARRANTIES, INCLUDING WITHOUT LIMITATION WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY MAY BE CRE-ATED OR EXTENDED BY SALES OR PROMOTIONAL MATERIALS. THE ADVICE AND STRATEGIES CON-TAINED HEREIN MAY NOT BE SUITABLE FOR EVERY SITUATION. THIS WORK IS SOLD WITH THE UNDERSTANDING THAT THE PUBLISHER IS NOT ENGAGED IN RENDERING LEGAL, ENGINEERING, OR OTHER PROFESSIONAL SERVICES. IF PROFESSIONAL ASSISTANCE IS NEEDED, THE SERVICES OF A COMPETENT PROFESSIONAL PERSON SHOULD BE SOUGHT. NEITHER THE PUBLISHER NOR THE AUTHOR SHALL BE LIABLE FOR DAMAGES ARISING HEREFROM. THE FACT THAT AN ORGANIZATION OR WEBSITE IS REFERRED TO IN THIS WORK AS A CITATION AND/OR A POTENTIAL SOURCE OF FUR-THER INFORMATION DOES NOT MEAN THAT THE AUTHOR OR THE PUBLISHER ENDORSES THE INFORMATION THE ORGANIZATION OR WEBSITE MAY PROVIDE OR RECOMMENDATIONS IT MAY MAKE. FURTHER, READERS SHOULD BE AWARE THAT INTERNET WEBSITES LISTED IN THIS WORK MAY HAVE CHANGED OR DISAPPEARED BETWEEN WHEN THIS WORK WAS WRITTEN AND WHEN IT IS READ.

For general information on our other products and services, please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993, or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Library of Congress Control Number: 2004107905

ISBN: 0-7645-7660-7

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

1O/RZ/QR/QV/IN



TEAM LinG - Live, Informative, Non-cost and Genuine !

You typically find push-button switches in electronics to start or stop a circuit. For example, you press a normally open push-button switch to ring a doorbell.

### *What's inside a switch?*

You call the basic switches that we talk about in the previous section single-pole single-throw, or SPST types. Don't worry about all the different names: In essence, these switch types have one wire coming into the switch and one wire leaving it.

Just to keep your electronics life interesting, you may come across other types of switches that are wired a bit differently, called double pole. Where *single pole switches* have one input wire, *double pole switches* have two input wires. With single throw switches you can connect or disconnect each input wire to one output wire, while double throw switches allow you to choose which of two output wires you connect each input wire to.

There are a few single- and double-pole variations, including

- **Single-pole double-throw (SPDT):** In this switch, one wire comes into the switch and two wires leave the switch. When you want to choose what device a circuit turns on (for example, a green light to let people know that they can enter a room or a red light to tell them to stay out), use an SPDT switch.

- **Double-pole single-throw (DPST):** This switch has two wires coming into it and two wires leaving. You can use a DPST switch to control two separate circuits. For example, you can have one circuit with components running on 5 volts and another circuit with components running on 12 volts. With one switch, you can turn both circuits on or off.

- **Double-pole double-throw (DPDT):** This switch has two wires coming into it and four wires leaving. A DPDT switch has three positions. In the first position, the first pair of output wires connect. In the second position, all four output wires disconnect (some DPDT switches do not have this position). In the third position, the second pair of output wires connect. You can use this type of switch to reverse the polarity of DC voltage going into a motor so that the motor turns in the opposite direction. (One position makes the motor turn clockwise, one position turns off power to the motor, and one position turns the motor counterclockwise.)

## Let a relay flip the switch

You've made a gadget to let you know when your no-good brother-in-law, Herman, is raiding the refrigerator. But there's one problem: The gadget runs on a 5-volt battery pack, and you want the gadget to turn on enough sound and light to scare the guy into the next county. No problem, just use a relay.

TEAM LING - LIVE, Informative, Non-cost and Genuine !

*106*  Part II: Aisle 5, Component Shack: Stocking Up

### How relays work

A *relay* is simply an electrically powered switch. When your gadget sends 5 volts to the relay, an electromagnet turns on and then closes a switch inside the relay. If you wire that switch to 117 volts, you can power enough lights and sirens to send Herman scurrying.

### Exploring electromagnets

So how does the electromagnet part of a relay setup work? An *electromagnet* can be something as simple as coiled wire around an iron bar or even a nail. When you run some current through the wire, the bar becomes magnetized. When you shut off the current, the bar loses that magnetic quality.

Two magnets attract or repel each other, depending on which ends (or poles) of the magnets you put together. Part of the switch contained in a relay consists of a lever attached to a magnet, as you can see in Figure 5-7. When voltage runs through the wire coil, the electromagnet pulls the lever toward it, and the switch closes, connecting the 115 volts to the lights and sirens (goodbye, Herman!). When you shut off current to the wire coil the electromagnet shuts off and a spring pulls the lever away, opening the switch.



**Figure 5-7:** Here's how the parts of a relay fit together.

You can find relays that use 5, 12, or 24 VDC to power an electromagnet with a SPST, SPDT, or DPDT switch (see "What's inside a switch," earlier, for more info about switch types).



Often, instead of saying that a switch in the relay opens or closes, people talk about contacts opening or closing. Also, people sometimes call a lever in a relay an armature. But a relay by any other name, would work the same...

# Making Decisions with Logic Gates

If you've ever played computer (or even old-fashioned) chess, you know that the game takes a little simple logic. When a knight threatens your rook, there



# INTRODUCTION TO
## 8TH EDITION
# ELECTRIC CIRCUITS



## RICHARD C. DORF ● JAMES A. SVOBODA

E:1C02_1   10/23/2009   39

condition

$$4 \text{ volts} \leq v \leq 30 \text{ volts}$$

When this condition is satisfied, the current, $i$, in microamps, is numerically equal to the temperature $T$, in degrees Kelvin. The phrase *numerically equal* indicates that the current and temperature have the same value but different units. This relationship can be expressed as

$$i = k \cdot T$$

where $k = 1 \frac{\mu A}{^\circ K}$, a constant associated with the sensor.

**EXERCISE 2.8-1**   For the potentiometer circuit of Figure 2.8-2, calculate the meter voltage, $v_m$, when $\theta = 45^\circ$, $R_p = 20$ k$\Omega$, and $I = 2$ mA.

*Answer:* $v_m = 5$ V

**EXERCISE 2.8-2**   The voltage and current of an AD590 temperature sensor of Figure 2.8-3 are 10 V and 280 $\mu$A, respectively. Determine the measured temperature.

*Answer:* $T = 280^\circ$K, or approximately 6.85$^\circ$C



**FIGURE 2.8-3**
(a) The symbol and
(b) a model for the

## 2.9   SWITCHES

Switches have two distinct states: open and closed. Ideally, a switch acts as a short circuit when it is closed and as an open circuit when it is open.

Figures 2.9-1 and 2.9-2 show several types of switches. In each case, the time when the switch changes state is indicated. Consider first the single-pole, single-throw (SPST) switches shown in Figure 2.9-1. The switch in Figure 2.9-1a is initially open. This switch changes state, becoming closed, at time $t = 0$ s. When this switch is modeled as an ideal switch, it is treated like an open circuit when $t < 0$ s and like a short circuit when $t > 0$ s. The ideal switch changes state instantaneously. The switch in Figure 2.9-1b is initially closed. This switch changes state, becoming open, at time $t = 0$ s.

Next, consider the single-pole, double-throw (SPDT) switch shown in Figure 2.9-1a. This SPDT switch acts like two SPST switches, one between terminals c and a, another between terminals c and b. Before $t = 0$ s, the switch between c and a is closed and the switch between c and b is open. At $t = 0$ s, both switches change state; that is, the switch between c and a opens, and the switch between c and b closes. Once again, the ideal switches are modeled as open circuits when they are open and as short circuits when they are closed.

In some applications, it makes a difference whether the switch between c and b closes before, or after, the switch between c and a opens. Different symbols are used to represent these two types of



**FIGURE 2.9-1** SPST switches. (a) Initially open and (b) initially closed.

**FIGURE 2.9-2** SPDT switches. (a) Break before make and (b) make before break.

B:1C02_1    10/23/2009    40

40 ── Circuit Elements

single-pole, double-throw switch. The break-before-make switch is manufactured so that the switch between c and b closes after the switch between c and a opens. The symbol for the break-before-make switch is shown in Figure 2.9-2a. The make-before-break switch is manufactured so that the switch between c and b closes before the switch between c and a opens. The symbol for the make-before-break switch is shown in Figure 2.9-2b. Remember: the switch transition from terminal a to terminal b is assumed to take place instantaneously. This instantaneous transition is an accurate model when the actual make-before-break transition is very fast compared to the circuit time response.

### EXAMPLE 2.9-1  Switches

Figure 2.9-3 illustrates the use of open and short circuits for modeling ideal switches. In Figure 2.9-3a, a circuit containing three switches is shown. In Figure 2.9-3b, the circuit is shown as it would be modeled before $t = 0$ s. The two single-pole, single-throw switches change state at time $t = 0$ s. Figure 2.9-3c shows the circuit as it would be modeled when the time is between 0 s and 2 s. The single-pole, double-throw switch changes state at time $t = 2$ s. Figure 2.9-3d shows the circuit as it would be modeled after 2 s.



**FIGURE   2.9-3**
(a) A circuit containing several switches.
(b) The equivalent circuit for $t \leq 0$ s.
(c) The equivalent circuit for $0 < t < 2$ s.
(d) The equivalent circuit for $t > 2$ s.

**EXERCISE 2.9-1**  What is the value of the current $i$ in Figure E 2.9-1 at time $t = 4$ s?

*Answer:* $i = 0$ amperes at $t = 4$ s (both switches are open).

**EXERCISE 2.9-2**  What is the value of the voltage $v$ in Figure E 2.9-2 at time $t = 4$ s? At $t = 6$ s?

*Answer:* $v = 6$ volts at $t = 4$ s, and $v = 0$ volts at $t = 6$ s.



FIGURE E 2.9-1 A circuit with two SPST switches.



FIGURE E 2.9-2 A circuit with a make-before-break SPDT switch.

Copyrighted material

The Wayback Machine - https://web.archive.org/web/20101213104104/http://msdn.microsoft.com:80/en-u...

# Partitioned Tables and Indexes in SQL Server 2005



**SQL Server 2005**

Kimberly L. Tripp
Founder, SQLskills.com

January 2005

Applies to:
   SQL Server 2005

**Summary:** Table-based partitioning features in SQL Server 2005 provide flexibility and performance to simplify the creation and maintenance of partitioned tables. Trace the progression of capabilities from logically and manually partitioning tables to the latest partitioning features, and find out why, when, and how to design, implement, and maintain partitioned tables using SQL Server 2005. (41 printed pages)

   **About this paper**   The features and plans described in this document are the current direction for the next version of the SQL Server. They are not specifications for this product and are subject to change. There are no guarantees, implied or otherwise, that these features will be included in the final product release.

   SQL Server Web site
   SQL Server 2000 Resource Kit

   This is not a product specification.

Download the associated code sample, SQL2005PartitioningScripts.exe.

## Contents

Why Partition?
History of Partitioning
   Partitioning Objects in Releases Before SQL Server 7.0
   Partitioned Views in SQL Server 7.0
   Partitioned Views in SQL Server 2000
   Partitioned Tables in SQL Server 2005
Definitions and Terminology
   Range Partitions
   Defining the Partitioning Key
   Index Partitioning
   Special Conditions for Partitions: Split, Merge, and Switch
Steps for Creating Partitioned Tables
   Determine If Object Should Be Partitioned
   Determine Partitioning Key and Number of Partitions
   Determine If Multiple Filegroups Should Be Used
   Create Filegroups
   Create the Partition Function for a Range Partition
   Create the Partition Scheme
   Create the Partitioned Table
   Create Indexes: Partitioned or Not?
Putting it all Together: Case Studies
   Range Partitioning: Sales Data
   Joining Partitioned Tables
   Sliding-Window Scenario

List Partitioning: Regional Data Summary

Scripts From This Paper

# Why Partition?

What are partitions and why use them? The simple answer is: To improve the scalability and manageability of large tables and tables that have varying access patterns. Typically, you create tables to store information about an entity, such as customers or sales, and each table has attributes that describe only that entity. While a single table for each entity is the easiest to design and understand, these tables are not necessarily optimized for performance, scalability, and manageability, particularly as the table grows larger.

What constitutes a large table? While the size of a very large database (VLDB) is measured in hundreds of gigabytes, or even terabytes, the term does not necessarily indicate the size of individual tables within the database. A large table is one that does not perform as desired or one in which the operational or maintenance costs have gone beyond predefined maintenance or budgetary requirements. These requirements also apply to tables; a table can be considered large if the activities of other users or maintenance operations have a limiting affect on availability. For example, the sales table is considered large if performance is severely degraded or if the table is inaccessible during maintenance for two hours each day, each week, or even each month. In some cases, periodic downtime is acceptable, yet it can often be avoided or minimized by better design and partitioning implementations. While the term VLDB applies only to a database, for partitioning, it is more important to look at table size.

In addition to size, a table with varying access patterns might be a concern for performance and availability when different sets of rows within the table have different usage patterns. Although usage patterns may not always vary (and this is not a requirement for partitioning), when usage patterns do vary, partitioning can result in additional gains in management, performance, and availability. Again, to use the example of a sales table, the current month's data might be read-write, while the previous month's data (and often the larger part of the table) is read-only. In a case like this, where data usage varies, or in cases where the maintenance overhead is overwhelming as data moves in and out of the table, the table's ability to respond to user requests might be impacted. This, in turn, limits both the availability and the scalability of the server.

Additionally, when large sets of data are being used in different ways, frequent maintenance operations are performed on static data. This can have costly effects, such as performance problems, blocking problems, backups (space, time, and operational costs) as well as a negative impact on the overall scalability of the server.

How can partitioning help? When tables and indexes become very large, partitioning can help by partitioning the data into smaller, more manageable sections. This paper focuses on horizontal partitioning, in which large groups of rows will be stored in multiple separate partitions. The definition of the partitioned set is customized, defined, and managed by your needs. Microsoft SQL Server 2005 allows you to partition your tables based on specific data usage patterns using defined ranges or lists. SQL Server 2005 also offers numerous options for the long-term management of partitioned tables and indexes by the addition of features designed around the new table and index structure.

Furthermore, if a large table exists on a system with multiple CPUs, partitioning the table can lead to better performance through parallel operations. The performance of large-scale operations across extremely large data sets (for instance many million rows) can benefit by performing multiple operations against individual subsets in parallel. An example of performance gains over partitions can be seen in previous releases with aggregations. For example, instead of aggregating a single large table, SQL Server can work on partitions independently, and then aggregate the aggregates. In SQL Server 2005, queries joining large datasets can benefit directly from partitioning; SQL Server 2000 supported parallel join operations on subsets, yet needed to create the subsets on the fly. In SQL Server 2005, related tables (such as **Order** and **OrderDetails** tables) that are partitioned to the same partitioning key and the same partitioning function are said to be aligned. When the optimizer detects that two partitioned and aligned tables are joined, SQL Server 2005 can join the data that resides on the same partitions first and then combine the results. This allows SQL Server 2005 to more effectively use multiple-CPU computers.

# History of Partitioning

The concept of partitioning is not new to SQL Server. In fact, forms of partitioning have been possible in every release of the product. However, without features specifically designed to help you create and maintain a partitioning scheme, partitioning has often been cumbersome and underutilized. Additionally, users and developers misunderstand the schema (due to a more complex database design) and the benefits are diminished. However, because of the significant performance gains inherent in the concept, SQL Server 7.0 began improving the feature by enabling forms of partitioning through partitioned views. SQL Server 2005 now offers the greatest advances for partitioning large datasets through partitioned tables.

## Partitioning Objects in Releases Before SQL Server 7.0

In SQL Server 6.5 and earlier, partitioning had to be part of your design and built into all of your data access coding and querying practices. By creating multiple tables, and then managing access to the correct tables through stored procedures, views, or client applications, you could often improve performance for some operations—but at the cost of design complexity. Each user and developer needed to be aware of—and properly reference—the correct tables. Each partition was created and managed separately and views were used to simplify access; however, this solution yielded few performance gains. When a UNIONed view existed to simplify user and application access, the query processor had to access every underlying table in order to determine what data was needed for the result set. If only a limited subset of the underlying tables was needed, then each user and developer needed to know the design in order to reference only the appropriate table(s).

## Partitioned Views in SQL Server 7.0

The challenges faced by manually creating partitions in releases prior to SQL Server 7.0 were primarily related to performance. While views simplified application design, user access, and query writing, they did not offer performance gains. With the release of SQL Server 7.0, views were combined with constraints to allow the query optimizer to remove irrelevant tables from the query plan (i.e., partition elimination) and significantly reduce the overall plan cost when a UNIONed view accessed multiple tables.

In Figure 1, examine the YearlySales view. Instead of having all sales within one single, large table, you could define twelve individual tables (**SalesJanuary2003**, **SalesFebruary2003**, etc.) and then views for each quarter as well as a view for the entire year, YearlySales.



**Figure 1. Partitioned views in SQL Server 7.0/2000**

Users who access the YearlySales view with the following query will be directed only to the **SalesJanuary2003** table.

```
SELECT ys.*
FROM dbo.YearlySales AS ys
WHERE ys.SalesDate = '20030113'
```

As long as the constraints are trusted and the queries against the view use a WHERE clause to restrict the results based on the partition key (the column on which the constraint was defined), then SQL Server will access only the necessary base table. *Trusted constraints* are constraints where SQL Server is able to guarantee that all data adheres to the properties defined by the constraint. When the constraint is created, the default behavior is to create the constraint WITH CHECK. This setting causes a schema lock to be taken on the table so that the data can be verified against the constraint. Once the verification validates the existing data, the constraint is added; once the schema lock is removed, further inserts, updates, and deletes must adhere to the constraint in effect. By using this procedure to create trusted constraints, developers can significantly reduce the complexity of their design using views without having to directly access (or even be aware of) the table in which they were interested. With trusted constraints, SQL Server improves performance by removing unnecessary tables from the execution plan.

> **Note**   A constraint can become "untrusted" in various ways; for instance, if a bulk insert is performed without specifying the CHECK_CONSTRAINTS argument or if a constraint is created with NOCHECK. If a constraint is untrusted, the query processor will revert to scanning all base tables as it has no way of verifying that the requested data is in fact located in the correct base table.

## Partitioned Views in SQL Server 2000

Although SQL Server 7.0 significantly simplified design and improved performance for SELECT statements, it did not yield any benefits for data modification statements. INSERT, UPDATE, and DELETE statements were supported only against the base tables, not directly against the views which UNIONed the tables. In SQL Server 2000, data modification statements also benefit from the partitioned view capabilities introduced in SQL Server 7.0. Because data modification statements use the same partitioned view structure, SQL Server can direct modifications to the appropriate base table through the view. Additional restrictions on the partitioning key and its creation are required in order to configure this properly; however, the basic principals are the same in that not only will SELECT queries be sent directly to the appropriate base tables but the modifications will be as well. For details on the restrictions, setup, configuration, and best practices for partitioning in SQL Server 2000, see Using Partitions in a Microsoft SQL Server 2000 Data Warehouse.

## Partitioned Tables in SQL Server 2005

While the improvements in SQL Server 7.0 and SQL Server 2000 significantly enhanced performance when using partitioned views, they did not simplify the administration, design, or development of a partitioned data set. When using partitioned views, all of the base tables (on which the view is defined) must be created and managed individually. Application design is easier and users benefit by not needing to know which base table to directly access, but administration is complex as there are numerous tables to manage and data integrity constraints must be managed for each table. Because of the management issues, partitioned views were often used to separate tables only when data needed to be archived or loaded. When data was moved into the read-only table or when data was deleted from the read-only table, the operations were expensive—taking time, log space, and often creating blocking.

Additionally, because partitioning strategies in previous versions required the developer to create individual tables and indexes and then UNION them through views, the optimizer was required to validate and determine plans for each partition (as indexes could have varied). Therefore, query optimization time in SQL Server 2000 often goes up linearly with the number of processed partitions.

In SQL Server 2005, each partition has the same indexes by definition. For example, consider a scenario in which the current month of Online Transaction Processing (OLTP) data needs to be moved into an analysis table at the end of each month. The analysis table (to be used for read-only queries) is a single table with one clustered index and two nonclustered indexes; the bulk load of 1 gigabyte (GB)

(into the already indexed and active single table) creates blocking with current users as the table and/or indexes become fragmented and/or locked. Additionally, the loading process will take a significant amount of time, as the table and indexes must be maintained as each row comes in. There are ways to speed up the bulk load; however, these can directly affect all other users, and sacrifices concurrency for speed.

If this data were isolated into a newly created (empty) and unindexed [heap] table, the load could occur first and then the indexes could be created after loading the data. Often you will realize gains in performance of ten times or better by using this scheme. In fact, by loading into an unindexed table you can take advantage of multiple CPUs by loading multiple data files in parallel or by loading multiple chunks from the same file (defined by starting and ending row position). Since both operations can benefit from parallelism, this can yield even further gains in performance.

In any release of SQL Server, partitioning allows you this more granular control, and does not require that you have all data in one location; however, there are many objects to create and manage. A functional partitioning strategy could be achieved in previous releases by dynamically creating and dropping tables and modifying the UNION view. However, in SQL Server 2005 the solution is more elegant: you can simply switch in the newly filled partition(s) as an extra partition of the existing partition scheme and switch out any old partition(s). From end to end, the process takes only a short period of time and can be made more efficient by using parallel bulk loading and parallel index creation. More importantly, the partition is manipulated outside of the scope of the table so there is no effect on the queried table until the partition is added. The result is that, typically, adding a partition takes only a few seconds.

The performance improvement is also significant when data needs to be removed. If one database needs a sliding-window set of data in which new data is migrated in (for example, the current month), and the oldest data is removed (maybe the parallel month from the previous year), the performance of this data migration can be improved by orders of magnitude through the use of partitioning. While this may seem extreme, consider the difference without partitioning; when all of the data is in a single table, deleting 1 GB of old data requires row-by-row manipulation of the table, as well as its associated indexes. The process of deleting data creates a significant amount of log activity, does not allow log truncation for the duration of the delete (note that the delete is a single auto-commit transaction; however, you can control the size of the transaction by performing multiple deletes where possible) and therefore requires a potentially much larger log. Using partitioning, however, removing that same data requires removing the specific partition from a partitioned table (which is a metadata operation) and then dropping or truncating the standalone table.

Moreover, without knowing how to best design partitions, one might not be aware that the use of filegroups in conjunction with partitions is ideal for implementing partitioning. Filegroups allow you to place individual tables on different physical disks. If a single table spans multiple files (using filegroups) then the physical location of data cannot be predicted. For systems where parallelism is not expected, SQL Server improves performance by using all disks more evenly through filegroups, making specific placement of data less critical.

**Note**   In Figure 2, there are three files in a single filegroup. Two tables, **Orders** and **OrderDetails**, have been placed on this filegroup. When tables are placed on a filegroup, SQL Server proportionally fills the files within the filegroup by taking extent allocations (64-KB chunks, which equals eight 8-KB Pages) from each of the files as space is needed for the objects within the filegroups. When the **Orders** and **OrderDetails** tables are created, the filegroup is empty. When an order comes in, data is input into the **Orders** table (one row per order) and one row per line item is input into the **OrderDetails** table. SQL Server allocates an extent to the **Orders** table from File 1 and then another extent to the **OrderDetails** table from File 2. It is likely that the **OrderDetails** table will grow more quickly than the **Orders** table, and the allocations that follow will go to the next table that needs space. As **OrderDetails** grows, it will get the next extent from File 3 and SQL Server continues to "round robin" through the files within the filegroup. In Figure 2, follow each table to an extent and from each extent to the appropriate filegroup. The extents are allocated as space is needed and each is numbered based on flow.



**Figure 2. Proportional fill using filegroups**

SQL Server continues to balance allocations among all of the objects within that filegroup. While SQL Server runs more effectively when using more disks for a given operation, using more disks is not as optimal from a management or maintenance perspective, particularly when usage patterns are very predictable (and isolated). Since the data does not have a specific location on disk, you don't have the ability to isolate the data for maintenance such as backup operations.

With partitioned tables in SQL Server 2005, a table can be designed (using a function and a scheme) such that all rows that have the same partitioning key are placed directly on (and will always go to) a specific location. The function defines the partition boundaries, as well as the partition in which the first value should be placed. In the case of a LEFT partition function, the first value will act as an upper boundary in the first partition. In the case of a RIGHT partition function, the first value will act as a lower boundary in the second partition (partition functions will be covered in more detail later in this paper). Once the function is defined, a partition scheme can be created to define the physical mapping of the partitions to their location within the database—based on a partition function. When multiple tables use the same function (but not necessarily the same scheme), rows that have the same partitioning key will be grouped similarly. This concept is called alignment. By aligning rows with the same partition key from multiple tables on the same or different physical disks, SQL Server can, if the optimizer chooses, work with only the necessary groups of data from each of the tables. To achieve alignment, two partitioned tables or indexes must have some correspondence between their respective partitions. They must use equivalent partition functions with respect to the partitioning columns. Two partition functions can be used to align data when:

- Both partition functions use the same number of arguments and partitions.
- The partitioning key used in each function is of equal type (includes length, precision and scale if applicable, and collation if applicable).
- The boundary values are equivalent (including the LEFT/RIGHT boundary criteria).

    **Note**   Even when two partition functions are designed to align data, you could end up with an unaligned index if it is not partitioned on the same column as the partitioned table.

Collocation is a stronger form of alignment, where two aligned objects are joined with an equi-join predicate where the equi-join is on the partitioning column. This becomes important in the context of a query, subquery, or other similar construct where equi-join predicates may occur. Collocation is valuable because queries that join tables on the partition columns are generally much faster. Consider the **Orders** and **OrderDetails** tables described in Figure 2. Instead of filling the files proportionally, you can create a partition scheme that maps to three filegroups. When defining the **Orders** and **OrderDetail** tables, you define them to use the same scheme. Related data that has the same value

for the partition key will be placed within the same file, isolating the necessary data for the join. When related rows from multiple tables are partitioned in the same manner, SQL Server can join the partitions without having to search through an entire table or multiple partitions (if the table were using a different partitioning function) for matching rows. In this case, the objects are not only aligned because they use the same key, but they are storage-aligned because the same data resides within the same files.

Figure 3 shows that two objects can use the same partition scheme and all data rows with the same partitioning key will end up on the same filegroup. When related data is aligned, SQL Server 2005 can effectively work on large sets in parallel. For example, all of the sales data for January (for both the **Orders** and **OrderDetails** tables) is on the first filegroup, February data is on the second filegroup, and so forth.



**Figure 3. Storage-aligned tables**

SQL Server allows partitioning based on ranges, and tables and indexes can be designed to use the same scheme for better alignment. Good design significantly improves overall performance, but what if the usage of the data changes over time? What if an additional partition is needed? Administrative simplicity in adding partitions, removing partitions, and managing partitions outside of the partitioned table were major design goals for SQL Server 2005.

SQL Server 2005 has simplified partitioning with administration, development, and usage in mind. Some of the performance and manageability benefits are:

- Simplify the design and implementation of large tables that need to be partitioned for performance or manageability purposes.
- Load data into a new partition of an existing partitioned table with minimal disruption in data access in the remaining partitions.
- Load data into a new partition of an existing partitioned table with performance equal to loading the same data into a new, empty table.
- Archive and/or remove a portion of a partitioned table while minimally impacting access to the remainder of the table.
- Allow partitions to be maintained by switching partitions in and out of the partitioned table.
- Allow better scaling and parallelism for extremely large operations over multiple related tables.
- Improve performance over all partitions.
- Improve query optimization time because each partition does not need to be optimized separately.

# Definitions and Terminology

To implement partitions in SQL Server 2005, you must be familiar with a few new concepts, terms, and syntax. To understand these new concepts, let's first review a table's structure with regard to creation and placement. In previous releases, a table was always both a physical and a logical concept, yet with SQL Server 2005 partitioned tables and indexes you have multiple choices for how and where you store a table. In SQL Server 2005, tables and indexes can be created with the same syntax as previous releases—as a single tabular structure that is placed on the DEFAULT filegroup or a user-defined filegroup. Additionally, in SQL Server 2005, table and indexes can be created on a partitioning scheme. The partitioning scheme maps the object to one or more filegroups. To determine which data goes to the appropriate physical location(s), the partitioning scheme uses a partitioning function. The partitioning function defines the algorithm to be used to direct the rows and the scheme associates the partitions with their appropriate physical location (i.e., a filegroup). In other words, the table is still a logical concept but its physical placement on disk can be radically different from earlier releases; the table can have a scheme.

## Range Partitions

*Range partitions* are table partitions that are defined by specific and customizable ranges of data. The range partition boundaries are chosen by the developer, and can be changed as data usage patterns change. Typically, these ranges are date-based or based on ordered groupings of data.

The primary use of range partitions is for data archiving, decision support (when often only specific ranges of data are necessary, such as a given month or quarter), and for combined OLTP and Decision Support Systems (DSS) where data usage varies over the life cycle of a row. The biggest benefit to a SQL Server 2005 partitioned table and index is the ability to manipulate very specific ranges of data, especially related to archiving and maintenance. With range partitions, old data can be archived and replaced very quickly. Range partitions are best suited when data access is typically for decision support over large ranges of data. In this case, it matters where the data is specifically located so that only the appropriate partitions are accessed, when necessary. Additionally, as transactional data becomes available you can add the data easily and quickly. Range partitions are initially more complex to define, as you will need to define the boundary conditions for each of the partitions. Additionally, you will create a scheme to map each partition to one or more filegroups. However, they often follow a consistent pattern so once defined, they will likely be easy to maintain programmatically (see Figure 4).



**Figure 4. Range partitioned table with 12 partitions**

## Defining the Partitioning Key

The first step in partitioning tables and indexes is to define the data on which the partition is keyed. The partition key must exist as a single column in the table and must meet certain criteria. The partition function defines the data type on which the key (also known as the logical separation of data) is based.

The function defines this key but not the physical placement of the data on disk. The placement of data is determined by the partition scheme. In other words, the scheme maps the data to one or more filegroups that map the data to specific file(s) and therefore disks. The scheme always uses a function to do this: if the function defines five partitions, then the scheme must use five filegroups. The filegroups do not need to be different; however, you will get better performance when you have multiple disks and, preferably, multiple CPUs. When the scheme is used with a table, you will define the column that is used as an argument for the partition function.

For range partitions, the dataset is divided by a logical and data-driven boundary. In fact, the data partitions may not be truly balanced. Data usage dictates a range partition when the table is used in a pattern that defines specific boundaries of analysis (also known as ranges). The partition key for a range function can consist of only one column, and the partitioning function will include the entire domain, even when that data may not exist within the table (due to data integrity/constraints). In other words, boundaries are defined for each partition but the first partition and the last partition will, potentially, include rows for the extreme left (values less than the lowest boundary condition) and for the extreme right (values greater than the highest boundary condition). Therefore, to restrict the domain of values to a specific dataset, partitions must be combined with CHECK constraints. Using check constraints to enforce your business rules and data integrity constraints allows you to restrict the dataset to a finite range rather than infinite range. Range partitions are ideal when maintenance and administration requires archiving large ranges of data on a regular basis and when queries access a large amount of data that is within a subset of the ranges.

## Index Partitioning

In addition to partitioning a table's dataset, you can partition indexes. Partitioning both the table and its indexes using the same function often optimizes performance. When the indexes and the table use the same partitioning function and columns in the same order, the table and index are aligned. If an index is created on an already partitioned table, SQL Server automatically aligns the new index with the table's partitioning scheme unless the index is explicitly partitioned differently. When a table and its indexes are aligned, then SQL Server can move partitions in and out of partitioned tables more effectively, because all related data and indexes are divided with the same algorithm.

When the tables and indexes are defined with not only the same partition function but also the same partition scheme, they are considered to be *storage-aligned*. One benefit to storage alignment is that all data within the same boundary is located on the same physical disk(s). In this case, backups can be isolated to a certain timeframe and your strategies can vary, in terms of frequency and backup type, based on the volatility of the data. Additional gains can be seen when tables and indexes on the same file or filegroup are joined or aggregated. SQL Server benefits from parallelizing an operation across partitions. In the case of storage alignment and multiple CPUs, each processor can work directly on a specific file or filegroup with no conflicts in data access because all required data is on the same disk. This allows more processes to run in parallel without interruption.

For more details, see "Special Guidelines for Partitioned Indexes" in SQL Server Books Online.

## Special Conditions for Partitions: Split, Merge, and Switch

To aid in the usage of partitioned tables are several new features and concepts related to partition management. Because partitions are used for large tables that scale, the number of partitions chosen when the partition function was created changes over time. You can use the ALTER TABLE statement with the new split option to add another partition to the table. When a partition is split, data can be moved to the new partition; but to preserve performance, rows should not move. This scenario is described in the case study later in this paper.

Conversely, to remove a partition, perform a switch-out for the data and then merge the boundary point. In the case of range partitions, a merge request is made by stating which boundary point should be removed. Where only a specific period of data is needed, and data archiving is occurring on a regular basis (for example, monthly), you might want to archive one partition of data (the earliest month) when the data for the current month becomes available. For example, you might choose to have one year of data available, and at the end each month you switch in the current month and then switch out the earliest month, differentiating between the current month's read/write OLTP versus the previous month's read-only data. There is a specific flow of actions that makes the process most efficient, as illustrated by the following scenario.

You are keeping a year's worth of read-only data available. Currently, the table holds data from September 2003 through August 2004. The current month of September 2004 is in another database, optimized for OLTP performance. In the read-only version of the table, there are 13 partitions: twelve partitions which contain data (September 2003 through August 2004) and one final partition that is empty. This last partition is empty because a range partition always includes the entire domain—both the extreme left as well as the extreme right. And if you plan to manage data in a sliding-window scenario, you'll always want to have an empty partition to split into which new data will be placed. In a partition function defined with LEFT boundary points, the empty partition will logically exist to the far RIGHT. Leaving a partition empty at the end will allow you to split the empty partition (for the new data coming in) and not need to move rows from the last partition (because none exist) to the new filegroup that's being added (when the partition is split to include another chunk of data). This is a fairly complex concept that will be discussed in greater detail in the case study later in the paper but the idea is that all data additions or deletions should be metadata-only operations. To ensure that metadata-only operations occur, you will want to strategically manage the changing part of the table. To ensure that this partition is empty, you will use a check constraint to restrict this data in the base table. In this case, the **OrderDate** should be on or after September 1, 2003 and before September 1, 2004. If the last defined boundary point is August 31 at 11:59:59.997 (more on why 997 is coming up), then the combination of the partition function and this constraint will keep the last partition empty. While these are only concepts, it is important to know that split and merge are handled through ALTER PARTITION FUNCTION and switch is handled through ALTER TABLE.



**Figure 5. Range partition boundaries before data load/archive**

When October begins (in the OLTP database), September's data should move to the partitioned table, which is used for analysis. The process of switching the tables in and out is a very fast process, and the preparation work can be performed outside of the partitioned table. This scenario is explained in depth in the case study coming up but the idea is that you will be using "staging tables" that will eventually become partitions within the partitioned table A detailed description of this scenario is explained later in the case study later in this paper. In this process, you will switch out (Figure 6) a partition of a table to a nonpartitioned table within the same filegroup. Because the nonpartitioned table already exists within the same filegroup (and this is critical for success), SQL Server can make this switch as a metadata change. As a metadata-only change, this can occur within seconds as opposed to running a delete that might take hours and create blocking in large tables. Once this partition is switched out, you will still have 13 partitions; the first (oldest) partition is now empty and the last (most recent, also empty) partition needs to be split.



**Figure 6. Switching a partition out**

To remove the oldest partition (September 2003), use the new merge option (shown in Figure 7) with ALTER TABLE. Merging a boundary point effectively removes a boundary point, and therefore a partition. This reduces the number of partitions into which data loads to *n-1* (in this case, 12). Merging a partition should be a very fast operation when no rows have to be moved (because the boundary point being merged has no data rows). In this case, because the first partition is empty, none of the rows need to move from the first to the second partition. If the first partition is not empty and the boundary point is merged, then rows have to move from the first to the second partition, which can be a very expensive operation. However, this is avoided in the most common sliding-window scenario where an empty partition is merged with an active partition, and no rows move.



