# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim-Plaintiff | C.A. No. 20-984-WCB |

## STIPULATION AND SCHEDULE FOR PRETRIAL EXCHANGES

Plaintiff/Counterclaim-Defendant Prolitec Inc. and Defendant/Counterclaim-Plaintiff ScentAir Technologies, LLC hereby stipulate, subject to the approval of the Court, to the following schedule for Pretrial Exchanges related to the upcoming trial in April 2025:

| Pretrial Item | Date |
|---|---|
| ScentAir provides draft of Pretrial Order (with sections under L.R. 16.3(c)(1-13)), including any affirmative Deposition Designations for witnesses to be called by deposition and ScentAir's Exhibit List | February 10, 2025 |
| ScentAir provides drafts of *Voir Dire*, Verdict Form, Preliminary Jury Instructions, Final Jury Instructions | February 10, 2025 |
| Prolitec provides any Objections and Counter- Designations to ScentAir's affirmative Deposition Designations | February 17, 2025 |
| Parties Exchange Lists of Potential Motions *In Limine* | February 17, 2025 |
| Parties Meet and Confer to Narrow Issues Regarding Motions *In Limine* | February 19, 2025 |

| Pretrial Item | Date |
|---|---|
| Prolitec provides redlined drafts of Pretrial Order (with sections under L.R. 16.3(c)(1-13)), including any affirmative Deposition Designations for witnesses to be called by deposition by Prolitec, any Objections to ScentAir's Exhibit List, and Prolitec's Exhibit List (including identification of Joint Exhibits) | February 24, 2025 |
| Prolitec provides redlined drafts of *Voir Dire*, Verdict Form, Preliminary Jury Instructions, Final Jury Instructions | February 24, 2025 |
| ScentAir provides Objections to Prolitec's Counter-Designations and any Counter-Counter Designations | February 24, 2025 |
| Exchange Motions *In Limine* | February 24, 2025 |
| ScentAir provides Objections and Counter-Designations to Prolitec's affirmative Deposition Designations, and any Objections to Prolitec's Exhibit List | March 3, 2025 |
| Prolitec provides Objections to ScentAir's Counter-Counter Designations | March 3, 2025 |
| Prolitec's Objections to ScentAir's Counter-Designations and any Counter-Counter Designations | March 7, 2025 |
| Exchange Motion *In Limine* Responses | March 7, 2025 |
| ScentAir's Objections to Prolitec's Counter-Counter Designations | March 10, 2025 |
| Parties meet and confer to reduce the number of disputes over exhibits and deposition designations as much as possible | March 11, 2025 |

| Pretrial Item | Date |
|---|---|
| Meet and Confer Regarding Pretrial Order, Jury Instructions, Proposed *Voir Dire*, and Special Verdict Form | March 13, 2025 |
| Exchange Motion *In Limine* Replies | March 14, 2025 |
| Parties provide court with list of exhibits and electronic copies of all exhibits and deposition designations each party intends to offer at trial that are still objected to at that time | March 14, 2025 |
| Court conducts an off-the-record meeting (in chambers if there are more than 25 remaining disputes over admissibility of trial exhibits and deposition designations; otherwise by telephone) | March 17, 2025 (or at another time subject to the Court's availability) |
| File Final Pretrial Order | March 18, 2025 (fourth business day before Pretrial Conference, unchanged) |
| File Preliminary and Proposed Jury Instructions, *Voir Dire*, and Verdict Form | March 18, 2025 (fourth business day before Pretrial Conference, unchanged) |
| Parties exchange final stamped PDF Copies of Exhibits and Native Files identified on Exhibit Lists | March 21, 2025 |
| Pretrial Conference | March 24, 2025, 2:00 p.m. via Zoom (unchanged) |
| Trial | April 21, 2025 – April 25, 2025 (unchanged) |

Dated: February 3, 2025

| **AKERMAN LLP** | **K&L GATES LLP** |
|---|---|
| */s/ Brian R. Lemon* | */s/ Megan E. Hunt* |
| Brian R. Lemon (No. 4730) | Steven L. Caponi (No. 3484) |
| 222 Delaware Avenue, Suite 1710 | Megan E. Hunt (No. 6569) |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| Phone: (302) 596-9200 | Wilmington, DE 19801 |
| Brian.lemon@akerman.com | Phone: (302) 416-7000 |
| | steven.caponi@klgates.com |

Of Counsel:

Marc C. Levy
Syed Abedi
Jessica S. Gritton
Emily M. Ross
SEED IP LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Phone: (206) 622-4900
marcl@seedip.com
syeda@seedip.com
jessica.gritton@seedip.com
emily.ross@seedip.com

*Attorneys for Plaintiff*

megan.hunt@klgates.com

Of Counsel:

Vincent J. Galluzzo
K&L GATES LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Phone: (704) 331-7400
vincent.galluzzo@klgates.com

Jared R. Lund
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: (312) 372-1121
jared.lund@klgates.com

*Attorneys for Defendant*

IT IS SO ORDERED this 4th day of February, 2025.

_____
The Hon. William C. Bryson
United States Circuit Judge

4