IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim-Plaintiff | C.A. No. 20-984-WCB |

**REVISED SCHEDULE FOR PRETRIAL EXCHANGES**

For reasons discussed with the parties, the schedule for pretrial exchanges related to the upcoming trial on April 21, 2025, is modified as follows:

| Pretrial Item | Date |
|---|---|
| Parties provide court with list of exhibits and electronic copies of all exhibits and deposition designations each party intends to offer at trial that are still objected to at that time | March 21, 2025, at 3 pm ET |
| Court conducts an off-the-record meeting (in chambers if there are more than 25 remaining disputes over admissibility of trial exhibits and deposition designations; otherwise by telephone) | March 24, 2025, at 1 pm ET |
| File Final Pretrial Order | March 25, 2025 |
| File Preliminary and Proposed Jury Instructions, *Voir Dire*, and Verdict Form | March 25, 2025 |
| Parties exchange final stamped PDF Copies of Exhibits and Native Files identified on Exhibit Lists | March 28, 2025 |
| Pretrial Conference | March 31, 2025, at 2:00 pm ET via Zoom |
| Trial | April 21, 2025 – April 25, 2025 |

IT IS SO ORDERED.

SIGNED this 17th day of March, 2025.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE