IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROLITEC INC., | § | |
| | § | |
| *Plaintiff/Counterclaim Defendant*, | § | |
| | § | |
| v. | § | Civil Action No. 20-984-WCB |
| | § | |
| SCENTAIR TECHNOLOGIES, LLC, | § | |
| | § | |
| *Defendant/Counterclaim Plaintiff*. | § | |
| | § | |

## ORDER REGARDING EXHIBITS

For reasons discussed with counsel, the court makes the following rules regarding the objected to exhibits. PX2 will not be admitted in full. The court will consider whether to admit narrow portions at trial, but the court will not admit any portions containing opinions expressed by the Patent and Trademark Office's examiner. PX4 will not be admitted in full. Instead, the pages of the exhibit on which an expert relies will be admitted. The court is inclined to exclude PX16, PX17, PX18, PX19, PX20, PX21, PX22, PX23, PX24, and PX28, but the court will further review these exhibits before the pretrial conference and in connection with the forthcoming motions *in limine* briefing. The parties are instructed to discuss PX62, PX63, PX64, PX65, PX66, PX67, PX68, PX69, PX85, PX86, PX87, and PX88 in view of the guidance provided by the court. PX95 is excluded. Prolitec has withdrawn its objections to PX114, so that exhibit will be admitted.

The court will exclude DX6, DX7, DX8, DX9, DX10, DX11, DX12, DX13, DX14, DX15, DX30, DX39, DX55, DX57, and DX60. DX26, DX27, DX29, DX32, DX38, and DX89 will be admitted. The court will further review DX43 and DX44 before the pretrial conference. Prolitec has withdrawn DX47, DX72, DX73, and DX118, so those exhibits are excluded. ScentAir has withdrawn its objections to DX56, so that exhibit will be admitted. DX98, DX99, DX100, DX102,

DX103, DX104, and DX105 are excluded unless ScentAir opens the door at trial in which case the court will reconsider its ruling.

IT IS SO ORDERED.

SIGNED this 25th day of March, 2025.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE