# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counter-Plaintiff. | C.A. No. 20-984-WCB |

# [PROPOSED] VERDICT FORM[1]

Instructions:  When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.  Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

---

[1] The parties' disputes are noted and juxtaposed herein.

## QUESTION 1: Direct Infringement

Did ScentAir prove by a preponderance of the evidence that Prolitec has directly infringed the identified claim of the '388 patent?

**Please check "Yes" or "No" for <u>each</u> claim. "Yes" is in favor of ScentAir, i.e., that Prolitec infringes the claim, and "No" is in favor of Prolitec, i.e., that Prolitec does not infringe the claim.**

Claim 1:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 2:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 3:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 4:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 5:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 6:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 7:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 8:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 9:   Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 10:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 11:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 12:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 13:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 14:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 15:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 16:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 17:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 18:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

Claim 19:  Yes: ____ (for ScentAir)   No: ____ (for Prolitec)

      Claim 20:    Yes: \_\_\_\_ (for ScentAir)    No: \_\_\_\_ (for Prolitec)

**[<u>ScentAir</u>: If you checked "Yes" for any claims in Question 1, i.e., you determined that Prolitec infringed at least one claim, proceed to Question 2.**

**Otherwise, skip and DO NOT answer Questions 2-7, and instead proceed directly to the Final Page of the Jury Verdict and sign and date that page.]**[2]

**[<u>Prolitec</u>: Please proceed to Question 2.]**

---

[2] <u>ScentAir's Position</u>: The jury should not reach any further questions if they have found no infringement. Prolitec does not have a counterclaim for invalidity or any other issue in this case and thus is not entitled to a jury verdict on any additional matter if the jury finds no infringement. Prolitec's argument that the jury should be asked these questions to gain efficiencies if this case is appealed and the non-infringement verdicts reversed is no good reason to have a jury verdict on matters where there is no longer a legal right to a jury verdict.

<u>Prolitec's Position</u>: Prolitec's invalidity defenses will all be tried to the jury. If the jury finds no infringement and judgment is reversed on appeal, ScentAir's proposal would require a redundant new trial on both infringement and invalidity. Under Prolitec's proposal, if the jury finds the patent invalid, a retrial may be avoided which would avoid burdening a new jury, the Court, and the parties. .

## QUESTION 2:  Willful Infringement

Did ScentAir prove by a preponderance of evidence that Prolitec willfully infringed U.S. Patent No. 10,838,388?

**Please check "Yes" or "No" only if you answered "Yes" to at least one claim listed in Question 1**

Yes: _____ (for ScentAir)     No: _____ (for Prolitec)


**Please proceed to Question 3.**

## QUESTION 3:  Anticipation

Did Prolitec prove by clear and convincing evidence that the identified claim of the '388 patent is anticipated under 35 U.S.C. § 102?

[<u>ScentAir</u>:  Please check "Yes" or "No" for <u>each</u> claim you checked "Yes" in Question 1.  Please do <u>not</u> check either "Yes" or "No" on this Question 3 for any claim you checked "No" in Question 1.][3]

[<u>Prolitec</u>: Please check "Yes" or "No" for <u>each</u> claim.]

**"Yes" is in favor of Prolitec, i.e., that the claim is anticipated, and "No" is in favor of ScentAir, i.e., that the claim is valid.**

Claim 1:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 2:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 3:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 4:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 5:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 6:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 7:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 8:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 9:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 10:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 11:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 12:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 13:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 14:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

---

[3] <u>ScentAir's Position</u>: This is the same dispute as in footnote 1 above.

<u>Prolitec's Position</u>: This is the same dispute as in footnote 1 above.

        Claim 15:      Yes: \_\_\_\_ (for Prolitec)      No: \_\_\_\_ (for ScentAir)

        Claim 16:      Yes: \_\_\_\_ (for Prolitec)      No: \_\_\_\_ (for ScentAir)

        Claim 17:      Yes: \_\_\_\_ (for Prolitec)      No: \_\_\_\_ (for ScentAir)

        Claim 18:      Yes: \_\_\_\_ (for Prolitec)      No: \_\_\_\_ (for ScentAir)

        Claim 19:      Yes: \_\_\_\_ (for Prolitec)      No: \_\_\_\_ (for ScentAir)

        Claim 20:      Yes: \_\_\_\_ (for Prolitec)      No: \_\_\_\_ (for ScentAir)

**Please proceed to Question 4.**

## QUESTION 4:  Obviousness

Did Prolitec prove by clear and convincing evidence that the identified claim of the '388 patent is obvious under 35 U.S.C. § 103?

[<u>ScentAir</u>: Please check "Yes" or "No" for <u>each</u> claim you checked "Yes" in Question 1.  Please do <u>not</u> check either "Yes" or "No" on this Question 4 for any claim you checked "No" in Question 1.][4]

[<u>Prolitec</u>: Please check "Yes" or "No" for <u>each</u> claim.]

