### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROLITEC INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SCENTAIR TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim-Plaintiff | C.A. No. 20-984-WCB |

### STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), attorneys for Plaintiff and Counterclaim-Defendant Prolitec Inc. ("Prolitec") and Defendant and Counterclaim-Plaintiff ScentAir Technologies, LLC ("ScentAir") hereby stipulate that:

1. The above-captioned action is dismissed without prejudice; and
2. Each side is to bear their own costs and expenses, including attorneys' fees.

Dated: May 14, 2025

| **AKERMAN LLP** | **K&L GATES LLP** |
|---|---|
| */s/ Brian R. Lemon* <br> Brian R. Lemon (No. 4730) <br> 222 Delaware Avenue, Suite 1710 <br> Wilmington, DE 19801 <br> Phone: (302) 596-9200 <br> Brian.lemon@akerman.com <br><br> Of Counsel: <br><br> Marc C. Levy <br> Syed Abedi <br> Jessica S. Gritton <br> Emily M. Ross <br> SEED IP LAW GROUP LLP <br> 701 Fifth Avenue, Suite 5400 | */s/ Steven L. Caponi* <br> Steven L. Caponi (No. 3484) <br> Megan E. Hunt (No. 6569) <br> 600 N. King Street, Suite 901 <br> Wilmington, DE 19801 <br> Phone: (302) 416-7000 <br> steven.caponi@klgates.com <br> megan.hunt@klgates.com <br><br> Of Counsel: <br><br> Vincent J. Galluzzo <br> K&L GATES LLP <br> 300 South Tryon Street, Suite 1000 <br> Charlotte, NC 28202 |

<div style="columns:2">

Seattle, WA 98104
Phone: (206) 622-4900
marcl@seedip.com
syeda@seedip.com
jessica.gritton@seedip.com
emily.ross@seedip.com

*Attorneys for Plaintiff*

Phone: (704) 331-7400
vincent.galluzzo@klgates.com

Devon C. Beane
Nathan J. Fuller
Jared R. Lund
K&L Gates LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: (312) 372-1121
devon.beane@klgates.com
nathan.fuller@klgates.com
jared.lund@klgates.com

*Attorneys for Defendant, Counterclaim-Plaintiff ScentAir Technologies, LLC*

</div>

SO ORDERED this 14th day of May, 2025.

_____
The Hon. William C. Bryson
United States Circuit Judge