**Figure 7. Merging a partition**

Finally, the new table has to be switched in to the partitioned table. In order for this to be performed as a metadata change, loading and building indexes must happen in a new table, outside of the bounds of the partitioned table. To switch in the partition, first split the last, most recent, and empty range into two partitions. Additionally, you need to update the table's constraint to allow the new range. Once again, the partitioned table will have 13 partitions. In the sliding window scenario, the last partition with a LEFT partition function will always remain empty.



**Figure 8. Splitting a partition**

Finally, the newly loaded data is ready to be switched in to the twelfth partition, September 2004.



**Figure 9. Switching a partition in**

The result of the table is:



**Figure 10. Range partition boundaries after data load/archive**

Because only one partition can be added or removed at a time, tables that need to have more than one partition added or removed should be recreated. To change to this new partitioning structure, first create the new partitioned table and then load the data into the newly created table. This is a more optimal approach than rebalancing the whole table for each split. This process is accomplished by using a new partition function, a new partition scheme, and then by moving the data to the newly partitioned table. To move the data, first copy the data using INSERT *newtable* SELECT *columnlist* FROM *oldtable* and then drop the original tables. Prevent user modifications while this process is running to help ensure against data loss.

For more details, see "ALTER PARTITION FUNCTION" and "ALTER TABLE" in SQL Server Books Online.

# Steps for Creating Partitioned Tables

Now that you have an understanding of the value of partitioned tables, the next section details the process of implementing a partitioned table, and the features that contribute to this process. The logical flow is as follows:



**Figure 11. Steps to create a partitioned table or index**

## Determine If Object Should Be Partitioned

While partitioning can offer great benefits, it adds administrative overhead and complexity to the implementation of your objects, which can be more of a burden than a gain. Specifically, you might not want to partition a small table, or a table that currently meets performance and maintenance requirements. The sales scenario mentioned earlier uses partitioning to relieve the burden of moving rows and data—you should consider whether your scenario has this sort of burden when deciding whether to implement partitioning.

## Determine Partitioning Key and Number of Partitions

If you are trying to improve performance and manageability for large subsets of data and there are defined access patterns, range partitioning can alleviate contention as well as reduce maintenance when read-only data does not require it. To determine the number of partitions, you should evaluate whether or not logical groupings and patterns exist within your data. If you often work with only a few of these defined subsets at a time, then define your ranges so the queries are isolated to work with only the appropriate data (i.e. only the specific partition).

For more details, see "Designing Partitioned Tables and Indexes" in SQL Server Books Online.

## Determine If Multiple Filegroups Should Be Used

To help optimize performance and maintenance, you should use filegroups to separate your data. The number of filegroups is partially dictated by hardware resources: it is generally best to have the same number of filegroups as partitions, and these filegroups often reside on different disks. However, this primarily pertains to systems where analysis tends to be performed over the entire dataset. When you have multiple CPUs, SQL Server can process multiple partitions in parallel and therefore significantly reduce the overall processing time of large complex reports and analysis. In this case, you can have the benefit of parallel processing as well as switching partitions in and out of the partitioned table.

## Create Filegroups

If you want to place a partitioned table on multiple files for better I/O balancing, you will need to create at least one filegroup. Filegroups can consist of one or more files, and each partition must map to a filegroup. A single filegroup can be used for multiple partitions but for better data management, such as

for more granular backup control, you should design your partitioned tables so that only related or logically grouped data resides on the same filegroup. Using ALTER DATABASE, you can add a logical filegroup name, and then add files. To create a filegroup named 2003Q3 for the **AdventureWorks** database, use ALTER DATABASE in the following way:

```
ALTER DATABASE AdventureWorks ADD FILEGROUP [2003Q3]
```

Once a filegroup exists, you use ALTER DATABASE to add files to the filegroup.

```
ALTER DATABASE AdventureWorks
ADD FILE
   (NAME = N'2003Q3',
   FILENAME = N'C:\AdventureWorks\2003Q3.ndf',
   SIZE = 5MB,
   MAXSIZE = 100MB,
   FILEGROWTH = 5MB)
TO FILEGROUP [2003Q3]
```

A table can be created on a file(s) by specifying a filegroup in the ON clause of CREATE TABLE. However, a table cannot be created on multiple filegroups unless it is partitioned. To create a table on a single filegroup, use the ON clause of CREATE TABLE. To create a partitioned table, you must first have a functional mechanism for the partitioning. The criteria on which you partition are logically separated from the table in the form of a partition function. This partition function will exist as a separate definition from the table and this physical separation helps because multiple objects can use the partition function. Therefore, the first step in partitioning a table is to create the partition function.

## Create the Partition Function for a Range Partition

Range partitions must be defined with boundary conditions. Moreover, no values, from either end of the range, can be eliminated even if a table is restricted through a CHECK constraint. To allow for periodic switching of data into the table, you'll need a final and empty partition

In a range partition, first define the boundary points: for five partitions, define four boundary point values and specify whether each value is an upper boundary of the first (LEFT) or the lower boundary of the second (RIGHT) partition. Based on the left or right designation, you will always have one partition that is empty, as the partition will not have an explicitly defined boundary point.

Specifically, if the first value (or boundary condition) of a partition function is '20001001' then the values within the bordering partitions will be:

      For LEFT

      first partition is all data <= '20001001'

      second partition is all data > '20001001'

      For RIGHT

      first partition is all data < '20001001'

      second partition is all data => '20001001'

Since range partitions are likely to be defined on **datetime** data, you must be aware of the implications. Using **datetime** has certain implications: you always have both a date and a time. A date with no defined value for time implies a "0" time of 12:00 A.M. If LEFT is used with this type of data, then the data with a date of Oct 1, 12:00 A.M. will end up in the first partition and the rest of October's data in the second partition. Logically, it is best to use beginning values with RIGHT and ending values with LEFT. These three clauses create logically identical partitioning structures:

```
RANGE LEFT FOR VALUES ('20000930 23:59:59.997',
                '20001231 23:59:59.997',
```

```
                '20010331 23:59:59.997',
                '20010630 23:59:59.997')
```

*OR*

```
RANGE RIGHT FOR VALUES ('20001001 00:00:00.000',
                '20010101 00:00:00.000',
                '20010401 00:00:00.000',
                '20010701 00:00:00.000')
```

*OR*

```
RANGE RIGHT FOR VALUES ('20001001', '20010101', '20010401', '20010701')
```

**Note**   Using the **datetime** data type does add a bit of complexity here, but you need to make sure you set up the correct boundary cases. Notice the simplicity with RIGHT because the default time is 12:00:00.000 A.M. For LEFT, the added complexity is due to the precision of the **datetime** data type. The reason that 23:59:59.997 MUST be chosen is that **datetime** data does not guarantee precision to the millisecond. Instead, **datetime** data is precise within 3.33 milliseconds. In the case of 23:59:59.999, this exact time tick is not available and instead the value is rounded to the nearest time tick that is 12:00:00.000 A.M. of the following day. With this rounding, the boundaries will not be defined properly. For **datetime** data, you must use caution with specifically supplied millisecond values.

**Note**   Partitioning functions also allow functions as part of the partition function definition. You may use DATEADD(ms,-3,'20010101') instead of explicitly defining the time using '20001231 23:59:59.997'.

For more information, see "Date and Time" in the Transact-SQL Reference in SQL Server Books Online.

To store one-fourth of the **Orders** data in the four active partitions, each representing one calendar quarter, and create a fifth partition for later use (again, as a placeholder for sliding data in and out of the partitioned table), use a LEFT partition function with four boundary conditions:

```
CREATE PARTITION FUNCTION OrderDateRangePFN(datetime)
AS
RANGE LEFT FOR VALUES ('20000930 23:59:59.997',
            '20001231 23:59:59.997',
            '20010331 23:59:59.997',
            '20010630 23:59:59.997')
```

Remember, four defined boundary points creates five partitions. Review the data sets created by this partition function by reviewing the sets as follows:

Boundary point '20000930 23:59:59.997' as LEFT (sets the pattern):

The leftmost partition will include all values <= '20000930 23:59:59.997'

Boundary point '20001231 23:59:59.997':

The second partition will include all values > '20000930 23:59:59.997' but <= '20001231 23:59:59.997'

Boundary point '20010331 23:59:59.997':

The third partition will include all values > '20001231 23:59:59.997' but <= '20010331 23:59:59.997'

Boundary point '20010630 23:59:59.997':

The fourth partition will include all values > '20010331 23:59:59.997' but <= '20010630 23:59:59.997'

Finally, a fifth partition will include all values > '20010630 23:59:59.997'.

## Create the Partition Scheme

Once you have created a partition function, you must associate it with a partition scheme to direct the partitions to specific filegroups. When you define a partition scheme, you must make sure to name a filegroup for every partition, even if multiple partitions will reside on the same filegroup. For the range partition created previously (OrderDateRangePFN), there are five partitions; the last, and empty, partition will be created in the PRIMARY filegroup. There is no need for a special location for this partition because it will never contain data.

```
CREATE PARTITION SCHEME OrderDatePScheme
AS
PARTITION OrderDateRangePFN
TO ([2000Q3], [2000Q4], [2001Q1], [2001Q2], [PRIMARY])
```

> **Note**  If all partitions will reside in the same filegroup, then a simpler syntax can be used
> as follows:

```
CREATE PARTITION SCHEME OrderDatePScheme
AS
PARTITION OrderDateRangePFN
ALL TO ([PRIMARY])
```

## Create the Partitioned Table

With the partition function (the logical structure) and the partition scheme (the physical structure) defined, the table can be created to take advantage of them. The table defines which scheme should be used, and the scheme defines the function. To tie all three together, you must specify the column to which the partitioning function should apply. Range partitions always map to exactly one column of the table that should match the datatype of the boundary conditions defined within the partition function. Additionally, if the table should specifically limit the data set (rather than from –infinity to positive infinity), then a check constraint should be added as well.

```
CREATE TABLE [dbo].[OrdersRange]
(
    [PurchaseOrderID] [int] NOT NULL,
    [EmployeeID] [int] NULL,
    [VendorID] [int] NULL,
    [TaxAmt] [money] NULL,
    [Freight] [money] NULL,
    [SubTotal] [money] NULL,
    [Status] [tinyint] NOT NULL ,
    [RevisionNumber] [tinyint] NULL ,
    [ModifiedDate] [datetime] NULL ,
    [ShipMethodID] [tinyint] NULL,
    [ShipDate] [datetime] NOT NULL,
    [OrderDate] [datetime] NOT NULL
        CONSTRAINT OrdersRangeYear
            CHECK ([OrderDate] >= '20030701'
                        AND [OrderDate] <= '20040630 11:59:59.997'),
    [TotalDue] [money] NULL
)
ON OrderDatePScheme (OrderDate)
GO
```

## Create Indexes: Partitioned or Not?

By default, indexes created on a partitioned table will also use the same partitioning scheme and partitioning column. When this is true, the index is aligned with the table. Although not required,

aligning a table and its indexes allows for easier management and administration, particularly with the sliding-window scenario.

For example, to create unique indexes, the partitioning column must be one of the key columns; this will ensure verification of the appropriate partition to guarantee uniqueness. Therefore, if you need to partition a table on one column, and you have to create unique index on a different column, then they cannot be aligned. In this case, the index might be partitioned on the unique column (if this is multi-column unique key, then it could be any of the key columns) or it might not be partitioned at all. Be aware that this index has to be dropped and created when switching data in and out of the partitioned table.

> **Note**  If you plan to load a table with existing data and add indexes to it immediately, you can often get better performance by loading into a nonpartitioned, unindexed table and then creating the indexes to partition the data after the load. By defining a clustered index on a partition scheme, you will effectively partition the table after the load. This is also a great way of partitioning an existing table. To create the same table as a nonpartitioned table, and create the clustered index as a partitioned clustered index, replace the ON clause in the create table with a single filegroup destination. Then, create the clustered index on the partition scheme after the data is loaded.

## Putting it all Together: Case Studies

If you have looked at concepts, benefits, and code samples related to partitioning, you might have a good understanding of the process; however, for each step, there are specific settings and options available and in certain cases, a variety of criteria must be met. This section will help you put everything together.

### Range Partitioning: Sales Data

Sales data often varies in usage. The current month's data is transactional data and the prior month's data is used heavily for analysis. Analysis is often done for monthly, quarterly, and/or yearly ranges of data. Because different analysts may want to see large amounts of varying data at the same time, partitioning better isolates this activity. In this scenario, the active data comes from 283 branch locations, and is delivered in two standard format ASCII files. All files are placed on a centrally located fileserver, no later than 3:00 A.M. on the first day of each month. Each file ranges in size, but averages roughly 86,000 sales (orders) per month. Each order averages 2.63 line items, so the **OrderDetails** files average 226,180 rows. Each month, roughly 25 million new **Orders** and 64 million **OrderDetails** rows are added and the historical analysis server maintains two years worth of data active for analysis. Two years worth of data is just under 600 million **Orders** and just over 1.5 billion **OrderDetails** rows. Because analysis is often done comparing months within the same quarter or the same month within the prior year, range partitioning is used. The boundary for each range is monthly.

Using the steps described in Figure 11, the table is partitioned using range partitioning based on **OrderDate**. Looking at the requirements for this new server, analysts tend to aggregate and analyze up to six consecutive months of data or up to three months of the current and past year (for example, January through March 2003 with January through March 2004). To maximize disk striping as well as isolate most groupings of data, multiple filegroups will use the same physical disks, but the filegroups will be offset by six months to reduce disk contention. The current data is October 2004 and all 283 stores are managing their current sales locally. The server holds data from October 2002 through the end of September 2004. To take advantage of the new 16-way multiprocessor machine and Storage Area Network each month will have its own file in a filegroup and will reside on a striped mirrors (RAID 1+0) set of disks. As for the physical layout of data to logical drive via filegroups, the following diagram (Figure 12) depicts where the data resides based on month.



**Figure 12. Partitioned table orders**

Each of the 12 logical drives is in a RAID 1+0 configuration; therefore, the total number of disks needed for the **Orders** and **OrderDetails** data is 48. The Storage Area Network supports 78 disks and the other 30 are used for the transaction log, **TempDB**, system databases and the other smaller tables such as **Customers** (9 million) and **Products** (386,750 rows), etc. Both the **Orders** and the **OrderDetails** tables will use the same boundary conditions and the same placement on disk, as well as the same partitioning scheme. The result (only looking at two logical drives [Drive E:\ and F:\] in Figure 13) is that the data for **Orders** and **OrderDetails** will reside on the same disks for the same months:



**Figure 13. Range partition to extent placement on disk arrays**

While seemingly complex, this is quite simple to create. The hardest part in the design of the partitioned table is the delivery of data from the large number of sources—283 stores must have a standard mechanism for delivery. On the central server, however, there is only one **Orders** table and one **OrderDetails** table to define. To create both tables as partitioned tables, first create the partition function and the partition scheme. A partition scheme defines the physical placement of partition to disk, so the filegroups must also exist. In this table, filegroups are necessary, so the next step is to create the filegroups. Each filegroup's syntax is identical to the following but all 24 filegroups must be created. See the RangeCaseStudyFilegroups.sql script for a complete script to create all 24 filegroups

Note: you cannot run this script without the appropriate drive letters; however, the script includes a "setup" table that can be modified for simplified testing. You can change the drive letters/locations to a single drive to test and learn the syntax. Make sure you adjust the file sizes to MB instead of GB and consider a smaller number for initial size, depending on available disk space.

Twenty-four files and filegroups will be created for the **SalesDB** database. Each will have the same syntax, with the exception of location, filename, and filegroup name:

```
ALTER DATABASE SalesDB
ADD FILE
    (NAME = N'SalesDBFG1File1',
        FILENAME = N'E:\SalesDB\SalesDBFG1File1.ndf',
        SIZE = 20GB,
        MAXSIZE = 35GB,
    FILEGROWTH = 5GB)
TO FILEGROUP [FG1]
GO
```

Once all 24 files and filegroups have been created, you are ready to define the partition function and the partition scheme. To verify your files and filegroups, use sp_helpfile and sp_helpfilegroup, respectively.

The partition function will be defined on the **OrderDate** column. The data type used is **datetime**, and both tables will need to store the **OrderDate** in order to partition both tables on this value. In effect, the partitioning key value, if both tables are partitioned on the same key value, will be duplicated information; however, it is necessary for the alignment benefits and, in most cases, it should be a relatively narrow column (the **datetime** date type is 8 bytes). As described in "Create Partition Function for a Range Partition" earlier in this paper, the function will be a range partition function where the first boundary condition will be the in the LEFT (first) partition.

```
CREATE PARTITION FUNCTION TwoYearDateRangePFN(datetime)
AS
RANGE LEFT FOR VALUES ('20021031 23:59:59.997',     -- Oct 2002
            '20021130 23:59:59.997',    -- Nov 2002
            '20021231 23:59:59.997',    -- Dec 2002
            '20030131 23:59:59.997',    -- Jan 2003
            '20030228 23:59:59.997',    -- Feb 2003
            '20030331 23:59:59.997',    -- Mar 2003
            '20030430 23:59:59.997',    -- Apr 2003
            '20030531 23:59:59.997',    -- May 2003
            '20030630 23:59:59.997',    -- Jun 2003
            '20030731 23:59:59.997',    -- Jul 2003
            '20030831 23:59:59.997',    -- Aug 2003
            '20030930 23:59:59.997',    -- Sep 2003
            '20031031 23:59:59.997',    -- Oct 2003
            '20031130 23:59:59.997',    -- Nov 2003
            '20031231 23:59:59.997',    -- Dec 2003
            '20040131 23:59:59.997',    -- Jan 2004
            '20040229 23:59:59.997',    -- Feb 2004
            '20040331 23:59:59.997',    -- Mar 2004
            '20040430 23:59:59.997',    -- Apr 2004
            '20040531 23:59:59.997',    -- May 2004
            '20040630 23:59:59.997',    -- Jun 2004
            '20040731 23:59:59.997',    -- Jul 2004
            '20040831 23:59:59.997',    -- Aug 2004
            '20040930 23:59:59.997')    -- Sep 2004
GO
```

Because both the extreme left and extreme right boundary cases are included, this partition function creates 25 partitions. The table will maintain a twenty-fifth partition that will remain empty. No special filegroup is needed for this empty partition because no data will ever reside in it, as a constraint restricts the table's data. To direct the data to the appropriate disks, a partition scheme is used to map the partition to the filegroup. The partition scheme will use an explicit filegroup name for each of the 24 filegroups that will contain data and will use the PRIMARY filegroup for the twenty-fifth and empty partition.

```
CREATE PARTITION SCHEME [TwoYearDateRangePScheme]
AS
PARTITION TwoYearDateRangePFN TO
( [FG1], [FG2], [FG3], [FG4], [FG5], [FG6],
```

```
        [FG7], [FG8], [FG9], [FG10],[FG11],[FG12],
        [FG13],[FG14],[FG15],[FG16],[FG17],[FG18],
        [FG19],[FG20],[FG21],[FG22],[FG23],[FG24],
        [PRIMARY] )
GO
```

A table can be created with the same syntax as previous releases support by using the default filegroup or a user-defined filegroup as a nonpartitioned table, or by using a scheme to create a partitioned table. Which option is better depends on how the table will be populated and how many partitions will be created. Populating a heap and then building the clustered index is likely to provide better performance than loading into an already indexed table. Additionally, when you have multiple CPUs you can load data into the table from parallel BULK INSERTs, and then also build the indexes in parallel. For the **Orders** table, create the table normally and then load the existing data through INSERT SELECT statements that pull data from the **AdventureWorks** sample database. To create the **Orders** table as a partitioned table, specify the partition scheme in the ON clause of the table. The **Orders** table is created with the following syntax:

```
CREATE TABLE SalesDB.[dbo].[Orders]
(
    [PurchaseOrderID] [int] NOT NULL,
    [EmployeeID] [int] NULL,
    [VendorID] [int] NULL,
    [TaxAmt] [money] NULL,
    [Freight] [money] NULL,
    [SubTotal] [money] NULL,
    [Status] [tinyint] NOT NULL,
    [RevisionNumber] [tinyint] NULL,
    [ModifiedDate] [datetime] NULL,
    [ShipMethodID]   tinyint NULL,
    [ShipDate] [datetime] NOT NULL,
    [OrderDate] [datetime] NULL
        CONSTRAINT OrdersRangeYear
CHECK ([OrderDate] >= '20021001'
        AND [OrderDate] < '20041001'),
    [TotalDue] [money] NULL
) ON TwoYearDateRangePScheme(OrderDate)
GO
```

Since the **OrderDetails** table is also going to use this scheme, and it must include the **OrderDate**, the **OrderDetails** table is created with the following syntax:

```
CREATE TABLE [dbo].[OrderDetails](
    [OrderID] [int] NOT NULL,
    [LineNumber] [smallint] NOT NULL,
    [ProductID] [int] NULL,
    [UnitPrice] [money] NULL,
    [OrderQty] [smallint] NULL,
    [ReceivedQty] [float] NULL,
    [RejectedQty] [float] NULL,
    [OrderDate] [datetime] NOT NULL
        CONSTRAINT OrderDetailsRangeYearCK
            CHECK ([OrderDate] >= '20021001'
                AND [OrderDate] < '20041001'),
    [DueDate] [datetime] NULL,
    [ModifiedDate] [datetime] NOT NULL
        CONSTRAINT [OrderDetailsModifiedDateDFLT]
            DEFAULT (getdate()),
    [LineTotal]  AS (([UnitPrice]*[OrderQty])),
    [StockedQty]  AS (([ReceivedQty]-[RejectedQty]))
) ON TwoYearDateRangePScheme(OrderDate)
GO
```

The next step for loading the data is handled through two INSERT statements. These statements use the new **AdventureWorks** database from which data is copied. Install the **AdventureWorks** sample database to copy this data:

```
INSERT dbo.[Orders]
    SELECT o.[PurchaseOrderID]
            , o.[EmployeeID]
            , o.[VendorID]
            , o.[TaxAmt]
            , o.[Freight]
            , o.[SubTotal]
            , o.[Status]
            , o.[RevisionNumber]
            , o.[ModifiedDate]
            , o.[ShipMethodID]
            , o.[ShipDate]
            , o.[OrderDate]
            , o.[TotalDue]
    FROM AdventureWorks.Purchasing.PurchaseOrderHeader AS o
        WHERE ([OrderDate] >= '20021001'
                AND [OrderDate] < '20041001')
GO
INSERT dbo.[OrderDetails]
    SELECT    od.PurchaseOrderID
            , od.LineNumber
            , od.ProductID
            , od.UnitPrice
            , od.OrderQty
            , od.ReceivedQty
            , od.RejectedQty
            , o.OrderDate
            , od.DueDate
            , od.ModifiedDate
    FROM AdventureWorks.Purchasing.PurchaseOrderDetail AS od
        JOIN AdventureWorks.Purchasing.PurchaseOrderHeader AS o
            ON o.PurchaseOrderID = od.PurchaseOrderID
        WHERE (o.[OrderDate] >= '20021001'
                AND o.[OrderDate] < '20041001')
GO
```

Now that the data has been loaded into the partitioned table, you can use a new built-in system function to determine the partition on which the data will reside. The following query is helpful, as it returns the following information about each partition that contains data: how many rows exist within each partition, and the minimum and maximum **OrderDate**. A partition that does not contain rows will not be returned by this query.

```
SELECT $partition.TwoYearDateRangePFN(o.OrderDate)
            AS [Partition Number]
    , min(o.OrderDate) AS [Min Order Date]
    , max(o.OrderDate) AS [Max Order Date]
    , count(*) AS [Rows In Partition]
FROM dbo.Orders AS o
GROUP BY $partition.TwoYearDateRangePFN(o.OrderDate)
ORDER BY [Partition Number]
GO
SELECT $partition.TwoYearDateRangePFN(od.OrderDate)
            AS [Partition Number]
    , min(od.OrderDate) AS [Min Order Date]
    , max(od.OrderDate) AS [Max Order Date]
    , count(*) AS [Rows In Partition]
FROM dbo.OrderDetails AS od
GROUP BY $partition.TwoYearDateRangePFN(od.OrderDate)
```

```
ORDER BY [Partition Number]
GO
```

Finally, after the tables have been populated, you can build the clustered indexes. In this case, the clustered index will be defined on the primary key because a partitioning key identifies both tables (for **OrderDetails**, add the **LineNumber** to the index for uniqueness). The default behavior of indexes built on partitioned tables is to align the index with the partitioned table on the same scheme; the scheme does not need to be specified.

```
ALTER TABLE Orders
ADD CONSTRAINT OrdersPK
    PRIMARY KEY CLUSTERED (OrderDate, OrderID)
GO
ALTER TABLE dbo.OrderDetails
ADD CONSTRAINT OrderDetailsPK
    PRIMARY KEY CLUSTERED (OrderDate, OrderID, LineNumber)
GO
```

The complete syntax, specifying the partition scheme would be as follows:

```
ALTER TABLE Orders
ADD CONSTRAINT OrdersPK
    PRIMARY KEY CLUSTERED (OrderDate, OrderID)
    ON TwoYearDateRangePScheme(OrderDate)
GO
ALTER TABLE dbo.OrderDetails
ADD CONSTRAINT OrderDetailsPK
    PRIMARY KEY CLUSTERED (OrderDate, OrderID, LineNumber)
    ON TwoYearDateRangePScheme(OrderDate)
GO
```

### Joining Partitioned Tables

When aligned tables are joined, SQL Server 2005 provides the option to join the tables in one step or in multiple steps, where the individual partitions are joined first and then the subsets are added together. Regardless of how the partitions are joined, SQL Server always evaluates whether or not some level of partition elimination is possible.

### Partition Elimination

In the following query, data is queried from the **Order** and **OrderDetails** tables, created in the previous scenario. The query is going to return information only from the third quarter. Typically, the third quarter includes slower months for order processing; however, in 2004 these months were some of the largest months for orders. In this case, we are interested in the trends related to **Products** (the quantities ordered and their order dates) for the third quarter. To ensure that aligned partitioned tables benefit from partition elimination when joined, you must specify each table's partitioning range. In this case, since the **Orders** table's primary key is a composite key of both **OrderDate** and **OrderID**, the join between these tables will show that **OrderDate** must be equal between the tables. The SARG (search argument) will be applied to both partitioned tables. The query to retrieve this data is:

```
SELECT o.OrderID, o.OrderDate, o.VendorID, od.ProductID, od.OrderQty
FROM dbo.Orders AS o
INNER JOIN dbo.OrderDetails AS od
    ON o.OrderID = od.OrderID
       AND o.OrderDate = od.OrderDate
WHERE o.OrderDate >= '20040701'
    AND o.OrderDate <= '20040930 11:59:59.997'
GO
```

As shown in Figure 14, there are some key elements to look for when reviewing the actual or the estimated showplan output: first (using SQL Server Management Studio), when hovering over either of

the tables being accessed, you will see either "Estimated Number of Executions" or "Number of Executions." In this case, one quarter, or three months worth of data is visible. Each month has its own partition and there are three executes in looking up this data: one for each table.



**Figure 14. Number of executes**

As shown in Figure 15, SQL Server is eliminating all unnecessary partitions and choosing only those that contain the correct data. Review the `PARTITION ID:([PtnIds1017])` within the Argument section to see what is being evaluated. You may wonder where the "PtnIds1017" expression comes from. This is a logical representation of the partitions accessed in this query. If you hover over the Constant Scan at the top of the showplan you will see that it shows an Argument of `VALUES(((21)), ((22)), ((23)))`. This represents the partition numbers.



**Figure 15. Partition Elimination**

To verify what data exists on each of the partitions, and only those partitions, use a slightly modified version of the query used earlier to access the new built-in system functions for partitions:

```
SELECT $partition.TwoYearDateRangePFN(o.OrderDate)
        AS [Partition Number]
    , min(o.OrderDate) AS [Min Order Date]
    , max(o.OrderDate) AS [Max Order Date]
    , count(*) AS [Rows In Partition]
FROM dbo.Orders AS o
WHERE $partition.TwoYearDateRangePFN(o.OrderDate) IN (21, 22, 23)
GROUP BY $partition.TwoYearDateRangePFN(o.OrderDate)
ORDER BY [Partition Number]
GO
```

At this point, you can recognize partition elimination graphically. An additional optimization technique can be used for partitioned tables and indexes, specifically if they are aligned with tables to which you are joining. SQL Server may perform multiple joins by joining each of the partitions first.

### Pre-Joining Aligned Tables

Within the same query, SQL Server is not only eliminating partitions, but also executing the joins between the remaining partitions individually. In addition to reviewing the number of executes for each table access, notice the information related to the merge join. If you hover over the merge join, you can see that the merge join was executed three times.



**Figure 16. Joining partitioned tables**

In Figure 16, notice there's an additional nested-loop join performed. It appears that this happens after the merge join but actually the partition IDs were already passed to each table seek or scan; this final join only brings together the two portioned sets of data, making sure that each adheres to the partition ID defined at the start (in the constant scan expression).

### Sliding-Window Scenario

When the next month's data is available, October 2004 in this case, there is a specific sequence of steps to follow to use the existing filegroups and to switch the data in and out. In this sales scenario, the data currently in FG1 is data from October 2002. Now that the data for October 2004 is available, you have two options depending on available space and archiving requirements. Remember, in order to switch a partition in or out of a table quickly, the switch must change metadata only. Specifically, the

new table (the source or destination, i.e., a partition in disguise) must be created on the same filegroup that is being switched in or out. If you plan to continue to use the same filegroups (FG1 in this case), then you need to determine how to handle the space and archiving requirements. To minimize the amount of time where the table does not have two complete years of data, and if you have the space, you can load the current data (October 2004) into FG1 without removing the data to be archived (October 2002). However, if you do not have enough space to keep both the current month and the month to be archived, then you will need to switch the old partition out (and remove or drop it) first.

Regardless, archiving should be easy and is probably already being done. A good practice for archiving is to back up the filegroup immediately after the new partition is loaded and switched in, not just before you plan to switch it out. For example, if there were a failure on the RAID array, the filegroup could be restored rather than having to rebuild or reload the data. In this case specifically, since the database was only recently partitioned, you could have performed a full backup after the partitioning structure was stabilized. A full database backup is not your only option. There are numerous backup strategies that can be implemented in SQL Server 2005, and many offer better granularities for backup and restore. Because so much of the data is not changing, you can back up the individual filegroups after they are loaded. In fact, this should become part of your rolling partition strategy. For more information, see "File and Filegroup Backups" in "Administering SQL Server" in SQL Server Books Online.

Now that the strategy is in place, you need to understand the exact process and syntax. The syntax and number of steps may seem complex; however, the process is the same each month. By using dynamic SQL execution, you can easily automate this process, using these steps:

- Manage the staging table for the partition that will be switched IN.
- Manage the second staging table for the partition that will be switched OUT.
- Roll the old data OUT and the new data IN to the partitioned table.
- Drop the staging tables.
- Back up the filegroup.

The syntax and best practices for each step are detailed in the following sections, as well as notes to help you automate this process through dynamic SQL execution.

### Manage the staging table for the partition that will be switched IN

1. Create the staging table, which is a future partition in disguise. This staging table must have a constraint that restricts its data to only valid data for the partition to be created. For better performance, load the data into an unindexed heap with no constraints and then add the constraint (see step 3) WITH CHECK before switching the table into the partitioned table.

```
CREATE TABLE SalesDB.[dbo].[OrdersOctober2004]
(
    [OrderID] [int] NOT NULL,
    [EmployeeID] [int] NULL,
    [VendorID] [int] NULL,
    [TaxAmt] [money] NULL,
    [Freight] [money] NULL,
    [SubTotal] [money] NULL,
    [Status] [tinyint] NOT NULL,
    [RevisionNumber] [tinyint] NULL,
    [ModifiedDate] [datetime] NULL,
    [ShipMethodID] [tinyint] NULL,
    [ShipDate] [datetime] NOT NULL,
    [OrderDate] [datetime] NOT NULL,
    [TotalDue] [money] NULL
) ON [FG1]
GO
```

**In automation:** This table is easy to create, as it will always be the most current month. Depending on when the process runs, detecting the month is easy with built-in functions such as DATENAME(m, getdate()). Because the table's structure must match the existing table, the primary change for each month is the table name. However, you could use the same name each

month, as the table does not need to exist after it is added to the partition. It does still exist after you switch the data into the partitioned table, but you can drop the staging table once the switch has been completed. Additionally, the date range must change. Since you are working with **datetime** data and there are rounding issues with regard to how time is stored, you must be able to determine programmatically the proper millisecond value. The easiest way to find the last **datetime** value for the end of the month is to take the month with which you are working, add 1 month to it, and then subtract 2 or 3 milliseconds from it. You cannot subtract only 1 millisecond because 59.999 rounds up to .000, which is the first day of the next month. You can subtract 2 or 3 milliseconds because -2 milliseconds rounds down to .997 and 3 milliseconds equals .997; .997 is a valid value that can be stored. This will give you the correct ending value for your **datetime** range:

```
DECLARE @Month            nchar(2),
        @Year             nchar(4),
        @StagingDateRange nchar(10)
SELECT @Month = N'11', @Year = N'2004'
SELECT @StagingDateRange = @Year + @Month + N'01'
SELECT dateadd(ms, -2, @StagingDateRange)
```

The table will be recreated each month, as it will need to reside on the filegroup where the data is switching in and out. To determine the appropriate filegroup with which to work, use the following system table query combined with the **$partition** function shown earlier. Specify any date within the range being rolled out. This is the partition and filegroup in which all of the work will be performed. The underlined sections will need to be changed for your specific table, partitioning function, and specific date.

```
SELECT ps.name AS PSName,
       dds.destination_id AS PartitionNumber,
       fg.name AS FileGroupName
FROM (((sys.tables AS t
    INNER JOIN sys.indexes AS i
        ON (t.object_id = i.object_id))
    INNER JOIN sys.partition_schemes AS ps
        ON (i.data_space_id = ps.data_space_id))
    INNER JOIN sys.destination_data_spaces AS dds
        ON (ps.data_space_id = dds.partition_scheme_id))
    INNER JOIN sys.filegroups AS fg
        ON dds.data_space_id = fg.data_space_id
WHERE (t.name = 'Orders') AND (i.index_id IN (0,1)) AND
    dds.destination_id = $partition.TwoYearDateRangePFN('20021001')
```

2. Load the staging table with data. If the files are consistent, this process should be handled through BULK INSERT statements.

   **In automation:** This process is the most complex to automate. You will need to make sure that all files have been loaded and you should consider loading them in parallel. A table that keeps track of which files were loaded and where the files are located helps control this process. You can create an SQL Agent job that checks for files every few minutes, picks up the new files, and then executes multiple bulk insert statements.

3. Once the data is loaded, you can add the constraint. In order for the data to be trusted, the constraint must be added WITH CHECK. The WITH CHECK setting is the default so it does not need to be specified but it is important not to say WITH NOCHECK.