**"Yes" is in favor of Prolitec, i.e., that the claim is obvious, and "No" is in favor of ScentAir, i.e., that the claim is valid.**

Claim 1:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 2:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 3:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 4:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 5:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 6:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 7:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 8:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 9:     Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 10:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 11:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 12:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 13:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

Claim 14:    Yes: ____ (for Prolitec)     No: ____ (for ScentAir)

---

[4] <u>ScentAir's Position</u>: This is the same dispute as in footnote 1 above.

<u>Prolitec's Position</u>: This is the same dispute as in footnote 1 above.

Claim 15:   Yes: \_\_\_\_ (for Prolitec)   No: \_\_\_\_ (for ScentAir)

Claim 16:   Yes: \_\_\_\_ (for Prolitec)   No: \_\_\_\_ (for ScentAir)

Claim 17:   Yes: \_\_\_\_ (for Prolitec)   No: \_\_\_\_ (for ScentAir)

Claim 18:   Yes: \_\_\_\_ (for Prolitec)   No: \_\_\_\_ (for ScentAir)

Claim 19:   Yes: \_\_\_\_ (for Prolitec)   No: \_\_\_\_ (for ScentAir)

Claim 20:   Yes: \_\_\_\_ (for Prolitec)   No: \_\_\_\_ (for ScentAir)

**Please proceed to Question 5.**

## QUESTION 5: On-Sale Bar

Did Prolitec prove by clear and convincing evidence that the identified claim of the '388 patent is invalid as anticipated under 35 U.S.C. § 102 [Prolitec: or obvious under 35 U.S.C. § 103][5] due to the on-sale bar?

[ScentAir: Please check "Yes" or "No" for each claim you checked "Yes" in Question 1. Please do not check either "Yes" or "No" on this Question 5 for any claim you checked "No" in Question 1.][6]

[Prolitec: Please check "Yes" or "No" for each claim.]

"Yes" is in favor of Prolitec, i.e., that the claim is invalid, and "No" is in favor of ScentAir, i.e., that the claim is valid.

Claim 1:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 2:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 3:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 4:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 5:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 6:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 7:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 8:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 9:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 10: Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

---

[5] ScentAir's Position: This dispute is addressed in the final jury instructions and in the Proposed Pretrial Order. If this obviousness case goes to the jury, however, ScentAir requests that the jury answer whether a finding of invalidity is based on anticipation or obviousness under the on-sale bar.

Prolitec's Position: Asking the jury to specify invalidity based on anticipation or obviousness is not necessary and will overly complicate the verdict form. .

[6] ScentAir's Position: This is the same dispute as in footnote 1 above.

Prolitec's Position: This is the same dispute as in footnote 1 above..

Claim 11:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 12:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 13:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 14:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 15:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 16:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 17:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 18:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 19:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

Claim 20:    Yes: ____ (for Prolitec)        No: ____ (for ScentAir)

**Please proceed to Question 6.**

# QUESTION 6: Patent [ScentAir: Eligibility][7] [Prolitec: Ineligibility]

Did Prolitec prove by clear and convincing evidence that the elements of the identified claim of the '388 patent, considered individually and as an ordered combination, involve only activities and technology which a person of ordinary skill in the art would have considered to be well-understood, routine, andconventional as of July 10, 2013?

[ScentAir: **Please check "Yes" or "No" for each claim you checked "Yes" in Question 1. Please do not check either "Yes" or "No" on this Question 6 for any claim you checked "No" in Question 1.**][8]

**[Prolitec: Please check "Yes" or "No" for each claim.]**

**"Yes" is in favor of Prolitec, i.e., that the claim is invalid, and "No" is in favor of ScentAir, i.e., that the claim is valid.**

Claim 1:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 2:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 3:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 4:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 5:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 6:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 7:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 8:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 9:   Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 10:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

Claim 11:  Yes: ____ (for Prolitec)   No: ____ (for ScentAir)

---

[7] ScentAir's Position: This dispute is addressed in the final jury instructions.

Prolitec's Position: This dispute is addressed in the final jury instructions .

[8] ScentAir's Position: This is the same dispute as in footnote 1 above.

Prolitec's Position: This is the same dispute as in footnote 1 above.

Claim 12:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 13:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 14:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 15:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 16:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 17:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 18:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 19:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

Claim 20:     Yes: ____ (for Prolitec)          No: ____ (for ScentAir)

**If you checked "Yes" for any claims in Question 1 and checked "No" for any of those same claims in each of Questions 3-6, i.e., you determined that Prolitec infringed at least one valid claim, proceed to Question 7.**

**Otherwise, skip and DO NOT answer Question 7, and instead please proceed directly to the Final Page of the Jury Verdict and sign and date that page.**

**QUESTION 7:  Damages**

What sum of money has ScentAir established by a preponderance of the evidence would fairly and reasonably compensate ScentAir for Prolitec's past (pre-trial) infringement of the valid claims of ScentAir's '388 patent?

$_____

If you used a per-unit royalty amount to answer the above question, please enter that per-unit royalty amount below.

$_____/unit


**Please proceed to the Final Page of the Jury Verdict and sign and date that page.**

**<u>Final Page of the Jury Verdict</u>**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____        _____
Signature                                                                          Date