4. Index the staging table. It must have the same clustered index as the table in which it will become a partition.

```
ALTER TABLE [OrdersOctober2004]
ADD CONSTRAINT OrdersOctober2004PK
PRIMARY KEY CLUSTERED (OrderDate, OrderID)
ON [FG1]
GO
```

In automation: this is an easy step. Using the month and filegroup information from step 1, you can create this clustered index.

```
ALTER TABLE SalesDB.[dbo].[OrdersOctober2004]
WITH CHECK
ADD CONSTRAINT OrdersRangeYearCK
    CHECK ([OrderDate] >= '20041001'
        AND [OrderDate] <= '20041031 23:59:59.997')
GO
```

## Manage a second staging table for the partition that will be switched OUT

1. Create a second staging table. This is an empty table that will hold the partition's data when it is switched out.

```
CREATE TABLE SalesDB.[dbo].[OrdersOctober2002]
(
    [OrderID] [int] NOT NULL,
    [EmployeeID] [int] NULL,
    [VendorID] [int] NULL,
    [TaxAmt] [money] NULL,
    [Freight] [money] NULL,
    [SubTotal] [money] NULL,
    [Status] [tinyint] NOT NULL,
    [RevisionNumber] [tinyint] NULL,
    [ModifiedDate] [datetime] NULL,
    [ShipMethodID] [tinyint] NULL,
    [ShipDate] [datetime] NOT NULL,
    [OrderDate] [datetime] NOT NULL,
    [TotalDue] [money] NULL
) ON [FG1]
GO
```

2. Index the staging table. It must have the same clustered index as the table in which it will become a partition (and the partition will become this table).

```
ALTER TABLE [OrdersOctober2002]
ADD CONSTRAINT OrdersOctober2002PK
PRIMARY KEY CLUSTERED (OrderDate, OrderID)
ON [FG1]
GO
```

## Roll the old data OUT and the new data IN to the Partitioned Table

1. Switch the old data out—into the second staging table.

```
ALTER TABLE Orders
SWITCH PARTITION 1
TO OrdersOctober2002
GO
```

2. Alter the partition function to remove the boundary point for October 2002.

```
ALTER PARTITION FUNCTION TwoYearDateRangePFN()
MERGE RANGE ('20021031 23:59:59.997')
GO
```

3. This also removes the association between the filegroup and the partition scheme. Specifically, FG1 is no longer a part of the partition scheme. Since you will roll the new data through the same existing 24 partitions, then you will need to make FG1 the "next used" partition which will be the next partition to use for a split.

```
ALTER PARTITION SCHEME TwoYearDateRangePScheme
                  NEXT USED [FG1]
GO
```

4. Alter the partition function to add the new boundary point for October 2004.

```
ALTER PARTITION FUNCTION TwoYearDateRangePFN()
SPLIT RANGE ('20041031 23:59:59.997')
GO
```

5. Change the constraint definition on the base table, if one exists, to allow for the new range of data. Since adding constraints can be costly (to verify the data), as a best practice, continue to extend the date instead of dropping and re-creating the constraint. For now, only one constraint exists (OrdersRangeYearCK) but for future dates, there will be two constraints.

```
ALTER TABLE Orders
ADD CONSTRAINT OrdersRangeMaxOctober2004
   CHECK ([OrderDate] < '20041101')
GO
ALTER TABLE Orders
ADD CONSTRAINT OrdersRangeMinNovember2002
   CHECK ([OrderDate] >= '20021101')
GO
ALTER TABLE Orders
DROP CONSTRAINT OrdersRangeYearCK
GO
```

6. Switch the new data in from the first staging table.

```
ALTER TABLE OrdersOctober2004
SWITCH TO Orders PARTITION 24
GO
```

## Drop the staging tables

Because all of the data is archived in the next, and final step, the staging data is not needed. A table drop is the fastest way to remove these tables.

```
DROP TABLE dbo.OrdersOctober2002
GO
DROP TABLE dbo.OrdersOctober2004
GO
```

## Back up the filegroup

What you choose to back up as your last step is based on your backup strategy. If a file- or filegroup-based backup strategy has been chosen, then a file or filegroup backup should be performed. If a backup strategy based on a full database has been chosen, then a full-database backup or a differential backup can be performed.

```
BACKUP DATABASE SalesDB
   FILEGROUP = 'FG1'
TO DISK = 'C:\SalesDB\SalesDB.bak'
GO
```

## List Partitioning: Regional Data

If your table has data from multiple regions and analysis often occurs within one region, or if you receive data for each region periodically, consider using defined range partitions in the form of a list. In other words, you will use a function that explicitly defines each partition as a value for a region. For example, consider a Spanish company that has clients in Spain, France, Germany, Italy, and the UK.

Their sales data is always analyzed by country. For their table they can have five partitions, one for each country.

The creation of this list partition is almost identical to the range partition for dates, except that the range's boundaries do not have any other values outside of the actual partition key. Instead, it is a list, not ranges. Although a list, the boundary conditions must include the extreme left and the extreme right. To create five partitions, specify only four in the partition function. The values do not need to be ordered (SQL Server will order them internally) but the most logical way to get the correct number of partitions is to order the partition values and leave off the highest value for the last partition (when defined as a LEFT partition function) or to order the partition values and start with the second lowest value (for RIGHT).

Because there are five partitions, you must have five filegroups. In this case, the filegroups will be named after the data being stored. The script file, RegionalRangeCaseStudyFilegroups.sql, is a script that shows all of this syntax. Each filegroup is created using the same settings, yet they do not have to be if the data is not balanced. Only the filegroup and file for Spain are shown; each of the four additional filegroups and files has the same parameters yet exist on different drives and have the specific name of the country partition.

```
ALTER DATABASE SalesDB
ADD FILEGROUP [Spain]
GO
ALTER DATABASE SalesDB
ADD FILE
    (NAME = N'SalesDBSpain',
        FILENAME = N'C:\SalesDB\SalesDBSpain.ndf',
        SIZE = 1MB,
        MAXSIZE = 100MB,
        FILEGROWTH = 5MB)
TO FILEGROUP [Spain]
GO
```

The next step is to create the function, which will specify only four partitions using LEFT for the boundary condition. In this case, the list will include all countries except for the UK, because it falls last in the alphabetical list.

```
CREATE PARTITION FUNCTION CustomersCountryPFN(char(7))
AS
RANGE LEFT FOR VALUES ('France', 'Germany', 'Italy', 'Spain')
GO
```

To put the data on the filegroup for which it was named, the partition scheme will be listed in alphabetical order. All five filegroups must be specified within the partitioning scheme's syntax.

```
CREATE PARTITION SCHEME [CustomersCountryPScheme]
AS
PARTITION CustomersCountryPFN
    TO ([France], [Germany], [Italy], [Spain], [UK])
GO
```

Finally, the **Customers** table can be created on the new CustomersCountryPScheme.

```
CREATE TABLE [dbo].[Customers](
    [CustomerID] [nchar](5) NOT NULL,
    [CompanyName] [nvarchar](40) NOT NULL,
    [ContactName] [nvarchar](30) NULL,
    [ContactTitle] [nvarchar](30) NULL,
    [Address] [nvarchar](60) NULL,
    [City] [nvarchar](15) NULL,
    [Region] [nvarchar](15) NULL,
    [PostalCode] [nvarchar](10) NULL,
    [Country] [char](7) NOT NULL,
```

```
    [Phone] [nvarchar](24) NULL,
    [Fax] [nvarchar](24) NULL
) ON CustomersCountryPScheme (Country)
GO
```

While range partitions are defined as supporting only ranges they also offer a way to perform other types of partitions, such as list partitions.

## Summary

SQL Server 2005 offers a way to easily and consistently manage large tables and indexes through partitioning, which allows you to manage subsets of your data outside of the active table. This provides simplified management, increased performance, and abstracted application logic, as the partitioning scheme is entirely transparent to the application. When your data has logical groupings (ranges or lists) and larger queries must analyze that data within these predefined and consistent ranges, as well as manage incoming and outgoing data within the same predefined ranges, then range partitioning is a simple choice. If you are looking at analysis over large amounts of data with no specific range to use or if all queries access most, if not all of the data, then using multiple filegroups without any specific placement techniques is an easier solution that will still yield performance gains.

### Scripts From This Paper

The scripts used in the code samples for this whitepaper can be found in the SQLServer2005PartitionedTables.zip file. Following are descriptions of each file in the zip file.

**RangeCaseStudyScript1-Filegroups.sql**—Includes the syntax to create the filegroups and files needed for the range-partitioned table case study. This script allows modifications that will allow you to create this sample on a smaller set of disks with smaller files (in MB instead of GB). It also has code to import data through INSERT...SELECT statements so that you can evaluate where the data is placed through the appropriate partitioning functions.

**RangeCaseStudyScript2-PartitionedTable.sql**—Includes the syntax to create the partition function, the partition scheme, and the range-partitioned tables related to the range-partitioned table case study. This script also includes the appropriate constraints and indexes.

**RangeCaseStudyScript3-JoiningAlignedTables.sql**—Includes the queries that demonstrate the various join strategies SQL Server offers for partitioned tables.

**RangeCaseStudyScript4-SlidingWindow.sql**—Includes the syntax and process associated with the monthly management of the range-partitioned table case study. In this script, you will "slide" data both in and out of the **Orders** table. Optionally, on your own, create the same process to move data in and out of the **OrderDetails** table. Hint: See the Insert used in RangeCaseStudyScript2 for the table and correct columns of data to insert for OrderDetails.

**RegionalRangeCaseStudyFilegroups.sql**—Includes the syntax to create the filegroups and files needed for the regionally partitioned table case study. In fact, this is a range partition to simulate a list partition scheme.

**RegionalRangeCaseStudyPartitionedTable.sql**—Includes the syntax to create the partition function, the partition scheme, and the regionally partitioned tables related to the range partitioned table case study.

document 389-2     Filed 11/19
18824



SECOND EDITION

# PROGRAMMING
# LANGUAGE
# PRAGMATICS



### Michael L. Scott



# Programming Language Pragmatics

## SECOND EDITION

Michael L. Scott

*Department of Computer Science*
*University of Rochester*



ELSEVIER

AMSTERDAM • BOSTON • HEIDELBERG • LONDON
NEW YORK • OXFORD • PARIS • SAN DIEGO
SAN FRANCISCO • SINGAPORE • SYDNEY • TOKYO

Morgan Kaufmann Publishers is an imprint of Elsevier



MORGAN KAUFMANN PUBLISHERS

Publishing Director: Michael Forster
Publisher: Denise Penrose
Publishing Services Manager: Andre Cuello
Assistant Publishing Services Manager
Project Manager: Carl M. Soares
Developmental Editor: Nate McFadden
Editorial Assistant: Valerie Witte
Cover Design: Ross Carron Designs
Cover Image: © Brand X Pictures/Corbin Images
Text Design: Julio Esperas
Composition: VTEX
Technical Illustration: Dartmouth Publishing Inc.
Copyeditor: Debbie Prato
Proofreader: Phyllis Coyne et al. Proofreading Service
Indexer: Ferreira Indexing Inc.
Interior printer: Maple-Vail
Cover printer: Phoenix Color

Morgan Kaufmann Publishers is an imprint of Elsevier.
500 Sansome Street, Suite 400, San Francisco, CA 94111

This book is printed on acid-free paper.

© 2006 by Elsevier Inc. All rights reserved.

Designations used by companies to distinguish their products are often claimed as trademarks or registered trademarks. In all instances in which Morgan Kaufmann Publishers is aware of a claim, the product names appear in initial capital or all capital letters. Readers, however, should contact the appropriate companies for more complete information regarding trademarks and registration.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, scanning, or otherwise—without prior written permission of the publisher.

Permissions may be sought directly from Elsevier's Science & Technology Rights Department in Oxford, UK: phone: (+44) 1865 843830, fax: (+44) 1865 853333, e-mail: *permissions@elsevier.com*. You may also complete your request on-line via the Elsevier homepage (*http://elsevier.com*) by selecting "Customer Support" and then "Obtaining Permissions."

**Library of Congress Cataloging-in-Publication Data**
Application Submitted

ISBN 13: 978-0-12-633951-2
ISBN10: 0-12-633951-1

For information on all Morgan Kaufmann publications,
visit our Web site at www.mkp.com or www.books.elsevier.com

Printed in the United States of America
05 06 07 08 09        5  4  3  2  1

Working together to grow
libraries in developing countries

www.elsevier.com  |  www.bookaid.org  |  www.sabre.org

ELSEVIER    BOOK AID International    Sabre Foundation

In many languages a constant is required to have a value that can be determined at compile time. Usually the expression that specifies the constant's value is permitted to include only literal (*manifest*) constants and built-in functions and arithmetic operators. These sorts of *compile-time constants* can always be allocated statically, even if they are local to a recursive subroutine: multiple instances can share the same location. In other languages (e.g., C and Ada), constants are simply variables that cannot be changed after elaboration time. Their values, though unchanging, can depend on other values that are not known until run time. These *elaboration-time constants*, when local to a recursive subroutine, must be allocated on the stack. C# provides both options, explicitly, with the `const` and `readonly` keywords.

Along with local variables and elaboration-time constants, the compiler typically stores a variety of other information associated with the subroutine, including the following.

*Arguments and return values.*    Modern compilers tend to keep these in registers when possible, but sometimes space in memory is needed.

*Temporaries.*    These are usually intermediate values produced in complex calculations. Again, a good compiler will keep them in registers whenever possible.

*Bookkeeping information.*    This may include the subroutine's return address, a reference to the stack frame of the caller (also called the *dynamic link*), additional saved registers, debugging information, and various other values that we will study later.

### 3.2.2  Stack-Based Allocation

If a language permits recursion, static allocation of local variables is no longer an option, since the number of instances of a variable that may need to exist at the same time is conceptually unbounded. Fortunately, the natural nesting of subroutine calls makes it easy to allocate space for locals on a stack. A simplified picture of a typical stack appears in Figure 3.2. Each instance of a subroutine at run time has its own *frame* (also called an *activation record*) on the stack, containing arguments and return values, local variables, temporaries, and bookkeeping

EXAMPLE 3.2

Layout of the run-time stack

---

**DESIGN & IMPLEMENTATION**

**Recursion in Fortran**

The lack of recursion in (pre-Fortran 90) Fortran is generally attributed to the expense of stack manipulation on the IBM 704, on which the language was first implemented. Many (perhaps most) Fortran implementations choose to use a stack for local variables, but because the language definition permits the use of static allocation instead, Fortran programmers were denied the benefits of language-supported recursion for over 30 years.



**Figure 3.2  Stack-based allocation of space for subroutines.** We assume here that subroutine A has been called by the main program and that it then calls subroutine B. Subroutine B subsequently calls C, which in turn calls D. At any given time, the stack pointer (`sp`) register points to the first unused location on the stack (or the last used location on some machines), and the frame pointer (`fp`) register points to a known location within the frame (activation record) of the current subroutine. The relative order of fields within a frame may vary from machine to machine and compiler to compiler.

information. Arguments to be passed to subsequent routines lie at the top of the frame, where the callee can easily find them. The organization of the remaining information is implementation-dependent: it varies from one language and compiler to another.

Maintenance of the stack is the responsibility of the subroutine *calling sequence*—the code executed by the caller immediately before and after the call—and of the *prologue* (code executed at the beginning) and *epilogue* (code executed at the end) of the subroutine itself. Sometimes the term "calling sequence" is used to refer to the combined operations of the caller, the prologue, and the epilogue. We will study calling sequences in more detail in Section 8.2.

While the location of a stack frame cannot be predicted at compile time (the compiler cannot in general tell what other frames may already be on the stack), the offsets of objects *within* a frame usually *can* be statically determined. Moreover, the compiler can arrange (in the calling sequence or prologue) for a particular register, known as the *frame pointer*, to always point to a known location

within the frame of the current subroutine. Code that needs to access a local variable within the current frame, or an argument near the top of the calling frame, can do so by adding a predetermined offset to the value in the frame pointer. As we shall see in Section 5.3.1, almost every processor provides an *addressing mode* that allows this addition to be specified implicitly as part of an ordinary `load` or `store` instruction. The stack grows "downward" toward lower addresses in most language implementations. Some machines provide special `push` and `pop` instructions that assume this direction of growth. Arguments and returns typically have positive offsets from the frame pointer; local variables, temporaries, and bookkeeping information typically have negative offsets.

Even in a language without recursion, it can be advantageous to use a stack for local variables, rather than allocating them statically. In most programs the pattern of potential calls among subroutines does not permit all of those subroutines to be active at the same time. As a result, the total space needed for local variables of currently active subroutines is seldom as large as the total space across *all* subroutines, active or not. A stack may therefore require substantially less memory at run time than would be required for static allocation.

### 3.2.3  Heap-Based Allocation

A *heap* is a region of storage in which subblocks can be allocated and deallocated at arbitrary times.[2] Heaps are required for the dynamically allocated pieces of linked data structures and for dynamically resized objects, such as fully general character strings, lists, and sets, whose size may change as a result of an assignment statement or other update operation.

There are many possible strategies to manage space in a heap. We review the major alternatives here; details can be found in any data-structures textbook. The principal concerns are speed and space, and as usual there are tradeoffs between them. Space concerns can be further subdivided into issues of internal and external *fragmentation*. Internal fragmentation occurs when a storage-management algorithm allocates a block that is larger than required to hold a given object; the extra space is then unused. External fragmentation occurs when the blocks that have been assigned to active objects are scattered through the heap in such a way that the remaining, unused space is composed of multiple blocks: there may be quite a lot of free space, but no one piece of it may be large enough to satisfy some future request (see Figure 3.3).

EXAMPLE 3.3

External fragmentation in the heap

Many storage-management algorithms maintain a single linked list—the *free list*—of heap blocks not currently in use. Initially the list consists of a single block comprising the entire heap. At each allocation request the algorithm searches the list for a block of appropriate size. With a *first fit* algorithm we select the

---

**2**  Unfortunately, the term *heap* is also used for a common tree-based implementation of a priority queue. These two uses of the term have nothing to do with one another.

a similar purpose. We also consider subroutine inlining and the representation of closures. To illustrate some of the possible implementation alternatives, we present (again on the PLP CD) a pair of case studies: the SGI MIPSpro C compiler for the MIPS instruction set, and the GNU gpc Pascal compiler for the x86 instruction set, as well as the *register window* mechanism of the Sparc instruction set.

In Section 8.3 we look more closely at subroutine parameters. We consider parameter-passing *modes*, which determine the operations that a subroutine can apply to its formal parameters and the effects of those operations on the corresponding actual parameters. We also consider conformant arrays, named and default parameters, variable numbers of arguments, and function return mechanisms. In Section 8.4 we turn to *generic* subroutines and modules (classes), which support explicit parametric polymorphism, as defined in Section 3.6.3. Where conventional parameters allow a subroutine to operate on many different values, generic parameters allow it to operate on data of many different *types*.

In Section 8.5, we consider the handling of exceptional conditions. While exceptions can sometimes be confined to the current subroutine, in the general case they require a mechanism to "pop out of" a nested context without returning, so that recovery can occur in the calling context. Finally, in Section 8.6, we consider *coroutines*, which allow a program to maintain two or more execution contexts, and to switch back and forth among them. Coroutines can be used to implement iterators (Section 6.5.3), but they have other uses as well, particularly in simulation and in server programs. In Chapter 12 we will use them as the basis for concurrent ("quasiparallel") threads.

## 8.1  Review of Stack Layout

EXAMPLE 8.1

Layout of run-time stack
(reprise)

In Section 3.2.2 we discussed the allocation of space on a subroutine call stack (Figure 3.2, page 110). Each routine, as it is called, is given a new *stack frame*, or *activation record*, at the top of the stack. This frame may contain arguments and/or return values, bookkeeping information (including the return address and saved registers), local variables, and/or temporaries. When a subroutine returns, its frame is popped from the stack.

At any given time, the *stack pointer* register contains the address of either the last used location at the top of the stack or the first unused location, depending on convention. The *frame pointer* register contains an address within the frame. Objects in the frame are accessed via displacement addressing with respect to the frame pointer. If the size of an object (e.g., a local array) is not known at compile time, then the object is placed in a variable-size area at the top of the frame; its address and dope vector are stored in the fixed-size portion of the frame, at a statically known offset from the frame pointer (Figure 7.7, page 354). If there are no variable-size objects, then every object within the frame has a statically known offset from the stack pointer, and the implementation may dispense with

EXAMPLE 8.2

Offsets from frame pointer



**Figure 8.1**  Example of subroutine nesting, taken from Figure 3.5. Within B, C, and D, all five routines are visible. Within A and E, routines A, B, and E are visible, but C and D are not. Given the calling sequence A, E, B, D, C, in that order, frames will be allocated on the stack as shown at right, with the indicated static and dynamic links.

the frame pointer, freeing up a register for other use. If the size of an argument is not known at compile time, then the argument may be placed in a variable-size portion of the frame *below* the other arguments, with its address and dope vector at known offsets from the frame pointer. Alternatively, the caller may simply pass a temporary address and dope vector, counting on the called routine to copy the argument into the variable-size area at the top of the frame. ∎

EXAMPLE **8.3**

Static and dynamic links

In a language with nested subroutines and static scoping (e.g., Pascal, Ada, ML, Common Lisp, or Scheme), objects that lie in surrounding subroutines and are thus neither local nor global can be found by maintaining a *static chain* (Figure 8.1). Each stack frame contains a reference to the frame of the lexically surrounding subroutine. This reference is called the *static link*. By analogy, the saved value of the frame pointer, which will be restored on subroutine return, is called the *dynamic link*. The static and dynamic links may or may not be the same, depending on whether the current routine was called by its lexically surrounding routine, or by some other routine nested in that surrounding routine. ∎

EXAMPLE **8.4**

Visibility of nested routines

Whether or not a subroutine is called directly by the lexically surrounding routine, we can be sure that the surrounding routine is active; there is no other way that the current routine could have been visible, allowing it to be called. Consider for example, the subroutine nesting shown in Figure 8.1. If subroutine D is called directly from B, then clearly B's frame will already be on the stack. How else could D be called? It is not visible in A or E, because it is nested inside of

B. A moment's thought makes clear that it is only when control enters B (placing B's frame on the stack) that D comes into view. It can therefore be called by C, or by any other routine (not shown) that is nested inside of C or D, but only because these are also within B.    ∎

## 8.2 Calling Sequences

In Section 3.2.2 we also mentioned that maintenance of the subroutine call stack is the responsibility of the *calling sequence*—the code executed by the caller immediately before and after a subroutine call—and of the *prologue* (code executed at the beginning) and *epilogue* (code executed at the end) of the subroutine itself. Sometimes the term "calling sequence" is used to refer to the combined operations of the caller, the prologue, and the epilogue.

Tasks that must be accomplished on the way into a subroutine include passing parameters, saving the return address, changing the program counter, changing the stack pointer to allocate space, saving registers (including the frame pointer) that contain important values and that may be overwritten by the callee, changing the frame pointer to refer to the new frame, and executing initialization code for any objects in the new frame that require it. Tasks that must be accomplished on the way out include passing return parameters or function values, executing finalization code for any local objects that require it, deallocating the stack frame (restoring the stack pointer), restoring other saved registers (including the frame pointer), and restoring the program counter. Some of these tasks (e.g., passing parameters) must be performed by the caller, because they differ from call to call. Most of the tasks, however, can be performed either by the caller or the callee. In general, we will save space if the callee does as much work as possible: tasks performed in the callee appear only once in the target program, but tasks performed in the caller appear at every call site, and the typical subroutine is called in more than one place.

### Saving and Restoring Registers

Perhaps the trickiest division-of-labor issue pertains to saving registers. As we noted in Section 5.5.2, the ideal approach is to save precisely those registers that are both in use in the caller and needed for other purposes in the callee. Because of separate compilation, however, it is difficult (though not impossible) to determine this intersecting set. A simpler solution is for the caller to save all registers that are in use, or for the callee to save all registers that it will overwrite.

Calling sequence conventions for many processors, including the MIPS and x86 described in the case studies of Section Ⓒ 8.2.2, strike something of a compromise: registers not reserved for special purposes are divided into two sets of approximately equal size. One set is the caller's responsibility, the other is the callee's responsibility. A callee can assume that there is nothing of value in any of the registers in the caller-saves set; a caller can assume that no callee will destroy

the contents of any registers in the callee-saves set. In the interests of code size, the compiler uses the callee-saves registers for local variables and other long-lived values whenever possible. It uses the caller-saves set for transient values, which are less likely to be needed across calls. The result of these conventions is that the caller-saves registers are seldom saved by either party: the callee knows that they are the caller's responsibility, and the caller knows that they don't contain anything important.

### Maintaining the Static Chain

In languages with nested subroutines, at least part of the work required to maintain the static chain must be performed by the caller, rather than the callee, because this work depends on the lexical nesting depth of the callee. The standard approach is for the caller to compute the callee's static link and to pass it as an extra, hidden parameter. The following subcases arise.

1. The callee is nested (directly) inside the caller. In this case, the callee's static link should refer to the caller's frame. The caller therefore passes its own frame pointer as the callee's static link.
2. The callee is $k \geq 0$ scopes "outward"—closer to the outer level of lexical nesting. In this case, all scopes that surround the callee also surround the caller (otherwise the callee would not be visible). The caller dereferences its own static link $k$ times and passes the result as the callee's static link.

### A Typical Calling Sequence

EXAMPLE 8.5

A typical calling sequence

Figure 8.2 shows one plausible layout for a stack frame, consistent with Figure 3.2. The stack pointer (`sp`) points to the first unused location on the stack (or the last used location, depending on the compiler and machine). The frame pointer (`fp`) points to a location near the bottom of the frame. Space for all arguments is reserved in the stack, even if the compiler passes some of them in registers (the callee will need a place to save them if it calls a nested routine).

To maintain this stack layout, the calling sequence might operate as follows. The caller

1. saves any caller-saves registers whose values will be needed after the call.
2. computes the values of arguments and moves them into the stack or registers.
3. computes the static link (if this is a language with nested subroutines) and passes it as an extra, hidden argument.
4. uses a special subroutine call instruction (sometimes called "branch and link") to jump to the subroutine, simultaneously passing the return address on the stack or in a register.

In its prologue, the callee

1. allocates a frame by subtracting an appropriate constant from the `sp`.

**412**    Chapter 8  *Subroutines and Control Abstraction*



**Figure 8.2  A typical stack frame.** Though we draw it growing upward on the page, the stack actually grows downward toward lower addresses on most machines. Arguments are accessed at positive offsets from the **fp**. Local variables and temporaries are accessed at negative offsets from the **fp**. Arguments to be passed to called routines are assembled at the top of the frame, using positive offsets from the **sp**.

**2.** saves the old frame pointer into the stack, and assigns it an appropriate new value.

**3.** saves any callee-saves registers that may be overwritten by the current routine (including the static link and return address, if they were passed in registers).

After the subroutine has completed, the epilogue

**1.** moves the return value (if any) into a register or a reserved location in the stack.

**2.** restores callee-saves registers if needed.

**3.** restores the **fp** and the **sp**.

**4.** jumps back to the return address.

Finally, the caller

**1.** moves the return value to wherever it is needed.

**2.** restores caller-saves registers if needed.

**Voice of the DBA**

*Writings from Steve Jones, the Voice of the DBA*

---

## Saving Space – Vertical Partitioning

Posted on February 14, 2010 by way0utwest

I wrote about data types recently, referencing [Michelle Ufford's presentation at the PASS 2009 Summit](). In that post I talked about how using a smaller data type can make a difference in the way your indexes work and improve performance.

However there's another thing you can do as well: vertically partition your tables.

A vertical partition is a way of dividing up your table. I'll give you an example from my past. I used to work for an online training company, and we had all sorts of education products. We had a table similar to this one used for our customers.

```
create table Customers
( CustomerID int identity(1,1)
, Firstname varchar(50)
, Lastname varchar(50)
, Address1 varchar(50)
, Address2 varchar(50)
, city varchar(50)
, state varchar( 50)
, postalcode varchar(20)
, countryID int
, province varchar(50)
, status tinyint
, active tinyint
, balance numeric( 10, 4)
, CompanyID int
, notes text
)
```

This was on SQL 2000, so TEXT was the data type we used.

In this table, we often joined our customers with other tables to display things on various pages. We wanted to grab their name almost all the time, but we also regularly queried with companyID, balance, status, and active. Those flags and FKs were used in different queries, so building a covering index could work, but we couldn't cover all queries. We could have multiple indexes, and we did, but since there were always varying queries coming up, we did this instead.

```
create table Customers
( CustomerID int identity(1,1)
, Firstname varchar(50)
, Lastname varchar(50)
, status tinyint
, active tinyint
, balance numeric( 10, 4)
, CompanyID int
```

```
)
```

```
create table Customer_Details
( CustomerID int identity(1,1)
, Address1 varchar(50)
, Address2 varchar(50)
, city varchar(50)
, state varchar( 50)
, postalcode varchar(20)
, countryID int
, province varchar(50)
, notes text
)
```

If you notice we've essentially split this table into two tables, keeping CustomerID in both, but otherwise separating out fields. In the main Customers table we keep those often queries values, the ones that are used in most queries. In the Customer_Details table we have moved those fields that are less often queried.

This does two things. One is that indexes, clustered and non-clustered, are smaller in the first table. Even a lookup to the data means that more rows are pulled in with every page read. That translates into more information for every read, and quite possibly less reads to get to your data. Less space in memory needed to cache things, and likely better performance.

And the larger the table, the more increases in performance you might see.

This isn't necessarily the best design for all tables, but if you have busy tables, and there are disparities on how often you use some fields, but not others, this is a technique to consider.

Note that you can always build a view that combines these tables as a way to still see the same view as you have now.



**About wayoutwest**
Editor, SQLServerCentral
View all posts by wayoutwest →

This entry was posted in Uncategorized. Bookmark the permalink.

**Voice of the DBA**

*Blog at WordPress.com.*



# The Art of Electronics

## Paul Horowitz
## Winfield Hill

THIRD EDITION



# THE ART OF ELECTRONICS

## Third Edition

Paul Horowitz HARVARD UNIVERSITY

Winfield Hill ROWLAND INSTITUTE AT HARVARD

## CAMBRIDGE
### UNIVERSITY PRESS

32 Avenue of the Americas, New York, NY 10013-2473, USA

Cambridge University Press is part of the University of Cambridge.

It furthers the University's mission by disseminating knowledge in the pursuit of
education, learning, and research at the highest international levels of excellence.

www.cambridge.org
Information on this title: www.cambridge.org/9780521809269

© Cambridge University Press, 1980, 1989, 2015

This publication is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without the written
permission of Cambridge University Press.

First published 1980
Second edition 1989
Third edition 2015
7th printing 2016 with corrections

Printed in the United States of America

*A catalog record for this publication is available from the British Library.*

ISBN 978-0-521-80926-9 Hardback

Cambridge University Press has no responsibility for the persistence or
accuracy of URLs for external or third-party Internet websites referred to
in this publication and does not guarantee that any content on such
websites is, or will remain, accurate or appropriate.

circuits we can analyze simply with this time-domain approach.



**Figure 1.36.** Looks complicated, but it's not! (Thévenin to the rescue.)

### C. Simplification by Thévenin equivalents

We could go ahead and analyze more complicated circuits by similar methods, writing down the differential equations and trying to find solutions. For most purposes it simply isn't worth it. This is as complicated an *RC* circuit as we will need. Many other circuits can be reduced to it; take, for example, the circuit in Figure 1.36. By just using the Thévenin equivalent of the voltage divider formed by $R_1$ and $R_2$, you can find the output $V(t)$ produced by a step input for $V_{in}$.

**Exercise 1.17.** In the circuit shown in Figure 1.36, $R_1 = R_2 = 10$k, and $C = 0.1$ μF. Find $V(t)$ and sketch it.



**Figure 1.37.** Producing a delayed digital waveform with the help of an *RC* and a pair of LVC-family logic buffers (tiny parts with a huge part number: SN74LVC1G17DCKR!).

### D. A circuit example: time-delay circuit

Let's take a short detour to try out these theoretical ideas on a couple of real circuits. Textbooks usually avoid such pragmatism, especially in early chapters, but we think it's fun to apply electronics to practical applications. We'll need to introduce a few "black-box" components to get the job done, but you'll learn about them in detail later, so don't worry.

We have already mentioned logic levels, the voltages that digital circuits live on. Figure 1.37 shows an application of capacitors to produce a delayed pulse. The triangular symbols are "CMOS[24] buffers." They give a HIGH output if the input is HIGH (more than one-half the dc power-supply voltage used to power them), and vice versa. The first buffer provides a replica of the input signal, but with low source resistance, to prevent input loading by the *RC* (recall our earlier discussion of circuit loading in §1.2.5A). The *RC* output has the characteristic decays and causes the output buffer to switch 10 μs after the input transitions (an *RC* reaches 50% output after a time $t = 0.7RC$). In an actual application you would have to consider the effect of the buffer input threshold deviating from one-half the supply voltage, which would alter the delay and change the output pulse width. Such a circuit is sometimes used to delay a pulse so that something else can happen first. In designing circuits you try not too often to rely on tricks like this, but they're occasionally handy.

### E. Another circuit example: "One Minute of Power"

Figure 1.38 shows another example of what can be done with simple *RC* timing circuits. The triangular symbol is a *comparator*, something we'll treat in detail later, in Chapters 4 and 10; all you need to know, for now, is that (a) it is an IC (containing a bunch of resistors and transistors), (b) it is powered from some positive dc voltage that you connect to the pin labeled "$V_+$," and (c) it drives its output (the wire sticking out to the right) either to $V_+$ or to ground, depending on whether the input labeled "+" is more or less positive than the input labeled "−," respectively. (These are called the *non-inverting* and the *inverting* inputs, respectively.) It doesn't draw any current from its inputs, but it happily drives loads that require up to 20 mA or so. And a comparator is decisive: its output is either "HIGH" (at $V_+$) or "LOW" (ground).

Here's how the circuit works: the voltage divider $R_3R_4$ holds the (−) input at 37% of the supply voltage, in this case about +1.8 V; let's call that the "reference voltage."

---

[24] Complementary metal–oxide semiconductor, the dominant form of digital logic, as we'll see from Chapter 10 onward.

*Art of Electronics Third Edition*



**Figure 1.38.** *RC* timing circuit: one push → one minute!.



**Figure 1.39.** Producing a delayed digital waveform for the circuit of Figure 1.38. The voltage $V_{C1}$ has a rise time of $R_1 C_1 \approx 10$ ms.

So if the circuit has been sitting there for a while, $C_1$ is fully discharged, and the comparator's output is at ground. When you push the START button momentarily, $C_1$ charges quickly (10 ms time constant) to +5 V, which makes the comparator's output switch to +5 V; see Figure 1.39. After the button is released, the capacitor discharges exponentially toward ground, with a time constant of $\tau = R_2 C_1$, which we've set to be 1 minute. At that time its voltage crosses the reference voltage, so the comparator's output switches rapidly back to ground. (Note that we've conveniently chosen the reference voltage to be a fraction $1/e$ of $V_+$, so it takes exactly one time constant $\tau$ for that to happen. For $R_2$ we used the closest standard value to 6 MΩ; see Appendix C.) The bottom line is that the output spends 1 minute at +5 V, after the button is pushed.

We'll add a few details shortly, but first let's use the output to do some interesting things, which are shown in Figures 1.40A–D. You can make a self-stopping flashlight key fob by connecting its output to an LED; you need to put a resistor in series, to set the current (we'll say much more about this later). If you prefer to make some noise, you could connect a *piezo beeper* to beep continuously (or intermittently) for a minute (this might be an end-of-cycle signal for a clothes dryer). Another possibility is to attach a small electromechanical *relay*, which is just an electrically operated mechanical switch, to provide a pair of contacts

that can activate pretty much any load you care to switch on and off. The use of a relay has the important property that the load – the circuit being switched by the relay – is electrically isolated from the +5 V and ground of the timing circuit itself.



**Figure 1.40.** Driving interesting stuff from the output of the timer circuit in Figure 1.38.

Finally, for turning serious industrial machinery on and off, you would probably use a hefty *solid-state relay* (SSR, §12.7), which has within it an infrared LED coupled to an ac switching device known as a *triac*. When activated, the triac acts as an excellent mechanical switch, capable of switching many amperes, and (like the electromechanical relay) is fully isolated electrically from its input circuit. The example shows this thing hooked to an air compressor, so your friends will get a minute's worth of air to inflate their tires at your home "gas station" (literally!) after they drop a quarter into your coin-initiated timer. You could do an analogous thing with a coin-operated hot shower (but, hey, we get only *one minute*?!).

Some details: (a) in the circuit of Figure 1.38 you could omit $R_1$ and the circuit would still work, but there would be a large transient current when the discharged capacitor was initially connected across the +5 V supply (recall $I = C \, dV/dt$: here you would be trying to produce 5 V of "$dV$" in roughly 0 s of "$dt$"). By adding a series resistor $R_1$ you limit the peak current to a modest 5 mA while charging

the capacitor fast enough ($> 99\%$ in $5\,RC$ time constants, or $0.05\,$s). (b) The comparator output would likely bounce around a bit (see Figure 4.31), just as the (+) input crosses the reference voltage in its leisurely exponential promenade toward ground, owing to unavoidable bits of electrical noise. To fix this problem you usually see the circuit arranged so that some of the output is coupled back to the input in a way that reinforces the switching (this is officially called *hysteresis*, or *positive feedback*; we'll see it in Chapters 4 and 10). (c) In electronic circuits it's always a good idea to *bypass* the dc supply by connecting one or more capacitors between the dc "rail" and ground. The capacitance is noncritical – values of $0.1\,\mu$F to $10\,\mu$F are commonly used; see §1.7.16A.

Our simple examples above all involved turning some load on and off. But there are other uses for an electronic *logic* signal, like the output of the comparator, that is in one of two possible binary states, called HIGH and LOW (in this case $+5\,$V and ground), 1 and 0, or TRUE and FALSE. For example, such a signal can enable or disable the operation of some other circuit. Imagine that the opening of a car door triggers our 1 min HIGH output, which then enables a keypad to accept a security code so you can start the car. After a minute, if you haven't managed to type the magic code, it shuts off, thus ensuring a certain minimum of operator sobriety.



A.

B.

**Figure 1.41.** Differentiators. A. Perfect (except it has no output terminal). B. Approximate (but at least it has an output!).

## 1.4.3 Differentiators

You can make a simple circuit that differentiates an input signal; that is, $V_{out} \propto dV_{in}/dt$. Let's take it in two steps.

1. First look at the (impractical) circuit in Figure 1.41A: The input voltage $V_{in}(t)$ produces a current through the capacitor of $I_{cap} = C\,dV_{in}/dt$. That's just what we want – if we

could somehow use the current through $C$ as our "output"! But we can't.[25]

2. So we add a small resistor from the low side of the capacitor to ground, to act as a "current-sensing" resistor (Figure 1.41B). The good news is that we now have an output proportional to the current through the capacitor. The bad news is that the circuit is no longer a perfect mathematical differentiator. That's because the voltage across $C$ (whose derivative produces the current we are sensing with $R$) is no longer equal to $V_{in}$; it now equals the difference between $V_{in}$ and $V_{out}$. Here's how it goes: the voltage across $C$ is $V_{in} - V_{out}$, so

$$I = C\frac{d}{dt}(V_{in} - V_{out}) = \frac{V_{out}}{R}.$$

If we choose $R$ and $C$ small enough so that $dV_{out}/dt \ll dV_{in}/dt$, then

$$C\frac{dV_{in}}{dt} \approx \frac{V_{out}}{R}$$

or

$$V_{out}(t) \approx RC\frac{d}{dt}V_{in}(t).$$

That is, we get an output proportional to the rate of change of the input waveform.

To keep $dV_{out}/dt \ll dV_{in}/dt$, we make the product $RC$ small, taking care not to "load" the input by making $R$ too small (at the transition the change in voltage across the capacitor is zero, so $R$ is the load seen by the input). We will have a better criterion for this when we look at things in the frequency domain (§1.7.10). If you drive this circuit with a square wave, the output will be as shown in Figure 1.42.



**Figure 1.42.** Output waveform (bottom) from differentiator driven by a square wave.

Differentiators are handy for detecting *leading edges* and *trailing edges* in pulse signals, and in digital circuitry you sometimes see things like those depicted in Figure 1.43. The $RC$ differentiator generates spikes at the transitions of the input signal, and the output buffer converts

---

[25] Devotees of the cinema will be reminded of Dr. Strangelove's outburst: "The whole point of a doomsday machine is lost … if you keep it *secret!*"

*Art of Electronics Third Edition*



**Figure 1.43.** Leading-edge detector.



**Figure 1.44.** Three fast step waveforms, differentiated by the *RC* network shown. For the fastest waveform ($10^9$ volts per second!), imperfections in the components and measuring instruments cause deviation from the ideal.

the spikes to short square-topped pulses. In practice, the negative spike will be small because of a diode (a handy device discussed in §1.6) built into the buffer.

To inject some real-world realism here, we hooked up and made some measurements on a differentiator that we configured for high-speed signals. For this we used $C=1$ pF and $R=50\,\Omega$ (the latter is the world-wide standard for high-speed circuits, see Appendix H), we drove it with a 5 V step of settable slew rate (i.e., $dV/dt$). Figure 1.44 shows both input and output waveforms, for three choices of $dV_{\text{in}}/dt$. At these speeds (note the horizontal scale: 4 *nano*seconds per division!) circuits often depart from ideal performance, as can be seen in the fastest risetime. The two slower steps show reasonable behavior; that is, a flat-top output waveform during the input's upward ramp; check for yourself that the output amplitude is correctly predicted by the formula.

**A. Unintentional capacitive coupling**

Differentiators sometimes crop up unexpectedly, in situations where they're not welcome. You may see signals like those shown in Figure 1.45. The first case is caused by a square wave somewhere in the circuit coupling capacitively to the signal line you're looking at; that might indicate a missing resistor termination on your signal line. If not, you must either reduce the source resistance of the signal line or find a way to reduce capacitive coupling from the offending square wave. The second case is typical of what you might see when you look at a square wave, but have a

broken connection somewhere, usually at the scope probe. The very small capacitance of the broken connection combines with the scope input resistance to form a differentiator. Knowing that you've got a differentiated "something" can help you find the trouble and eliminate it.



**Figure 1.45.** Two examples of unintentional capacitive coupling.

**1.4.4 Integrators**

If *RC* circuits can take derivatives, why not integrals? As before, let's take it in two steps.

1. Imagine that we have an input signal that is a time-varying *current* versus time, $I_{\text{in}}(t)$ (Figure 1.46A).[26] That input current is precisely the current through the capacitor, so $I_{\text{in}}(t) = C\,dV(t)/dt$, and therefore $V(t) = \int I_{\text{in}}(t)\,dt$.

---

[26] We're used to thinking of signals as time-varying *voltages*; but we'll see how we can convert such signals to proportional time-varying *currents*, by using "voltage-to-current converters" (with the fancier name "transconductance amplifiers").

56    1.9. Other passive components    *Art of Electronics Third Edition*



**Figure 1.114.** The simplest AM receiver. Variable capacitor $C_1$ tunes the desired station, diode $D$ picks off the positive envelope (smoothed by $R_1 C_2$), and the resulting weak audio signal is amplified to drive the loudspeaker, loudly.

when you connect it to the *LC* resonant circuit, all the low-frequency stuff disappears (because the *LC* looks like a very low impedance, Figure 1.107) and it sees only the selected AM station. What's interesting here is that the amplitude of the selected station is much larger with the *LC* attached than with nothing connected to the antenna: that's because the resonant circuit's high $Q$ is storing energy from multiple cycles of the signal.[49]



**Figure 1.115.** Observed waveforms at point "X" from the bare antenna (top) and with the *LC* connected. Note that the low-frequency junk disappears and that the radio signal gets *larger*. These are single-shot traces, in which the ~1 MHz radiofrequency carrier appears as a solid filled area. Vertical: 1 V/div; horizontal: 4 ms/div.

The audio amplifier is fun, too, but we're not ready for it. We'll see how to make one of those in Chapter 2 (with discrete transistors), and again in Chapter 4 (with operational amplifiers, the Lego™ block of analog design).

---

[49] There are more complicated ways of framing this, but you don't really want to know just yet...



**Figure 1.116.** Observed waveforms at point "Y" with $R_1$ only (top) and with smoothing capacitor $C_2$ included (bottom). The upper pair is a single-shot capture (with the ~1 MHz carrier appearing as solid black), and the lower pair is a separate single-shot capture, in which we have offset the rectified wave for clarity. Vertical: 1 V/div; horizontal: 1 ms/div.

And one amusing final note: in our class, we like to show the effect of probing point "X" with a length of BNC (bayonet Neill–Concelman) cable going to a 'scope input (that's how we start out, in the first week). When we do that, the cable's capacitance (about 30 pF/ft) adds to $C_1$, lowering the resonant frequency and so tuning to a different station. If we choose right, it changes *languages* (from English to Spanish)! The students howl with laughter – a language-translating electronic component. Then we use an ordinary 'scope probe, with its ~10 pF of capacitance: no change of station, nor of language.

## 1.9 Other passive components

In the following subsections we would like to introduce briefly an assortment of miscellaneous but essential components. If you are experienced in electronic construction, you may wish to proceed to the next chapter.

### 1.9.1 Electromechanical devices: switches

These mundane but important devices seem to wind up in most electronic equipment. It is worth spending a few paragraphs on the subject (and there's more in Chapter *1x*). Figures 1.117 and 1.118 show some common switch types.

#### A. Toggle switches

The simple toggle switch is available in various configurations, depending on the number of poles; Figure 1.119 shows the usual ones (SPST indicates a single-pole single-throw switch, SPDT indicates a single-pole double-throw



**Figure 1.117.** Switch Smorgasbord. The nine switches at right are momentary-contact ("pushbutton") switches, including both panel-mounting and PCB-mounting types (PCB, printed-circuit board). To their left are additional types, including lever-actuated and multipole styles. Above them are a pair of panel-mounting binary-coded *thumbwheel* switches, to the left of which is a matrix-encoded hexadecimal keypad. The switches at center foreground are toggle switches, in both panel-mounting and PCB-mounting varieties; several actuator styles are shown, including a locking variety (fourth from front) that must be pulled before it will switch. The rotary switches in the left column illustrate binary-coded types (the three in front and the larger square one), and the traditional multipole–multiposition configurable wafer switches.



**Figure 1.118.** Board-mounted "DIP switches." Left group, front to back and left to right (all are SPST): single station side-action toggle; three-station side-action, two-station rocker, and single-station slide; eight-station slide (low-profile) and six-station rocker; eight-station slide and rocker. Middle group (all are hexadecimal coded): six-pin low-profile, six-pin with top or side adjust; 16-pin with true and complement coding. Right group: 2 mm×2 mm surface-mount header block with movable jumper ("shunt"), 0.1″×0.1″ (2.54 mm×2.54 mm) through-hole header block with shunts; 18-pin SPDT (common actuator); eight-pin dual SPDT slide and rocker; 16-pin quad SPDT slide (two examples).

57

switch, and DPDT indicates a double-pole double-throw switch). Toggle switches are also available with "center OFF" positions and with up to four poles switched simultaneously. Toggle switches are always "break before make," e.g., the moving contact never connects to both terminals in an SPDT switch.



**Figure 1.119.** Fundamental switch types.



**Figure 1.120.** Momentary-contact (pushbutton) switches.

### B. Pushbutton switches

Pushbutton switches are useful for momentary-contact applications; they are drawn schematically as shown in Figure 1.120 (NO and NC mean normally open and normally closed). For SPDT momentary-contact switches, the terminals must be labeled NO and NC, whereas for SPST types the symbol is self-explanatory. Momentary-contact switches are always "break before make." In the electrical (as opposed to electronic) industry, the terms form A, form B, and form C are used to mean SPST (NO), SPST (NC), and SPDT, respectively.

### C. Rotary switches

Rotary switches are available with many poles and many positions, often as kits with individual wafers and shaft hardware. Both *shorting* (make-before-break) and *nonshorting* (break-before-make) types are available, and they can be mixed on the same switch. In many applications the shorting type is useful to prevent an open circuit between switch positions, because circuits can go amok with unconnected inputs. Nonshorting types are necessary if the separate lines being switched to one common line must not ever be connected to each other.

Sometimes you don't really want all those poles, you just want to know how many clicks (detents) the shaft has been turned. For that a common form of rotary switch en-

codes its position as a 4-bit binary quantity, thereby saving lots of wires (only five are needed: the four bits, and a common line). An alternative is the use of a *rotary encoder*, an electromechanical panel-mounting device that creates a sequence of $N$ pulse pairs for each full rotation of the knob. These come in two flavors (internally using either mechanical contacts or electro-optical methods), and typically provide from 16 to 200 pulse pairs per revolution. The optical varieties cost more, but they last forever.

### D. PC-mounting switches

It's common to see little arrays of switches on printed-circuit (PC) boards, like the ones shown in Figure 1.118. They're often called *DIP switches*, referring to the integrated circuit dual in-line package that they borrow, though contemporary practice increasingly uses the more compact *surface-mount technology* (SMT) package. As the photograph illustrates, you can get coded rotary switches; and because these are used for set-and-forget internal settings, you can substitute a multipin *header* block, with little slide-on "shunts" to make the connections.

### E. Other switch types

In addition to these basic switch types, there are available various exotic switches such as Hall-effect switches, reed switches, proximity switches, etc. All switches carry maximum current and voltage ratings; a small toggle switch might be rated at 150 volts and 5 amps. Operation with inductive loads drastically reduces switch life because of arcing during turn-off. It's always OK to operate a switch *below* its maximum ratings, with one notable exception: since many switches rely on substantial current flow to clean away contact oxides, it's important to use a switch that is designed for "dry switching" when switching low-level signals;[50] otherwise you'll get noisy and intermittent operation (see Chapter *1x*).

### F. Switch examples

As an example of what can be done with simple switches, let's consider the following problem: suppose you want to sound a warning buzzer if the driver of a car is seated and one of the car doors is open. Both doors and the driver's seat have switches, all normally open. Figure 1.121 shows a circuit that does what you want. If one OR the other door is open (switch closed) AND the seat switch is closed, the buzzer sounds. The words OR and AND are used in a logic sense here, and we will see this example again in

---

[50] These use gold contact plating.



**Figure 1.121.** Switch circuit example: open door warning.

Chapters 2, 3, and 10 when we talk about transistors and digital logic.

Figure 1.122 shows a classic switch circuit used to turn a ceiling lamp on or off from a switch at either of two entrances to a room.

**Figure 1.122.** Electrician's "three-way" switch wiring.

**Exercise 1.36.** Although few electronic circuit designers know how, every *electrician* can wire up a light fixture so that any of *N* switches can turn it on or off. See if you can figure out this generalization of Figure 1.122. It requires two SPDT switches and *N*−2 DPDT switches.

### 1.9.2 Electromechanical devices: relays

Relays are electrically controlled switches. In the traditional electromechanical relay, a coil pulls in an armature (to close the contacts) when sufficient coil current flows. Many varieties are available, including "latching" and "stepping" relays.[51] Relays are available with dc or ac

excitation, and coil voltages from 3 volts up to 115 volts (ac or dc) are common. "Mercury-wetted" and "reed" relays are intended for high-speed (∼1 ms) applications, and giant relays intended to switch thousands of amps are used by power companies.

The *solid-state relay* (SSR) – consisting of a semiconductor electronic switch that is turned on by a LED – provides better performance and reliability than mechanical relays, though at greater cost. SSRs operate rapidly, without contact "bounce," and usually provide for smart switching of ac power (they turn on at the moment of zero voltage, and they turn off at the moment of zero current). Much more on these useful devices in Chapter 12.

As we'll learn, electrically controlled switching of signals within a circuit can be accomplished with transistor switches, without having to use relays of any sort (Chapters 2 and 3). The primary uses of relays are in remote switching and high-voltage (or high-current) switching, where it is important to have complete electrical isolation between the control signal and the circuit being switched.

### 1.9.3 Connectors

Bringing signals in and out of an instrument, routing signal and dc power around between the various parts of an instrument, providing flexibility by permitting circuit boards and larger modules of the instrument to be unplugged (and replaced) – these are the functions of the *connector*, an essential ingredient (and usually the most unreliable part) of any piece of electronic equipment. Connectors come in a bewildering variety of sizes and shapes.[52] Figures 1.123, 1.124, and 1.125 give some idea of the variety.

#### A. Single-wire connectors

The simplest kind of connector is the simple pin jack or banana jack used on multimeters, power supplies, etc. It is handy and inexpensive, but not as useful as the shielded-cable or multiwire connectors you often need. The humble binding post is another form of single-wire connector, notable for the clumsiness it inspires in those who try to use it.

#### B. Shielded-cable connectors

To prevent capacitive pickup, and for other reasons we'll go into in Appendix H, it is usually desirable to pipe signals around from one instrument to another in shielded coaxial cable. The most popular connector is the BNC type that

---

[51] In an amusing historical footnote, the stepping relay used for a century as the cornerstone of telephone exchanges (the "Strowger selector") was invented by a Topeka undertaker, Almon Strowger, evidently because he suspected that telephone calls intended for his business were being routed (by the switchboard operators in his town) to a funeral home competitor.

[52] A search for "connector" on the DigiKey website returns 116 categories, with approximately 43,000 individual varieties in stock.

60      1.9. Other passive components                                        *Art of Electronics Third Edition*



**Figure 1.123.** Rectangular connectors. The variety of available multipin connectors is staggering. Here is a collection of common specimens: the five connectors at lower left are multipin nylon power connectors (sometimes called *Molex-type* for historical reasons). Above them are four dual-row box headers (0.1″ spacing, shown with and without latch ejectors, and also with Wire-Wrap® and right-angle tails), and to their right an open ("unshrouded") 0.1″ dual-row header, along with a pair of dual-row headers of finer pitch (2 mm and 1.27 mm). These dual-row male connectors mate with *insulation displacement* connectors (IDC) such as the one shown attached to a short length of ribbon cable (just above the unshrouded header). Just below the ribbon are shown single-row 0.1″ headers, with mating shells (AMP MODU) that accept individual wire leads. At bottom right are several terminal blocks used for power wiring, and four "Faston"-type crimpable spade lugs. Above them are USB connectors, and to their left are the common RJ-45 and RJ-11 modular telephone/data connectors. The popular and reliable D-subminiature connectors are at center, including (right to left) a pair of 50-pin micro-D (cable plug, PCB socket), the 9-pin D-sub, 26-pin high-density, and a pair of 25-pin D-subs (one IDC). Above them are (right to left) a 96-pin VME backplane connector, a 62-pin card-edge connector with solder tails, a "Centronics-type" connector with latching bail, and a card-edge connector with ribbon IDC. At top left is a miscellany – a mating pair of "GR-type" dual banana connectors, a mating pair of Cinch-type connectors, a mating pair of shrouded Winchester-type connectors with locking jackscrews, and (to their right) a screw-terminal barrier block. Not shown here are the *really* tiny connectors used in small portable electronics (smartphones, cameras, etc); you can see a fine example in Figure 1.131.

adorns most instrument front panels. It connects with a quarter-turn twist and completes both the shield (ground) circuit and inner conductor (signal) circuit simultaneously. Like all connectors used to mate a cable to an instrument, it comes in both panel-mounting and cable-terminating varieties.

Among the other connectors for use with coaxial cable are the TNC ("threaded Neill–Concelman," a close cousin of the BNC, but with threaded outer shell), the high-performance but bulky type N, the miniature SMA and SMB, the subminiature LEMO and SMC, and the high-voltage MHV and SHV. The so-called phono jack used in audio equipment is a nice lesson in bad design, because the inner (signal) conductor mates *before* the shield (ground) when you plug it in; furthermore, the design of the connector is such that both shield and center conductor tend to make poor contact. You've undoubtedly *heard* the results! Not to be outdone, the television industry has responded with its own bad standard, the type-F coax "connector," which uses the unsupported inner wire of the coax as the pin of the male plug, and a shoddy arrangement to mate the shield.[53]

We hereby induct these losers into the Electronic

---

[53] Advocates of each would probably reply "This is our most *modestly* priced receptacle."



**Figure 1.124.** Circular connectors. A selection of multipin and other "non-RF" connectors; the panel-mounting receptacle is shown to the left of each cable-mounted plug. Top row, left to right: "MS"-type (MIL-C-5015) rugged connector (available in hundreds of configurations), high-current (50 A) "Supericon," multipin locking XLR. Middle row: weatherproof (Switchcraft EN3), 12 mm video (Hirose RM), circular DIN, circular mini-DIN, 4-pin microphone connector. Bottom row: locking 6-pin (Lemo), microminiature 7-pin shielded (Microtech EP-7S), miniature 2-pin shrouded (Litton SM), 2.5 mm power, banana, pin jack.

Components Hall of Infamy, some charter members of which are shown in Figure 1.126.

### C. Multipin connectors

Very frequently electronic instruments demand multiwire cables and connectors. There are literally dozens of different kinds. The simplest example is a three-wire "IEC" powerline cord connector. Among the more popular are the excellent type-D subminiature, the Winchester MRA series, the venerable MS type, and the flat ribbon-cable mass-termination connectors. These and others are shown in Figure 1.123.

Beware of connectors that can't tolerate being dropped on the floor (the miniature hexagon connectors are classic) or that don't provide a secure locking mechanism (e.g., the Jones 300 series).

### D. Card-edge connectors

The most common method used to make connection to printed-circuit cards is the card-edge connector, which mates to a row of gold-plated contacts at the edge of the card; common examples are the motherboard connectors that accept plug-in computer memory modules. Card-edge connectors may have from 15 to 100 or more connections,

and they come with different lug styles according to the method of connection. You can solder them to a "motherboard" or "backplane," which is itself just another PCB containing the interconnecting wiring between the individual circuit cards. Alternatively, you may want to use edge connectors with standard solder-lug terminations, particularly in a system with only a few cards. A more reliable (though more costly) solution is the use of "two-part" PCB connectors, in which one part (soldered onto the board) mates with the other part (on a backplane, etc); an example is the widely used VME (VersaModule Eurocard) connector (upper right-hand corner of Figure 1.123).

### 1.9.4 Indicators

#### A. Meters

To read out the value of some voltage or current, you have a choice between the time-honored moving-pointer type of meter and digital-readout meters. The latter are more expensive and more accurate. Both types are available in a variety of voltage and current ranges. There are, in addition, exotic panel meters that read out such things as VUs (volume units, an audio dB scale), expanded-scale ac volts (e.g., 105 to 130 V), temperature (from a thermocouple),



**Figure 1.125.** RF and shielded connectors. The panel-mounting receptacle is shown to the left of each cable-mounted plug. Top row, left to right: stereo phone jack, audio "XLR" type; N and UHF (RF connectors). Second row down: BNC, TNC, type F; MHV and SHV (high voltage). Third row down: 2.5 mm (3/32″) audio, 3.5 mm stereo, improved 3.5 mm stereo, phono ("RCA type"), LEMO coaxial. Bottom row: SMA (panel jack, flexible coax plug), SMA (board-mount jack, rigid coax plug), SMB; SC and ST (optical fiber).

percentage motor load, frequency, etc. Digital panel meters often provide the option of logic-level outputs, in addition to the visible display, for internal use by the instrument.

As a substitute for a dedicated meter (whether analog or digital), you increasingly see an LCD (liquid-crystal display) or LED panel with a meter-like pattern. This is flexible and efficient: with a graphic LCD display module (§12.5.3) you can offer the user a choice of "meters," according to the quantity being displayed, all under the control of an embedded controller (a built-in microprocessor; see Chapter 15).

### B. Lamps, LEDs, and displays

Flashing lights, screens full of numbers and letters, eerie sounds – these are the stuff of science fiction movies, and except for the last, they form the subject of lamps and displays (see §12.5.3). Small incandescent lamps used to be standard for front-panel indicators, but they have been re-

placed with LEDs. The latter behave electrically like ordinary diodes, but with a forward voltage drop in the range of 1.5 to 2 volts (for red, orange, and some green LEDs; 3.6 V for blue[54] and high-brightness green; see Figure 2.8). When current flows in the forward direction, they light up. Typically, 2 mA to 10 mA produces adequate brightness. LEDs are cheaper than incandescent lamps, they last pretty much forever, and they come in four standard colors as well as "white" (which is usually a blue LED with a yellow fluorescent coating). They come in convenient panel-mounting packages; some even provide built-in current limiting.[55]

LEDs can also be used for digital displays, for example

---

[54] The invention of the gallium nitride blue LED was the breakthrough product of a lone and unappreciated employee of Nichia Chemical Industries, Shuji Nakamura.

[55] And of course, for both residential and commercial area lighting, LEDs have now largely relegated to the dustbin of history the century-old hot-filament incandescent lamp.



1cm

**Figure 1.126.** Components to avoid. We advise against using components like these, if you have a choice (see text if you need convincing!). Top row, left to right: low-value wirewound pot, type UHF connector, electrical tape ("just say no!"). Middle row: "cinch-type" connectors, microphone connector, hexagon connectors. Bottom row: slide switch, cheap IC socket (not "screw-machined"), type-F connector, open-element trimmer pot, phono connector.

as 7-segment numeric displays or (for displaying letters as well as numbers – "alphanumeric") 16-segment displays or dot-matrix displays. However, if more than a few digits or characters need to be displayed, LCDs are generally preferred. These come in line-oriented arrays (e.g., 16 characters by 1 line, up to 40 characters by 4 lines), with a simple interface that permits sequential or addressable entry of alphanumeric characters and additional symbols. They are inexpensive, low power, and visible even in sunlight. Back-lighted versions work well even in subdued light, but are not low power. Much more on these (and other) *optoelectronic* devices in §12.5.

### 1.9.5 Variable components

#### A. Variable resistors
Variable resistors (also called volume controls, potentiometers, pots, or trimmers) are useful as panel controls or internal adjustments in circuits. A classic panel type is the 2-watt-type AB potentiometer; it uses the same basic material as the fixed carbon-composition resistor, with a rotatable "wiper" contact. Other panel types are available with ceramic or plastic resistance elements, with improved characteristics. Multiturn types (3, 5, or 10 turns) are available, with counting dials, for improved resolution and linearity. "Ganged" pots (several independent sections on one shaft) are also manufactured, although in limited variety, for applications that demand them. Figure 1.8 shows a representative selection of pots and trimmers.

For use inside an instrument, rather than on the front panel, *trimmer pots* come in single-turn and multiturn styles, most intended for printed-circuit mounting. These are handy for calibration adjustments of the "set-and-forget" type. Good advice: resist the temptation to use lots of trimmers in your circuits. Use good design instead.



**Figure 1.127.** Potentiometer (three-terminal variable resistor).

The symbol for a variable resistor, or pot, is shown in Figure 1.127. Sometimes the symbols CW and CCW are used to indicate the clockwise and counterclockwise ends.

An all-electronic version of a potentiometer can be made with an array of electronic (transistor) switches that select a tap in a long chain of fixed resistors. As awkward as that may sound, it is a perfectly workable scheme when implemented as an IC. For example, Analog Devices, Maxim/Dallas Semiconductor, and Xicor make a series of "digital potentiometers" with up to 1024 steps; they come as single or dual units, and some of them are "nonvolatile," meaning that they remember their last setting even if power has been turned off. These find application in consumer electronics (televisions, stereos) where you want to adjust the volume from your infrared remote control, rather than by turning a knob; see §3.4.3E.

One important point about variable resistors: don't attempt to use a potentiometer as a substitute for a precise resistor value somewhere within a circuit. This is tempting, because you can trim the resistance to the value you want. The trouble is that potentiometers are not as stable as good (1%) resistors, and in addition they may not have good resolution (i.e., they can't be set to a precise value). If you must have a precise and settable resistor value somewhere, use a combination of a 1% (or better) precision resistor and a potentiometer, with the fixed resistor contributing most of the resistance. For example, if you need a 23.4k resistor, use a 22.6k 1% fixed resistor (a standard value) in series with a 2k trimmer pot. Another possibility is to use a series combination of several precision resistors, selecting the last (and smallest) resistor to give the desired series resistance.

As we'll see later (§3.2.7), it is possible to use FETs as voltage-controlled variable resistors in some applications. Another possibility is an "optophotoresistor" (§12.7). Transistors can be used as variable-gain amplifiers, again controlled by a voltage. Keep an open mind when design brainstorming.



**Figure 1.128.** Variable capacitor.

### B. Variable capacitors

Variable capacitors are primarily confined to the smaller capacitance values (up to about 1000 pF) and are commonly used in RF circuits. Trimmers are available for in-circuit adjustments, in addition to the panel type for user tuning. Figure 1.128 shows the symbol for a variable capacitor.

Diodes operated with applied reverse voltage can be used as voltage-variable capacitors; in this application they're called *varactors*, or sometimes *varicaps* or *epicaps*. They're very important in RF applications, especially phase-locked loops, automatic frequency control (AFC), modulators, and parametric amplifiers.

### C. Variable inductors

Variable inductors are usually made by arranging to move a piece of core material in a fixed coil. In this form they're available with inductances ranging from microhenrys to henrys, typically with a 2:1 tuning range for any given inductor. Also available are rotary inductors (coreless coils with a rolling contact).[56]

### D. Variable transformers

Variable transformers are handy devices, especially the ones operated from the 115 volt ac line. They're usually configured as "autotransformers," which means that they have only one winding, with a sliding contact. They're also commonly called Variacs (the name given to them by General Radio), and they are made by Technipower, Superior Electric, and others. Figure 1.129 shows a classic unit from General Radio. Typically they provide 0 to 135 volts ac output when operated from 115 volts, and they come in current ratings from 1 amp to 20 amps or more. They're good for testing instruments that seem to be affected by powerline variations, and in any case to verify worst-case performance. *Important Warning*: don't forget that the output is not electrically isolated from the powerline, as it would be with a transformer!



**Figure 1.129.** A powerline variable transformer ("Variac") lets you adjust the ac input voltage to something you are testing. Here a 5 A unit is shown, both clothed and undressed.

### 1.10 A parting shot: confusing markings and itty-bitty components

In our electronics course,[57] and indeed in day-to-day electronics on the bench, we encounter a wonderful confusion of component markings. Capacitors in particular are just, well, perverse: they rarely bother specifying *units* (even though they span 12 orders of magnitude, picofarads to farads), and for ceramic SMT varieties they dispense with any markings whatsoever! Even worse, they are still caught up in the transition from printing the value as an integer (e.g., "470" meaning 470 pF) versus using exponent notation (e.g., "470" meaning $47 \times 10^0$, i.e., 47 pF). Figure 1.130 shows exactly that case! Another trap for the unwary (and sometimes the wary, as well) is the date-code *gotcha*: the 4-digit code (yydd) can masquerade as a part number, as in the four examples in the photo. And, as components become smaller and smaller, there's precious little room for all but the briefest of markings; so, following the pharmaceutical industry, manufacturers invent a short

---

[56] An interesting form of variable inductor of yesteryear was the *variometer*, a rotatable coil positioned within a fixed outer coil and connected in series with it. As the inner coil was rotated, the total inductance went from maximum (four times the inductance of either coil alone) all the way down to zero. These things were *consumer* items, listed for example in the 1925 Sears Roebuck catalog.

[57] Physics 123 ("Laboratory Electronics") at Harvard University: "Half course (fall term; repeated spring term). A lab-intensive introduction to electronic circuit design. Develops circuit intuition and debugging skills through daily hands-on lab exercises, each preceded by class discussion, with minimal use of mathematics and physics. Moves quickly from passive circuits, to discrete transistors, then concentrates on operational amplifiers, used to make a variety of circuits including integrators, oscillators, regulators, and filters. The digital half of the course treats analog–digital interfacing, emphasizing the use of microcontrollers and programmable logic devices (PLDs)." See http://webdocs.registrar.fas.harvard.edu/courses/Physics.html.

# The Little Book of Semaphores

Allen B. Downey

**2**

# The Little Book of Semaphores
### First Edition

Copyright (C) 2003 Allen B. Downey

Permission is granted to copy, distribute and/or modify this document under the terms of the GNU Free Documentation License, Version 1.1 or any later version published by the Free Software Foundation; this book contains no Invariant Sections, no Front-Cover Texts, and with no Back-Cover Texts.

You can obtain a copy of the GNU Free Documentation License from www.gnu.org or by writing to the Free Software Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA 02111-1307, USA.

The original form of this book is LaTeX source code. Compiling this LaTeX source has the effect of generating a device-independent representation of a book, which can be converted to other formats and printed.

The LaTeX source for this book, and more information about the Open Source Textbook project, is available from `allendowney.com/semaphores`.

This book was typeset by the author using latex, dvips and ps2pdf, among other free, open-source programs.

# Contents

**1 Introduction**      **1**
  1.1 Synchronization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  1.2 Execution model . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  1.3 Serialization with messages . . . . . . . . . . . . . . . . . . . . . . 3
  1.4 Non-determinism . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  1.5 Shared variables . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    1.5.1 Concurrent writes . . . . . . . . . . . . . . . . . . . . . . . 4
    1.5.2 Concurrent updates . . . . . . . . . . . . . . . . . . . . . . 5
    1.5.3 Mutual exclusion with messages . . . . . . . . . . . . . . . 6

**2 Semaphores**      **7**
  2.1 Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
  2.2 Syntax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
  2.3 Why semaphores? . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**3 Basic synchronization patterns**      **11**
  3.1 Signaling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
  3.2 Rendezvous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    3.2.1 Rendezvous hint . . . . . . . . . . . . . . . . . . . . . . . . 13
    3.2.2 Rendezvous solution . . . . . . . . . . . . . . . . . . . . . . 15
    3.2.3 Deadlock #1 . . . . . . . . . . . . . . . . . . . . . . . . . . 15
  3.3 Mutex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    3.3.1 Mutual exclusion hint . . . . . . . . . . . . . . . . . . . . . 17
    3.3.2 Mutual exclusion solution . . . . . . . . . . . . . . . . . . . 19
  3.4 Multiplex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    3.4.1 Multiplex solution . . . . . . . . . . . . . . . . . . . . . . . 21
  3.5 Barrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    3.5.1 Barrier hint . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    3.5.2 Barrier non-solution . . . . . . . . . . . . . . . . . . . . . . 25
    3.5.3 Deadlock #2 . . . . . . . . . . . . . . . . . . . . . . . . . . 27
    3.5.4 Barrier solution . . . . . . . . . . . . . . . . . . . . . . . . 29
    3.5.5 Deadlock #3 . . . . . . . . . . . . . . . . . . . . . . . . . . 31
  3.6 Reusable barrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
    3.6.1 Reusable barrier hint . . . . . . . . . . . . . . . . . . . . . 33

|       | 3.6.2 | Reusable barrier non-solution #1 . . . . . . . . . . . . | 35 |
|       | 3.6.3 | Reusable barrier problem #1 . . . . . . . . . . . . | 37 |
|       | 3.6.4 | Reusable barrier non-solution #2 . . . . . . . . . . . . | 39 |
|       | 3.6.5 | Reusable barrier hint . . . . . . . . . . . . . . . | 41 |
|       | 3.6.6 | Reusable barrier solution . . . . . . . . . . . . . . | 43 |
|       | 3.6.7 | Barrier objects . . . . . . . . . . . . . . . . . | 44 |
|       | 3.6.8 | Kingmaker pattern . . . . . . . . . . . . . . . | 44 |
| 3.7   | FIFO queue . . . . . . . . . . . . . . . . . . . | 47 |
|       | 3.7.1 | FIFO queue hint . . . . . . . . . . . . . . . . | 49 |
|       | 3.7.2 | FIFO queue solution . . . . . . . . . . . . . . . | 51 |

**4  Classical synchronization problems                                   53**

| 4.1   | Producer-consumer problem . . . . . . . . . . . . . . | 53 |
|       | 4.1.1 | Producer-consumer hint . . . . . . . . . . . . . . | 55 |
|       | 4.1.2 | Producer-consumer solution . . . . . . . . . . . . | 57 |
|       | 4.1.3 | Deadlock #4 . . . . . . . . . . . . . . . . . . | 59 |
|       | 4.1.4 | Producer-consumer with a finite buffer . . . . . . . . | 59 |
|       | 4.1.5 | Finite buffer producer-consumer hint . . . . . . . . . | 61 |
|       | 4.1.6 | Finite buffer producer-consumer solution . . . . . . . | 63 |
| 4.2   | Readers-writers problem . . . . . . . . . . . . . . . | 63 |
|       | 4.2.1 | Readers-writers hint . . . . . . . . . . . . . . . | 65 |
|       | 4.2.2 | Readers-writers solution . . . . . . . . . . . . . | 67 |
|       | 4.2.3 | Starvation . . . . . . . . . . . . . . . . . . | 69 |
|       | 4.2.4 | No-starve readers-writers hint . . . . . . . . . . . | 71 |
|       | 4.2.5 | No-starve readers-writers solution . . . . . . . . . | 73 |
|       | 4.2.6 | Writer-priority readers-writers hint . . . . . . . . . | 75 |
|       | 4.2.7 | Writer-priority readers-writers solution . . . . . . . . | 77 |
| 4.3   | No-starve mutex . . . . . . . . . . . . . . . . . | 79 |
|       | 4.3.1 | No-starve mutex hint . . . . . . . . . . . . . . | 81 |
|       | 4.3.2 | No-starve mutex solution . . . . . . . . . . . . . | 83 |
| 4.4   | Dining philosophers . . . . . . . . . . . . . . . . | 85 |
|       | 4.4.1 | Deadlock #5 . . . . . . . . . . . . . . . . . . | 87 |
|       | 4.4.2 | Dining philosophers hint #1 . . . . . . . . . . . . | 89 |
|       | 4.4.3 | Dining philosophers solution #1 . . . . . . . . . . | 91 |
|       | 4.4.4 | Dining philosopher's solution #2 . . . . . . . . . . | 93 |
|       | 4.4.5 | Tanenbaum's solution . . . . . . . . . . . . . . | 95 |
|       | 4.4.6 | Starving Tanenbaums . . . . . . . . . . . . . . | 97 |
| 4.5   | Cigarette smokers' problem . . . . . . . . . . . . . . | 99 |
|       | 4.5.1 | Deadlock #6 . . . . . . . . . . . . . . . . . . | 103 |
|       | 4.5.2 | Smoker problem hint . . . . . . . . . . . . . . | 105 |
|       | 4.5.3 | Smoker problem solution . . . . . . . . . . . . . | 107 |
|       | 4.5.4 | Generalized Smokers' Problem . . . . . . . . . . . | 107 |

## 5 Not-so-classical synchronization problems                              109

  5.1 Building H₂O . . . . . . . . . . . . . . . . . . . . . . . . . . 109
     5.1.1 H₂O hint . . . . . . . . . . . . . . . . . . . . . . . . 111
     5.1.2 H₂O solution . . . . . . . . . . . . . . . . . . . . . . 113
  5.2 River crossing problem . . . . . . . . . . . . . . . . . . . . . 114
     5.2.1 River crossing hint . . . . . . . . . . . . . . . . . . . 115
     5.2.2 River crossing solution . . . . . . . . . . . . . . . . . 117
  5.3 The unisex bathroom problem . . . . . . . . . . . . . . . . . 118
     5.3.1 Unisex bathroom hint . . . . . . . . . . . . . . . . . 119
     5.3.2 Unisex bathroom solution . . . . . . . . . . . . . . . 121
     5.3.3 No-starve unisex bathroom problem . . . . . . . . . . 123
     5.3.4 No-starve unisex bathroom solution . . . . . . . . . . 125
     5.3.5 Efficient no-starve unisex bathroom problem . . . . . . 125
     5.3.6 Efficient no-starve unisex bathroom hint . . . . . . . 127
     5.3.7 Efficient unisex bathroom solution . . . . . . . . . . . 129
  5.4 Baboon crossing problem . . . . . . . . . . . . . . . . . . . 130
  5.5 The search-insert-delete problem . . . . . . . . . . . . . . . 131
     5.5.1 Search-Insert-Delete hint . . . . . . . . . . . . . . . 133
     5.5.2 Search-Insert-Delete solution . . . . . . . . . . . . . 135
  5.6 The dining savages problem . . . . . . . . . . . . . . . . . . 137
     5.6.1 Dining Savages hint . . . . . . . . . . . . . . . . . . 139
     5.6.2 Dining Savages solution . . . . . . . . . . . . . . . . 141
  5.7 The barbershop problem . . . . . . . . . . . . . . . . . . . . 143
     5.7.1 Barbershop hint . . . . . . . . . . . . . . . . . . . . 145
     5.7.2 Barbershop solution . . . . . . . . . . . . . . . . . . 147
  5.8 Hilzer's Barbershop problem . . . . . . . . . . . . . . . . . . 149
     5.8.1 Hilzer's barbershop hint . . . . . . . . . . . . . . . . 150
     5.8.2 Hilzer's barbershop solution . . . . . . . . . . . . . . 150
  5.9 The room party problem . . . . . . . . . . . . . . . . . . . . 152
     5.9.1 Room party hint . . . . . . . . . . . . . . . . . . . . 153
     5.9.2 Room party solution . . . . . . . . . . . . . . . . . . 155
  5.10 The Santa Claus problem . . . . . . . . . . . . . . . . . . . 157
     5.10.1 Santa problem hint . . . . . . . . . . . . . . . . . . . 159
     5.10.2 Santa problem solution . . . . . . . . . . . . . . . . . 161
  5.11 The roller coaster problem . . . . . . . . . . . . . . . . . . . 163
     5.11.1 Roller Coaster hint . . . . . . . . . . . . . . . . . . . 165
     5.11.2 Roller Coaster solution . . . . . . . . . . . . . . . . . 167
     5.11.3 Multi-car Roller Coaster hint . . . . . . . . . . . . . 169
     5.11.4 Multi-car Roller Coaster solution . . . . . . . . . . . 171
  5.12 The Bus problem . . . . . . . . . . . . . . . . . . . . . . . . 173
     5.12.1 Bus problem hint . . . . . . . . . . . . . . . . . . . . 175
     5.12.2 Bus problem solution . . . . . . . . . . . . . . . . . . 177

# Chapter 1

# Introduction

## 1.1   Synchronization

In common use, "synchronization" means making two things happen at the same time. In computer systems, synchronization is a little more general; it refers to relationships among events—any number of events, and any kind of relationship (before, during, after).

Computer programmers are often concerned with **synchronization constraints**, which are requirements pertaining to the order of events. Examples include:

**Serialization:** Event A must happen before Event B.

**Mutual exclusion:** Events A and B must not happen at the same time.

In real life we often check and enforce synchronization constraints using a clock. How do we know if A happened before B? If we know what time both events occurred, we can just compare the times.

In computer systems, we often need to satisfy synchonization constraints without the benefit of a clock, either because there is no universal clock, or because we don't know with fine enough resolution when events occur.

That's what this book is about: software techniques for enforcing synchronization constraints.

## 1.2   Execution model

In order to understand software synchronization, you have to have a model of how computer programs run. In the simplest model, computers execute one instruction after another in sequence. In this model, synchronization is trivial; we can tell the order of events by looking at the program. If Statement A comes before Statement B, it will be executed first.

There are two ways things get more complicated. One possibility is that the computer is parallel, meaning that it has multiple processors running at the same time. In that case it is not easy to know if a statement on one processor is executed before a statement on another.

Another possibility is that a single processor is running multiple threads of execution. A thread is a sequence of instructions that execute sequentially. If there are multiple threads, then the processor can work on one for a while, then switch to another, and so on.

In general the programmer has no control over when each thread runs; the operating system (specifically, the scheduler) makes those decisions. As a result, again, the programmer can't tell when statements in different threads will be executed.

For purposes of synchronization, there is no difference between the parallel model and the multithread model. The issue is the same—within one processor (or one thread) we know the order of execution, but between processors (or threads) it is impossible to tell.

A real world example might make this clearer. Imagine that you and your friend Bob live in different cities, and one day, around dinner time, you start to wonder who ate lunch first that day, you or Bob. How would you find out?

Obviously you could call him and ask what time he ate lunch. But what if you started lunch at 11:59 by your clock and Bob started lunch at 12:01 by his clock? Can you be sure who started first? Unless you are both very careful to keep accurate clocks, you can't.

Computer systems face the same problem because, even though their clocks are usually accurate, there is always a limit to their precision. In addition, most of the time the computer does not keep track of what time things happen. There are just too many things happening, too fast, to record the exact time of everything.

Puzzle: Assuming that Bob is willing to follow simple instructions, is there any way you can *guarantee* that tomorrow you will eat lunch before Bob?

## 1.3   Serialization with messages

One solution is to instruct Bob not to eat lunch until you call. Then, make
sure you don't call until after lunch. This approach may seem trivial, but the
underlying idea, message passing, is a real solution for many synchronization
problems.

At the risk of belaboring the obvious, consider this timeline.

You                                                      Bob

```
a1  Eat breakfast                    b1  Eat breakfast
a2  Work                             b2  Wait for a call
a3  Eat lunch                        b3  Eat lunch
a4  Call Bob
```

The first column is a list of actions you perform; in other words, your thread
of execution. The second column is Bob's thread of execution. Within a thread,
we can always tell what order things happen. We can denote the order of events

$$a1 < a2 < a3 < a4$$

$$b1 < b2 < b3$$

where the relation $a1 < a2$ means that a1 happened before a2.

In general, though, there is no way to compare events from different threads;
for example, we have no idea who ate breakfast first (is $a1 < b1$?).

But with message passing (the phone call) we *can* tell who ate lunch first
($a3 < b3$). Assuming that Bob has no other friends, he won't get a call until
you call, so $b2 > a4$ . Combining all the relations, we get

$$b3 > b2 > a4 > a3$$

which proves that you had lunch before Bob.

In this case, we would say that you and Bob ate lunch **sequentially**, because
we know the order of events, and you ate breakfast **concurrently**, because we
don't.

When we talk about concurrent events, it is tempting to say that they happen
at the same time, or simultaneously. As a shorthand, that's fine, as long as you
remember the strict definition:

> Two events are concurrent if we cannot tell by looking at the program
> which will happen first.

Sometimes we can tell, after the program runs, which happened first, but
often not, and even if we can, there is no guarantee that we will get the same
result the next time.

## 1.4   Non-determinism

Concurrent programs are often **non-deterministic**, which means it is not pos-
sible to tell, by looking at the program, what will happen when it executes.

Here is a very simple example of a non-deterministic program:

| Thread A | Thread B |
|----------|----------|
| a1  print "yes" | b1  print "no" |

Because the two threads run concurrently, the order of execution depends on the scheduler. During any given run of this program, the output might be "yes no" or "no yes".

Non-determinism is one of the things that makes concurrent programs hard to debug. A program might work correctly 1000 times in a row, and then crash on the 1001st run, depending on the particular decisions of the scheduler.

These kinds of bugs are almost impossible to find by testing; they can only be avoided by careful programming.

## 1.5   Shared variables

Most of the time, most variables in most threads are **local**, meaning that they belong to a single thread and no other threads can access them. As long as that's true, there tend to be few synchronization problems, because threads just don't interact.

But usually some variables are **shared** among two or more threads; this is one of the ways threads interact with each other. For example, one way to communicate information between threads is for one thread to read a value written by another thread.

If the threads are unsynchronized, then we cannot tell by looking at the program whether the reader will see the value the writer writes or an old value that was already there. Thus many applications enforce the contraint that the reader should not read until after the writer writes. This is exactly the serialization problem in Section 1.3.

Other ways that threads interact are concurrent writes (two or more writers) and concurrent updates (two or more threads performing a read followed by a write). The next two sections deal with these interactions. The other possible use of a shared variable, concurrent reads, does not generally create a synchronization problem.

### 1.5.1   Concurrent writes

In the following example, x is a shared variable accessed by two writers.

| Thread A | Thread B |
|----------|----------|
| a1  x = 5<br>a2  print x | b1  x = 7 |

What value of x gets printed? What is the final value of x when all these statements have executed? It depends on the order in which the statements are executed, called the **execution path**. One possible path is $a1 < a2 < b1$, in which case the output of the program is 5, but the final value is 7.

Puzzle: What path yields output `5` and final value `5`?

Puzzle: What path yields output `7` and final value `7`?

Puzzle: Is there a path that yields output `7` and final value `5`? Can you prove it?

Answering questions like these is an important part of concurrent programming: What paths are possible and what are the possible effects? Can we prove that a given (desirable) effect is necessary or that an (undesirable) effect is impossible?

### 1.5.2   Concurrent updates

An update is an operation that reads the value of a variable, computes a new value based on the old value, and writes the new value. The most common kind of update is an increment, in which the new value is the old value plus one. The following example shows a shared variable, `count`, being updated concurrently by two threads.

Thread A                                              Thread B

| a1  `count = count + 1` |

| b1  `count = count + 1` |

At first glance, it is not obvious that there is a synchronization problem here. There are only two execution paths, and they yield the same result.

The problem is that these operations are translated into machine language before execution, and in machine language the update takes two steps, a read and a write. The problem is more obvious if we rewrite the code with a temporary variable, `temp`.

Thread A                                              Thread B

| a1  `temp = count`<br>a2  `count = temp + 1` |

| b1  `temp = count`<br>b2  `count = temp + 1` |

Now consider the following execution path

$$a1 < b1 < b2 < a2$$

Assuming that the initial value of `x` is `0`, what is its final value? Because both threads read the same initial value, they write the same value. The variable is only incremented once, which is probably not what the programmer had in mind.

This kind of problem is subtle because it is not always possible to tell, looking at a high-level program, which operations are performed in a single step and which can be interrupted. In fact, some computers provide an increment instruction that is implemented in hardware that cannot be interrupted. An operation that cannot be interrupted is said to be **atomic**.

So how can we write concurrent programs if we don't know which operations are atomic? One possibility is to collect specific information about each operation on each hardware platform. The drawbacks of this approach are obvious.

The most common alternative is to make the conservative assumption that all updates and all writes are not atomic, and to use synchronization constraints to control concurrent access to shared variables.

The most common constraint is mutual exclusion, or mutex, which I mentioned in Section 1.1. Mutual exclusion guarantees that only one thread accesses a shared variable at a time, eliminating the kinds of synchronization errors in this section.

### 1.5.3   Mutual exclusion with messages

Like serialization, mutual exclusion can be implemented using message passing. For example, imagine that you and Bob operate a nuclear reactor that you monitor from remote stations. Most of the time, both of you are watching for warning lights, but you are both allowed to take a break for lunch. It doesn't matter who eats lunch first, but it is very important that you don't eat lunch at the same time, leaving the reactor unwatched!

Puzzle: Figure out a system of message passing (phone calls) that enforces these restraints. Assume there are no clocks, and you cannot predict when lunch will start or how long it will last. What is the minimum number of messages that is required?

# Chapter 2

# Semaphores

In real life a semaphore is a system of signals used to communicate visually, usually with flags, lights, or some other mechanism. In software, a semaphore is a data structure that is useful for solving a variety of synchronization problems.

Semaphores were invented by Edsgar Dijkstra, a famously eccentric computer scientist. Some of the details have changed since the original design, but the basic idea is the same.

## 2.1  Definition

A semaphore is like an integer, with three differences:

1. When you create the semaphore, you can initialize its value to any integer, but after that the only operations you are allowed to perform are increment (increase by one) and decrement (decrease by one). You cannot read the current value of the semaphore.

2. When a thread decrements the semaphore, if the result is negative, the thread blocks itself and cannot continue until another thread increments the semaphore.

3. If the value of the semaphore is negative and a thread increments it, one of the threads that is waiting gets woken up.

To say that a thread blocks itself (or simply "blocks") is to say that it notifies the scheduler that it cannot proceed. The scheduler will prevent the thread from running until it is notified otherwise. Since the blocked thread cannot run, some other thread has to unblock it. In the tradition of mixed computer science metaphors, unblocking is often called "waking".

That's all there is to the definition, but there are some consequences of the definition you might want to think about.

- In general, there is no way to know before a thread decrements a semaphore whether it will block or not (in specific cases you might be able to prove that it will or will not).

- After a thread increments a semaphore and another thread gets woken up, both threads continue running concurrently. There is no way to know which thread, if either, will continue immediately.

Finally, you might want to think about what the value of the semaphore means. If the value is positive, then it represents the number of threads that can decrement without blocking. If it is negative, then it represents the number of threads that have blocked and are waiting. If the value is zero, it means there are no threads waiting, but if a thread tries to decrement, it will block.

## 2.2    Syntax

In most programming environments, an implementation of semaphores is available as part of the programming language or the operating system. Different implementations sometimes offer slightly different capabilities, and usually require different syntax.

In this book I will use a simple pseudo-language to demonstrate how semaphores work. The syntax for creating a new semaphore and initializing it is

Listing 2.1: Semaphore initialization syntax

```
1    Semaphore fred = 1
```

When `Semaphore` appears with a capital letter it indicates a type of variable. In this case, `fred` is the name of the new semaphore and `1` is its initial value.

The semaphore operations go by different names in different environments. The most common alternatives are

Listing 2.2: Semaphore operations

```
1    fred.increment ()
2    fred.decrement ()
```

and

Listing 2.3: Semaphore operations

```
1    fred.signal ()
2    fred.wait ()
```

and

Listing 2.4: Semaphore operations

```
1    fred.V ()
2    fred.P ()
```

It may be surprising that there are so many names, but there is a reason for the plurality. `increment` and `decrement` describe what the operations *do*. `signal` and `wait` describe what they are often used for. And `V` and `P` were the original names proposed by Dijkstra, who wisely realized that a meaningless name is better than a misleading name[1].

I consider the other pairs misleading because `increment` and `decrement` neglect to mention the possibility of blocking and waking, and semaphores are often used in ways that have nothing to do with `signal` and `wait`.

If you insist on meaningful names, then I would suggest these:

Listing 2.5: Semaphore operations

```
1        fred.increment_and_wake_a_waiting_process_if_any ()
2        fred.decrement_and_block_if_the_result_is_negative ()
```

I don't think the world is likely to embrace either of these names soon. In the meantime, I choose (more or less arbitrarily) to use `signal` and `wait`.

## 2.3   Why semaphores?

Looking at the definition of semaphores, it is not at all obvious why they are useful. It's true that we don't *need* semaphores to solve synchronization problems, but there are some advantages to using them:

- Semaphores impose deliberate constraints that help programmers avoid errors.

- Solutions using semaphores are often clean and organized, making it easy to demonstrate their correctness.

- Semaphores can be implemented efficiently on many systems, so solutions that use semaphores are portable and usually efficient.

---

[1] Actually, `V` and `P` aren't completely meaningless to people who speak Dutch.

# Chapter 3

# Basic synchronization patterns

This chapter presents a series of basic synchronization problems and shows ways of using semaphores to solve them. These problems include serialization and mutual exclusion, which we have already seen, along with others.

## 3.1   Signaling

Possibly the simplest use for a semaphore is **signaling**, which means that one thread sends a signal to another thread to indicate that something has happened.

Signaling makes it possible to guarantee that a section of code in one thread will run before a section of code in another thread; in other words, it solves the serialization problem.

Assume that we have a semaphore named `sem` with initial value 0, and that Threads A and B have shared access to it.

Thread A

```
1   statement a1
2   sem.signal ()
```

Thread B

```
1   sem.wait ()
2   statement b1
```

The word `statement` represents an arbitrary program statement. To make the example concrete, imagine that `a1` reads a line from a file, and `b1` displays the line on the screen. The semaphore in this program guarantees that Thread A has completed `a1` before Thread B begins `b1`.

Here's how it works: if thread B gets to the `wait` statement first, it will find the initial value, zero, and it will block. Then when Thread A signals, Thread B proceeds.

Similarly, if Thread A gets to the signal first then the value of the semaphore will be incremented, and when Thread B gets to the wait, it will proceed immediately. Either way, the order of `a1` and `b1` is guaranteed.

This use of semaphores is the basis of the names `signal` and `wait`, and in this case the names are conveniently mnemonic. Unfortunately, we will see other cases where the names are less helpful.

Speaking of meaningful names, `sem` isn't one. When possible, it is a good idea to give a semaphore a name that indicates what it represents. In this case a name like `a1Done` might be good, where `a1Done = 0` means that `a1` has not executed and `a1Done = 1` means it has.

## 3.2   Rendezvous

Puzzle: Generalize the signal pattern so that it works both ways. Thread A has to wait for Thread B and vice versa. In other words, given this code

Thread A

```
1   statement a1
2   statement a2
```

Thread B

```
1   statement b1
2   statement b2
```

we want to guarantee that `b1` happens before `b2` and `b1` happens before `a2`. In writing your solution, be sure to specify the names and initial values of your semaphores (little hint there).

Your solution should not enforce too many constraints. For example, we don't care about the order of `a1` and `b1`. In your solution, either order should be possible.

This synchronization problem has a name; it's a rendezvous. The idea is that two threads rendezvous at a point of execution, and neither is allowed to proceed until both have arrived.

Case 1:20-cv-00984-WCB    Document 389-2    Filed 11/19/24    Page 121 of 303 PageID
#: 18871

### 3.2.1   Rendezvous hint

The chances are good that you were able to figure out a solution, but if not, here is a hint. Create two semaphores, named `aArrived` and `bArrived`, and initialize them both to zero.

As the names suggest, `aArrived` indicates whether Thread A has arrived at the rendezvous, and `bArrived` likewise.

14                                                    Basic synchronization patterns

### 3.2.2   Rendezvous solution

Here is my solution, based on the previous hint:

Thread A

```
1   statement a1
2   aArrived.signal ()
3   bArrived.wait ()
4   statement a2
```

Thread B

```
1   statement b1
2   bArrived.signal ()
3   aArrived.wait ()
4   statement b2
```

While working on the previous problem, you might have tried something like this:

Thread A

```
1   statement a1
2   bArrived.wait ()
3   aArrived.signal ()
4   statement a2
```

Thread B

```
1   statement b1
2   bArrived.signal ()
3   aArrived.wait ()
4   statement b2
```

This solution also works, although it is probably less efficient, since it might have to switch between A and B one time more than necessary.

If A arrives first, it waits for B. When B arrives, it wakes A and might proceed immediately to its `wait` in which case it blocks, allowing A to reach its `signal`, after which both threads can proceed.

Think about the other possible paths through this code and convince yourself that in all cases neither thread can proceed until both have arrived.

### 3.2.3   Deadlock #1

Again, while working on the previous problem, you might have tried something like this:

Thread A

```
1   statement a1
2   bArrived.wait ()
3   aArrived.signal ()
4   statement a2
```

Thread B

```
1   statement b1
2   aArrived.wait ()
3   bArrived.signal ()
4   statement b2
```

If so, I hope you rejected it quickly, because it has a serious problem. Assuming that A arrives first, it will block at its `wait`. When B arrives, it will also block, since A wasn't able to signal `aArrived`. At this point, neither thread can proceed, and never will.

This situation is called a **deadlock** and, obviously, it is not a successful solution of the synchronization problem. In this case, the error is obvious, but often the possibility of deadlock is more subtle. We will see more examples later.

## 3.3   Mutex

A second common use for semaphores is to enforce mutual exclusion. We have already seen one use for mutual exclusion, controlling concurrent access to shared variables. The mutex guarantees that only one thread accesses the shared variable at a time.

A mutex is like a token that passes from one thread to another, allowing one thread at a time to proceed. For example, in *The Lord of the Flies* a group of children use a conch as a mutex. In order to speak, you have to hold the conch. As long as only one child holds the conch, only one can speak.

Similarly, in order for a thread to access a shared variable, it has to "get" the mutex; when it is done, it "releases" the mutex. Only one thread can hold the mutex at a time.

Puzzle: Add semaphores to the following example to enforce mutual exclusion to the shared variable `count`.

Thread A

```
count = count + 1
```

Thread B

```
count = count + 1
```

### 3.3.1   Mutual exclusion hint

Create a semaphore named `mutex` that is initialized to 1. A value of one means that a thread may proceed and access the shared variable; a value of zero means that it has to wait for another thread to release the mutex.

**18**                                    **Basic synchronization patterns**

### 3.3.2   Mutual exclusion solution

Here is a solution:

Thread A

```
mutex.wait ()
    // critical section
    count = count + 1
mutex.signal ()
```

Thread B

```
mutex.wait ()
    // critical section
    count = count + 1
mutex.signal ()
```

Since `mutex` is initially 1, whichever thread gets to the `wait` first will be able to proceed immediately. Of course, the act of waiting on the semaphore has the effect of decrementing it, so the second thread to arrive will have to wait until the first signals.

I have indented the update operation to show that it is contained within the mutex.

In this example, both threads are running the same code. This is sometimes called a **symmetric** solution. If the threads have to run different code, the solution is **asymmetric**. Symmetric solutions are often easier to generalize. In this case, the mutex solution can handle any number of concurrent threads without modification. As long as every thread waits before performing an update and signals after, then no two threads will access `count` concurrently.

Often the code that needs to be protected is called the **critical section**, I suppose because it is critically important to prevent concurrent access.

In the tradition of computer science and mixed metaphors, there are several other ways people sometimes talk about mutexes. In the metaphor we have been using so far, the mutex is a token that is passed from one thread to another.

In an alternative metaphor, we think of the critical section as a room, and only one thread is allowed to be in the room at a time. In this metaphor, mutexes are called locks, and a thread is said to lock the mutex before entering and unlock it while exiting. Occasionally, though, people mix the metaphors and talk about "getting" or "releasing" a lock, which doesn't make much sense.

Both metaphors are potentially useful and potentially misleading. As you work on the next problem, try out both ways of thinking and see which one leads you to a solution.

## 3.4   Multiplex

Puzzle: Generalize the previous solution so that it allows multiple threads to run in the critical section at the same time, but it enforces an upper limit on the number of concurrent threads. In other words, no more than `n` threads can run in the critical section at the same time.

This pattern is called a **multiplex**. In real life, the multiplex problem occurs at busy nightclubs where there is a maximum number of people allowed in the building at a time, either to maintain fire safety or to create the illusion of exclusivity.

At such places a bouncer usually enforces the synchronization constraint by keeping track of the number of people inside and barring arrivals when the room is at capacity. Then, whenever one person leaves another is allowed to enter.

Enforcing this constraint with semaphores may sound difficult, but it is almost trivial.

### 3.4.1   Multiplex solution

To allow multiple threads to run in the critical section, just initialize the mutex to `n`, which is the maximum number of threads that should be allowed.

At any time, the value of the semaphore represents the number of additional threads that may enter. If the value is zero, then the next thread will block until one of the threads inside exits and signals. When all threads have exited the value of the semaphore is restored to `n`.

Since the solution is symmetric, it's conventional to show only one copy of the code, but you should imagine multiple copies of the code running concurrently in multiple threads.

Listing 3.1: Multiplex solution

```
1  multiplex.wait ()
2     critical section
3  multiplex.signal ()
```

What happens if the critical section is occupied and more than one thread arrives? Of course, what we want is for all the arrivals to wait. This solution does exactly that. Each time an arrival joins the queue, the semaphore is decremented, so that the value of the semaphore (negated) represents the number of threads in queue.

When a thread leaves, it signals the semaphore, incrementing its value and allowing one of the waiting threads to proceed.

Thinking again of metaphors, in this case I find it useful to think of the semaphore as a set of tokens (rather than a lock). As each thread invokes `wait`, it picks up one of the tokens; when it invokes `signal` it releases one. Only a thread that holds a token can enter the room. If no tokens are available when a thread arrives, it waits until another thread releases one.

In real life, ticket windows sometimes use a system like this. They hand out tokens (sometimes poker chips) to customers in line. Each token allows the holder to buy a ticket.

## 3.5   Barrier

Consider again the Rendezvous problem from Section 3.2. A limitation of the solution we presented is that it does not work with more than two threads.

Puzzle: Generalize the rendezvous solution. Every thread should run the following code:

Listing 3.2: Barrier code

```
1  rendezvous
2  critical point
```

The synchronization requirement is that no thread executes `critical point` until after all threads have executed `rendezvous`.

**22**                                                          **Basic synchronization patterns**

You can assume that there are $n$ threads and that this value is stored in a variable, `n`, that is accessible from all threads.

When the first $n-1$ threads arrive they should block until the $n$th thread arrives, at which point all the threads may proceed.

### 3.5.1   Barrier hint

For many of the problems in this book I will provide hints by presenting the variables I used in my solution and explaining their roles.

Listing 3.3: Barrier hint

```
1  int n                   // the number of threads
2  int count = 0
3  Semaphore mutex = 1
4  Semaphore barrier = 0
```

`count` keeps track of how many threads have arrived. `mutex` provides exclusive access to `count` so that threads can increment it safely.

`barrier` is locked (zero or negative) until all threads arrive; then it should be unlocked (1 or more).

24                                    Basic synchronization patterns

### 3.5.2 Barrier non-solution

First I will present a solution that is not quite right, because it is useful to examine incorrect solutions and figure out what is wrong.

Listing 3.4: Barrier non-solution

```
1   rendezvous
2
3   mutex.wait ()
4       count = count + 1
5   mutex.signal ()
6
7   if (count == n) barrier.signal ()
8
9   barrier.wait ()
10
11  critical point
```

Since `count` is protected by a mutex, it counts the number of threads that pass. The first $n-1$ threads wait when they get to the barrier, which is initially locked. When the $n$th thread arrives, it unlocks the barrier.

Puzzle: What is wrong with this solution?

### 3.5.3   Deadlock #2

The problem is a deadlock.

An an example, imagine that $n = 5$ and that 4 threads are waiting at the barrier. The value of the semaphore is the number of threads in queue, negated, which is -4.

When the 5th thread signals the barrier, one of the waiting threads is allowed to proceed, and the semaphore is incremented to -3.

But then no one signals the semaphore again and none of the other threads can pass the barrier. This is a second example of a deadlock.

Puzzle: Fix this problem.

### 3.5.4 Barrier solution

Finally, here is a working barrier:

Listing 3.5: Barrier solution

```
1  rendezvous
2
3  mutex.wait ()
4      count = count + 1
5  mutex.signal ()
6
7  if (count == n) barrier.signal ()
8
9  barrier.wait ()
10 barrier.signal ()
11
12 critical point
```

The only change is another `signal` after waiting at the barrier. Now as each thread passes, it signals the semaphore so that the next thread can pass.

This pattern, a `wait` and a `signal` in rapid succession, occurs often enough that it has a name; it's called a **turnstile**, because it allows one thread to pass at a time, and it can be locked to bar all threads.

In its initial state (zero), the turnstile is locked. The $n$th thread unlocks it and then all $n$ threads go through.

After the $n$th thread, what state is the turnstile in? Is there any way the barrier might be signalled more than once?

Basic synchronization patterns

### 3.5.5   Deadlock #3

Since only one thread at a time can pass through the mutex, and only one thread at a time can pass through the turnstile, it might seen reasonable to put the turnstile inside the mutex, like this:

Listing 3.6: Bad barrier solution

```
 1  rendezvous
 2
 3  mutex.wait ()
 4      count = count + 1
 5      if (count == n) barrier.signal ()
 6
 7      barrier.wait ()
 8      barrier.signal ()
 9  mutex.signal ()
10
11  critical point
```

This turns out to be a bad idea because it can cause a deadlock.

Imagine that the first thread enters the mutex and then blocks when it reaches the turnstile. Since the mutex is locked, no other threads can enter, so the condition, `count==n`, will never be true and no one will ever unlock the turnstile.

In this case the deadlock is fairly obvious, but it demonstrates a common source of deadlocks: blocking on a semaphore while holding a mutex.

Does this code always create a deadlock? Can you find an execution path through this code that does *not* cause a deadlock?

## 3.6   Reusable barrier

Often a set of cooperating threads will perform a series of steps in a loop and synchronize at a barrier after each step. For this application we need a reusable barrier that locks itself after all the threads have passed through.

Puzzle: Rewrite the barrier solution so that after all the threads have passed through, the turnstile is locked again.

Case 1:20-cv-00984-WCB    Document 389-2    Filed 11/19/24    Page 140 of 303 PageID #: 18890

### 3.6.1  Reusable barrier hint

Here's a hint about how to do it. Just as the $n$th thread unlocked the turnstile
on the way in, it should be the $n$th thread that locks it on the way out.

Here are the variables I used:

Listing 3.7: Reusable barrier hint

```
1   int count = 0
2   Semaphore mutex = 1
3   Semaphore turnstile = 0
```

### 3.6.2   Reusable barrier non-solution #1

Once again, we will start with a simple attempt at a solution and gradually improve it:

Listing 3.8: Reusable barrier non-solution

```
 1  rendezvous
 2
 3  mutex.wait ()
 4      count++
 5  mutex.signal ()
 6
 7  if (count == n) turnstile.signal ()
 8
 9  turnstile.wait ()
10  turnstile.signal ()
11
12  critical point
13
14  mutex.wait ()
15      count--
16  mutex.signal ()
17
18  if (count == 0) turnstile.wait ()
```

`count++` is shorthand for `count = count + 1` and `count--` for `count = count - 1`

Notice that the code after the turnstile is pretty much the same as the code before it. Again, we have to use the mutex to protect access to the shared variable `count`.

Tragically, though, this code is not quite correct. Puzzle: What is the problem?

### 3.6.3   Reusable barrier problem #1

There is a problem spot at Line 6 of the previous code.

If the $n-1$th thread is interrupted at this point, and then the $n$th thread comes through the mutex, both threads will find that `count==n` and both threads will signal the turnstile. In fact, it is even possible that *all* the threads will signal the turnstile.

If this barrier isn't reused, then multiple signals are not a problem. For a reusable barrier, they are.

Puzzle: Fix the problem.

38                                              Basic synchronization patterns

### 3.6.4   Reusable barrier non-solution #2

This attempt fixes the previous error, but a subtle problem remains.

Listing 3.9: Reusable barrier non-solution

```
1  rendezvous
2
3  mutex.wait ()
4      count++
5      if (count == n) turnstile.signal ()
6  mutex.signal ()
7
8  turnstile.wait ()
9  turnstile.signal ()
10
11  critical point
12
13  mutex.wait ()
14      count--
15      if (count == 0) turnstile.wait ()
16  mutex.signal ()
```

In both cases the check is inside the mutex so that a thread cannot be interrupted after changing the counter and before checking it.

Tragically, this code is *still* not correct. Remember that this barrier will be inside a loop. So, after executing the last line, each thread will go back to the rendezvous.

Puzzle: Identify and fix the problem.

40                                        Basic synchronization patterns

### 3.6.5   Reusable barrier hint

As it is currently written, this code allows a precocious thread to pass through the second mutex, then loop around and pass through the first mutex and the turnstile, effectively getting ahead of the other threads by a lap.

To solve this problem we can use two turnstiles.

Listing 3.10: Reusable barrier hint

```
1  Semaphore turnstile = 0;
2  Semaphore turnstile2 = 1;
3  Semaphore mutex = 1;
```

Initally the first is locked and the second is open. When all the threads arrive at the first, we lock the second and unlock the first. When all the threads arrive at the second we relock the first, which makes it safe for the threads to loop around to the beginning, and then open the second.

Case 1:20-cv-00984-WCB     Document 389-2     Filed 11/19/24     Page 150 of 303 PageID #: 18900

### 3.6.6   Reusable barrier solution

Listing 3.11: Reusable barrier solution

```
 1  rendezvous
 2
 3  mutex.wait ()
 4      count++
 5      if (count == n)
 6          turnstile2.wait ()     // lock the second
 7          turnstile.signal ()    // unlock the first
 8  mutex.signal ()
 9
10  turnstile.wait ()              // first turnstile
11  turnstile.signal ()
12
13  critical point
14
15  mutex.wait ()
16      count--
17      if (count == 0)
18          turnstile.wait ()      // lock the first
19          signal (turnstile2)    // unlock the second
20  mutex.signal ()
21
22  wait (turnstile2)              // second turnstile
23  signal (turnstile2)
```

This example is, unfortunately, typical of many synchronization problems: it is difficult to be sure that a solution is correct. Often there is a subtle way that a particular path through the program can cause an error.

To make matters worse, testing an implementation of a solution is not much help. The error might occur very rarely because the particular path that causes it might require a spectacularly unlucky combination of circumstances. Such errors are almost impossible to reproduce and debug by conventional means.

The only alternative is to examine the code carefully and "prove" that it is correct. I put "prove" in quotation marks because I don't mean, necessarily, that you have to write a formal proof (although there are zealots who encourage such lunacy).

The kind of proof I have in mind is more informal. We can take advantage of the structure of the code, and the idioms we have developed, to assert, and then demonstrate, a number of intermediate-level claims about the program. For example:

1. Only the $n$th thread can lock or unlock the turnstiles.

2. Before a thread can unlock the first turnstile, it has to close the second,

and vice versa; therefore it is impossible for one thread to get ahead of the others by more than one turnstile.

By finding the right kinds of statements to assert and prove, you can sometimes find a concise way to convince yourself (or a skeptical colleague) that your code is bulletproof.

### 3.6.7   Barrier objects

It is natural to encapsulate a barrier in an object. The instance variables are `n`, `count`, `turnstile` and `turnstile2`.

Here is the code to initialize and use a `Barrier` object:

Listing 3.12: Barrier interface

```
1  Barrier barrier = 12        // initialize a new barrier
2  barrier.wait ()             // wait at a barrier
```

In this case the first 11 threads will block when they invoke `wait`. When the 12th thread arrives, all threads unblock. If the barrier object is implemented using the code in Section 3.5.4, the barrier object will be reusable; that is, after the first batch of 12 thread pass, the next batch has to wait until the 24th thread arrives.

### 3.6.8   Kingmaker pattern

As threads pass a barrier, it is sometimes useful to assign identifiers to the threads or to choose one of them to perform a special function. The counter inside the barrier provides an obvious way to solve this problem.

All we need is the ability to store a value in each thread. For example, each thread might have a variable named `threadNum` that records a different number for each thread. This kind of variable is called a **thread variable** or a **local variable** to distinguish it from the shared variables we have been using.

The following example assigns a different integer to each thread that passes. Here are the variable declarations:

Listing 3.13: Kingmaker initialization

```
1  Semaphore mutex = 1
2  int count = 0
3  local int threadNum
```

And here is the code:

Listing 3.14: Kingmaker code

```
1  mutex.wait ()
2      count++
3      threadNum = count
4  mutex.signal ()
```

Because `count` is a shared variable, any thread can increment it and all threads see the changed value. On the other hand, when a thread assigns a value to `threadNum`, only the local version of `threadNum` changes. The other threads are unaffected.

46                                    **Basic synchronization patterns**

## 3.7   FIFO queue

If there is more than one thread waiting in queue when a semaphore is signalled, there is usually no way to tell which thread will be woken. Some implementations wake threads up in a particular order, like first-in-first-out, but the semantics of semaphores don't require any particular order. As an alternative, it might be useful to assign priorities to threads and wake them in order of priority.

But even if your environment doesn't provide first-in-first-out queueing, you can build it yourself.

Puzzle: use an array of semaphores to build a first-in-first-out queue that can hold up to **n** threads. Each time the semaphore **sem** is signalled, the thread at the head of the queue should proceed. You should not make any assumption about the implementation of your semaphores.

### 3.7.1  FIFO queue hint

Here are the variables I used.

Listing 3.15: FIFO queue hint

```
1  local int i
2  Semaphore array[n+1] = { 0, 1, 1, ..., 1 }
3  Semaphore sem = 0
```

The local variable `i` is used by each thread to keep track of where it is in queue. The array of semaphores controls the flow of threads through the queue. Assume that the elements of the array are indexed from 1 to `n+1`. Initially, the first semaphore is locked and all the rest are open. `sem` is the semaphore that is signalled to waken the thread at the head of the queue.

### 3.7.2   FIFO queue solution

Here is my solution:

Listing 3.16: FIFO queue solution

```
1  i = n
2  array[i+1].wait ()
3  while (i > 0) {
4      array[i].wait ()
5      array[i+1].signal ()
6      i--
7  }
```

When a first thread arrives, it gets the `i+1` semaphore and then enters the loop. To advance in the queue, the thread has to get the next semaphore, `i`. If it succeeds, then it releases the previous semaphore, which allows a subsequent thread to proceed. If it fails, it waits while holding the previous semaphore, which blocks a subsequent thread.

The first thread to arrive will cascade down to `array[1]`, which is initially locked. When it blocks, it will hold `array[2]`. The next thread will block on `array[2]` while holding `array[3]`, and so on.

Eventually, some external thread will signal `sem` to allow a thread to exit the queue. To make that work, we can use a helper thread running this loop:

Listing 3.17: FIFO queue solution (helper)

```
1  while (1) {
2      sem.wait ()
3      array[1].signal ()
4  }
```

So, each time `sem` is signalled, the helper thread signals `array[1]`. That wakes up the first thread in queue, which will signal `array[2]` and then proceed. The second thread in queue will advance one position, which allows each of the following threads, in turn, to advance one position. At each step in the cascade, we know that there is only one thread waiting on each semaphore, and that each thread obtains the next semaphore before releasing the one it has. Therefore, no thread can overtake another and the threads exit the queue in FIFO order.

That is, unless the queue is full. In that case, more than one thread can be queued on `array[n+1]`, and we have no control over which one enters the queue next. So, to be precise, we can say that threads will leave the queue in the order they pass `array[n+1]`.

Naturally, we can encapsulate this solution in a object, called a `Fifo`, that has the following syntax:

Listing 3.18: FIFO queue solution (helper)

```
1  Fifo fifo(n)
2  fifo.wait ()
```

```
3  fifo.signal ()
```

The initializer creates a Fifo with **n** places in queue. **wait** and **signal** have the same semantics as for semaphores, except that threads proceed in the order they arrive, provided that there are no more than **n** in queue at a time.

# Chapter 4

# Classical synchronization problems

In this chapter we examine the classical problems that appear in nearly every operating systems class. They are usually presented in terms of real-world problems, so that the statement of the problem is clear and so that students can bring their intuition to bear.

For the most part, though, these problems do not happen in the real world, or if they do, the real-world solutions are not much like the kind of synchronization code we are working with.

The reason we are interested in these problems is that they are analogous to common problems that operating systems (and some applications) need to solve. For each classical problem I will present the classical formulation, and also explain the analogy to the corresponding OS problem.

## 4.1   Producer-consumer problem

In multithreaded programs there is often a division of labor between threads. In one common pattern, some threads are producers and some are consumers. Producers create items of some kind and add them to a data structure; consumers remove the items and process them.

Event-driven programs are a good example. An "event" is something that happens that requires the program to respond: the user presses a key or moves the mouse, a block of data arrives from the disk, a packet arrives from the network, a pending operation completes.

Whenever an event occurs, a producer thread creates an event object and adds it to the event buffer. Concurrently, consumer threads take events out of the buffer and process them. In this case, the consumers are called "event handlers."

There are several synchronization constraints that we need to enforce to make this system work correctly:

- While an item is being added to or removed from the buffer, the buffer is in an inconsistent state. Therefore, threads must have exclusive access to the buffer.

- If a consumer thread arrives while the buffer is empty, it blocks until a producer adds a new item.

Assume that producers perform the following operations over and over:

Listing 4.1: Basic producer code

```
1  event = waitForEvent ()
2  addEventToBuffer (event)
```

Also, assume that consumers perform the following operations:

Listing 4.2: Basic consumer code

```
1  event = getEventFromBuffer ()
2  processEvent (event)
```

As specified above, access to the buffer has to be exclusive, but `waitForEvent` and `processEvent` can run concurrently.

Puzzle: Add synchronization statements to the producer and consumer code to enforce the synchronization constraints.

### 4.1.1   Producer-consumer hint

Here are the variables you might want to use:

Listing 4.3: Producer-consumer initialization

```
1   Semaphore mutex = 1
2   Semaphore length = 0
3   local Event event
```

Not surprisingly, `mutex` provides exclusive access to the buffer. When `length` is positive, it indicates the number of items in the buffer. When it is negative, it indicates the number of consumer threads in queue.

`event` is a local variable (each thread has its own variable with this name). Let's assume that capital-E `Event` is some type of object.

### 4.1.2   Producer-consumer solution

Here is the producer code from my solution.

Listing 4.4: Producer solution

```
1  event = waitForEvent ()
2  mutex.wait ()
3      addEventToBuffer (event)
4      length.signal ()
5  mutex.signal ()
```

The producer doesn't have to get exclusive access to the buffer until it gets an event. Several threads can run `waitForEvent` concurrently.

The `length` semaphore keeps track of the number of items in the buffer. Each time the producer adds an item, it signals `length`, incrementing it by one.

The consumer code is similar.

Listing 4.5: Consumer solution

```
1  length.wait ()
2  mutex.wait ()
3      event = getEventFromBuffer ()
4  mutex.signal ()
5  processEvent (event)
```

Again, the buffer operation is protected by a mutex, but before the consumer gets to it, it has to decrement `length`. If `length` is zero or negative, the consumer blocks until a producer signals.

Although this solution is correct, there is an opportunity to make one small improvement to its performance. Imagine that there is at least one consumer in queue when a producer signals `length`. If the scheduler allows the consumer to run, what happens next? It immediately blocks on the mutex that is (still) held by the producer.

Blocking and waking up are moderately expensive operations; performing them unnecessarily can impair the performance of a program. So it would probably be better to rearrange the producer like this:

Listing 4.6: Improved producer solution

```
1  event = waitForEvent ()
2  mutex.wait ()
3      addEventToBuffer (event)
4  mutex.signal ()
5  length.signal ()
```

Now we don't bother unblocking a consumer until we know it can proceed (except in the rare case that another producer beats it to the mutex).

There's one other thing about this solution that might bother a stickler. In the hint section I claimed that the `length` semaphore keeps track of the number

of items in queue. But looking at the consumer code, we see the possibility that
several consumers could decrement `length` before any of them gets the mutex
and removes an item from the buffer. At least for a little while, `length` would
be inaccurate.

We might try to address that by checking the buffer inside the mutex:

Listing 4.7: Broken consumer solution

```
1  mutex.wait ()
2      length.wait ()
3      event = getEventFromBuffer ()
4  mutex.signal ()
5  processEvent (event)
```

This is a bad idea.
Puzzle: why?

### 4.1.3   Deadlock #4

If the consumer is running this code

Listing 4.8: Broken consumer solution

```
1  mutex.wait ()
2      length.wait ()
3      event = getEventFromBuffer ()
4  mutex.signal ()
5
6  processEvent (event)
```

it can cause a deadlock. Imagine that the buffer is empty. A consumer arrives, gets the mutex, and then blocks on `length`. When the producer arrives, it blocks on `mutex` and the system comes to a griding halt.

This is a common error in synchronization code: any time you wait for a semaphore while holding a mutex, there is a danger of deadlock. When you are checking a solution to a synchronization problem, you should check for this kind of deadlock.

### 4.1.4   Producer-consumer with a finite buffer

In the example I described above, event-handling threads, the shared buffer is usually infinite (more accurately, it is bounded by system resources like physical memory and swap space).

In the kernel of the operating system, though, there are limits on available space. Buffers for things like disk requests and network packets are usually fixed size. In situations like these, we have an additional synchronization constraint:

- If a producer arrives when the buffer is full, it blocks until a consumer removes an item.

Assume that we know the size of the buffer. Call it `bufferSize`. Since we have a semaphore that is keeping track of the number of items, it is tempting to write something like

Listing 4.9: Broken finite buffer solution

```
1  if (length >= bufferSize)
2      block ()
```

But we can't.  Remember that we can't check the current value of a semaphore; the only operations are `wait` and `signal`.

Puzzle: write producer-consumer code that handles the finite-buffer constraint.

60                                                    **Classical synchronization problems**

### 4.1.5   Finite buffer producer-consumer hint

Add a second semaphore to keep track of the number of available spaces in the buffer.

Listing 4.10: Finite-buffer producer-consumer initialization

```
1   Semaphore mutex = 1
2   Semaphore length = 0
3   Semaphore spaces = bufferSize
```

When a consumer removes an item it should signal `spaces`. When a producer arrives it should decrement `spaces`, at which point it might block until the next consumer signals.

62                                    **Classical synchronization problems**

### 4.1.6   Finite buffer producer-consumer solution

Here is a solution.

Listing 4.11: Finite buffer consumer solution

```
1  length.wait ()
2  mutex.wait ()
3      event = getEventFromBuffer ()
4  mutex.signal ()
5  spaces.signal ()
6
7  processEvent (event)
```

The producer code is symmetric, in a way:

Listing 4.12: Finite buffer producer solution

```
1  event = waitForEvent ()
2
3  spaces.wait()
4  mutex.wait ()
5      addEventToBuffer (event)
6  mutex.signal ()
7  length.signal ()
```

In order to avoid deadlock, producers and consumers check availability before getting the mutex. For best performance, they release the mutex before signalling.

## 4.2   Readers-writers problem

The next classical problem, called the Reader-Writer Problem, pertains to any situation where a data structure, database, or file system is read and modified by concurrent threads. While the data structure is being written or modified it is often necessary to bar other threads from reading, in order to prevent a reader from interrupting a modification in progress and reading inconsistent or invalid data.

As in the producer-consumer problem, the solution is asymmetric. Readers and writers execute different code before entering the critical section. The basic synchronization constraints are:

1.  Any number of readers can be in the critical section simultaneously.

2.  Writers must have exclusive access to the critical section.

In other words, a writer cannot enter the critical section while any other thread (reader or writer) is there, and while the writer is there, no other thread may enter.

Puzzle: Use semaphores to enforce these constraints, while allowing readers and writers to access the data structure, and avoiding the possibility of deadlock.

### 4.2.1   Readers-writers hint

Here is a set of variables that is sufficient to solve the problem.

Listing 4.13: Readers-writers initialization

```
1  int readers = 0;
2  Semaphore mutex = 1;
3  Semaphore roomEmpty = 1;
```

The counter `readers` keeps track of how many readers are in the room. `mutex` protects the shared counter. `roomEmpty` is 1 if there are no threads (readers or writers) in the critical section, and 0 otherwise.

66                                    **Classical synchronization problems**

## 4.2.2   Readers-writers solution

The code for writers is simple. If the critical section is empty, a writer may enter, but entering has the effect of excluding all other threads:

Listing 4.14: Writers solution

```
1  roomEmpty.wait ()
2      critical section for writers
3  roomEmpty.signal ()
```

When the writer exits, can it be sure that the room is now empty? Yes, because it knows that no other thread can have entered while it was there.

The code for readers is similar to the barrier code we saw in the previous section. We keep track of the number of readers in the room so that we can give a special assignment to the first to arrive and the last to leave.

The first reader that arrives has to wait for `roomEmpty`. If the room is empty, then the reader proceeds and, at the same time, bars writers. Subsequent readers can still enter because none of them will try to wait on `roomEmpty`.

If a reader arrives while there is a writer in the room, it waits on `roomEmpty`. Since it holds the mutex, any subsequent readers queue on `mutex`.

Listing 4.15: Readers solution

```
1  mutex.wait ()
2      readers++
3      if (readers == 1)
4          roomEmpty.wait ()   // first in locks
5  mutex.signal ()
6
7      critical section for readers
8
9  mutex.wait ()
10     readers--
11     if (readers == 0)
12         roomEmpty.signal () // last out unlocks
13 mutex.signal ()
```

The code after the critical section is similar. The last reader to leave the room turns out the lights—that is, it signals `roomEmpty`, possibly allowing a waiting writer to enter.

Again, to demonstrate that this code is correct, it is useful to assert and demonstrate a number of claims about how the program must behave. Can you convince yourself that the following are true?

- Only one reader can queue waiting for `roomEmpty`, but several writers might be queued.

- When a reader signals `roomEmpty` the room must be empty.

68                                        Classical synchronization problems

Patterns similar to this reader code are common: the first thread into a section locks a semaphore (or queues) and the last one out unlocks it. In fact, it is so common we should give it a name and wrap it up in an object.

The name of the pattern is "Film Louie," which stands for "first in locks mutex, last out unlocks it, eh?" For convenience, we'll call the pattern a Louie and exapsulate it in an object, `Louie`, with the following instance variable:

Listing 4.16: Louie definition

```
1  int counter
2  Semaphore mutex
```

The methods that operate on `Louies` are `lock` and `unlock`.

Listing 4.17: Louie lock definition

```
1  function lock (semaphore)
2      wait (mutex)
3          counter++
4          if (counter = 1)
5              wait (semaphore)
6      signal (mutex)
```

`lock` takes one parameter, a semaphore that it will check and possibly hold. It performs the following operations:

- If the semaphore is locked, then the calling thread and all subsequent callers will block.

- When the semaphore is signalled, all waiting threads and all subsequent callers can proceed.

- While the filo is locked, the semaphore is locked.

Inside the definition of `lock`, the references to `mutex` and `counter` refer to the instance variables of the object, the `Louie` the method was invoked on.

Here is the code for `unlock`:

Listing 4.18: Louie unlock definition

```
1  function filoUnlock (semaphore)
2      wait (mutex)
3          counter--
4          if (counter = 0)
5              signal (semaphore)
6      signal (mutex)
```

`unlock` has the following behavior:

- This function does nothing until every thread that called `lock` also calls `unlock`.

- When the last thread calls `unlock`, it unlocks the semaphore.

Using these functions, we can rewrite the reader code more simply:

Listing 4.19: Concise reader solution

```
1  readLouie.lock (roomEmpty)
2     critical section for readers
3  readLouie.unlock (roomEmpty)
```

`readLouie` is a shared `Louie` object whose counter is initially zero.

### 4.2.3    Starvation

In the previous solution, is there any danger of deadlock? In order for a deadlock to occur, it must be possible for a thread to wait on a semaphore while holding another, and thereby prevent itself from being signalled.

In this example, deadlock is not possible, but there is a related problem that is almost as bad: it is possible for a writer to starve.

If a writer arrives while there are readers in the critical section, it might wait in queue forever while readers come and go. As long as a new reader arrives before the last of the current readers exits, there will always be at least one reader in the room.

This situation is not a deadlock, because some threads are making progress, but it is not exactly desireable. A program like this might work as long as the load on the system is low, because then there are plenty of opportunities for the writers. But as the load increases the behavior of the system would deteriorate quickly (at least from the point of view of writers).

Puzzle: Extend this solution so that when a writer arrives, the existing readers can finish, but no additional readers may enter.

**70**                                    **Classical synchronization problems**

### 4.2.4  No-starve readers-writers hint

Here's a hint. You can add a turnstile for the readers and allow writers to lock it. The writers have to pass through the same turnstile, but they should check the `roomEmpty` semaphore while they are inside the turnstile. If a writer gets stuck in the turnstile it has the effect of forcing the readers to queue at the turnstile. Then when the last reader leaves the critical section, we are guaranteed that at least one writer enters next (before any of the queued readers can proceed).

Listing 4.20: No-starve readers-writers initialization

```
1  Louie readers = 0
2  Semaphore roomEmpty = 1
3  Semaphore turnstile = 1
```

`readers` keeps track of how many readers are in the room; the `Louie` locks `roomEmpty` when the first reader enters and unlocks it when the last reader leaves.

`turnstile` is a turnstile for readers and a mutex for writers.

### 4.2.5  No-starve readers-writers solution

Here is the writer code:

Listing 4.21: No-starve writer solution

```
1  turnstile.wait ()
2
3      roomEmpty.wait ()
4
5      critical section for writers
6
7  turnstile.signal ()
8
9  roomEmpty.signal ()
```

If a writer arrives while there are readers in the room, it will block at Line 3, which means that the turnstile will be locked. This will bar readers from entering while a writer is queued. Here is the reader code:

Listing 4.22: No-starve reader solution

```
1  turnstile.wait ()
2  turnstile.signal ()
3
4  filo.lock (roomEmpty)
5      critical section for readers
6  filo.unlock (roomEmpty)
```

When the last reader leaves, it signals `roomEmpty`, unblocking the waiting writer. The writer immediately enters its critical section, since none of the waiting readers can pass the turnstile.

When the writer exits it signals `turnstile`, which unblocks a waiting thread, which could be a reader or a writer. Thus, this solution guarantees that at least one writer gets to proceed, but it is still possible for a reader to enter while there are writers queued.

Depending on the application, it might be a good idea to give more priority to writers. For example, if writers are making time-critical updates to a data structure, it is best to minimize the number of readers that see the old data before the writer has a chance to proceed.

In general, though, it is up to the scheduler, not the programmer, to choose which waiting thread to unblock. Some schedulers use a first-in-first-out queue, which means that threads are unblocked in the same order they queued. Other schedulers choose at random, or according to a priority scheme based on the properties of the waiting threads.

If your programming environment makes it possible to give some threads priority over others, then that is a simple way to address this issue. If not, you will have to find another way.

Puzzle: Write a solution to the readers-writers problem that gives priority to writers. That is, once a writer arrives, no readers should be allowed to enter until all writers have left the system.

### 4.2.6   Writer-priority readers-writers hint

As usual, the hint is in the form of variables used in the solution.

Listing 4.23: Writer-priority readers-writers initialization

```
1   Louie readLouie, writeLouie
2   Semaphore mutex
3   Semaphore noReaders = 1
4   Semaphore noWriters = 1
```

**76**                                                    **Classical synchronization problems**

### 4.2.7  Writer-priority readers-writers solution

Here is the reader code:

Listing 4.24: Writer-priority reader solution

```
1  noReaders.wait()
2      readLouie.lock (noWriters)
3  noReaders.signal ()
4
5      critical section for readers
6  readLouie.unlock (noWriters)
```

If a reader is in the critical section, it holds **noWriters**, but it doesn't hold **noReaders**. Thus if a writer arrives it can lock **noReaders**, which will cause subsequent readers to queue.

When the last reader exits, it signals **noWriters**, allowing any queued writers to proceed.

The writer code:

Listing 4.25: Writer-priority writer solution

```
1  writeLouie.lock (noReaders)
2      noWriters.wait ()
3          critical section for writers
4      noWriters.signal ()
5  writeLouie.unlock (noReaders)
```

When a writer is in the critical section it holds both **noReaders** and **noWriters**. This has the (relatively obvious) effect of insuring that there are no readers and no other writers in the critical section. In addition, **writeLouie** has the (less obvious) effect of allowing multiple writers to queue on **noWriters**, but keeping **noReaders** locked while they are there. Thus, many writers can pass through the critical section without without ever signalling **noReaders**. Only when the last writer exits can the readers enter.

Of course, a drawback of this solution is that now it is possible for *readers* to starve (or at least face long delays). For some applications it might be better to get obsolete data with predictable turnaround times.

Also, this solution does not quite satisfy all the requirements. While there is a writer in the critical section, it is possible for multiple readers to queue on **noReaders**. If a writer arrives, it will queue on **noReaders** along with the waiting readers. When the first writer leaves the critical section, the scheduler might allow the waiting readers to go ahead of the writer.

Again, depending on the application, that possibility might be tolerable. If not, we can improve the situation by adding a mutex to the reader code:

Listing 4.26: Writer-priority improved reader solution

```
1  mutex.wait ()
2      noReaders.wait()
3          readLouie.lock (noWriters)
4      noReaders.signal ()
5  mutex.signal ()
6
7      critical section for readers
8  readLouie.unlock (noWriters)
```

Now there can be at most one reader queued on `noReaders`. If a writer arrives, it will have to wait for any readers in the critical section, and it might have to wait for the queued reader, but that's all.

You might want to keep this trick in mind. To limit the number of threads in a certain queue, surround it with a mutex or a multiplex.

# 4.3   No-starve mutex

In the previous section, we addressed what I'll call **categorical starvation**, in which one category of threads (readers) allows another category (writers) to starve. At a more basic level, we have to address the issue of **thread starvation**, which is the possibility that one thread might wait indefinitely while others proceed.

For most concurrent applications, starvation is unacceptable, so we enforce the requirement of **bounded waiting**, which means that the time a thread waits on a semaphore (or anywhere else, for that matter) has to be provably finite.

In part, starvation is the responsibility of the scheduler. Whenever multiple threads are ready to run, the scheduler decides which one or, on a parallel processor, which set of threads gets to run. If a thread is never scheduled, then it will starve, no matter what we do with semaphores.

So in order to say anything about starvation, we have to start with some assumptions about the scheduler. If we are willing to make a strong assumption, we can assume that the scheduler uses one of the many algorithms that can be proven to enforce bounded waiting. If we don't know what algorithm the scheduler uses, then we can get by with a weaker assumption:

> Property 1: if there is only one thread that is ready to run, the scheduler has to let it run.

If we can assume Property 1, then we can build a system that is provably free of starvation. For example, if there are a finite number of threads, then any program that contains a barrier cannot starve, since eventually all threads but one will be waiting at the barrier, at which point the last thread has to run.

In general, though, it is non-trivial to write programs that are free from starvation unless with make the stronger assumption:

> Property 2: if a thread is ready to run, then the time it waits until it runs is bounded.

In our discussion so far, we have been assuming Property 2 implicitly, and we will continue to. On the other hand, you should know that many existing systems use schedulers that do not guarantee this property strictly.

Even with Property 2, starvation rears its ugly head again when we introduce semaphores. In the definition of a semaphore, we said that when one thread executes `signal`, one of the waiting threads gets woken up. But we never said which one. Again, in order to say anything about starvation, we have to make assumptions about the behavior of semaphores.

The weakest assumption that makes it possible to avoid starvation is:

> Property 3: if there are threads waiting on a semaphore when a thread executes `signal`, then one of the waiting threads has to be woken.

This requirement may seem obvious, but it is not trivial. It has the effect of barring one form of problematic behavior, which is a thread that signals a semaphore while other threads are waiting, and then keeps running, waits on the same semaphore, and gets its own signal! If that were possible, that there would be nothing we could do to prevent starvation.

With Property 3, it becomes possible to avoid starvation, but even for sometime as simple as a mutex, it is not easy. For example, imagine three threads running the following code:

Listing 4.27: Mutex loop

```
1  while (1) {
2      mutex.wait ()
3      critical section
4      mutex.signal ()
5  }
```

The `while` statement is an infinite loop; in other words, as soon as a thread leaves the critical section, it loops to the top and tries to get the mutex again.

Imagine that Thread A gets the mutex and Thread B and C wait. When A leaves, B enters, but before B leaves, A loops around and joins C in the queue. When B leaves, there is no guarantee that C goes next. In fact, if A goes next, and B joins the queue, then we are back to the starting position, and we can repeat the cycle forever. C starves.

The existence of this pattern proves that the mutex is vulnerable to starvation. One solution to this problem is to change the implementation of the semaphore so that it guarantees a stronger property:

> Property 4: if a thread is waiting at a semaphore, then the number of threads that will be woken before it is bounded.

For example, if the semaphore maintains a first-in-first-out queue, then Property 4 holds because when a thread joins the queue, the number of threads ahead of it is finite, and no threads that arrive later can go ahead of it.

A semaphore that has Property 4 is sometimes called a **strong semaphore**; one that has only Property 3 is called a **weak semaphore**. We have shown that with weak semaphores, the simple mutex solution is vulnerable to starvation. In fact, Dijkstra conjectured that it is not possible to solve the mutex problem without starvation using only weak semaphores.

In 1979, J.M. Morris refuted the conjecture by solving the problem, assuming that the number of threads is finite [4]. If you are interested in this problem, the next section presents his solution. If this is not your idea of fun, you can just assume that semaphores have Property 4 and go on to Section 4.4.

Puzzle: write a solution to the mutual exclusion problem using weak semaphores. Your solution should provide the following guarantee: once a thread arrives and attempts to enter the mutex, there is a bound on the number of threads that can proceed ahead of it.

### 4.3.1   No-starve mutex hint

Morris's solution is similar to the reusable barrier in Section 3.6. It uses two turnstiles to create two waiting rooms before the critical section. The mechanism works in two phases. During the first phase, the first turnstile is open and the second is closed, so threads accumulate in the second room. During the second phase, the first turnstile is closed, so no new threads can enter, and the second is open, so the existing threads can get to the critical section.

Although there may be an arbitrary number of threads in the waiting room, each one is guaranteed to enter the critical section before any future arrivals.

Here are the variables I used in the solution (I changed the names Morris uses to make the structure clearer).

Listing 4.28: No-starve mutex hint

```
1   int room1, room2
2   Semaphore mutex
3   Semaphore t1 = 1
4   Semaphore t2 = 0
```

`room1` and `room2` keep track of how many threads are in the waiting rooms. `mutex` helps protect the counters. `t1` and `t2` are the turnstiles.

### 4.3.2   No-starve mutex solution

Here is Morris's solution.

Listing 4.29: Morris's algorithm

```
 1  mutex.wait ()
 2      room1++
 3  mutex.signal ()
 4
 5  t1.wait ()
 6      room2++
 7      mutex.wait ()
 8      room1--
 9
10      if (room1 == 0)
11          mutex.signal ()
12          t2.signal ()
13      else
14          mutex.signal ()
15          t1.signal ()
16
17  t2.wait ()
18      room2--
19
20      // critical section
21
22      if (room2 == 0)
23          t1.signal ()
24      else
25          t2.signal ()
```

Before entering the critical section, a thread has to pass two turnstiles. These turnstiles divide the code into three "rooms". Room 1 is Lines 1–5. Room 2 is lines 6–17. Room 3 is the rest. Speaking loosely, the counters `room1` and `room2` keep track of the number of threads in each room.

The counter `room1` is protected by `mutex` in the usual way, but guard duty for `room2` is split between `t1` and `t2`. Similarly, responsibility for exclusive access to the critical section involves both `t1` and `t2`. In order to enter the critical section, a thread has to hold one or the other, but not both. Then, before exiting, it gives up whichever one it has.

To understand how this solution works, start by following a single thread all the way through. When it gets to Line 10, it holds `mutex` and `t1`. Once it checks `room1`, which is 0, it can release `mutex` and then open the second turnstile, `t2`. As a result, it doesn't wait at Line 17 and it can safely decrement `room2` and enter the critical section, because any following threads have to be queued on `t1`. Leaving the critical section, it finds `room2 = 0` and releases `t1`, which brings us back to the starting state.

Of course, the situation is more interesting if there is more than one thread. In that case, it is possible that when the lead thread gets to Line 10, other threads have entered the waiting room and queued on `t1`. Since `room1 > 0`, the lead thread leaves `t2` locked and instead signals `t1` to allow a following thread to enter Room 2. Since `t2` is still locked, neither thread can enter Room 3.

Eventually (because there are a finite number of threads), a thread will get to Line 10 before another threads enters Room 1, in which case it will open `t2`, allowing any threads there to move into Room 3. The thread that opens `t2` continues to hold `t1`, so if any of the lead threads loop around, they will block at Line 5.

As each thread leaves Room 3, it signals `t2`, allowing another thread to leave Room 2. When the last thread leaves Room 2, it leaves `t2` locked and opens `t1`, which brings us back to the starting state.

To see how this solution avoids starvation, it helps to think of its operation in two phases. In the first phase, threads check into Room 1, increment `room1`, and then cascade into Room 2 one at a time. The only way to keep a thread from proceeding is to maintain a procession of threads through Room 1. Because there are a finite number of threads, the procession has to end eventually, at which point the first turnstile locks and the second opens.

In the second phase, threads cascade into Room 3. Because there are a finite number of threads in Room 2, and no new threads can enter, eventually the last thread leaves, at which point the second turnstile locks and the first opens.

At the end of the first phase, we know that there are no threads waiting at `t1`, because `room1 = 0`. And at the end of the second phase, we know that there are no threads waiting at `t2` because `room2 = 0`.

With a finite number of threads, starvation is only possible if one thread can loop around and overtake another. But the two-turnstile mechanism makes that impossible, so starvation is impossible.

The moral of this story is that with weak semaphores, it is very difficult to prevent starvation, even for the simplest synchronization problems. In the rest of this book, when we discuss starvation, we will assume strong semaphores.

## 4.4   Dining philosophers

The Dining Philosophers Problem was proposed by Dijkstra in 1965, when dinosaurs ruled the earth [2]. It appears in a number of variations, but the standard features are a table with five plates, five forks (or chopsticks) and a big bowl of spaghetti. Five philosophers, who represent interacting threads, come to the table and execute the following loop:

Listing 4.30: Basic philosopher loop

```
1  while (1) {
2     think ()
3     get_forks ()
4     eat ()
5     put_forks ()
6  }
```

The forks represent resources that the threads have to hold exclusively in order to make progress. The thing that makes the problem interesting, unrealistic, and unsanitary, is that the philosophers need *two* forks to eat, so a hungry philosopher might have to wait for a neighbor to put down a fork.

Assume that the philosophers have a local variable `i` that identifies each philosopher with a value in (0..4). Similarly, the forks are numbered from 0 to 4, so that Philosopher $i$ has fork $i$ on the right and fork $(i+1) mod 5$ on the left. Here is a diagram of the situation:



Assuming that the philosophers know how to `think` and `eat`, our job is to write a version of `get_forks` and `put_forks` that satisfies the following constraints:

- Only one philosopher can hold a fork at a time.

- It must be impossible for a deadlock to occur.

- It must be impossible for a philosopher to starve waiting for a fork.

- It must be possible for more than one philosopher to eat at the same time.

The last requirement is one way of saying that the solution should be efficient; that is, it should allow the maximum amount of concurrency.

We make no assumption about how long `eat` and `think` take, except that `eat` has to terminate eventually. Otherwise, the third constraint is impossible—if a philosopher keeps one of the forks forever, nothing can prevent the neighbors from starving.

To make it easy for philosophers to refer to their forks, we can use the functions `left` and `right`:

Listing 4.31: Which fork?

```
1  int left (i) { return i }
2  int right (i) { return (i + 1) mod 5 }
```

The `mod` operator wraps around when it gets to 5, so that `4 + 1 = 0`.

Since we have to enforce exclusive access to the forks, it is natural to use an array of Semaphores, one for each fork. Initially, all the forks are available.

Listing 4.32: Variables for dining philosophers

```
1  Semaphore fork[5] = {1, 1, 1, 1, 1}
```

Here is an initial attempt at `get_fork` and `put_fork`:

Listing 4.33: Dining philosophers non-solution

```
1  get_fork (i) {
2      fork[right(i)].wait()
3      fork[left(i)].wait()
4  }
5
6  put_fork (i) {
7      fork[right(i)].signal()
8      fork[left(i)].signal()
9  }
```

It's clear that this solution satisfies the first constraint, but we can be pretty sure it doesn't satisfy the other two, because if it did, this wouldn't be an interesting problem and you would be reading Chapter 5.

Puzzle: what's wrong?

### 4.4.1   Deadlock #5

The problem is that the table is round. As a result, each philosopher can pick
up a fork and then wait forever for the other fork. Deadlock!

Puzzle: write a solution to this problem that prevents deadlock.

Hint: one way to avoid deadlock is to think about the conditions that make
deadlock possible and then change one of those conditions. In this case, the
deadlock is fairly fragile—a very small change breaks it.

Case 1:20-cv-00984-WCB    Document 389-2    Filed 11/19/24    Page 196 of 303 PageID #: 18946

## 4.4.2   Dining philosophers hint #1

If only four philosophers are allowed at the time at a time, deadlock is impossible.

First, convince yourself that this claim is true, then write code that limits the number of philosophers at the table.

**90**                                                        **Classical synchronization problems**

### 4.4.3   Dining philosophers solution #1

If there are only four philosophers at the table, then in the worst case each one picks up a fork. Even then, there is a fork left on the table, and that fork has two neighbors, each of which is holding another fork. Therefore, either of these neighbors can pick up the remaining fork and eat.

We can control the number of philosophers at the table with a Multiplex named `footman` that is initialized to 4. Then the solution looks like this:

Listing 4.34: Dining philosophers solution #1

```
 1  get_fork (i) {
 2      footman.wait ()
 3      fork[right(i)].wait()
 4      fork[left(i)].wait()
 5  }
 6
 7  put_fork (i) {
 8      fork[right(i)].signal()
 9      fork[left(i)].signal()
10      footman.signal ()
11  }
```

Can we prove that this solution prevents starvation? Imagine that you are sitting at the table and both of your neighbors are eating. You are blocked waiting for your right fork. Eventually your right neighbor will put it down, because `eat` can't run forever. Since you are the only thread waiting for that fork, you will necessarily get it next. By a similar argument, you cannot starve waiting for your left fork.

Therefore, the time a philosopher can spend at the table is bounded. That implies that the wait time to get into the room is also bounded, as long as `footman` has Property 4 (see Section 4.3).

This solution shows that by controlling the number of philosophers, we can avoid deadlock. Another way to avoid deadlock is to change the order in which the philosophers pick up forks. In the original non-solution, the philosophers are "righties"; that is, they pick up the right fork first. But what happens if Philosopher 0 is a leftie?

Puzzle: prove that if at least one Philosopher is a leftie, then deadlock is not possible.

Hint: deadlock can only occur when all 5 philosophers are holding one fork and waiting, forever, for the other. Otherwise, one of them could get both forks, eat, and leave.

The proof works by contradiction. First, assume that deadlock is possible. Then choose one of the supposedly deadlocked philosophers. If she's a leftie, you can prove that the philosophers are all lefties, which is a contradiction. Similarly, if she's a rightie, can prove that they are all righties. Either way you get a contradiction; therefore, deadlock is not possible.

### 4.4.4   Dining philosopher's solution #2

In the asymmetric solution to the Dining philosophers problem, there has to be at least one leftie and at least one rightie at the table. In that case, deadlock is impossible. The previous hint outlines the proof. Here are the details.

Again, if deadlock is possible, it occurs when all 5 philosophers are holding one fork and waiting for the other. If we assume that Philosopher $j$ is a leftie, then she must be holding her left fork and waiting for her right. Therefore her neighbor to the right, Philosopher $k$, must be holding his left fork and waiting for his right neighbor; in other words, Philosopher $k$ must be a leftie. Repeating the same argument, we can prove that the philosophers are all lefties, which contradicts the original claim that there is at least one rightie. Therefore deadlock is not possible.

The same argument we used for the previous solution also proves that starvation is impossible for this solution.

94                                          Classical synchronization problems

### 4.4.5   Tanenbaum's solution

There is nothing wrong with the previous solutions, but just for completeness,
let's look at some alternatives. One of the best known is the one that appears
in Tanenbaum's popular operating systems textbooks [9]. For each philosopher
there is a state variable that indicates whether the philosopher is thinking,
eating, or waiting to eat ("hungry") and a semaphore that indicates whether
the philosopher can start eating. Here are the variables:

Listing 4.35: Variables for Tanenbaum's solution

```
1  int state[5]
2  Semaphore sem[5]
3  Semaphore mutex = 1
```

The state array is initialized to "thinking," and the semaphore array is
initialized to 0. Here is the code:

Listing 4.36: Tanenbaum's solution

```
1   get_fork (i) {
2       mutex.wait ()
3       state[i] = hungry
4       test (i)
5       mutex.signal ()
6       sem[i].wait ()
7   }
8
9   put_fork (i) {
10      mutex.wait ()
11      state[i] = thinking
12      test (right (i))
13      test (left (i))
14      mutex.signal ()
15  }
16
17  test (i) {
18      if (state[i] == hungry &&
19      state (left (i)) != eating &&
20      state (right (i)) != eating)
21          state[i] = eating
22          sem[i].signal ()
23  }
```

The test function checks whether the $i$th philosopher can start eating, which
he can if he is hungry and neither of his neighbors are eating. If so, the test
signals semaphore $i$.

There are two ways a philosopher gets to eat. In the first case, the philoso-
pher executes get_forks, finds the forks available, and proceeds immediately.

In the second case, one of the neighbors is eating and the philosopher blocks on its own semaphore. Eventually, one of the neighbors will finish, at which point it executes `test` on both of its neighbors. It is possible that both tests will succeed, in which case the neighbors can run concurrently. The order of the two tests doesn't matter.

In order to access the state array, or invoke `test`, a thread has to hold `mutex`. Thus, the operation of checking and updating the array is atomic. Since a philosopher can only proceed when we know both forks are available, exclusive access to the forks is guaranteed.

No deadlock is possible, because the only semaphore that is accessed by more than one philosopher is `mutex`, and no thread executes `wait` while holding `mutex`.

But again, starvation is tricky.

Puzzle: Either convince yourself that Tanenbaum's solution prevents starvation or find a repeating pattern that allows a thread to starve while other threads make progress.

### 4.4.6   Starving Tanenbaums

Unfortunately, this solution is not starvation-free. Gingras demonstrated that there are repeating patterns that allow a thread to wait forever while other threads come and go [3].

Imagine that we are trying to starve Philosopher 0. Initially, 2 and 4 are at the table and 1 and 3 are hungry. If 4 gets up first, then only 0 can proceed, so we'll have 2 get up and 1 sit down. Since Philosopher 1 holds fork 1, it is now "safe" to let 4 get up and 3 sit down.

Now we are in the mirror image of the starting position. Again, if 1 got up first, 0 could eat, so instead 3 gets up and 4 sits down. Finally, 1 gets up and 2 sits down, which brings us back where we started. We could repeat the cycle indefinitely and Philosopher 1 would starve.

So, Tanenbaum's solution doesn't satisfy all the requirements.

## 4.5   Cigarette smokers' problem

The cigarette smokers' problem problem was originally presented by Suhas Patil [6], who claimed that it cannot be solved with semaphores. That claim comes with some qualifications, but in any case the problem is interesting and challenging.

Four threads are involved: an agent and three smokers. The smokers loop forever, first waiting for ingredients, then making and smoking cigarettes. The ingredients are tobacco, paper, and matches.

We assume that the agent has an infinite supply of all three ingredients, and each smoker has an infinite supply of one of the ingredients; that is, one smoker has matches, another has paper, and the third has tobacco.

The agent repeatedly chooses two different ingredients at random and makes them available to the smokers. Depending on which ingredients are chosen, the smoker with the complementary ingredient should pick up both resources and proceed.

For example, if the agent puts out tobacco and paper, the smoker with the matches should pick up both ingredients, make a cigarette, and then signal the agent.

Based on this premise, there are three versions of this problem that often appear in textbooks:

**The impossible version:** Patil's version imposes several artificial restrictions on the solution. First, the code for the agent and a set of accompanying semaphores is given as an unmodifiable part of the problem. Second, the solution is not allowed to use conditional statements or an array of semaphores. With these constraints, the problem cannot be solved. In a followup article, Parnas points out that these restrictions are uncomfortably artificial [5]. With constraints like these, a lot of problems become unsolvable.

**The interesting version:** This version imposes no additional constraints other than the usual goals: all threads should make progress (no starvation) and no threads should busy-wait (check for a condition over and over).

**The trivial version:** In some textbooks, the problem specifies that the agent should signal the smoker that should go next, according to the ingredients that are available. This version of the problem is uninteresting because it makes the whole premise, the ingredients and the cigarettes, irrelevant. Also, as a practical matter, it is probably not a good idea to require the agent to know about the other threads and what they are waiting for. Finally, this version of the problem is just too easy.

Naturally, we will focus on the interesting version. To complete the statement of the problem, we need to specify the agent code. The agent uses the following semaphores:

Listing 4.37: Agent semaphores

```
1   Semaphore agentSem = 1
2   Semaphore tobacco = 0
3   Semaphore paper = 0
4   Semaphore match = 0
```

After putting out two ingredients, the agent waits for `agentSem` before continuing. The other three semaphores indicate which ingredients are available.

The agent is actually made up of three concurrent threads, Agent A, Agent B and Agent C. Each provides different ingredients.

Listing 4.38: Agent A code

```
1   agentSem.wait ()
2   tobacco.signal ()
3   paper.signal ()
```

Listing 4.39: Agent B code

```
1   agentSem.wait ()
2   paper.signal ()
3   match.signal ()
```

Listing 4.40: Agent C code

```
1   agentSem.wait ()
2   tobacco.signal ()
3   match.signal ()
```

Initally the three agent threads compete for `agentSem`. Whichever gets it determines the first pair of ingredients. Subsequently, each time `agentSem` is signalled, a "random" agent thread proceeds. Of course, the behavior of the system is not really random; it depends on the decisions of the local scheduler (which thread runs when) and the queueing policy of the semaphore.

This problem is hard because the natural solution does not work. It is tempting to write something like:

Listing 4.41: Smoker with matches

```
1   tobacco.wait ()
2   paper.wait ()
3   agentSem.signal ()
```

Listing 4.42: Smoker with tobacco

```
1   paper.wait ()
2   match.wait ()
3   agentSem.signal ()
```

**4.5 Cigarette smokers' problem** **101**

Listing 4.43: Smoker with paper

```
1  tobacco.wait ()
2  match.wait ()
3  agentSem.signal ()
```

What's wrong with this solution?

**102**                                        **Classical synchronization problems**

### 4.5.1   Deadlock #6

The problem with the previous solution is the possibility of deadlock. Imagine that the agent puts out tobacco and paper. Since the smoker with matches is waiting on `tobacco`, it might be unblocked. But the smoker with tobacco is waiting on `paper`, so it is possible (even likely) that it will also be unblocked. Then the first thread will block on `paper` and the second will block on `match`. Deadlock!

104                                        Classical synchronization problems

### 4.5.2   Smoker problem hint

The solution proposed by Parnas uses three helper threads called "pushers" that respond to the signals from the agent, keep track of the available ingredients, and signal the appropriate smoker.

The additional variables and semaphores are

Listing 4.44: Smoker problem hint

```
1  boolean isTobacco, isPaper, isMatch
2  Semaphore tobaccoSem = 0
3  Semaphore paperSem = 0
4  Semaphore matchSem = 0
```

The boolean variables indicate whether or not an ingredient is on the table. The pushers use `tobaccoSem` to signal the smoker with tobacco, and the other semaphores likewise.

106                                                    Classical synchronization problems

### 4.5.3   Smoker problem solution

Here is the code for one of the pushers:

Listing 4.45: Pusher A

```
1  tobacco.wait ()
2  mutex.wait ()
3      if (isPaper)
4          isPaper = false
5          matchSem.signal ()
6      else if (isMatch)
7          isMatch = false
8          paperSem.signal ()
9      else
10         isTobacco = true
11  mutex.signal ()
```

This pusher wakes up any time there is tobacco on the table. If it finds `isPaper` true, it knows that Pusher B has already run, so it can signal the smoker with matches. Similarly, if it finds a match on the table, it can signal the smoker with paper.

But if Pusher A runs first, then it will find both `isPaper` and `isMatch` false. It cannot signal any of the smokers, so it sets `isTobacco`.

The other pushers are similar. Since the pushers do all the real work, the smoker code is trivial:

Listing 4.46: Smoker with tobacco

```
1  tobaccoSem.wait ()
2  makeCigarette ()
3  agentSem.signal ()
4  smoke ()
```

Parnas presents a similar solution that assembles the boolean variables, bit-wise, into an integer, and then uses the integer as an index into an array of semaphores. That way he can avoid using conditionals (one of the artificial constraints). The resulting code is a bit more concise, but its function is not as obvious.

### 4.5.4   Generalized Smokers' Problem

Parnas suggested that the smokers' problem becomes more difficult if we modify the agent, eliminating the requirement that the agent wait after putting out ingredients. In this case, there might be multiple instances of an ingredient on the table.

Puzzle: modify the previous solution to deal with this variation.

# Chapter 5

# Not-so-classical synchronization problems

## 5.1   Building H$_2$O

This problem has been a staple of the Operating Systems class at U.C. Berkeley for at least a decade. It seems to be based on an exercise in Andrews's *Concurrent Programming* [1].

There are two kinds of threads, oxygen and hydrogen. In order to assemble these threads into water molecules, we have to create a barrier that makes each thread wait until a complete molecule is ready to proceed.

As each thread passes the barrier, it should invoke a method called `bond`. You must guarantee that all the threads from one molecule invoke `bond` before any of the threads from the next molecule do.

In other words:

- If an oxygen thread arrives at the barrier when no hydrogen threads are present, it has to wait for two hydrogen threads.

- If a hydrogen thread arrives at the barrier when no other threads are present, it has to wait for an oxygen thread and another hydrogen thread.

- If we examine the sequence of threads that invoke `bond` and divide them into groups of three, each group will contain one oxygen and two hydrogen threads.

We don't have to worry about matching the threads up explicitly; that is, the threads do not necessarily know which other threads they are paired up with. The key is just that threads pass the barrier in complete sets.

Puzzle: Write synchronization code for oxygen and hydrogen molecules.

110                                    Not-so-classical synchronization problems

### 5.1.1   H$_2$O hint

Here are the variables I used in my solution:

Listing 5.1: Water building hint

```
1   Semaphore hydroSem = 0
2   Semaphore hydroSem2 = 0
3   Semaphore oxySem = 0
4   Semaphore mutex = 1
5   int count = 0
```

Hydrogen threads have to wait twice, first on **hydroSem**, later on **hydroSem2**; oxygen threads wait on **oxySem**. **count** keeps track of how many hydrogen threads are waiting for oxygen.

112                              Not-so-classical synchronization problems

### 5.1.2   H$_2$O solution

Initially `hydroSem` and `oxySem` are locked. When an oxygen thread arrives it signals `hydroSem` twice, allowing two hydrogens to proceed. Then the oxygen thread waits for the hydrogen threads to arrive.

Listing 5.2: Oxygen code

```
1  signal (hydroSem)
2  signal (hydroSem)
3
4  wait (oxyMutex)
5      wait (oxySem)
6      bond ()
7  signal (oxyMutex)
```

In order for a hydrogen thread to pass Line 1, there must be an oxygen thread waiting. The mutex-protected counter keeps track of how many hydrogen threads have arrived. When `count` gets to 2, we signal `oxySem` once and `hydroSem2` twice.

Listing 5.3: Hydrogen code

```
1  wait (hydroSem)
2  mutex.wait ()
3      count++
4      if (count == 2)
5          signal (oxySem)
6          signal (hydroSem2)
7          signal (hydroSem2)
8          count = 0
9  mutex.signal ()
10
11 wait (hydroSem2)
12 bond ()
```

To demonstrate the correctness of this solution, consider the following medium-level assertions:

- For every molecule, we need to signal `oxySem` once and both hydrogen semaphores twice.

- Every oxygen thread signals `hydroSem` twice.

- In each pair of hydrogen threads, one of them signals `oxySem` once and `hydroSem2` twice.

There is one aspect of this solution that is disconcerting but that may not be problematic. Hydrogen threads do not necessarily invoke `bond` in the same order they pass through `hydroSem`. In particular, an oxygen thread might signal

two hydrogen threads and then end up bonding with two different hydrogen threads. That outcome does not violate the problem constraints as stated, but at the same time it doesn't seem quite right.

If you are bothered by this problem, rewrite the solution to fix it. You might want to do the next problem first and then come back.

## 5.2    River crossing problem

This problem is from a problem set written by Anthony Joseph at U.C. Berkeley, but I don't know if he is the original author. It is similar to the $H_2O$ problem in the sense that it is a peculiar sort of barrier that only allows threads to pass in certain combinations.

Somewhere near Redmond, Washington there is a rowboat that is used by both Linux hackers and Microsoft employees (serfs) to cross a river. The ferry can hold exactly four people; it won't leave the shore with more or fewer. To guarantee the safety of the passengers, it is not permissible to put one hacker in the boat with three serfs, or to put one serf with three hackers. Any other combination is safe.

As each thread boards the boat it should invoke a function called `board`. You must guarantee that it is all four threads from each boatload invoke `board` before any of the threads from the next boatload do.

After all four threads have invoked `board`, exactly one of them should call a function named `rowBoat`, indicating that that thread will take the oars. It doesn't matter which thread calls the function, as long as one does.

Don't worry about the direction of travel. Assume we are only interested in traffic going in one of the directions.

### 5.2.1   River crossing hint

Here are the variables I used in my solution:

Listing 5.4: River crossing hint

```
 1  Semaphore mutex = 1
 2  Barrier barrier = 4
 3  int hackers = 0
 4  int serfs = 0
 5  Semaphore hackerSem = 0
 6  Semaphore serfSem = 0
 7  local boolean iAmTheCaptain = false
```

`hackers` and `serfs` count the number of hackers and serfs waiting to board. Since they are both protected by `mutex`, we can check the condition of both variables without worrying about an untimely update.

`hackerSem` and `serfSem` allow us to control the number of hackers and serfs that pass. The barrier makes sure that all four threads have invoked `board` before the captain invokes `rowBoat`.

`iAmTheCaptain` is a boolean, meaning it is true or false. Initially all threads set `iAmTheCaptain = false`. Only one thread from each boat sets it to `true`.

116                                    Not-so-classical synchronization problems

### 5.2.2   River crossing solution

The basic idea of this solution is that each arrival updates one of the counters and then checks whether it makes a full complement, either by being the fourth of its kind or by completing a mixed pair of pairs.

I'll present the code for hackers; the serf code is symmetric (except, of course, that it is 1000 times bigger, full of bugs, and it contains an embedded web browser):

Listing 5.5: River crossing solution

```
 1  mutex.wait ()
 2      hackers++
 3      if (hackers == 4)
 4          hackerSem.signal (4)        // signal four times
 5          hackers = 0
 6          iAmTheCaptain = true
 7      else if (hackers == 2 and serfs >= 2)
 8          hackerSem.signal (2)            // signal twice
 9          serfSem.signal (2)             // signal twice
10          serfs -= 2
11          hackers = 0
12          iAmTheCaptain = true
13      else
14          mutex.signal ()  // captain keeps the mutex
15
16  wait (hackerSem)        // wait here to board
17
18  board ()
19  barrier.wait ()         // wait until all 4 have boarded
20
21  if (iAmTheCaptain)
22      mutex.signal ()
23      rowBoat ()
```

This is the first case we have seen where a mutex does not have a clear end point. In most cases, threads enter the mutex, update the counter, and exit the mutex. Then they wait on `hackerSem` or `serfSem`.

But when a thread arrives that forms a complete boatload, it has to signal `hackerSem` and `serfSem` to allow the other threads to board. Then it adjusts the counters. Finally, it has to hold onto the mutex until all the threads have boarded.

The barrier keeps track of how many threads have boarded. When the last thread arrives, all threads proceed. One of them, the captain, releases the mutex (finally) and then rows the boat.

Here are some middle-level assertions you might want to prove to yourself:

- There can't be more than 4 hackers or 4 serfs in the boarding area at a time.

- When all four passengers have boarded, and the captain is about to invoke `rowBoat` there can be at most 1 thread in the boarding area.

## 5.3   The unisex bathroom problem

I wrote this problem[1] when my friend Shelby Nelson left her position teaching physics at Colby College and took a job at Xerox.

She was working in a cubicle in the basement of a concrete monolith, and the nearest women's bathroom was two floors up. She proposed to the Uberboss that they convert the men's bathroom on her floor to a unisex bathroom, sort of like on Ally McBeal.

The Uberboss agreed, provided that the following synchronization constraints can be maintained:

- There cannot be men and women in the bathroom at the same time.

- There should never be more than three employees squandering company time in the bathroom.

Of course the solution should avoid deadlock. For now, though, don't worry about starvation. You may assume that the bathroom is equipped with all the semaphores you need.

---

[1]Later I learned that a nearly identical problem appears in Andrews's *Concurrent Programming*[1]

### 5.3.1   Unisex bathroom hint

Here are the variables I used in my solution:

Listing 5.6: Unisex bathroom hint

```
1   Semaphore empty = 1
2   Louie maleLouie, femaleLouie
3   Semaphore maleMultiplex = 3
4   Semaphore femaleMultiplex = 3
```

`empty` is 1 if the room is empty and 0 otherwise.

`maleLouie` allows men to bar women from the room. When the first male enters, the filo locks `empty`, barring women; When the last male exist, it unlocks `empty`, allowing women to enter. Women do likewise using `femaleLouie`.

`maleMultiplex` and `femaleMultiplex` ensure that there are no more than three men and three women in the system at a time.

120                              Not-so-classical synchronization problems

### 5.3.2   Unisex bathroom solution

Here is the female code:

Listing 5.7: Unisex bathroom solution (female)

```
1  femaleLouie.lock (empty)
2      femaleMultiplex.wait ()
3          bathroom code here
4      femaleMultiplex.signal ()
5  female Louie.unlock (empty)
```

The male code is similar.

The exclusion pattern in this problem might be called **categorical mutual exclusion**. A thread in the critical section does not necessarily exclude other threads, but the presence of one category in the critical section excludes other categories.

Are there any problems with this solution?

122                                    Not-so-classical synchronization problems

### 5.3.3   No-starve unisex bathroom problem

The problem with the previous solution is that it allows starvation. A long line of women can arrive and enter while there is a man waiting, and vice versa.

Puzzle: fix the problem.

### 5.3.4   No-starve unisex bathroom solution

As we have seen before, we can use a turnstile to allow one kind of thread to
stop the flow of the other kind of thread. This time we'll look at the male code:

Listing 5.8: No-starve unisex bathroom solution (male)

```
1  turnstile.wait ()
2      maleLouie.lock (empty)
3  turnstile.signal ()
4
5      maleMultiplex.wait ()
6          bathroom code here
7      maleMultiplex.signal ()
8
9  maleLouie.unlock (empty)
```

As long as there are men in the room, new arrivals will pass through the
turnstile and enter. If there are women in the room when a male arrives, the
male will block inside the turnstile, which will bar all later arrivals (male and
female) from entering until the current occupants leave. At that point the male
in the turnstile enters, possibly allowing additional males to enter.

The female code is similar, so if there are men in the room an arriving female
will get stuck in the turnstile, barring additional men.

### 5.3.5   Efficient no-starve unisex bathroom problem

There is one aspect of this solution that is possibly inefficient. If the system is
busy, then there will often be several threads, male and female, queued on the
turnstile. Each time `empty` is signalled, one thread will leave the turnstile and
another will enter. If the new thread is the opposite gender, it will promptly
block, barring additional threads. Thus, there will usually be only 1-2 threads in
the bathroom at a line, and the system will not take advantage of the available
parallelism.

Puzzle: Extend this solution so that when `empty` is signalled by an exiting
thread, a waiting thread of the opposite gender proceeds (if there is one), along
with up to two additional threads of the same gender.

### 5.3.6    Efficient no-starve unisex bathroom hint

The fundamental problem is that only one thread can wait inside the turnstile, so when the bathroom is empty we are only guaranteed that one new thread can enter.

We would like to replace the turnstile with a "waiting room," that can hold multiple threads of the same gender. The requirements for the waiting room are similar to the requirements for the bathroom itself – it has limited capacity and should enforce categorical mutual exclusion.

My solution uses the following additional variables.

Listing 5.9: Unisex bathroom hint

```
1   Semaphore waitRoomEmpty = 1
2   Louie maleWaitLouie, femaleWaitLouie
3   Semaphore maleWaitMultiplex = 3
4   Semaphore femaleWaitMultiplex = 3
```

### 5.3.7   Efficient unisex bathroom solution

Listing 5.10: Efficient unisex bathroom solution

```
 1
 2   maleWaitMultiplex.wait ()
 3       maleWaitLouie.lock (waitRoomEmpty)
 4           maleLouie.lock (empty)
 5       maleWaitLouie.unlock (waitRoomEmpty)
 6   maleWaitMultiplex.signal ()
 7
 8       maleMultiplex.wait ()
 9           bathroom code here
10       maleMultiplex.signal ()
11
12   maleLouie.unlock (empty)
```

The multiplex allows up to three male threads to be in the waiting room. The filo and `waitRoomEmpty` enforce categorical mutual exclusion.

Imagine that there are female threads in the bathroom. Additional female threads pass through the waiting room without blocking. When the first male thread arrives, it blocks on `maleLouie`. At this point, female threads hold `empty` but male threads hold `waitRoomEmpty`. Thus, additional female threads cannot enter the waiting room. Up to two additional male threads can enter the waiting room, where they will also block on `maleLouie`. Any additional male threads will block on `maleWaitMultiplex`.

Eventually the last female thread will signal `empty`. At that point, the male threads in `maleLouie` unblock and enter the bathroom. When the last male thread leaves the waiting room, it signals `waitRoomEmpty`. At this point a female thread may enter the waiting room, but there is no guarantee that a male threads doesn't get there first.

So this solution solved the efficiency problem, but it brought back the starvation problem. Fortunately, we can solve the starvation problem the same way we did before, by adding a turnstile:

Listing 5.11: Efficient unisex bathroom solution

```
 1   maleWaitMultiplex.wait ()
 2
 3   turnstile.wait ()
 4       maleWaitLouie.lock (waitRoomEmpty)
 5   turnstile.signal ()
 6
 7           maleLouie.lock (empty)
 8       maleWaitLouie.unlock (waitRoomEmpty)
 9   maleWaitMultiplex.signal ()
10
11       maleMultiplex.wait ()
12           bathroom code here
13       maleMultiplex.signal ()
14
15   maleLouie.unlock (empty)
```

At this point the solution is complicated enough that it is hard to be sure that it is correct. To be honest, the effort to make the solution more efficient may have been misguided. The original (no-starve) solution is probably adequate if the number of threads competing for the bathroom is small. If that is the case, then the original solution is probably more efficient just because it spends less time fiddling with semaphores!

Also, keep in mind that for the vast majority of applications correctness is more important than efficiency. Write code that is provably correct.

## 5.4  Baboon crossing problem

This problem is adapted from Tanenbaum's *Operating Systems: Design and Implementation* [9]. There is a deep canyon somewhere in Kruger National Park, South Africa, and a single rope that spans the canyon. Baboons can cross the canyon by swinging hand-over-hand on the rope, but if two baboons going in opposite directions meet in the middle, they will fight and drop to their deaths. Furthermore, the rope is only strong enough to hold 5 baboons. If there are more baboons on the rope at the same time, it will break.

Assuming that we can teach the baboons to use semaphores, we would like to design a synchronization scheme with the following properties:

- Once a baboon has begun to cross, it is guaranteed to get to the other side without running into a baboon going the other way.

- There are never more than 5 baboons on the rope.

- A continuing stream of baboons crossing in one direction should not bar baboons going the other way indefinitely (no starvation).

I will not include a solution to this problem for reasons that should be clear.

## 5.5 The search-insert-delete problem

This one is from Andrews's *Concurrent Programming* [1].

> Three kinds of threads share access to a singly-linked list: searchers, inserters and deleters. Searchers merely examine the list; hence they can execute concurrently with each other. Inserters add new items to the end of the list; insertions must be mutually exclusive to preclude two interters from inserting new items at about the same time. However, one insert can proceed in parallel with any number of searches. Finally, deleters remove items from anywhere in the list. At most one deleter process can access the list at a time, and deletion must also be mutually exclusive with searches and insertions.

> Puzzle: write code for searchers, inserters and deleters that enforces this kind of three-way categorical mutual exclusion.

132                                    Not-so-classical synchronization problems

### 5.5.1   Search-Insert-Delete hint

Listing 5.12: Search-Insert-Delete hint

```
1   Semaphore insertMutex = 1
2   Semaphore noSearcher = 1
3   Semaphore noInserter = 1
4   Louie searchLouie = 0
5   Louie insertLouie = 0
```

`insertMutex` ensures that only one inserter is in its critical section at a time. `noSearcher` and `noInserter` indicate (surprise) that there are no searchers and no inserters in their critical sections; a deleter needs to hold both of these to enter.

`searchLouie` and `insertLouie` are used by searchers and inserters to exclude deleters.

134                                    Not-so-classical synchronization problems

### 5.5.2   Search-Insert-Delete solution

Here is my solution:

Listing 5.13: Search-Insert-Delete solution (searcher)

```
1  searchLouie.wait (noSearcher)
2  \\ critical section
3  searchLouie.signal (noSearcher)
```

The only thing a searcher needs to worry about is a deleter. The first searcher in takes `noSearcher`; the last one out releases it.

Listing 5.14: Search-Insert-Delete solution (inserter)

```
1  insertLouie.wait (noInserter)
2  insertMutex.wait ()
3  \\ critical section
4  insertMutex.signal ()
5  insertLouie.signal (noInserter)
```

Similarly, the first inserter takes `noInserter` and the last one out releases it. Since searchers and inserters compete for different semaphores, they can be in their critical section concurrently. But `insertMutex` ensures that only one inserter is in the room at a time.

Listing 5.15: Search-Insert-Delete solution (deleter)

```
1  noSearcher.wait ()
2  noInserter.wait ()
3  \\ critical section
4  noInserter.signal ()
5  noSearcher.signal ()
```

Since the deleter holds both `noSearcher` and `noInserter`, it is guaranteed exclusive access. Of course, any time we see a thread holding more than one semaphore, we need to check for deadlocks. By trying out a few scenarios, you should be able to convince yourself that this solution is deadlock free.

On the other hand, like many categorical exclusion problems, this one is prone to starvation. As we saw in the Readers-Writers problem, we can sometimes mitigate this problem by giving priority to one category of threads according to application-specific criteria. But in general it is difficult to write an efficient solution (one that allows the maximum degree of concurrency) that avoids starvation.

## 5.6    The dining savages problem

Another one from the excellent collection in Andrews's *Concurrent Programming* [1].

> A tribe of savages eats communal dinners from a large pot that can hold M servings of stewed missionary. When a savage wants to eat, he helps himself from the pot, unless it is empty. If the pot is empty, the savage wakes up the cook and the waits until the cook has refilled the pot.

Any number of savage threads run the following code:

Listing 5.16: Unsynchronized savage code

```
1  while (1) {
2      getServingFromPot ()
3      eat ()
4  }
```

And one cook thread runs this code:

Listing 5.17: Unsynchronized cook code

```
1  while (1) {
2      putServingsInPot (M)
3  }
```

Puzzle: Add synchronization code for the savages and the cook that prevents deadlock, and awakens the cook only when the pot is empty.

Note: This problem is based on a cartoonish representation of the history of Western missionaries among hunter-gatherer societies. Some humor is intended by the allusion to the Dining Philosophers problem, but the representation of "savages" here isn't intended to be any more realistic than the previous representation of philosophers. If you are interested in hunter-gatherer societies, I recommend Jared Diamond's *Guns, Germs and Steel*, among many other popular books about anthropology.

138                                        Not-so-classical synchronization problems

### 5.6.1   Dining Savages hint

It is tempting to use a semaphore to keep track of the number of servings, as in the producer-consumer problem. But in order to signal the cook when the pot is empty, a thread would have to know before decrementing the semaphore whether it would have to wait, and we just can't do that.

An alternative is to use a mutex-protected counter to keep track of the number of servings. If a savage finds the counter at zero, he wakes the cook and waits for a signal that the pot is full. Here are the variables I used:

Listing 5.18: Dining Savages hint

```
1  int servings
2  Semaphore mutex = 1
3  Semaphore cook = 0
4  Semaphore savage = 0
```

**140**                                 **Not-so-classical synchronization problems**

### 5.6.2   Dining Savages solution

The code for the cook is straightforward:

Listing 5.19: Dining Savages solution (cook)

```
1   while (1) {
2       cook.wait ()
3       putServingsInPot (M)
4       savage.signal ()
5   }
```

The code for the savages is only a little more complicated. As each savage passes through the mutex, he decrements `servings`, in effect making a reservation for the meal he is about to get.

Listing 5.20: Dining Savages solution (savage)

```
1   while (1) {
2       mutex.get ()
3           if (servings == 0)
4               cook.signal ()
5               savage.wait ()
6               servings = M
7           servings--
8       mutex.signal ()
9
10      getServingFromPot ()
11      eat ()
12  }
```

This solution is deadlock-free. The only opportunity for deadlock comes when the thread that holds `mutex` waits for `savage`. But since that thread has just signalled `cook`, it is guaranteed to wake when the cook signals `savage`.

It is not immediately obvious that the reservation system works, since it seems possible for a thread to decrement `servings`, release the mutex, and then find the pot empty by the time it invokes `getServingFromPot`. I will leave it to you to convince yourself that that is not possible.

142                                    Not-so-classical synchronization problems

## 5.7   The barbershop problem

The original barbershop problem was proposed by Dijkstra. A variation of it appears in Silberschatz and Galvin's *Operating Systems Concepts* [7].

> A barbershop consists of a waiting room with $n$ chairs, and the barber room containing the barber chair. If there are no customers to be served, the barber goes to sleep. If a customer enters the barbershop and all chairs are occupied, then the customer leaves the shop. If the barber is busy, but chairs are available, then the customer sits in one of the free chairs. If the barber is asleep, the customer wakes up the barber. Write a program to coordinate the barber and the customers.

To make the problem a little more concrete, I added the following information:

- If a customer thread arrives when the shop is full, it can invoke `exit`. This operation allows the thread to skip to whatever it is supposed to do next, or terminate.

- When the barber invokes `cutHair` there should be exactly one thread invoking `getHairCut` concurrently.

144                                  Not-so-classical synchronization problems

### 5.7.1   Barbershop hint

Listing 5.21: Barbershop hint

```
1  int customers
2  Semaphore mutex = 1
3  Semaphore customer = 0
4  Semaphore barber = 0
```

`customers` counts the number of customers in the shop; it is protected by `mutex`.

The barber waits on `customer` until a customer enters the shop, then the customer waits on `barber` until the barber signals him to take a seat.

146                                    Not-so-classical synchronization problems

### 5.7.2   Barbershop solution

If there are *n* customers in the waiting room and one in the barber chair, then
the shop is full and any customers that arrive immediately invoke `exit`.

Otherwise each customer signals the barber and waits for a signal from the
barber. This is exactly the rendezvous pattern from Section 3.2.

Listing 5.22: Barbershop solution (customer)

```
 1  mutex.wait ()
 2      if (customers == n+1)
 3          mutex.signal ()
 4          exit ()
 5      customers++
 6  mutex.signal ()
 7
 8  customer.signal ()
 9  barber.wait ()
10  getHairCut ()
11
12  mutex.wait ()
13      customers--
14  mutex.signal ()
```

The barber runs in a loop. Each time a customer signals, the barber wakes,
signals one customer, and gives one hair cut. If another customer arrives while
the barber is busy, then on the next iteration the barber will pass the `barber`
semaphore without sleeping.

Listing 5.23: Barbershop solution (barber)

```
 1  customer.wait ()
 2  barber.signal ()
 3  cutHair ()
```

## 5.8   Hilzer's Barbershop problem

William Stallings [8] presents a more complicated version of the barbershop problem, which he attributes to Ralph Hilzer at the California State University at Chico.

> Our barbershop has three chairs, three barbers, and a waiting area that can accomodate four customers on a sofa and that has standing room for additional customers. Fire codes limit the total number of customers in the shop to 20.
>
> A customer will not enter the shop if it is filled to capacity with other customers. Once inside, the customer takes a seat on the sofa or stands if the sofa is filled. When a barber is free, the customer that has been on the sofa the longest is served and, if there are any standing customers, the one that has been in the shop the longest takes a seat on the sofa. When a customer's haircut is finished, any barber can accept payment, but because there is only one cash register, payment is accepted for one customer at a time. The barbers divide their time among cutting hair, accepting payment, and sleeping in their chair waiting for a customer.

Customers should invoke the following functions, in order: `enterShop`, `sitOnSofa`, `sitInBarberChair`, `pay`, `exitShop`.

Barbers invoke `cutHair` and `acceptPayment`. The following synchronization constraints apply:

- Customers cannot invoke `enterShop` if the shop is at capacity.

- If the sofa is full, an arriving customer cannot invoke `sitOnSofa` until one of the customers on the sofa invokes `sitInBarberChair`.

- If all three barber chairs are busy, an arriving customer cannot invoke `sitInBarberChair` until one of the customers in a chair invokes `pay`.

- The customer has to `pay` before the barber can `acceptPayment`.

- The barber must `acceptPayment` before the customer can `exitShop`.

One difficulty with this problem is that in each waiting area (the sofa and the standing room), customers have to be served in first-in-first-out (FIFO) order. If our implementation of semaphores happens to enforce FIFO queueing, then we can use nested multiplexes to create the waiting areas. Otherwise we can use Fifo objects.

Puzzle: Write synchonization code that enforces all the synchronization constraints for Hilzer's barbershop.

### 5.8.1   Hilzer's barbershop hint

Here are the variables I used in my solution:

Listing 5.24: Hilzer's barbershop hint

```
1   Semaphore mutex = 1
2   int customers
3   Fifo standingRoom (16)
4   Fifo sofa (4)
5   Semaphore chair = 3
6   Semaphore barber = 0
7   Semaphore customer = 0
8   Semaphore cash = 0
9   Semaphore receipt = 0
```

`mutex` protects `customers`, which keeps track of the number of customers in the shop so that if a thread arrives when the shop is full, it can exit. `standingRoom` and `sofa` are Fifos that represent the waiting areas. `chair` is a multiplex that limits the number of customers in the seating area.

The other semaphores are used for the rendezvous between the barber and the customers. The customer signals `barber` and then wait on `customer`. Then the customer signals `cash` and waits on `receipt`.

### 5.8.2   Hilzer's barbershop solution

There is nothing here that is new; it's just a combination of patterns we have seen before.

Listing 5.25: Hilzer's barbershop solution (customer)

```
1   mutex.wait ()
2       if (customers == 20)
3           mutex.signal ()
4           exit ()
5       customers++
6   mutex.signal ()
7
8   standingRoom.wait ()
9   enterShop ()
10
11  sofa.wait()
12  standingRoom.signal ()
13  sitOnSofa ()
14
15  chair.wait ()
16  sofa.signal ()
17  sitInBarberChair ()
18
```

**5.8 Hilzer's Barbershop problem**          **151**

```
19  customer.signal ()
20  barber.wait ()
21  getHairCut ()
22
23  pay ()
24  cash.signal ()
25  receipt.wait ()
26
27  mutex.wait ()
28      customers--
29  mutex.signal ()
30  leaveBarberShop ()
```

The mechanism that counts the number of customers and allows threads to exit is the same as in the previous problem.

In order to maintain FIFO order for the whole system, threads cascade from `standingRoom` to `sofa` to `chair` in much the same way they cascade from one semaphore to the next in the implementation of Fifo.

The exchange with the barber is basically two consecutive rendezvouses[2]

The code for the barber is self-explanatory:

Listing 5.26: Hilzer's barbershop solution (barber)

```
1  customer.wait ()
2  barber.signal ()
3  cutHair()
4
5  cash.wait ()
6  acceptPayment ()
7  receipt.signal ()
```

If two customers signal `cash` concurrently, there is no way to know which waiting barber will get which signal, but the problem specification says that's ok. Any barber can take money from any customer.

---

[2]The plural of rendezvous is rare, and not all dictionaries agree about what it is. Another possibility is that the plural is also spelled "rendezvous," but the final "s" is pronounced.

## 5.9   The room party problem

I wrote this problem while I was at Colby College. One semester there was a controversy over an allegation by a student that someone from the Dean of Students Office had searched his room in his absence. Although the allegation was public, the Dean of Students wasn't able to comment on the case, so we never found our what really happened. I wrote this problem to tease a friend of mine, who was the Dean of Student Housing.

The following synchronization constraints apply to students and the Dean of Students:

1. Any number of students can be in a room at the same time.

2. The Dean of Students can only enter a room if there are no students in the room (to conduct a search) or if there are more than 50 students in the room (to break up the party).

3. While the Dean of Students is in the room, no additional students may enter, but students may leave.

4. The Dean of Students may not leave the room until all students have left.

5. There is only one Dean of Students, so you do not have to enforce exclusion among multiple deans.

Puzzle: write synchronization code for students and for the Dean of Students that enforces all of these constraints.

### 5.9.1   Room party hint

Listing 5.27: Room party hint

```
1  int students              // number of students in room
2  Semaphore mutex = 1       // protect the student count
3  Semaphore noDean = 1      // the dean is not in the room
4  Semaphore deanCanEnter = 1 // the dean may enter
5  Semaphore noStudents = 1  // there are no students in the room
```

`students` counts the number of students in the room. `mutex` protects the counter (and also allows the dean to bar students from entering).

`noDean` is 1 when the dean is not in the room. `noStudents` is 1 when there are no students in the room. `deanCanEnter` is 1 when there are no students or more than 50.

### 5.9.2   Room party solution

This problem is hard. I went through a lot of trial and error before I found a
solution that (I am pretty sure) works. One of the difficulties is that we need
to allow students to leave without allowing new students to enter; the solution
I chose requires students to hold two mutexes (`mutex` and `noDean`) to enter and
only one to leave.

`noDean` is a mutex for both students and deans. It prevents students from
entering when the dean is in the room. It also prevents the dean from entering
while a student is in the middle of checking in. Incidentally, it enforces mutual
exclusion among multiple deans, which is not required, but it is acceptable.

`noStudents` is 1 if there are no students in the room and 0 otherwise. The
student threads maintain it using a pattern similar to a Louie; the first student
in locks it and the last one out unlocks it. The deans use `noStudents` to ensure
that all the students have left the room before they exit.

`deanCanEnter` is a turnstile for deans. When there are no students in the
room, the turnstile is unlocked. The first student to enter locks it, but the
50th unlocks it again. Similarly, when the number of students drops below 50,
`deanCanEnter` gets locked again. When the last student exits, it is unlocked
one more time.

Listing 5.28: Room party solution (student)

```
1   noDean.wait ()
2   mutex.wait ()
3       count++
4       if (count == 1)
5           deanCanEnter.wait ()
6           noStudents.wait ()
7       if (count == 51)
8           deanCanEnter.signal ()
9   mutex.signal ()
10  noDean.signal ()
11
12  party ()
13
14  mutex.wait ()
15      count--
16      if (count == 0)
17          noStudents.signal ()
18          deanCanEnter.signal ()
19      if (count == 50)
20          deanCanEnter.wait ()
21  mutex.signal ()
```

The dean's code uses `mutex` in a non-standard way. The dean gets the
mutex to prevent students from changing the counter while the dean is checking

it. If there are more than 50 students, then the dean has to release the mutex, allowing students to exit, before waiting on `noStudents`. Otherwise the program deadlocks.

Listing 5.29: Room party solution (dean)

```
1   deanCanEnter.wait ()
2   deanCanEnter.signal ()
3
4   noDean.wait ()
5       mutex.wait ()
6       if (count == 0)
7           search ()
8           mutex.signal ()
9       if (count > 50)
10          breakUpParty ()
11          mutex.signal ()
12          noStudents.wait ()
13          noStudents.signal ()
14      else
15          mutex.signal ()
16  noDean.signal ()
```

In this solution, it is possible for students to enter and leave after the dean passes the turnstile, which means that by the time the dean checks the counter there might be more than 0 and fewer than 50 students in the room. In this case, the dean should exit without invoking `search` or `breakUpParty`. It is not efficient to allow deans to enter and exit without doing useful work, but we expect this to happen only occasionally, since it depends on a fluke of timing.

## 5.10   The Santa Claus problem

This problem is from William Stallings's *Operating Systems* [8], but he attributes it to John Trono of St. Michael's College in Vermont.

> Stand Claus sleeps in his shop at the North Pole and can only be awakened by either (1) all nine reindeer being back from their vacation in the South Pacific, or (2) some of the elves having difficulty making toys; to allow Santa to get some sleep, the elves can only wake him when three of them have problems. When three elves are having their problems solved, any other elves wishing to visit Santa must wait for those elves to return. If Santa wakes up to find three elves waiting at his shop's door, along with the last reindeer having come back from the tropics, Santa has decided that the elves can wait until after Christmas, becuase it is more important to get his sleigh ready. (It is assumed that the reindeer do not want to leave the tropics, and therefore they stay there until the last possible moment.) The last reindeer to arrive must get Santa while the others wait in a warming hut before being harnessed to the sleigh.

Here are some addition specifications:

- After the ninth reindeer arrives, Santa must invoke `prepareSleigh`, and then all nine reindeer must invoke `getHitched`.

- After the third elf arrives, Santa must invoke `helpElves`. Concurrently, all three elves should invoke `getHelp`.

- All three elves must invoke `getHelp` before any additional elves enter (increment the elf counter).

Santa should run in a loop so he can help many sets of elves. We can assume that there are exactly 9 reindeer, but there may be any number of elves.

158                              Not-so-classical synchronization problems

### 5.10.1   Santa problem hint

Listing 5.30: Santa problem hint

```
1  int elves = 0
2  int reindeer = 0
3  Semaphore santaSem = 0
4  Semaphore reindeerSem = 0
5  Semaphore elfTex = 1
6  Semaphore mutex = 1
```

`elves` and `reindeer` are counters, both protected by mutex. Elves and reindeer get `mutex` to modify the counters; Santa gets it to check them.

Santa waits on `santaSem` until either an elf or a reindeer signals him.

The reindeer wait on `reindeerSem` until Santa signals them to enter the paddock and get hitched.

The elves use `elfTex` to prevent additional elves from entering while three elves are being helped.

160                                    Not-so-classical synchronization problems

### 5.10.2   Santa problem solution

Santa's code is pretty straightforward. Remember that it runs in a loop.

Listing 5.31: Santa problem solution (Santa)

```
1   santaSem.wait ()
2   mutex.wait ()
3       if (reindeer == 9)
4           prepareSleigh ()
5           reindeerSem.signal (9)
6       else if (elves == 3)
7           helpElves ()
8   mutex.signal ()
```

When Santa wakes up, he checks which of the two conditions holds and either deals with the reindeer or the waiting elves. If there are nine reindeer waiting, Santa invokes `prepareSleigh`, then signals `reindeerSem` nine times, allowing the reindeer to invoke `getHitched`. If there are elves waiting, Santa just invokes `helpElves`. There is no need for the elves to wait for Santa; once they signal `santaSem`, they can invoke `getHelp` immediately.

Here is the code for reindeer:

Listing 5.32: Santa problem solution (reindeer)

```
1   mutex.wait ()
2       reindeer++
3       if (reindeer == 9)
4           santaSem.signal ()
5   mutex.signal ()
6
7   reindeerSem.wait ()
8   getHitched ()
```

The ninth reindeer signals Santa and then joins the other reindeer waiting on `reindeerSem`. When Santa signals, the reindeer all execute `getHitched`.

The elf code is similar, except that when the third elf arrives it has to bar subsequent arrivals until the first three have executed `getHelp`.

Listing 5.33: Santa problem solution (elves)

```
 1  elfTex.wait ()
 2  mutex.wait ()
 3      elves++
 4      if (elves == 3)
 5          santaSem.signal ()
 6      else
 7          elfTex.signal ()
 8  mutex.signal ()
 9
10  getHelp ()
11
12  mutex.wait ()
13      elves--
14      if (elves == 0)
15          elfTex.signal ()
16  mutex.signal ()
```

The first two elves release `elfTex` at the same time they release the `mutex`, but the last elf holds `elfTex`, barring other elves from entering until all three elves have invoked `getHelp`.

The last elf to leave releases `elfTex`, allowing the next batch of elves to enter.

## 5.11   The roller coaster problem

This problem is from Andrews's *Concurrent Programming* [1], but he attributes it to J. S. Herman's Master's thesis.

> Suppose there are $n$ passenger threads and a car thread. The passengers repeatedly wait to take rides in the car, which can hold $C$ passengers, where $C < n$. The car can go around the tracks only when it is full.

Here are some additional details:

- After the car arrives, $C$ passengers should invoke `boardCar`, then the car should invoke `depart`, then passengers should invoke `leaveCar`.

Puzzle: Write code for the passengers and car that enforces these constraints.

### 5.11.1   Roller Coaster hint

Listing 5.34: Roller Coaster hint

```
1   Semaphore car = 0
2   Semaphore allAboard = 0
3   Semaphore lastStop = 0
4   Semaphore mutex = 1
5   int passengers = 0
```

`car` indicates that the car has arrived; `allAboard` indicates that the car is full; `lastStop` indicates that the car has departed and looped the track.

`mutex` protects `passengers`, which counts the number of passengers that have invoked `boardCar`.

### 5.11.2 Roller Coaster solution

Listing 5.35: Roller Coaster solution (car)

```
1  car.signal (C)
2  allAboard.wait ()
3  depart ()
4  lastStop.signal (C)
```

When the car arrives, it allows $C$ passengers to proceed, then waits for the last one to invoke `boardCar`. When it has departed, it allows $C$ passengers to disembark.

Listing 5.36: Roller Coaster solution (passenger)

```
1  car.wait ()
2  boardCar ()
3
4  mutex.wait ()
5     passengers++
6     if (passengers == C)
7        allAboard.signal ()
8        passengers = 0
9  mutex.signal ()
10
11 lastStop.wait ()
12 leaveCar ()
```

Passengers wait for the car before boarding, naturally, and wait for the car to stop before leaving. The last passenger to board signals the car and resets the passenger counter.

This solution does not generalize to the case where there is more than one car. In order to do that, we have to satisfy some additional constraints:

- Only one car can be boarding at a time.

- Multiple cars can be on the track concurrently.

- Since cars can't pass each other, they have to unload in the same order they boarded.

Puzzle: assuming that we know that there are $m$ cars, modify the previous solution to handle the additional constraints.

**168**                                   **Not-so-classical synchronization problems**

### 5.11.3   Multi-car Roller Coaster hint

We can assume that each car has a local variable $i$ that contains an identifier between 0 and $m-1$. One way to initialize these variables is to pass the thread through a barrier that assigns identifiers in order.

Two arrays of $m$ semaphores keep the cars in order. As each thread enters the boarding area, or prepares to unload, it waits on its own semaphore, and then signals the next car in line.

Listing 5.37: Multi-car Roller Coaster hint

```
1  int m
2  local int i
3  Semaphore board[m] = { 1, 0, 0, ..., 0 }
4  Semaphore unload[m] = { 1, 0, 0, ..., 0 }
```

The function **next** computes the identifier of the next car in the sequence (wrapping around from $m-1$ to 0):

Listing 5.38: Implementation of **next**

```
1  int next (i) { return (i + 1) mod m }
```

### 5.11.4    Multi-car Roller Coaster solution

Initially, only the car with identifier 0 can proceed.  When each car finishes
boarding, it signals its successor.  Any number of cars can invoke `depart` con-
currently, but when they enter the unloading area, again, they have to go in
order.

When the last car leaves an area, it signals the first, which restores the
original state of the semaphore array (or allows the first car to proceed, if it is
already waiting).

Listing 5.39: Multi-car Roller Coaster solution (car)

```
 1  board[i].wait()
 2      car.signal (C)
 3      allAboard.wait ()
 4  board[next(i)].signal()
 5
 6  depart ()
 7
 8  unload[i].wait()
 9      lastStop.signal (C)
10  unload[next(i)].signal ()
```

In my first draft of this solution, I used the same array of semaphores for
`board` and `unload`. Why doesn't that work?

One potential problem with this solution is that a car can start loading again
before the passengers from the previous load have left. If that bothers you, you
should have no trouble fixing it.

## 5.12   The Bus problem

This problem was originally based on the Senate bus at Wellesley College. Riders come to a bus stop and wait for a bus. When the bus arrives, all the waiting riders invoke `boardBus`, but anyone who arrives while the bus is boarding has to wait for the next bus. The capacity of the bus is 50 people; if there are more than 50 people waiting, some will have to wait for the next bus.

When all the waiting riders have boarded, the bus can invoke `depart`. If the bus arrives when there are no riders, it should depart immediately.

Puzzle: Write synchronization code that enforces all of these constraints.

### 5.12.1  Bus problem hint

Here are the variables I used in my solution:

Listing 5.40: Bus problem hint

```
1   Semaphore mutex = 1;
2   int riders;
3   Semaphore turnstile = 1;
4   Semaphore multiplex = 50;
5   Semaphore bus = 0;
6   Semaphore allAboard = 0;
```

`mutex` protects `riders`, which keeps track of how many riders are waiting.
The `turnstile` controls access to the waiting area; it is initially open. When
the bus arrives, it locks the turnstile until everyone has boarded, which bars
late arrivals. The `multiplex` makes sure there are no more than 50 riders in
the boarding area.

Riders wait on `bus`, which gets signalled when the bus arrives. The bus waits
on `allAboard`, which gets signalled by the last student to board.

### 5.12.2   Bus problem solution

Here is the code for the bus:

Listing 5.41: Bus problem solution (bus)

```
1  turnstile.wait()
2      if (riders == 0)
3          depart()
4          turnstile.signal
5          return
6
7  bus.signal()
8  allAboard.wait()
9
10 bus.wait()
11 depart()
12 turnstile.signal()
```

When the bus arrives, it gets and keeps `turnstile`, which prevents late arrivals from entering the boarding area. If there are no rides, it departs immediately. Otherwise, it signals `bus` and waits for the riders to board.

Here is the code for the riders:

Listing 5.42: Bus problem solution (riders)

```
1  multiplex.wait()
2
3      turnstile.wait()
4          riders++
5      turnsile.signal()
6
7      bus.wait()
8      bus.signal()
9  multiplex.signal()
10 boardBus()
11
12 mutex.wait ()
13     riders--
14     if (riders == 0) allAboard.signal();
15 mutex.signal ()
```

The multiplex controls the number of riders in the waiting area, although strictly speaking, a rider doesn't enter the waiting area until she passes the turnstile. We increment `riders` inside the turnstile to guarantee that the count is accurate when the bus arrives.

Riders wait on `bus` and then pass through one at a time. After boarding, each rider gets the mutex and decrements the counter. When the last thread boards, it signals `allAboard`, which allows the bus to leave.

For the most part, this solution is just a combination of patterns we have seen before. But there is one subtlety: notice that `riders` is not always protected by the same mutex. The increment (Line 4) is protected by `turnstile` but the decrement (Line 13) is protected by `mutex`. So we have to check whether one thread might be incrementing while another is decrementing. Fortunately, we can prove that this is impossible. If a rider holds `mutex`, then the bus must be boarding, in which case the bus holds `turnstile`, so no threads can be incrementing riders.

Challenge: if riders arrive while the bus is boarding, they might be annoyed if you make them wait for the next one. Can you find a solution that allows late arrivals to board without violating the other constraints?

# Bibliography

[1] Gregory R. Andrews. *Concurrent Programming: Principles and Practice*. Addison-Wesley, 1991.

[2] Edsgar Dijkstra. Cooperating sequential processes. 1965. Reprinted in *Programming Languages*, F. Genuys, ed., Academic Press, New York 1968.

[3] Armando R. Gingras. Dining philosophers revisited. *ACM SIGCSE Bulletin*, 22(3):21–24, 28, September 1990.

[4] Joseph M. Morris. A starvation-free solution to the mutual exclusion problem. *Information Processing Letters*, 8:76–80, February 1979.

[5] David L. Parnas. On a solution to the cigarette smokers' problem without conditional statements. *Communications of the ACM*, 18:181–183, March 1975.

[6] Suhas Patil. Limitations and capabilities of dijkstra's semaphore primitives for coordination among processes. Technical report, MIT, 1971.

[7] Abraham Silberschatz and Peter Baer Galvin. *Operating Systems Concepts*. Addison Wesley, fifth edition, 1997.

[8] William Stallings. *Operating Systems: Internals and Design Principles*. Prentice Hall, fourth edition, 2000.

[9] Andrew S. Tanenbaum. *Modern Operating Systems*. Prentice Hall, second edition, 2001.

# EXHIBIT M

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PROLITEC INC., | |
| Plaintiff, | C.A. No. 20-984-RGA |
| v. | |
| SCENTAIR TECHNOLOGIES, LLC, | |
| Defendant. | |

## PROLITEC INC'S RESPONSE TO SCENTAIR TECHNOLOGIES, LLC'S SECOND SET OF INTERROGATORIES (NOS. 11-21)

Pursuant to Fed. R. Civ. P. 26 and 34, and the Local Rules of the U.S. District Court for the District of Delaware, including Civil L.R. 26 and Civil L.R. 34, Plaintiff Prolitec Inc. ("Prolitec" or "Plaintiff") hereby provides its response to Defendant ScentAir Technologies, LLC's ("ScentAir" or "Defendant") Second Set of Interrogatories.

## GENERAL OBJECTIONS

The following General Objections and statement shall be applicable to, and shall be included in, Plaintiff's response to each interrogatory, whether or not mentioned expressly in any particular response. Plaintiff does not waive any of its General Objections by stating specific objections to any particular interrogatory. Plaintiff reserves the right to assert additional objections as it deems necessary and/or appropriate.

1.      Prolitec objects to each and every discovery request, instruction and definition, to the extent it seeks information that is subject to the attorney-client privilege or any other applicable privilege, constitutes attorney work-product, or is otherwise immune from discovery under the Federal Rules of Civil Procedure. Any inadvertent production by Prolitec of any document,

1

information, or thing protected from disclosure by the attorney-client privilege, work-product immunity, and/or other applicable privilege or immunity is unintentional, and shall not be construed as a waiver of any applicable objection or privilege.

2.  Prolitec objects to each interrogatory, instruction and definition, to the extent it calls for the disclosure of confidential information of any third party that is in the possession of Prolitec pursuant to confidentiality and non-disclosure restrictions imposed by contract or applicable law.

3.  Prolitec objects to each interrogatory, instruction and definition, to the extent it seeks information that is not within the possession, custody, or control of Prolitec.

4.  Prolitec objects to each interrogatory, instruction and definition, to the extent it seeks information beyond what is available to Prolitec at present from a reasonable search of its own files and from a reasonable inquiry of its present employees.

5.  Prolitec objects to each interrogatory, instruction and definition, to the extent it purports to impose obligations on Prolitec that exceed its obligations under the Federal Rules of Civil Procedure, the Local Rules of the District, any orders issued by the Court in this case, any agreements or stipulations between the parties, or any other applicable rule of law.

6.  Prolitec objects to each interrogatory, instruction and definition, to the extent it seeks the disclosure of information that is not relevant to any party's claim or defense, not proportional to the needs of the case, and/or not likely to lead to the discovery of admissible evidence.

7.  Prolitec objects to these interrogatories, instructions and definitions, to the extent they seek information that is unreasonably cumulative or duplicative, or that is obtainable from some other source more convenient, less expensive, or less burdensome or that Defendant has had

2

an opportunity to seek from another source, or where the burden or expense to Prolitec of the proposed discovery outweighs its likely benefit to Defendant, taking into account the needs of the case, the parties' resources, the importance of the issues at stake in the case, the importance of the proposed discovery in resolving the issues, and the availability of the information to Defendant from other sources.

8.    Prolitec objects to each interrogatory, including all applicable instructions and definitions, to the extent that it is vague, ambiguous, and does not identify with particularity the information sought.

9.    Prolitec objects to each interrogatory, including the instructions and definitions accompanying it, to the extent it requests Prolitec to identify "all" information, documents, and/or things relating to a particular subject, on the ground that such requests are overly broad or unduly burdensome.

10.   Prolitec objects to each interrogatory, instruction and definition, to the extent that it is unreasonably unlimited in time and/or scope.

11.   Prolitec objects to each interrogatory, instruction and definition, to the extent that it prematurely seeks expert discovery.

12.   Prolitec objects to each interrogatory, instruction and definition, to the extent that it calls for any legal conclusions.

13.   Prolitec objects to each interrogatory, including the instructions and definitions accompanying it, as compound to the extent it contains multiple subparts or attempts to improperly combine multiple parts into one request.

14.   Prolitec objects to each interrogatory to the extent that it prematurely seeks the production of documents or information that constitute electronically stored information ("ESI")

3

prior to an agreement by the parties on terms and procedures governing the production of ESI. Prolitec will produce such documents or information only in accordance with and under the terms of an ESI Order that is stipulated to by the parties and entered by the Court.

15.     Prolitec objects to the definition of "Prolitec Accused Product(s)" to the extent it covers products other than the Aera System accused of infringement in ScentAir's First Amended Counterclaims, as such scope is beyond the scope of permissible discovery under Federal Rule of Civil Procedure 26(b)(1).

16.     In responding to these interrogatories, Prolitec does not concede that any of the information or documents sought or provided is relevant, material, admissible in evidence, reasonably calculated to lead to the discovery of admissible evidence, or proportional to the needs of the case.

17.     Prolitec's responses to these interrogatories in no way constitute acquiescence or agreement to any definition proposed by Defendant.

18.     To the extent Prolitec responds to any interrogatory by stating that responsive documents will be produced, such statement does not constitute a representation that such documents exist but only that a reasonable search for such documents has been or will be made and that any relevant, responsive, non-privileged documents that Prolitec locates will be produced.

19.     Prolitec's responses to these interrogatories are all made subject to and without waiver of these General Objections. To the extent that Prolitec cites or repeats a particular General Objection in a specific response to a particular interrogatory, Prolitec does so because it believes that the General Objection is particularly relevant to the request but not to the exclusion of any other General Objections.

ME1 44925006v.1

20.    The specific responses set forth below are for the purposes of discovery only, and Prolitec neither waives nor intends to waive, but rather expressly reserves, any and all objections to the relevance, competence, materiality, privilege, admissibility, or use at any hearing of any information, documents, or things produced, identified, or referred to herein, or to the introduction of any evidence at any hearing relating to the subjects covered by such responses.

21.    Discovery and investigation in this case are on-going.  Prolitec reserves the right to supplement or amend its responses to these discovery requests, if and when more information becomes available.

22.    Prolitec objects to each interrogatory, instruction, and definition, to the extent that it conflicts or is inconsistent with, or purports to impose obligations on Prolitec that exceed its obligations under, the Federal Rules of Civil Procedure, the Local Rules of the District of Delaware, any orders issued by the Court in this case, any agreements or stipulations between the parties, or any other applicable rule of law.

## INTERROGATORIES

### INTERROGATORY NO. 11:

Describe in detail the full factual basis for the conception, design, and development of the Prolitec Accused Products, including by describing at least the following matters subsidiary to such conception, design, and development: the identity of all persons who conceived of, designed, or developed the Prolitec Accused Products; how and what each such person did to conceive of, design, or develop the Prolitec Accused Products; the first date of such conception, design, or development; and the last date of such conception, design, or development.

### RESPONSE:

With respect to conception, design, and development of the Aera and Aera Mini, Prolitec directs ScentAir to its Supplemental Response to ScentAir Interrogatory No. 1. With respect to the Aera System software, Vectorform was responsible for the design and development of the AeraForHome mobile software application. This work was performed in 2015 and 2016 in advance of the launch of the Aera in September 2016. Cardinal Peak was responsible for the design and development of the firmware for the Aera and Aera Mini devices. This work was performed in 2015 and 2016 in advance of the launch of the Aera in September 2016. Ayla Networks has provided the platform allowing for the AeraForHome app to communicate with the Aera devices. Prolitec subscribes to the Ayla platform which pre-existed the Aera System; the platform was not developed for Prolitec. Updates and upgrades to the above-listed items have been performed periodically since their development was finalized.

### INTERROGATORY NO. 12:

For each asserted claim of each ScentAir Asserted Patent and for each Prolitec Accused Product, set forth the full factual and legal basis for Prolitec's contention that it does not infringe such claim of such patent by such product.

6

ME1 44925006v.1

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it prematurely seeks information to be proffered through expert discovery or testimony, which Prolitec has no duty to produce prior to the opening of the expert discovery period and applicable deadlines set forth in the Court's Scheduling Order. Subject to and without waiving the foregoing objection, Prolitec states as follows.

For the reasons set forth in Prolitec's April 14 and April 17, 2023, letters regarding ScentAir's Final Infringement Contentions, ScentAir has not set forth a cognizable argument that Prolitec has infringed ScentAir's Asserted Patents. By way of example, with respect to indirect infringement, ScentAir's conclusory allegation that Prolitec's Accused Product "infringes, directly and/or indirectly" is insufficient to form a prima facie case of infringement. Likewise, ScentAir's conclusory allegation that Prolitec's Accused Product "infringes . . . either literally or under the doctrine of equivalents" is equally insufficient to establish infringement.

Furthermore, ScentAir has not adequately identified where each feature claimed in the ScentAir Asserted Patents can be found in the Prolitec Accused Product. Specifically, and among other things, ScentAir has not adequately identified how the Prolitec Accused Product:

- "determines an order of priority . . ."; "wherein the central controller is configured to coordinate the one or more activity levels of each of the first and second delivery devices during the overlapping activation time by determining which of the first and the second delivery devices to activate during the overlapping activation time . . ." as claimed in the ScentAir '162 Patent;

- "maintains one or more scheduled anti-events . . ."; "identifying a conflicting period of time between . . ."; "generating command data that maintains priority of the control specified by the one or more anti-events over any additional conflicting scheduled events subsequently added to the scenting schedule" as claimed in the ScentAir '404 Patent; or

- introduces "asynchronicity into at least one scenting schedule . . ."; "compensating for asynchronicity existing in the at least one scenting schedule . . ."; and "adding a skew parameter . . ." as claimed in the ScentAir '789 Patent.

In addition to the above-listed deficiencies in ScentAir's Final Infringement Contentions, Prolitec states that its Accused Product also does not infringe the ScentAir '388 Patent because it does not incorporate an out table (or its associated capabilities) or an in table in which verification information and status is stored.

**INTERROGATORY NO. 13:**

For each ScentAir Asserted Patent, describe in detail the full factual basis of Prolitec's awareness of such patent, including by describing at least the following matters subsidiary to such awareness: the first date of such awareness and the circumstances of such awareness.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving the foregoing objection, Prolitec states that it received notice of ScentAir's '162 Patent on September 26, 2016, via an email alert from the patent watch service PatSnap, which was previously produced as PROLITEC00021977. Prolitec received notice of ScentAir's '404 Patent on October 10, 2016, via an email alert from the patent watch service PatSnap, which was previously produced as PROLITEC00022035. Prolitec received notice of ScentAir's '789 Patent on April 2, 2018, via an email alert from the patent watch service PatSnap, which was previously produced as PROLITEC00027227–27230. Prolitec received notice of ScentAir's '388 Patent on November 23, 2020, via an email alert from the patent watch service PatSnap, which is being produced concurrently with these responses.

## INTERROGATORY NO. 14:

For each ScentAir Asserted Patent, describe in detail the full factual basis of Prolitec's action (or inaction) in response to Prolitec's awareness of such patent, including by describing at least the following matters subsidiary to such action (or inaction): all actions Prolitec considered taking in light of its awareness of such ScentAir Asserted Patent; all actions Prolitec took in light of its awareness of such ScentAir Asserted Patent; all actions a third party acting on behalf of or at the direction of Prolitec took in light of Prolitec's awareness of such ScentAir Asserted Patent; and all actions considered or taken by Prolitec or any third party acting on behalf of or at the direction of Prolitec to design around and/or avoid infringement of such ScentAir Asserted Patent.

## RESPONSE:

Prolitec objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrine.

## INTERROGATORY NO. 15:

If Prolitec contends that there are acceptable, noninfringing alternatives to ScentAir's ScentConnect product in conjunction with ScentAir's scent-delivery devices (including one or more of ScentAir Direct, ScentAir Breeze, ScentAir Whisper PRO, ScentAir Whisper MAX, ScentAir Whisper Home, and ScentAir ScentStream), set forth the full factual basis and explanation for such contention.

## RESPONSE:

Prolitec objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving the foregoing objection, Prolitec states that its AeraForHome application, which is used with Prolitec's Aera and Aera Mini products, is an acceptable, non-infringing alternative to ScentAir's ScentConnect product for the reasons outlined in response to Interrogatory No. 12, above.

9

**INTERROGATORY NO. 16:**

Provide, on a monthly basis, Prolitec's sales (in units and dollars) in the United States from October 2014 to present of the Prolitec Accused Products.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks sales information relating to the AeraForHome application (or other "software application[s] and servers" associated with the Aera and Aera Mini products), as that application is not "sold" within the plain meaning of that term. Prolitec further objects to this Interrogatory to the extent it seeks sales information predating September 20, 2016—the earliest issuance date of the ScentAir Asserted Patents. Subject to and without waiving the foregoing objections, Prolitec responds to this interrogatory in accordance with Federal Rule of Civil Procedure 33(d) by reference to the following document that has been produced: PROLITEC00001523.

**INTERROGATORY NO. 17:**

Provide, on a monthly basis, Prolitec's sales (in units and dollars) in the United States from October 2014 to present of all fragrances, cartridges, or other consumables for use or associated with any Prolitec Accused Product.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks sales information predating September 20, 2016—the earliest issuance date of the ScentAir Asserted Patents. Subject to and without waiving the foregoing objections, Prolitec responds to this interrogatory in accordance with Federal Rule of Civil Procedure 33(d) by reference to the following document that has been produced: PROLITEC00001524.

ME1 44925006v.1

**INTERROGATORY NO. 18:**

Provide on a monthly basis, Prolitec's sales (in units and dollars) in the United States from October 2014 to present of all services related to or associated with any Prolitec Accused Product.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks sales information predating September 20, 2016—the earliest issuance date of the ScentAir Asserted Patents. Subject to and without waiving the foregoing objections, Prolitec states that it does not provide services related to the Aera and Aera Mini. Prolitec further states that it does not "sell"—within the plain meaning of that term—services related to the "software application and servers" associated with the Aera and Aera Mini, including the AeraForHome application.

**INTERROGATORY NO. 19:**

Set forth the full factual and legal basis and explanation for Prolitec's contention in Paragraph 4 of Prolitec's Answer to ScentAir's First Amended Complaint that ScentAir's enforcement of the ScentAir Asserted Patents is barred by one or more of the equitable doctrines, including but not limited to laches, estoppel, acquiescence, waiver, and unclean hands.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving the foregoing objection, Prolitec states that its laches and acquiescence defenses are based on ScentAir's over-four-year delay in asserting the counterclaims: Although Prolitec released the AeraForHome application through Google Play on September 16, 2016, and the Apple App Store on September 22, 2016, ScentAir failed to assert its counterclaims until October 23, 2020. Because of this delay, Prolitec invested significant time, effort, and money in developing and improving its products without any notice of alleged infringement.

**INTERROGATORY NO. 20:**

Set forth the full factual and legal basis and explanation for Prolitec's contention in Paragraph 5 of Prolitec's Answer to ScentAir's First Amended Complaint that ScentAir's cause of action is barred under the doctrine of estoppel by virtue of statements, amendments, or representations made during prosecution of the ScentAir Asserted Patents.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving the foregoing objection, Prolitec states that ScentAir's claim of infringement under the doctrine of equivalents is barred for the reasons stated in response to Interrogatory No. 12, above. Nevertheless, if the Court determines that ScentAir is entitled to pursue a claim of infringement under the doctrine of equivalents, Prolitec reserves the right to argue that such a claim is barred by prosecution history estoppel.

**INTERROGATORY NO. 21:**

Set forth the full factual and legal basis and explanation for Prolitec's contention in Paragraph 6 of Prolitec's Answer to ScentAir's First Amended Complaint that ScentAir's damages are limited under 35 U.S.C. § 287.

**RESPONSE:**

Prolitec objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving the foregoing objection, Prolitec states that it was not notified of its alleged infringement of the ScentAir Asserted Patents until ScentAir filed its Counterclaims and First Amended Counterclaims on October 23, 2020, and December 22, 2020, respectively. Furthermore, ScentAir does not contend that Prolitec had actual notice of its alleged infringement of the ScentAir Asserted Patents before ScentAir filed its counterclaims, and ScentAir has admitted

ME1 44925006v.1

that it did not mark its products with the appropriate patent numbers prior to asserting its counterclaims. *See* ScentAir Response to Prolitec Interrogatory Nos. 14 & 15.


Dated:  May 11, 2023

OF COUNSEL:

Marc C. Levy
Syed M. Abedi
Jessica Gritton
Tayah Woodard
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel: (206) 622-4900
MarcL@seedip.com
SyedA@seedip.com
Jessica.Gritton@seedip.com
Tayah.Woodard@seedip.com

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiff /*
*Counter-Defendant Prolitec Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PROLITEC INC.,

                Plaintiff,

       v.

SCENTAIR TECHNOLOGIES, LLC,

                Defendant.

CIVIL ACTION NO. 20-984-RGA

## PROLITEC'S VERIFICATION OF RESPONSES TO SCENTAIR'S SECOND SET OF INTERROGATORIES

I, Matthew Ansley, Executive Vice President and Chief Operating Officer of Plaintiff Prolitec Inc., hereby verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that, having prepared (with the assistance of counsel) and reviewed PLAINTIFF PROLITEC'S RESPONSES TO DEFENDANT SCENTAIR TECHNOLOGIES, LLC'S SECOND SET OF INTERROGATORIES (Nos. 11-21), the Responses are true and accurate to the best of my knowledge, information, and belief.

Dated: May **11**, 2023

*Matthew Ansley*
Matthew Ansley (May 11, 2023 14:54 CDT)
_____
Matthew Ansley
Executive Vice President & Chief
   Operating Officer
Prolitec Inc.

# Ansley Verification Responses to 2nd Set Rogs - for signature

Final Audit Report                                                    2023-05-11

| | |
|---|---|
| Created: | 2023-05-11 |
| By: | Jennifer Ruppert (jenniferr@seedip.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADGBoH5veQCWkzepbRu49KeZirEo7KzoS |

## "Ansley Verification Responses to 2nd Set Rogs - for signature" History

Document created by Jennifer Ruppert (jenniferr@seedip.com)
2023-05-11 - 6:06:05 PM GMT- IP address: 76.147.24.19

Document emailed to mansley@prolitec.com for signature
2023-05-11 - 6:19:28 PM GMT

Email viewed by mansley@prolitec.com
2023-05-11 - 7:52:16 PM GMT- IP address: 104.47.59.254

Signer mansley@prolitec.com entered name at signing as Matthew Ansley
2023-05-11 - 7:54:08 PM GMT- IP address: 67.53.18.18

Document e-signed by Matthew Ansley (mansley@prolitec.com)
Signature Date: 2023-05-11 - 7:54:10 PM GMT - Time Source: server- IP address: 67.53.18.18

Agreement completed.
2023-05-11 - 7:54:10 PM GMT

**Adobe Acrobat Sign**